# IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| IOWA ENVIRONMENTAL COUNCIL and SIERRA CLUB,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator, U.S. Environmental Protection Agency; and JIM MACY in his official capacity as Regional Administrator, Region 7, U.S. Environmental Protection Agency,<br><br>*Respondents*. | ) | Case No. 26-3374<br><br>EMERGENCY MOTION FOR STAY PENDING DISPOSITION OF PETITION FOR REVIEW |

## EMERGENCY MOTION FOR STAY PENDING DISPOSITION OF PETITION FOR REVIEW


<u>*/s/ Thomas Cmar*</u>
Thomas Cmar
Earthjustice
6608 Wooster Pike
Cincinnati, OH 45227
(312) 257-9338
tcmar@earthjustice.org

Thien Chau
Khushi Desai
Rachel Rintelmann
1250 I Street NW, Fourth Floor
Washington, DC 20005
tchau@earthjustice.org
kdesai@earthjustice.org
rrintelmann@earthjustice.org
(202) 667-4500

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*



FILED
NOV 19 2026
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

RECEIVED
NOV 19 2026
U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and 8th Cir. R. 26.1A, petitioners Iowa Environmental Council and Sierra Club make the following disclosures:

The Iowa Environmental Council has no parent corporation, and no publicly held company owns 10% or more of its stock.

The Sierra Club has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: November 19, 2026

*/s/ Thomas Cmar*
Thomas Cmar
Earthjustice
6608 Wooster Pike
Cincinnati, OH 45227
(312) 257-9338
tcmar@earthjustice.org

Thien Chau
Khushi Desai
Rachel Rintelmann
1250 I Street NW, Fourth Floor
Washington, DC 20005
tchau@earthjustice.org
kdesai@earthjustice.org
rrintelmann@earthjustice.org
(202) 667-4500

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*

## STATEMENT OF JURISDICTION AND VENUE

Petitioners seek review of a final permitting decision of the U.S. Environmental Protection Agency Region 7 ("EPA") authorizing the treatment of hazardous waste through open detonation at the Iowa Army Ammunition Plant in Middletown, Iowa. This Court has exclusive jurisdiction under Resource Conservation and Recovery Act ("RCRA") § 7006(b), 42 U.S.C. § 6976(b), which provides for direct review in the United States Courts of Appeals of the Administrator's action "issuing, denying, modifying, or revoking any permit" under RCRA.

Venue is proper here under 42 U.S.C. 6976(b) because Petitioners Iowa Environment Council and Sierra Club are interested persons that reside and/or transact business upon application of such persons in the state of Iowa, which is within this Circuit.

## INTRODUCTION

Petitioners respectfully seek an emergency stay pending review of the decision of EPA to issue an Emergency Hazardous Waste Management Facility Permit to the United States Department of the Army (the "Army") on November 13, 2026. The permit at issue authorizes the Army to detonate hazardous lead azide in the open, thus creating a plume of lead dust that will blanket homes and communities, possibly as far away as 100 miles or more. The Army intends to do

so with less than a week's notice to the full public of the scope and potential impact of the planned detonation.

Specifically, Petitioners challenge: EPA's failure to incorporate applicable environmental performance standards; EPA's failure to require all permit conditions necessary to protect human health and the environment; EPA approval of the Army's selection of open detonation to treat lead azide without full consideration of less dangerous alternatives that would avoid widespread dispersal and deposition of toxic lead; and inadequate public notice of the plan to open detonate hazardous waste due to the extraordinarily rushed timeline set by the Army.

To avoid immediate, irreparable harm that petitioners and their members will suffer without a stay, petitioners respectfully **request a ruling on this motion by 10:00 AM Central (one to two hours prior to the time of scheduled open detonation) on November 20, 2026.** Considering the short amount of time before the scheduled detonation, Petitioners ask, in the alternative, that if the Court cannot rule on this motion by the requested time, that it grant an administrative stay of the emergency permit until such time as this motion can be fully heard by the Court. *United States v. Texas*, 144 S. Ct. 797, 798 (2024).

## BACKGROUND

### A. Relevant Procedural History

In March 2026, the Army determined that 68 drums of lead azide, stored for more than two decades in two earth-covered magazines, had deteriorated. According to Army reports, changes in the water-and-ethanol storage solution had allowed the explosive material to recrystallize, increasing its sensitivity to shock and friction. EPA, *Emergency Hazardous Waste Management Facility Permit, EPA RCRA ID# 1A7213820445* (Nov. 13, 2026), Exhibit A ("Permit").

Over the next nine months, the Army operated under successive emergency hazardous-waste storage authorizations while developing a disposal plan. On July 13, the Army publicly announced that EPA had extended its emergency storage authorization, permitting the material to remain in its earth-covered magazines while a permanent disposal method was developed. KCRG, *Iowa Army Ammunition Plant gets extension to store hazardous waste* (July 13, 2026), https://www.kcrg.com/2026/07/13/iowa-army-ammunition-plant-gets-extension-store-hazardous-waste/. On September 29, EPA issued a third emergency permit authorizing continued storage through December 26, 2026, though it was not published by EPA until November 3, 2026. EPA, *Public Notice: Iowa Army Ammunition Plant* (Nov. 3, 2026), https://www.epa.gov/ia/iowa-army-ammunition-plant-middletown-iowa-2 [https://perma.cc/F9FX-DVS2]. That permit did not

authorize detonation. On November 13, 2026, EPA approved an emergency permit authorizing continued storage and intentional in-place detonation of the lead azide. EPA, *Public Notice: Iowa Army Ammunition Plant* (Nov. 16, 2026), https://www.epa.gov/ia/iowa-army-ammunition-plant-middletown-iowa-3 [https://perma.cc/HXF8-38CR] ("EPA Nov. 16 Notice"). The permit became effective the same day it was issued and expires February 11, 2027.

**B. Lack of Timely and Accurate Public Information**

Two days later, on November 15, the Army publicly announced that two controlled detonations were scheduled for November 20 at approximately noon central time. *Army Public Advisory regarding lead azide detonation scheduled for Nov. 20, 2026* (Nov. 15, 2026), Exhibit B ("Nov. 15 Army Notice"). EPA published notice of its November 13 emergency permit on November 16, three days *after* the permit became effective, and a mere four days before the planned detonations.

The Army Public Advisory included maps highlighting the large zone of potential exposure to hazardous lead dust in the air and on surfaces. The preliminary maps (below) showed a potential airborne plume stretching northward across eastern Iowa, the Mississippi River, and potentially into far northwest Illinois. On November 18, the Illinois Environmental Protection Agency and Illinois Department of Public Health issued a public statement reporting that Army

air-dispersion modeling showed possible lead-dust impacts in Mercer County, Illinois and that it had not been notified of the planned detonation by EPA Region 7, nor had Illinois officials received sufficient details about the Army's environmental monitoring methods.[1] The Army issued an additional public advisory with updated projection maps on November 18, 2026. Army, *Public and Media Advisory Regarding the Detonation of Lead Azide at Iowa Army Ammunition Plant* (Nov. 18, 2026), Exhibit C ("Nov. 18 Army Notice"). The maps continue to show lead dispersal and deposition over significant portions of the area. The changing projections also demonstrate the potential for further changes in weather conditions that could cause the detonation to impact human and environmental receptors not currently accounted for or notified.

The widespread plume is cause for significant concern. In addition to airborne dust, toxic dust particles are expected to settle on surfaces, raising concerns about lead contamination on land, residential properties, playground equipment, and other outdoor surfaces.

---

[1] Illinois Dep't Public Health, *Illinois Officials Monitoring Planned Detonation at Middletown, Iowa Army Ammunition Plant* (Nov. 18, 2026), https://dph.illinois.gov/resource-center/news/2026/november/18-release-2.html.



Appellate Case: 26-3374 Page: 7 Date Filed: 11/19/2026 Entry ID: 5708039


PUBLIC ADVISORY
POTENTIAL EXPOSURE TO TOXIC LEAD DUST
LEAD SURFACE DEPOSITION
Consider avoiding the highlighted area or remain indoors with windows/doors closed
Children under six are especially vulnerable to Lead exposure
AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION
Issued Nov. 15, 2026
Ainsworth
Columbus Junction
Aledo
Wapello
New Boston
Winfield
Keithsburg
Morning Sun
Mount Pleasant
New London
Kirkwood
Salem
Burlington
Stronghurst
N
0
10
20
30
40
50


PUBLIC ADVISORY
POTENTIAL EXPOSURE TO TOXIC LEAD DUST
LEAD AIR DISPERSION
Consider avoiding the highlighted area or remain indoors with windows/doors closed
Children under six are especially vulnerable to Lead exposure
AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION
Issued Nov. 15, 2026
Cedar Rapids
Clinton
Iowa City
Davenport
Muscatine
Ottumwa
Galesburg
Burlington
N
0
20
40
60
80
100
Miles







While the Army endeavored to provide notice a month earlier to the Middletown community in closest proximity to the detonation site, Army, *IAAAP hosts open house, shares Lead Azide detonation information* (Oct. 28, 2026), https://www.army.mil/article/296388 [https://perma.cc/383W-7KV6], it provided no direct notice to any of the other communities within the zone of potential exposure. Many residents and even local officials reported learning of the planned

detonation through friends and social media, rather than from the Army or the EPA. Green Decl. at 15; Giehl Decl. at 1 (Ex. D, Declarations of Iowa Environmental Council).

In addition to the dearth of public information, some of the information shared by the Army was factually inaccurate. For example, Army spokesperson Justine Barati, while acknowledging that the explosion could send fine particles of lead as far as Maquoketa (115 miles north of the detonation site), was quoted as saying "The good thing is, if people have concerns about it being on their property, all they have to do is hose that off, and it's gone." Radio Iowa, *Planned Friday blast could coat section of eastern Iowa in lead dust* (Nov. 17, 2026), https://www.radioiowa.com/2026/11/17/planned-friday-blast-could-coat-section-of-eastern-iowa-in-lead-dust/. Lead persists in the environment and spreads easily across media: lead emitted into the air settles into soil and water, so people will continue to be exposed through soil, runoff, and waterbodies long after it lands. Lanphear Decl. ¶¶ 22-25, Exhibit E. Lead also accumulates in the body, where it can be stored for years in bones and teeth and, under some circumstances like pregnancy, re-enter the bloodstream. *Id.* Children are especially vulnerable: their crawling and hand-to-mouth behavior brings them into closer contact with deposited lead, they breathe more air and absorb more ingested lead than adults, and more of that lead reaches their brains. *Id.* The idea that widespread lead dust

can simply be rinsed away with no harmful effect is absurd, counterfactual, and extremely harmful misinformation to share with the public.

### C. There Is No Safe Level of Lead Exposure, Especially for Children

The danger of lead to children has been known for over a century. Lead is a neurotoxin: it permanently damages children's brains and development. *Id.* High doses can cause the brain to swell and can be fatal, while lower doses can still destroy nerve cells in a child's brain, causing harm that cannot be undone. *Id.* Children are most vulnerable because their brains develop rapidly before birth and in early childhood, and the damage can last into adulthood. *Id.* Lead is also harmful to adults, and has been linked to heart disease, kidney and liver disease, reproductive harm, cognitive decline, and cancer. *Id*. A 2018 study estimated that low-level lead exposure is responsible for about 412,000 deaths each year in the United States, including roughly 256,000 from cardiovascular disease. *Id*.

There is no known safe level of lead: researchers have found no point below which it stops causing harm. *Id*. Research shows that even very low blood lead levels, below 10 µg/dL, hurt children. *Id*.  Lead exposure in childhood also harms learning, attention, and behavior, making children more likely to struggle in school. *Id.*

## STANDARD OF REVIEW

Pursuant to 42 U.S.C. §6976(b), this Court reviews EPA's action under the standards set forth in the Administrative Procedure Act ("APA"), 5 U.S.C. § 706. Petitioners contend that EPA's issuance of the emergency permit was arbitrary, capricious, an abuse of discretion, otherwise not in accordance with law, and taken without observance of procedures required by law.

## ARGUMENT

Petitioners seek an emergency stay of the challenged permit pending this Court's review pursuant to the Administrative Procedure Act, 5 U.S.C. § 705 and Federal Rule of Appellate Procedure 18. Because this permit was issued without notice and public comment, Petitioners did not have the opportunity to first appeal and move for a stay of the permit before the agency. *See* 40 C.F.R. §§ 124.19(a)(1) (providing for appeals of RCRA permits "issued under § 124.15"), 124.15 (final decision on draft permits subject to public comment); *see also* 40 C.F.R. § 124.19(a)(2) ("Any person who filed comments on the draft permit…may file a petition for review as provided in this section.").

A request for a stay under APA § 705 is analyzed under the same standard that federal courts ordinarily use to analyze preliminary injunction requests. *Minnesota v. U.S. Dep't Agric.*, 826 F. Supp. 3d 975, 993 (D. Minn. 2026), citing *Immigrant Defs. L. Ctr. v. Noem*, 145 F.4th 972, 995 (9th Cir. 2025) (explaining

that "the factors used to determine whether to issue a § 705 stay under the APA are the same equitable factors used to consider whether to issue a preliminary injunction"). A party seeking a preliminary injunction "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20, 129 S. Ct. 365, 374, 172 L. Ed. 2d 249 (2008). *See also Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc) (same factors). The third and fourth stay factors, "assessing the harm to the opposing party and weighing the public interest," "merge when the Government is the opposing party." *Nken v. Holder*, 556 U.S. 418, 435 (2009).

### A. Petitioners are Likely to Succeed on the Merits

#### 1. EPA's Permit Fails to Ensure Protection of Human Health and the Environment.

Under RCRA, all hazardous waste permits, including the one at issue here, must include conditions necessary to protect human health and the environment and achieve compliance with the Act and regulations, including applicable requirements in 40 C.F.R. subparts 264 and 266 through 268. See 42 U.S.C. 6925; 40 C.F.R. 270.32. The permit is unlawful and arbitrary and capricious because it fails in many respects to include such requirements.

*a. Failure to comply with environmental performance standards.*

First, the permit fails to comply with fundamental requirements applicable to permits for open detonation of hazardous waste and necessary to protect human health and the environment. Open detonation of hazardous waste is regulated under 40 C.F.R. part 264, subpart X. 52 Fed. Reg. 46952 (Dec. 10, 1987); *see also* EPA OB/OD Memo at 6 (June 7, 2022), https://www.epa.gov/system/files/documents/2022-06/OBOD_Policy_Memo_signed_6.7.22_508.pdf ("EPA 2022 Memo") ("OB/OD units treating explosive waste are permitted under 40 CFR Part 264, Subpart X Miscellaneous Units"). The regulations governing emergency permits provide that such permits "[s]hall incorporate, to the extent possible and not inconsistent with the emergency situation, all applicable requirements of [part 270] and 40 CFR parts 264 and 266." 40 C.F.R. § 270.61(b)(6). In issuing this permit, EPA acknowledged that the requirements of part 264 must be incorporated. *See* Permit at 1 ("This Emergency Permit is issued…pursuant to…Sections 264 – Subpart X, 270.61"). The environmental performance standards under Subpart X provide that "[p]ermits for miscellaneous units are to contain such terms and provisions as necessary to protect human health and the environment." 40 C.F.R. § 264.601. "Protection of human health and the environment includes, but is not limited to…***[p]revention*** of any releases that may have adverse effects on human health or



Appellate Case: 26-3374 Page: 14 Date Filed: 11/19/2026 Entry ID: 5708039

the environment due to migration of waste constituents in the ground water or subsurface environment… surface water, or wetlands or on the soil surface…[and] in the air." *Id.* § 264.601(a)-(c) (emphasis added).

Far from preventing releases of hazardous constituents, the emergency permit authorizes releases of toxic lead dust into the environment and surrounding communities. The permit contemplates that open detonation of lead azide will cause "atmospheric dispersion and ground deposition" of lead dust. *See e.g.,* Permit Condition Q.2 (requiring a "Final Impact Area Report for the atmospheric dispersion and ground deposition plume to the EPA for review"), App. B (requiring modeling of air dispersion and dust-lead deposition), App. C (requiring public notification of "Exposure Risks" from "Deposition of lead-containing dust [that] may occur after the detonation on surfaces within certain areas affected by the detonation plume" and advisory area notifications for "areas that are expected to be affected by dust-lead deposition"). By the Army's most recent modeling done to comply with the permit, open detonation of lead azide threatens to deposit toxic lead dust over an area approximately 25 miles long and 5 miles wide that encompasses residences and surface waters, including tributaries to the Mississippi River. Nov. 18 Army Notice (ex.C). Previous modeling showed the dispersal over an area more than 40 miles long. Nov. 15 Army Notice (ex.B). Both models show dispersion of lead in the air along an area stretching over more than 100 miles from



Appellate Case: 26-3374 Page: 15 Date Filed: 11/19/2026 Entry ID: 5708039

the detonation site, including near population centers, and that the plumes could shift at any moment.

This expected widespread release of lead dust certainly "may have adverse effects on human health or the environment." 40 C.F.R. § 264.601. As noted, the dangers of lead exposure have long been known. *Supra* p. 9. Despite these known impacts, the permit utterly fails to prevent releases to air, water, and soil, in direct contravention of the applicable requirement and thereby endangers human health and the environment. EPA cannot rely on conditions for sampling and clean-up as a substitute for preventing the harmful release in the first place.

In addition, the emergency permit fails to incorporate several considerations relevant to protection of human health and the environment that the environmental performance standards expressly list. *See* 40 C.F.R. § 264.601(a)-(c). As an initial matter, while EPA has denied the public access to the Army's permit application, EPA's summary of the permit application in Appendix A to the emergency permit demonstrates that EPA issued the permit without requiring the Army to submit all necessary information for miscellaneous units. Namely, Appendix A does not show that the Army submitted any "[d]etailed hydrologic, geologic, and meteorologic assessments and land-use maps for the region surrounding the site that address and ensure compliance of the unit with each factor in the environmental performance standards of § 264.601." 40 C.F.R. § 270.23(b). The failure to provide this



Appellate Case: 26-3374 Page: 16 Date Filed: 11/19/2026 Entry ID: 5708039

necessary information shows that EPA could not have incorporated conditions addressing and ensuring compliance with the Subpart X environmental performance standards.

Further, the permit itself shows that EPA largely ignored the potential for releases to groundwater, the subsurface environment, surface water, wetlands, the soil surface, and the atmosphere. For example, there are no conditions addressing the "potential for damage to domestic animals, wildlife, crops, vegetation, and physical structures caused by exposure to waste constituents." 40 C.F.R. § 264.601(a)(9), (b)(11), (c)(7). This is particularly concerning given the large amount of farmland that the Army's modeling shows could be covered by lead dust. Nor are there conditions to address potential impacts to current and potential users of groundwater and surface waters. *Id.* § 264.601(a)(5), (b)(7). Despite modeling showing potential dispersal of lead over a large area of land and nearby waters, the permit fails to specifically account for and address the numerous human and environmental receptors in that area. The permit's cursory mentions of releases to air, soil, and water do not actually address the express considerations required by Subpart X. For example, Permit Condition IV.E requires the Army to "minimize the possibility" of "any unplanned, sudden or non-sudden release of hazardous waste constituents to air, soil, groundwater or surface water." But the expected atmospheric dispersal and ground deposition of dust-lead is not unplanned but

rather explicitly authorized by the permit. Permit Condition L.1 requires a contingency plan for activities associated with the open detonation of lead azide and resulting cleanup to minimize hazards to human health or the environment from any unplanned or non-sudden releases of hazardous waste or hazardous constituents to the air, soil, groundwater or surface water. But this bare requirement to follow a contingency plan that the Army developed (and has not been shared publicly) itself falls short of actually incorporating permit conditions that expressly address the considerations outlined in the Subpart X environmental performance standards. Given these plain deficiencies, the permit is unlawful and arbitrary.

*b. Failure to include additional requirements.*

EPA's permit lacks other minimum protections that are necessary to protect human health and the environment from the known risks associated with the Iowa Army Ammunition Plant's (IAAP's) planned open detonation. EPA's failure to include additional permit provisions tailored to the significant toxic risk presented is unlawful and arbitrary.

As discussed, IAAP has acknowledged that the detonation could result in exposure to toxic lead dust up to 100 miles away. This is a massive area with an unknown number of people, daycares, hospitals, animals, livestock, parks, properties, agricultural areas, gardens, wells, and waterways at risk. At a minimum, for protection of health and the environment, it was critical for the permit to

include specific conditions ensuring that members of the affected public were given timely notice of the open detonations and the associated threats before they occur. Yet the permit lacks even a clear deadline by which such notice had to be provided. As a result, IAAP did not broadly notice its plan or information about the potential scope of the exposure area until November 15, just five days before the scheduled open detonations. According to local reports, many areas are only now finding out about the planned detonations and it is unclear how many potentially affected residents still do not know about the looming risks to their health and homes.

Additionally, while EPA is well aware that there is no safe level of lead exposure and that proper removal of lead dust involves specialized techniques and serious risk if done incorrectly, the permit fails to include requirements to ensure that lead dust deposition is safely and properly cleaned up. For example, the permit merely requires IAAP to instruct members of the public where dust levels are expected to exceed 100 ug/ft (20 times higher than the level at which action can be considered complete) to wet-clean surfaces. The permit does not detail specific instructions for how that cleanup should be conducted or provide for professional services. Instead, it includes confusing language that IAAP simply copied into its notifications, without providing any instruction at all. *See* Permit 2.ii.b; Public Advisory. Moreover, separate environmental documents indicate that cleanup of

soil will be based on a screening level of 800 mg/kg for lead, which far exceeds the current EPA screening level for soil cleanup of 200 mg/kg. Mitigated Finding of No Significant Impact (Nov. 18, 2026), https://www.dvidshub.net/publication/issues/78363 [https://perma.cc/ELX4-BKL2]; *EPA Updates Lead Guidance to Accelerate Cleanup of Superfund, Hazardous Waste Sites Across the Nation* (Oct. 19, 2025), https://www.epa.gov/newsreleases/epa-updates-lead-guidance-accelerate-cleanup-superfund-hazardous-waste-sites-across.

The permit further fails to require specific and adequate provisions for the protection of especially vulnerable populations, including pregnant women and children. Nor does it include specific conditions for protection of cattle, chicken, and other animals. The permit also lacks requirements for robust pre-detonation and post-detonation sampling for the entire affected area. Given the seriousness of the risks, the permit should also include requirements for the Army to offer lead blood testing and medical monitoring.

*c. Failure to fully consider alternative treatment methods.*

EPA unlawfully authorized the Army to open detonate lead azide without fully considering alternatives and demonstrating that open detonation is the only safe option. As noted, the requirements of Subpart X applicable to open detonation units apply to this emergency permit. *Supra*, Part A.1.a. EPA recently reaffirmed

that, pursuant to Subpart X, permit applicants must "demonstrate that their waste explosives 'cannot safely be disposed of through other modes of treatment.'" EPA June 2022 Memo at 7. To be permitted to open detonate, the Army therefore "must successfully demonstrate, through accurate waste characterization and an evaluation of alternative technologies, that the waste has the potential to detonate and that there are no other technologies that can safely treat that waste stream." *Id.* at 7-8. "Where safe alternatives are available, facilities **must** use those alternatives in lieu of OB/OD." *Id.* at 1 (emphasis in original).

The permit notes that the Army did evaluate alternatives, however that evaluation was not attached to the permit and EPA has not provided the public with access to the permit application which contains the evaluation. EPA Nov. 16 Notice, https://perma.cc/HXF8-38CR. The Army's Environmental Assessment (posted publicly yesterday), prepared to purportedly comply with the National Environmental Policy Act, shows that it did not fully consider non-detonation alternatives and mobile treatment units. Environmental Assessment (Nov. 18, 2026), https://d34w7g4gy10iej.cloudfront.net/pubs/pdf_78364.pdf [https://perma.cc/2WUQ-97YK] ("EA"). It states that, while "Chemical Neutralization (Non-Detonation)" "offered environmental protections by avoiding a blast plume" containing toxic lead, this alternative was eliminated from further consideration "due to unacceptable risk to human safety." EA at 8. The Army's

reasoning, however, is unsupported by any publicly-available documents. Specifically, the Army claims that the required additional "'hands-on'" time and physical manipulation of the lead azide drums for chemical neutralization drastically increases the probability of accidental, fatal detonation during handling. *Id.* But it provides no supporting data, let alone an "accurate waste characterization," to demonstrate the potential for this cache of lead azide to detonate during chemical neutralization, nor does it explain why no mitigative measures can be taken to reduce or prevent the risk of a detonation during chemical neutralization operations. As noted, EPA has not provided the public with the alternatives evaluation submitted as part of the Army's application or the correspondence between EPA and the Army concerning alternatives. Upon information and belief—including the fact that Appendix A of the emergency permit does not show that EPA provided any comments or required any revisions to an alternative technology evaluation—EPA arbitrarily accepted the Army's conclusory assertions dismissing chemical neutralization without scrutiny.

The arbitrariness of EPA's unquestioning acceptance of the Army's conclusion is bolstered by the fact that EPA itself has acknowledged, and disseminated for public information and use by facilities treating waste explosives, that chemical neutralization is a viable alternative technology for treating lead azide specifically. *See* EPA Compendium of Potential Alternative Technologies to

OB/OD at 83 (Jan. 3, 2025), https://www.epa.gov/system/files/documents/2025-01/updated_potential_alternative_technologies_compendium.pdf (listing MuniRem as a treatment technology that has been implemented for lead azide); *see also* Nat'l Acad. Sci., *Alternatives for the Demilitarization of Conventional Munitions* at 62-63 (2019), https://www.nationalacademies.org/read/25140/chapter/1#ii (describing MuniRem as a technology using "sulfur reduction chemistry" that "has been demonstrated to…dissolve and neutralize explosive residues and propellants.").

The arbitrariness of EPA's decision is further illustrated by the stark contrast between the alternatives the Army considered. EPA accepted the Army's dismissal of chemical neutralization, which would avoid a blast plume and dispersal of toxic lead, based on unsupported reasoning. And in doing so EPA authorized open detonation instead, which poses threats to human health and the environment that are supported by data, including the Army's own modeling of widespread lead dispersal and deposition and general scientific understanding of the serious harms from even low levels of lead exposure.

EPA also acted unlawfully by authorizing the Army to open detonate lead azide even though the Army seemingly failed to consider using mobile treatment units as an alternative to open detonation. EPA has identified mobile treatment units as a class of technology that could "provid[e] alternative technology treatment services sooner than permitting and constructing a permanent on-site

unit," provide "particularly keen" benefits for facilities "that do not treat waste explosives routinely," and "could offer an additional compliance option beyond off-site shipment and building an alternative technology unit." 89 Fed. Reg. 19952, 19992 (Mar. 20, 2024). These potential benefits are highly relevant to the Army's need to treat lead azide at the IAAP given the Army's claimed need for expedient action, the fact that the lead azide is a discreet volume of hazardous waste the plant is not routinely treated at this site, and the Army has claimed off-site shipment is not possible. Despite this alignment of needs and benefits, the EA shows that the Army did not consider this entire class of treatment technology at all. The EA looked only at the options of mitigated open detonation (what the EPA permitted), no action, chemical neutralization, transport to the plant's on-site open detonation unit, and unmitigated controlled detonation. EA at 7-9. Thus, EPA's grant of the permit to authorize open detonation of lead azide, where the Army failed to evaluate a whole class of technologies that EPA has identified as beneficial to reducing the need for open detonation, is arbitrary and contrary to EPA's own regulations and guidance for open detonation permits.

### 2. EPA Failed to Provide Notice and Comment Opportunity.

EPA's own regulations require all RCRA emergency permits to be accompanied by public notice under 40 C.F.R. 124.10(b) that provides at least 45 days for public comment. 40 C.F.R. 270.61(b)(5). Nonetheless, EPA did not notice

a draft permit nor provide any opportunity for public comment at all. Indeed, on its website noticing the final permit, posted just four days ago, EPA announced it is "neither requesting nor accepting comments on this public notice." EPA Nov. 16 Notice, https://perma.cc/HXF8-38CR. The regulations do not allow EPA to skirt this notice-and-comment obligation and EPA cited no such exception to the rule. Any excuse it may offer now in the name of an "emergency" cannot be justified under the terms of the rule or by the facts that show the plan to open detonate was in the works for months and EPA had time to comply. EPA's failure has left the Petitioners' members in the dark, lacking critical information relevant to their health and safety and deprived of the opportunity to participate in and raise concerns about EPA's decisionmaking.

**B. Petitioners will suffer irreparable harm in the absence of a stay.**

"Environmental injury, by its nature, can seldom be adequately remedied by money damages and is often permanent or at least of long duration, *i.e.*, irreparable." *Amoco Prod. Co. v. Vill. of Gambell, AK*, 480 U.S. 531, 545 (1987). Petitioners and their members will be irreparably harmed if the open detonation of lead azide proceeds as planned on Friday.

Once lead dust is dispersed, there is no undoing the harm. Lead persists in the environment and spreads easily between media. Lanphear Decl. ¶ 25. Lead dust in the air will not just disappear once it settles to the ground—people, cattle,

chickens and wildlife will continue to face exposures to lead from soil, water runoff, and deposition into waterbodies. *Id.* Lead also builds up and stays in the human body. *Id.* at ¶ 29. Once lead enters the body, it travels through the blood to soft tissues and mineralizing tissues (bones and teeth). *Id.* It can then be stored for years in mineralizing tissues where it can accumulate over time and, under some circumstances—like during pregnancy—re-enter the bloodstream. *Id.* Lead also accumulates in the bodies of cattle, chicken, and other animals that are exposed to contaminated soil or drinking water. *Id.* Elevated lead levels have been detected in chicken eggs, cow milk, and the in the tissues and bones of cattle, creating additional pathways for human exposures. *Id.* The concentration of agricultural operations around the detonation site creates a risk that lead will contaminate local livestock, rendering them unsafe for sale or contaminating the food supply. *Id.*

Again, there is no evidence of a threshold for the adverse consequences of lead exposure. *Id.* at ¶ 12. In other words, lead is considered hazardous at any level. Thus, the Army's planned detonation of 9700 pounds of explosive lead material poses a significant risk of irreparable harm that cannot later be remedied.

**C. A stay will serve the public interest.**

When the government is opposing a stay pending review, the balance of equities and public interest factors merge. *See Nken*, 556 U.S. at 435; *Minnesota v. U.S. Dep't Agric.*, 826 F. Supp. 3d at 993 (citing *Immigrant Defs. L. Ctr.*, 145 F.4th

at 995). The Supreme Court has recognized that "[i]f [environmental] injury is sufficiently likely, . . . the balance of harms will usually favor the issuance of an injunction to protect the environment." *Amoco Prod. Co*, 480 U.S. at 545. Moreover, "[t]here is generally no public interest in the perpetuation of unlawful agency action." *League of Women Voters of United States v. Newby*, 838 F.3d 1, 12 (D.C. Cir. 2016) (internal citations omitted). "To the contrary, there is a substantial public interest 'in having governmental agencies abide by the federal laws that govern their existence and operations.'" *Id.* (citations omitted). There can be no protectable government interest in bypassing environmental review that is plainly required by the law and are fundamental to protecting human health and the environment.

Petitioners do not dispute the EPA and Army's assertion that there is risk involved in leaving the lead azide at the IAAP untreated. Indeed, as the EPA's permit recognizes, recrystallization during the Army's "long-term storage" of reactive lead azide in an area that was "not covered for treatment, storage, or disposal of hazardous waste" under the Army's hazardous waste permit has created circumstances posing a threat to public health and the environment, such that it necessitated EPA issuing several emergency permits to provide needed oversight of the Army's continued storage of lead azide while the agencies decided how to address the problem. Permit at 1-2; *supra* pp. 3-4. In more direct terms, the Army

left 68 drums of a primary explosive to degrade for roughly two decades until it decided that the only safe option became detonating them near populated areas. That turned the Army's storage management failure into a public health event for people in at least two states. This rushed final week is a symptom of that; the Army has been aware of the risk since at least March, yet it gave public notice of its plans a mere five days before intended detonation.

Petitioners do believe there is a public interest in adequately and safely addressing the risk posed by the improper management of lead azide at the IAAP. But that interest is not served by the permit's authorization of open detonations that would blast lead dust across an area of Iowa (and possibly Illinois) that contains thousands of families (including young children highly sensitive to lead exposure), significant quantities of farmland, water bodies including the iconic Mississippi River, and countless wildlife and other natural resources. And particularly not where, as explained, the open detonations are a result of unlawful government activity—including the EPA's arbitrary acceptance of the Army's dismissal of treatment alternatives that would avoid a blast plume—where much of the impacted public received less than a week's notice, where inaccurate and potentially harmful information was disseminated by the Army on actions residents should take to protect themselves from lead exposure, and where several crucial conditions to protect human health and the environment are glaringly absent from



Appellate Case: 26-3374 Page: 28 Date Filed: 11/19/2026 Entry ID: 5708039

the permit. Thus, the Army's proposed solution creates entirely new risks, and does so with too little time and transparency for members of the public to adequately protect themselves.

To be clear, the Court is not balancing the risk of treating lead azide with the risk of not taking any action. What the Court must balance is the risks associated with the ***possibility*** of unplanned detonation while crucial additional time is given to take actions necessary to protect human health and the environment, against the very significant ***known*** harm of a massive lead dust plume. Given the facts at hand, the balance of equities and the public interest strongly favor a stay pending review.

## CONCLUSION

For the foregoing reasons, Petitioners respectfully request that this Court issue a stay of the permit. To avoid immediate, irreparable harm that petitioners and their members will suffer without a stay, petitioners respectfully request a ruling on this motion by 10:00 AM Central (one hour prior to the time of scheduled open detonation) on November 20, 2026. In the alternative, that if the Court cannot rule on this motion by the requested time, Petitioners request that it grant an administrative stay of the emergency permit until such time as this motion can be fully heard by the Court. *United States v. Texas*, 144 S. Ct. at 798.



Appellate Case: 26-3374 Page: 29 Date Filed: 11/19/2026 Entry ID: 5708039

Dated: November 19, 2026

Respectfully submitted,

/s/ *Thomas Cmar*
Thomas Cmar
Earthjustice
6608 Wooster Pike
Cincinnati, OH 45227
(312) 257-9338
tcmar@earthjustice.org

Thien Chau
Khushi Desai
Rachel Rintelmann
1250 I Street NW, Fourth Floor
Washington, DC 20005
tchau@earthjustice.org
kdesai@earthjustice.org
rrintelmann@earthjustice.org
(202) 667-4500

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2026, the foregoing EMERGENCY MOTION FOR STAY PENDING DISPOSITION OF PETITION FOR REVIEW was served on Respondents via certified mail, return receipt requested, to the following addresses:

Administrator Lee Zeldin
Office of the Administrator
Mail Code 1101A
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Jim Macy
Regional Administrator
U.S. EPA Region 7
11201 Renner Blvd.
Lenexa, KS 66219

*/s/Thomas Cmar*
Thomas Cmar



Appellate Case: 26-3374 Page: 31 Date Filed: 11/19/2026 Entry ID: 5708039

# Exhibit A

Appellate Case: 26-3374 Page: 33 Date Filed: 11/19/2026 Entry ID: 5708039

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**EMERGENCY HAZARDOUS WASTE MANAGEMENT FACILITY PERMIT**

| | |
|---|---|
| **Permittee:** | **United States Department of the Army, as owner and operator** |
| **Location of Permitted Facility:** | **Iowa Army Ammunition Plant**<br>**17571 Des Moines County Highway 79**<br>**Middletown, Iowa 52638-5000** |
| **EPA RCRA ID No.:** | **IA7213820445** |
| **Effective Date:**<br>**Expiration Date:** | **November 13, 2026, 12:00 AM CST**<br>**February 11, 2027, 11:59 PM CST** |

The U.S. Environmental Protection Agency (EPA) issues this Emergency Permit for Storage and Treatment ("Emergency Permit") to the U.S. Department of the Army (Permittee) to store and treat lead azide—a hazardous waste that exhibits the characteristic of reactivity (energetic) and the characteristic of toxicity for lead—at the Iowa Army Ammunition Plant (IAAAP). IAAAP encompasses approximately 19,000 acres located at 17571 Des Moines County Highway 79, Middletown, Iowa, and all contiguous property at this location under the control of the Permittee (hereinafter "Permitted Facility"). The recrystallization of the lead azide during long-term storage has increased the material's sensitivity to friction and shock, creating a highly unstable and dangerous situation. This Emergency Permit is issued upon the EPA's finding of an imminent and substantial endangerment to human health and the environment pursuant to the Solid Waste Disposal Act (Sections 3004(a), (u), (v), and 3005 of the Resource Conservation and Recovery Act, or RCRA (42 U.S.C. §§ 6924(a), (u), (v); 6925)) and regulations promulgated thereunder (Title 40 of the Code of Federal Regulations (C.F.R) Sections 264 – Subpart X, 270.61). Section 3005(c)(3) of RCRA requires that each Permit issued under Section 3005 shall contain such terms and conditions as the EPA determines necessary to protect human health and the environment.

Under the IAAAP's existing RCRA Permit, issued September 28, 2018 (2018 RCRA Permit), storage of reactive (energetic) waste, ignitable waste, toxicity characteristic waste, listed hazardous waste spent solvents, and listed hazardous waste from explosive operations are allowed to be stored in [redacted]. Pursuant to the 2018 RCRA Permit, the treatment of reactive hazardous waste munitions by open burning in the Open Burn Area shall only be conducted for munitions that are unstable and small explosive loaded munition items which are unsafe for continued storage, unsafe for transport off-site or for which no off-site treatment method exists. The treatment of reactive hazardous waste munitions that cannot be safely transported off-site to a treatment facility is allowed

in the following Subpart X Miscellaneous Treatment Units: Open Detonation area and 44MM Grenade Treatment Unit.

The 2018 RCRA Permit limits storage to no more than 35,000 pounds of hazardous waste and to no more than 35,000 pounds net of explosive weight (on a TNT basis) of reactive waste. The 2018 RCRA Permit limits the treatment of munitions to the following:

- Open burning of munitions in metal pans is limited to a maximum of 140 pounds per hour;
- Open detonation of munitions in pits dug into the ground or in a buried explosion module is limited to a maximum of 100 pounds per hour; and
- Open detonation of 40mm grenades is limited to a maximum of two grenades per detonation and 50 grenades per week in the steel tank detonation chamber.

On September 29, 2026, the EPA issued to the Permittee an Emergency Permit for Storage of the following hazardous waste in [redacted] within Earth Covered Magazines (ECMs) [redacted] and [redacted] (hereinafter "September 2026 Storage Permit"):

Name: Lead Azide
Hazardous Waste Codes: D003 (reactivity), D008 (toxicity characteristic for lead)
CAS Number: 13424-46-9
DOT Shipping Classification: Hazard Class 1.1A, UN0130
Quantity: There are 68 drums of Lead Azide, [redacted]

- [redacted]

This referenced storage area is not covered for treatment, storage, or disposal of hazardous waste under the 2018 RCRA Permit.

The EPA's issuance of the September 2026 Storage Permit was based on the IAAAP's emergency permit request letter, dated September 2, 2026, including all associated attachments. The September 2026 Storage Permit is scheduled to expire December 26, 2026, at 11:59 pm CST. This Emergency Permit supersedes the September 2026 Storage Permit.

On September 4, 2026, the Permittee submitted a partial application for an Emergency Permit for Storage and Treatment of the hazardous waste subject to the September 2026 Storage Permit. Appendix A summarizes sections contained in the Army's initial permit application, the EPA's comments on those sections, and the Army's resubmission of revised permit application sections.

In addition, the Army submitted to the EPA correspondence dated August 12, 2026, and September 4, 2026, providing its analysis of potential alternatives and the Army's decision-making process that culminated in the Secretary of the Army's selection of intentional detonation for the treatment of lead azide (hereinafter "treatment activity"). The EPA's personnel also attended a briefing for Army decisionmakers in April 2026. Lastly, the Emergency Permit Application—specifically, Section 1 –

Appellate Case: 26-3374 Page: 34 Date Filed: 11/19/2026 Entry ID: 5708039

Introduction, 1.4 Alternative Treatment Technology Assessment—also includes information pertaining to the Army's evaluation of alternative treatment processes.

The hazardous waste container storage units are [redacted], which are located within [redacted] The locations of [redacted] are shown in Figure 1-2 of the IAAAP's Emergency Permit Application Section 1 – Introduction. Figure #4 of the Emergency Permit Application Section 1 – Introduction is the construction drawing and floor plan of [redacted].

This Emergency Permit is required to protect human health and the environment and to authorize the continued storage of this hazardous waste in place until the operating conditions, as outlined in this Emergency Permit, allow for the implementation of the treatment activity to safely manage the explosive hazard. To maximize protection of public health, the Emergency Permit requires the Permittee to model depositional impacts and airborne plume migration prior to any targeted detonation date. The required modeling must utilize a conservative coding input to ensure that the Permittee's modeling does not under-predict the extent of potential impact. Technical experts from both the EPA and the Army agree that the modeling on which public notifications will be based is not necessarily representative of actual conditions that may result from the treatment activity. The EPA acknowledges the Army's real-world experience and expert judgment, presented in its permit application, that the realistic airborne release of lead will, in fact, be less than 100 percent due to considerable measures the Permittee will implement to mitigate blast effects. However, considering technical uncertainty regarding a quantifiable reduction of the lead release produced by planned mitigation measures, the EPA has chosen a conservative Emission Factor to ensure that the prior notifications are maximally protective of the public.

This Emergency Permit further requires the Permittee to conduct work as described in the Emergency Permit Application dated October 28, 2026, and the EPA-approved Uniform Federal Policy – Quality Assurance Project Plan dated November 5, 2026 (hereinafter "Emergency Permit Application"). The Emergency Permit Application is incorporated by reference into this Emergency Permit. If a conflict exists between the Emergency Permit Application and the conditions listed in this Emergency Permit, then the permit conditions shall govern. The provisions of this Emergency Permit are severable. If any provision of this Emergency Permit or the application of any provision of this Emergency Permit to any circumstance is held invalid, then the application of such provision to other circumstances and the remainder of this Emergency Permit shall not be affected.

This Emergency Permit is being issued to temporarily allow for the storage and treatment activity of lead azide in the location and amount described above. In accordance with 42 U.S.C. §§ 6924(u)-(v), this Emergency Permit also requires the Permittee to take corrective action for releases of hazardous waste or hazardous constituents resulting from the treatment activity. Such action will be required both on the Permitted Facility and beyond the Permitted Facility boundary as necessary to protect human health and the environment. The duration of this Emergency Permit shall not exceed 90 days from issuance.

Appellate Case: 26-3374 Page: 35 Date Filed: 11/19/2026 Entry ID: 5708039

This Emergency Permit incorporates by reference all applicable regulations of 40 C.F.R. Parts 264, 266, and 270, and all terms and conditions of this Emergency Permit. Applicable regulations are those which are in effect on the date of issuance of this Emergency Permit, in accordance with 40 C.F.R. § 270.32(c).

## I. Schedule of Compliance

A. Within five (5) days of the effective date of this permit, the Permittee shall revise and resubmit Permit Application, Section 13 – Exposure Pathway Analysis, in accordance with any EPA comments.

B. Within seven (7) days of approval by the Iowa Department of Natural Resources, the Permittee shall submit to the EPA any project-specific Stormwater Pollution Prevention Plan (SWPPP) prepared in accordance with applicable Iowa National Pollutant Discharge Elimination System (NPDES) stormwater requirements.

## II. Standard Emergency Permit Conditions

A. Any management of hazardous waste not authorized in either this Emergency Permit or the 2018 RCRA Permit is prohibited.

B. Compliance with this Emergency Permit constitutes compliance, for purposes of enforcement, with Subtitle C of RCRA, except for: 1) self-implementing statutory or regulatory requirements of RCRA, and 2) violations of RCRA that occurred prior to the effective date of this Emergency Permit.

C. The Permittee must comply with all conditions of its 2018 RCRA Permit, except to the extent and for the duration noncompliance is authorized in this Emergency Permit (40 C.F.R. § 270.30). Any noncompliance of the 2018 RCRA Permit, except under the terms of this Emergency Permit, constitutes a violation of federal law and is grounds for an enforcement action; for permit termination, revocation and reissuance, or modification; or for denial of a permit renewal application.

D. Compliance with the terms of this Emergency Permit does not constitute a defense to any order issued, or any action brought, under: (1) Sections 3008, 3013, or 7003 of RCRA; (2) Sections 106(a), 104, or 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (42 U.S.C. § 9601, *et seq.*); or (3) any other law providing for the protection of public health and/or the environment.

E. In the event of noncompliance with this Emergency Permit, the Permittee shall take all reasonable steps to minimize releases to the environment and shall carry out such measures as are reasonable to prevent significant adverse impacts on human health or the environment.

Appellate Case: 26-3374 Page: 36 Date Filed: 11/19/2026 Entry ID: 5708039

F. Any inaccuracies found in the Emergency Permit Application in support of this Emergency Permit may be grounds for the termination, revocation, reissuance, or modification of this Emergency Permit in accordance with 40 C.F.R. §§ 270.41-43 and for enforcement action. The Permittee must inform the EPA within 24 hours of any deviation from or changes in the information in the Emergency Permit Application which would affect the Permittee's ability to comply with the applicable regulations or permit conditions.

G. The Permittee shall comply with all applicable regulations of 40 C.F.R. Parts 264, 266 and 270 not specifically referenced within this document. Failure to comply with any or all conditions specified within this Emergency Permit or the EPA's discovery that any material facts have been misrepresented by the Permittee may result in the termination of this Emergency Permit by the Director and/or the EPA pursuing an enforcement action for the Permittee's failure to comply with the conditions of this Emergency Permit or for the Permittee's misrepresentation.

H. This Emergency Permit may be modified, revoked and reissued, or terminated for cause. The filing of a request by the Permittee for a permit modification, revocation and reissuance, or termination, or a notification of planned changes or anticipated noncompliance, does not stay any permit condition.

I. This Emergency Permit does not convey any property rights of any sort, or any exclusive privilege, nor does it authorize any injury to persons or property, any invasion of other private rights, or any infringement of state or local law or regulations.

J. The Permittee shall furnish to the EPA, within the time specified by the EPA, any relevant information which the EPA may request to determine whether cause exists for modifying, revoking and reissuing, or terminating this Emergency Permit or to determine compliance with this Emergency Permit. The Permittee shall also furnish to the EPA, upon request, copies of records required to be kept by this Emergency Permit.

K. The Permittee shall allow the EPA, or an authorized representative, upon the presentation of credentials and other documents as may be required by law to:

1. Enter at reasonable times upon Permittee's premises where a regulated facility or activity is located or conducted, or where records must be kept under the conditions of this Emergency Permit;

2. Have access to and copy, at reasonable times, any records that must be kept under the conditions of this Emergency Permit;

3. Inspect at reasonable times any facilities, equipment (including monitoring and control equipment), practices or operations regulated or required under this Emergency Permit; and

Appellate Case: 26-3374 Page: 37 Date Filed: 11/19/2026 Entry ID: 5708039

4. Sample or monitor at reasonable times, for the purposes of assuring permit compliance or as otherwise authorized by RCRA, any substances or parameters at any location.

L. Monitoring and Records

1. Samples and measurements taken for the purpose of monitoring shall be representative of the monitored activity.

2. The Permittee shall retain records of all monitoring information, including all calibration and maintenance records and all original strip chart recordings for continuous monitoring instrumentation, copies of all reports required by this Emergency Permit, the certification required by 40 C.F.R. § 264.73(b)(9) and records of all data used to complete the documentation for this Emergency Permit, for a period of at least three (3) years from the date of the sample, measurement, report, certification, or application. This period may be extended by request of the EPA at any time. The Permittee shall maintain records from all groundwater monitoring wells and associated groundwater surface elevations, for the active life of the Permitted Facility.

3. The monitoring records shall specify information in accordance with 40 C.F.R. § 270.30(j)(2) and (3).

4. The Permittee shall ensure its analytical data meet the Data Quality Objectives (DQOs) in the Uniform Federal Policy - Quality Assurance Project Plan (UFP-QAPP) submitted as Appendix 1 of the Emergency Permit Application.

M. Reporting Requirements

1. *Planned changes* – The Permittee shall give notice to the EPA as soon as possible of any planned physical alterations or additions to the Permitted Facility or treatment activity.

2. *Anticipated noncompliance* – The Permittee shall give advance notice to the EPA of any planned changes in the Permitted Facility which may result in noncompliance with requirements of this Emergency Permit.

3. *Transfers* – This Emergency Permit is not transferable to any person except after notice to and approval by the EPA. The EPA may require modification or revocation and reissuance of the permit to change the name of the permittee and incorporate such other requirements as may be necessary under RCRA.

Appellate Case: 26-3374 Page: 38 Date Filed: 11/19/2026 Entry ID: 5708039

4. *24-hour reporting* –

   i. The Permittee shall report any noncompliance that may endanger human health or the environment orally within 24 hours from the time Permittee becomes aware of the circumstances, including:

      a. Information concerning the release of any hazardous constituent and hazardous waste that may cause an endangerment to public drinking water supplies; or

      b. Any information of a release or discharge of hazardous constituent, hazardous waste or of a fire or explosion from the facility which could threaten the environment or human health outside the facility.

   ii. A written submission (hereinafter "24-hour Noncompliance Report") shall also be provided within five (5) days of the time the Permittee becomes aware of the circumstances. The 24-hour Noncompliance Report shall contain a description of the noncompliance and its cause; the period of noncompliance including exact dates and times, and if the noncompliance has not been corrected, the anticipated time it is expected to continue; and steps taken or planned to reduce, eliminate, and prevent reoccurrence of the noncompliance. The EPA may waive the 5-day written notice requirement in favor of a written report within fifteen (15) days.

5. *Other information* – Where the Permittee becomes aware that it failed to submit any relevant facts in its Emergency Permit Application dated September 2, 2026 (storage), and September 4, 2026 (treatment), or subsequent submittals, or submitted incorrect information in the attachments to those submittals or in any report to the EPA, the Permittee shall submit such facts or information to the EPA within 24 hours from the time Permittee becomes aware of the circumstances.

N. Recordkeeping

1. The Permittee shall establish an Operating Record for this Emergency Permit that shall include, but not be limited to, this permit, the Emergency Permit Application, all inspection forms and logs, all information and records and reports required and generated to comply with this Permit, hazardous waste determinations, monitoring logs and reports, sampling analysis results, records, reports, final closure plan and closure certification report, and cleanup (corrective action) workplan(s) and report(s).

2. The Permittee shall maintain the Operating Record for a minimum of five (5) years from the effective date of this Emergency Permit. The Permittee shall comply with 40 C.F.R. § 267.74(a) (for the availability of records) and 40 C.F.R. § 267.74(b) (for the automatic extension of the five (5) year retention period during unresolved enforcement action).

Appellate Case: 26-3374 Page: 39 Date Filed: 11/19/2026 Entry ID: 5708039

Appellate Case: 26-3374 Page: 40 Date Filed: 11/19/2026 Entry ID: 5708039

## III. Special Emergency Permit Conditions for Storage of Lead Azide

A. The storage of hazardous waste lead azide shall only be in containers in [redacted], which are located within [redacted], as shown in Emergency Permit Application Section 1 – Introduction, Figure 1-2. Lead azide being stored in the containers is D003 hazardous waste (reactivity) and D008 (toxicity characteristic for lead).

B. The Permittee shall comply with all the following special conditions for storage:

1. Access to [redacted] shall be limited to only those personnel that require access. Such personnel must have received appropriate training to safely manage the waste authorized under this Emergency Permit, respond to emergencies, and maintain regulatory compliance.

2. The Permittee shall maintain posting of advisory signage at the outermost perimeter gate(s) providing entrance to [redacted]. Such signage must include the following:

   i. The EPA RCRA ID Number assigned to the Permitted Facility.

   ii. Notice that [redacted] contains "Hazardous Waste" in [redacted], including the Hazardous Waste Codes, nature of the hazard, and the accumulation start date of such materials.

   iii. Other appropriate signage including but not limited to "No Smoking."

C. The Permittee shall maintain posting of advisory signage placed on the entrance doors of [redacted].

D. The Permittee shall provide notice to the EPA immediately upon the IAAAP Environmental Coordinator's authorization to enter [redacted]. Within 24 hours of such authorization, containers shall be appropriately labeled in accordance with RCRA regulations.

E. The Permittee shall follow all Permitted Facility-established or newly established Standard Operating Procedures. This includes personnel training and safety requirements.

F. The Permittee shall take all necessary precautions to prevent accidental ignition or reaction of ignitable and/or reactive waste.

G. The Permittee shall immediately carry out the provisions of the Contingency Plan, which was submitted on September 9, 2026, and included in the Permittee's 2018 RCRA Permit (Permit Attachment III-5) if there is a fire, explosion, or release of hazardous waste or hazardous waste

constituents which could threaten human health or the environment. Any activation of the Contingency Plan requires prompt notification to the EPA.

H. The Permittee shall conduct weekly inspections of advisory signage, emergency equipment, and, when applicable, inspections of containers in [redacted]. The inspections shall be performed to confirm placement of advisory signage and emergency equipment, and when applicable, condition of emergency equipment, quantity of containers in [redacted], quantity of containers in [redacted], condition of containers, and note deteriorations and/or leakage from containers. The Permittee shall document observations on the inspection form, actions taken to correct deficiencies, the date and time of the action, and include the signature of the person conducting the inspection. Documentation of the weekly inspections shall be maintained in the Operating Record for this Emergency Permit.

## IV. Special Emergency Permit Conditions for Treatment of Lead Azide

A. Treatment activity by intentional detonation shall only be conducted in [redacted] located in [redacted] of the Permitted Facility, as shown in, Emergency Permit Application Section 1 – Introduction, Figure 1-2. Open detonation shall only be conducted to treat the containers storing lead azide (reactive D003 hazardous waste and toxicity for lead D008 hazardous waste).

B. The containers of lead azide shall remain in place inside the referenced ECMs. Explosive charges and an accelerant will be placed on and near each container of lead azide, and the contents of [redacted] will be detonated simultaneously or in rapid succession under controlled conditions.

C. The Permittee shall not conduct the treatment activity authorized by Emergency Permit Condition IV.B. until it has completed the modeling and public notification activities required in Emergency Permit Condition IV.G.

D. The Permittee shall use reasonable best efforts to schedule and conduct the treatment activity authorized by Emergency Permit Condition IV.B. to minimize dust-lead deposition within the boundaries of 2020 Census Tracts 2, 3, 4, 5, 6, 8 and/or 9 of Des Moines County, Iowa, based on modeling performed pursuant to Emergency Permit Condition IV.G. 1.i. or IV.G. 1.ii. a.

E. The Permittee shall maintain the [redacted] to minimize the possibility of a fire, explosion, or any unplanned, sudden or non-sudden release of hazardous waste constituents to air, soil, groundwater or surface water, which could threaten human health or the environment.

F. The Permittee shall maintain the blast containment barriers that have been constructed around [redacted] to reduce and control potential treatment activity-related impacts to surface and subsurface soil, vegetation, surface water, and groundwater. The containment barrier configuration constructed around each referenced ECM includes a designated venting

Appellate Case: 26-3374 Page: 41 Date Filed: 11/19/2026 Entry ID: 5708039

area intended to direct the blast wave and associated debris release away from installation infrastructure and toward less populated areas if the activity results in material being released beyond the immediate treatment area. Emergency Permit Application Section 4, Figure 4-6, provides dimensional information for the blast containment barriers and identifies the [redacted] and [redacted] venting area. The as-built construction drawing and floor plan of [redacted] and [redacted] located within [redacted] is provided in Emergency Permit Application Section 1 – Introduction, Figure 1-4.

G. Plume Forecasting and Public Notifications

1. *Plume Forecasting* – In accordance with the requirements described in Appendix B, the Permittee shall develop air dispersion and dust deposition modeling to support public notifications on the following schedule:

   i. Preliminary Forecast – No later than five (5) days prior to the treatment activity, the Permittee shall develop and publicly distribute a preliminary plume impact estimate using forecasted weather conditions 48 hours prior to the treatment activity.

   ii. Subsequent Forecasting –

      a. No later than 48 hours prior to the treatment activity, the Permittee shall update and publicly distribute the plume impact estimate using forecasted weather conditions on the date of the treatment activity.

      b. Beginning 6 hours before the treatment activity and every hour thereafter until completion of the treatment activity, the Permittee shall update and publicly distribute the plume impact estimate using forecasted weather conditions at the time of the treatment activity.

   iii. Post-Detonation Plume Impact Estimate – Within 6 hours of completion of the treatment activity, the Permittee shall update and publicly distribute a final plume impact estimate using weather conditions documented at the time of the treatment activity.

2. *Public Notifications* –

   i. The Permittee shall implement the public notifications described in Emergency Permit Condition IV.G.1. in accordance with the requirements set forth in Appendix C.

   ii. The Permittee shall conduct other community engagement activities in accordance with Permit Application Section 5 – Community Engagement Plan.

Appellate Case: 26-3374 Page: 42 Date Filed: 11/19/2026 Entry ID: 5708039

3. Within 24 hours of publication of the plume impact estimates required in Emergency Permit Conditions IV.G. 1.i., IV.G. 1.ii. a., and IV.G. 1.iii., the Permittee shall submit to the EPA for review and approval an atmospheric dispersion modeling report documenting the parameters that were used and the imagery generated.

H. At a minimum, the Permittee shall maintain the equipment set forth in 40 C.F.R. § 264.32 and the Contingency Plan for Treatment, Emergency Permit Application Section 10 – Contingency Plan for Treatment. The minimum equipment required includes: 1) an internal communication or alarm system; 2) device, such as a telephone available at the scene to summon emergency assistance; 3) portable fire extinguisher or control equipment; and 4) water at adequate volume and pressure or foam producing equipment.

I. The Permittee shall test and maintain the equipment specified in Emergency Permit Condition IV.H as necessary to assure its proper operation in time of emergency, and as required by 40 C.F.R. § 264.33.

J. Whenever hazardous waste is being handled or treated, the Permittee shall maintain immediate access for all personnel to an emergency communication device or an internal alarm system as required by 40 C.F.R. § 264.34 and the Contingency Plan for Treatment, Permit Application Section 10 – Contingency Plan for Treatment.

K. The Permittee shall maintain arrangements with state and local authorities as required by 40 C.F.R. § 264.37 and as described in the Contingency Plan for Treatment, Emergency Permit Application Section 10 – Contingency Plan for Treatment. If state or local officials refuse to enter into preparedness and prevention arrangements with the Permittee, the Permittee must document this refusal in the Operating Record and notify the Director in writing within five (5) days of such refusal.

L. Contingency Plan for Treatment

1. *Requirements for Treatment Contingency Plan* – The Permittee shall have a Contingency Plan for the activities associated with the treatment of lead azide and the cleanup resulting from the treatment of lead azide designed to minimize hazards to human health or the environment from fires, explosions, or any unplanned or non-sudden release of hazardous waste or hazardous constituents to air, soil, groundwater or surface water. As applicable, the plan must cover the requirements of 40 C.F.R. § 264.50 through § 264.56.

2. *Implementation of Plan* – Upon conducting the treatment activity, the Permittee shall activate and implement the provisions of Emergency Permit Application Section 10 – Contingency Plan for RCRA Emergency Permit.

Appellate Case: 26-3374 Page: 43 Date Filed: 11/19/2026 Entry ID: 5708039

3. *Copies of Plan* – In accordance with the requirements of 40 C.F.R. § 264.53, a copy of the Contingency Plan for Treatment and all revisions to the plan must be maintained by the Permittee at the Permitted Facility and must be submitted by the Permittee to all local police departments, fire departments, hospitals and State and local emergency response teams that may be called upon to provide emergency services.

4. *Amendment to Plan* – The Permittee shall review and, if needed, immediately amend the Contingency Plan for Treatment, as required by 40 C.F.R. § 264.54, and submit it to the EPA.

5. *Emergency Coordinator* – The Permittee shall have a trained emergency coordinator available at all times in case of an emergency. The emergency coordinator shall have the qualifications, responsibility and authority set forth in 40 C.F.R. § 264.55.

6. *Reporting* – The Permittee shall report in writing to the EPA within five (5) days of all instances within [redacted] no matter how minor, fires, explosions or any unplanned sudden or non-sudden release of hazardous waste or hazardous waste constitutes to air, soil, groundwater or surface water.

M. Training Requirements for Treatment – The Permittee shall conduct personnel training as required by 40 C.F.R. § 264.16. The training program for treatment shall follow the outline in Emergency Permit Application Section 9 – Training Requirements for Treatment. The Permittee shall maintain training documents and records, as required by 40 C.F.R. § 264.16(d)-(e).

N. Permitted and Prohibited Waste Identification

1. The Permittee shall only treat the following hazardous waste in accordance with this Emergency Permit

   Quantity: 68 drums of lead Azide, [redacted]

2. The Permittee is prohibited from treating any material containing, contaminated with or suspected of being contaminated with military chemical warfare agents such as choking agents, nerve agents, blood agents, blister agents, incapacitating agents, vomiting compounds, tear-producing compounds, herbicides, radioactive materials, smokes, incendiary devices or biological agents.

O. Operating Requirements

1. The Permittee shall implement the treatment activity in accordance with the Emergency Permit Application Section 4 Treatment Design and Implementation. The treatment will be a

Appellate Case: 26-3374 Page: 44 Date Filed: 11/19/2026 Entry ID: 5708039

phased implementation performed by Explosive Ordnance Disposal of pre-treatment preparations and safety, treatment, followed by post-treatment assessment.

2. The Permittee shall review, change, revise and/or update Emergency Permit Application Section 4 Treatment Design and Implementation, as necessary to ensure the safe management and treatment of the lead azide reactive (explosive) hazardous waste. Any change, revision or update specifically listed in Appendix I of 40 C.F.R. § 270.42 as a Class 1 modification shall require the Permittee to submit a Class 1 modification within seven (7) days of the revision or update. For all other classes of permit modifications (Class 1 prior Director approval, Class 2, Class 3, or other modifications), the Permittee shall submit the permit modification request in accordance with 40 C.F.R. §§ 270.42(a)(iii), 270.42(b), 270.42(c) or 270.42(d).

3. The Permittee shall conduct the treatment activity only if the following adverse meteorological conditions are not forecasted to be present at the time of detonation and for a period of 3 hours thereafter, based on and as outlined in Emergency Permit Application Section 4 – Treatment Design and Implementation:

   i. Precipitation or forecasted high probability of precipitation for the duration of treatment activity;

   ii. When surface wind speed is less than 1 mile per hour and more than 15 miles per hour;

   iii. Windspeeds aloft (1,000 to 3,000 feet) is more than 30 miles per hour;

   iv. Electrical storms or thunderstorms;

   v. Dense fog, blowing snow/sand, dust storms, or other situations that restrict visibility to 1,000 feet;

   vi. Extremely cloudy days, defined as overcast (more than 80% cloud cover) with a ceiling of less than 2,000 feet;

   vii. Dusk (30 minutes before sunset) to dawn (30 minutes after sunrise); or

   viii. During an inversion (air temperature increase with increasing altitude).

4. The Permittee shall follow all Permitted Facility-established or newly established Standard Operating Procedures, including procedures outlined in the Emergency Permit Application Section 4.1.1 – Donor Materials Handling and Storage, for handling and management of explosive materials (donor material).

Appellate Case: 26-3374 Page: 45 Date Filed: 11/19/2026 Entry ID: 5708039

P. Special Provisions for Ignitable, Reactive, or Incompatible Waste

1. The Permittee shall take all necessary precautions to prevent accidental ignition or reaction of ignitable and/or reactive wastes.

2. The Permittee shall not store, handle, or otherwise manage incompatible wastes together at [redacted].

Q. Operation, Monitoring, Reporting, and Response Actions

1. *Monitoring* –

   i. The Permittee shall conduct monitoring of the treatment activities at [redacted] and [redacted], at the Permitted Facility, and at off-site locations to document potential migration of releases of hazardous waste and/or hazardous constituents to soil, surface water, sediment, groundwater, and/or air, which may have an adverse impact on human health or the environment.

   ii. The Permittee shall implement the monitoring activities in accordance with the following sections of the Emergency Permit Application and in accordance with 40 C.F.R. § 264.602:

      a. Section 6 – Environmental Monitoring

      b. Section 11 – Treatment Area Closure Plan

      c. Appendix 1 – UFP-QAPP

2. *Reporting* – Within thirty (30) days of completion of the treatment activity, the Permittee shall submit the Final Impact Area Report for the atmospheric dispersion and ground deposition plume to the EPA for review. The Final Impact Area Report shall summarize the atmospheric dispersion and ground deposition plume modeling and mapping of lead release resulting from the treatment activity. Such modeling shall use real-time data collected at the time of the treatment activity.

R. Management of Waste and Residues

1. The Permittee shall sample, analyze, and characterize all wastes and residues resulting from the treatment activity at the Permitted Facility and off-site as described in the Emergency Permit Application Section 7 – Waste Management Plan.

Appellate Case: 26-3374 Page: 46 Date Filed: 11/19/2026 Entry ID: 5708039

2. All wastes and residues generated from the handling of reactive wastes are considered to be reactive waste until such time that waste analysis demonstrates the waste and/or residue is not reactive.

3. All wastes and residues generated from the treatment activity of reactive wastes are considered to be reactive waste until such time that waste analysis demonstrates that such waste and/or residue is not reactive.

4. Wastes and residues generated from treatment activities under this permit are not considered to be newly generated wastes.

5. Scrap metal separated from wastes and residues must meet the Land Disposal Restriction standards for contaminated debris in 40 C.F.R. § 268.45 prior to disposal or release as non-hazardous scrap metal.

S. Inspections

1. Beginning 24 hours after the treatment activity, the Permittee shall conduct daily inspections for releases, discharges, malfunctions, or deterioration of structures (e.g., containment and fencing) or equipment (e.g., monitoring equipment, safety and emergency equipment, security devices) at the following locations within the [redacted]: waste holding areas, waste preparation areas, waste staging areas, treatment area and appurtenant equipment, residue handling areas, residue treatment areas, safety systems and industrial hygiene systems.

2. The Permittee shall record the completion of the inspections in a written daily inspection document, including the signature of the person who conducted the inspection, the date of inspection, and note the results of the inspection, including all repairs, recommendations for repairs, cleanups, and other activities taken in response to the inspection.

3. The Permittee shall maintain each daily inspection document in the Operating Record for this Emergency Permit.

T. Operating Record – The Permittee shall keep records of operations including, but not limited, to the following:

1. Description, quantity, and location of donor material (number and net explosive weight of each material) stored in [redacted];

2. Date and time of the treatment activity;

3. Meteorological conditions during and after the treatment activity;

Appellate Case: 26-3374 Page: 47 Date Filed: 11/19/2026 Entry ID: 5708039

4. Daily Inspection log or summary; and

5. Documentation of removal and disposition of treatment residues and debris from the [redacted].

U. Closure (Short-Term Cleanup)

1. *Performance Standard* – The Permittee shall close [redacted] in accordance with 40 C.F.R. §§ 264.111 and 264.601 to control, minimize, or eliminate hazardous constituents, post-closure escape of hazardous waste, leachate, contaminated run-off, or hazardous waste decomposition products to the ground, surface waters, groundwater, or atmosphere to the extent necessary to protect human health and the environment.

2. *Closure Implementation* –

   i. The Permittee shall implement the closure work in accordance with 40 C.F.R. Part 264, Subpart X, and the procedures outlined in the Emergency Permit Application Section 6 – Environmental Monitoring, Section 11 – Closure Plan, and in accordance with the schedule included in the Closure Plan, and Appendix 1 – UFP-QAPP.

   ii. As an additional requirement of Emergency Permit Application Section 6 – Environmental Monitoring, Phase 1 of the Closure Plan, and Appendix 1 – UFP-QAPP, within 24 hours of the treatment activity the Permittee shall initiate both soil sampling and wipe sampling of high-touch surfaces at all parks, public facilities, and private properties to which the Permittee has been granted Rights of Entry within the area of modeled dust-lead deposition ≥ 100 μg/ft$^2$ of the post-detonation plume impact estimate that is required under Emergency Permit Condition IV.G.1.iii. Within five (5) days of receipt of the validated analytical data resulting from such sampling, the Permittee shall submit the laboratory report and a proposed Closure Plan Phase 1 Remediation Work Plan (including implementation schedule) based on the analytical data.

3. *Amendment to Closure Plan* – The Permittee shall amend the Closure Plan in accordance with 40 C.F.R. § 264.112(c) whenever necessary. The Permittee shall request a modification of this Emergency Permit in accordance with 40 C.F.R. § 270.42.

V. Disposal, Treatment or Decontamination of Equipment, Structures, and Soils – The Permittee shall decontaminate and/or dispose of all contaminated equipment and structures and dispose

Appellate Case: 26-3374 Page: 48 Date Filed: 11/19/2026 Entry ID: 5708039

and/or treat contaminated soils in accordance with 40 C.F.R. § 264.114 and Emergency Permit Application Section 11 – Closure Plan.

W. Certification of Closure – The Permittee upon completion of closure shall submit to the EPA the Certification of Closure in accordance with 40 C.F.R. § 264.115 and Emergency Permit Application Section 12 – Closure Certification.

X. Remediation Work Plan (Long-Term Cleanup) – Within ninety (90) days of the EPA's approval of the Closure Report, the Permittee shall submit for the EPA's review and approval a Remediation Work Plan in accordance with Emergency Permit Application Section 11 – Treatment Area Closure Plan and Emergency Permit Application Section 12 – Closure Certification. Such work plan shall describe the long-term cleanup activities identified in the Closure Report, which shall be implemented pursuant to 42 U.S.C. §§ 6924(u)-(v). Such work plan shall include an implementation schedule for conducting the work and submission of a Long-Term Remediation Report for EPA review and approval.

**V. Permittee Submittals Permit Conditions**

A. The Permittee shall submit to the EPA written notification due on the day the Army formalizes a final decision on each of the following: "Order to Proceed," "Order to Execute," and the actual date and time of detonation.

B. No later than fifteen (15) days prior to the expiration date of this Emergency Permit, if Permittee expects to need additional time to store and/or treat the lead azide hazardous waste material in [redacted], the Permittee shall submit a new request and permit application in accordance with 40 C.F.R. § 270.61.

C. If implementation of Closure (Short-Term Cleanup) described in Emergency Permit Condition IV.U. is not completed prior to the expiration date of this Emergency Permit, the Permittee shall request a Class 1 Permit Modification requiring prior Director Approval of the 2018 RCRA Permit to complete such activity.

D. If the Permittee has submitted but the EPA has not approved the Certification of Closure and Closure Report described in Emergency Permit Condition IV.W. prior to the expiration date of this Emergency Permit, the Permittee shall request a Class 1 Permit Modification requiring prior Direct Approval of the 2018 RCRA Permit to complete such activity.

E. If the implementation of the Remediation Work Plan (Long-Term Cleanup) described in Emergency Permit Condition IV.X. is not completed prior to the expiration date of this Emergency Permit, the Permittee shall request a Class 1 Permit Modification requiring prior Director Approval of the 2018 RCRA Permit to complete such activity.

Appellate Case: 26-3374 Page: 49 Date Filed: 11/19/2026 Entry ID: 5708039

F. If the Permittee has submitted but the EPA has not approved the Long-Term Remediation Report described in Emergency Permit Condition IV.X. prior to the expiration date of this Emergency Permit, the Permittee shall request a Class 1 Permit Modification requiring prior Direct Approval of the 2018 RCRA Permit to complete such activity.

G. No later than the expiration date of this Emergency Permit, the Permittee shall submit for the EPA's review and approval a Final Report covering the time frame of this Emergency Permit in addition to the Emergency Permit for Storage issued on September 29, 2026. This Final Report shall include documentation supporting the storage and treatment of lead azide in [redacted], inspection reports, monitoring and sampling reports with validated laboratory analysis data packages, photographs/videos, and other information produced during the Permittee's implementation of activities described within the Emergency Permit Application.

H. If the submittal of the Final Report for this Emergency Permit described in Emergency Permit Condition V.G. is not completed by the expiration date of this Emergency Permit to the receipt of EPA's approval, the Permittee shall request a Class 1 Permit Modification requiring prior Director Approval of the 2018 RCRA Permit to complete such activity.

## VI. Contacts

A. Submissions to the EPA – Submissions required by this Emergency Permit shall be sent to the following, who serves as the EPA's contact for this Emergency Permit:

Patricia Murrow
U.S. Environmental Protection Agency, Region 7
Land, Chemical, and Redevelopment Division
Corrective Action Branch
11201 Renner Boulevard
Lenexa, Kansas 66219
Email: murrow.patricia@epa.gov
Phone: (913) 551-7627

B. The Permittee's contact for this Emergency Permit is:

William J. Kehoe
Iowa Army Ammunition Plant
IAAAP Deputy to the Commander
17571 Des Moines County Highway 79
Middletown, Iowa 52638-5000
Email: william.j.kehoe.civ@army.mil

Appellate Case: 26-3374 Page: 50 Date Filed: 11/19/2026 Entry ID: 5708039

## VII. Issuance

The Administrator of the EPA has delegated authority to perform all actions necessary to issue, deny, modify or revoke and reissue permits for owners and operators of hazardous waste treatment, storage and disposal facilities pursuant to Section 3005 of RCRA to the Regional Administrator of the EPA, Region 7, or the Regional Administrator's designated representative, by Delegation No. 8-6, dated June 9, 2026.

This Emergency Permit for Storage and Treatment is effective as of November 13, 2026, and will expire on February 11, 2027, unless terminated under 40 C.F.R. § 270.61(b)(4).

JAMES MACY

Digitally signed by JAMES MACY
Date: 2026.11.13 13:04:57 -06'00'

Jim Macy
Regional Administrator
U.S. EPA Region 7

November 13, 2026
Date

Appellate Case: 26-3374 Page: 51 Date Filed: 11/19/2026 Entry ID: 5708039

**Appendix A**
**Summary of Emergency Permit Application and EPA Comments**

A. Initial Permit Application – The Permittee submitted the following materials as a partial application for an Emergency Permit for Storage and Treatment:

1. *September 4, 2026 (Submittal 1 of 4)*:
   i. Section 1 – Introduction
   ii. Section 2 – Iowa Army Ammunition Plant Facility Description
   iii. Section 3 – Organization and Lines of Communication
   iv. Section 5 – Community Engagement Plan
   v. Section 9 – Training Requirements for Implementation of Treatment
   vi. Attachment 1-A – Safety Data Sheet Lead Azide
   vii. Attachment 1-B – Explosive Ordnance Disposal ECM Inspection
   viii. Attachment 1-C – USA (Army) and EPA Correspondence

2. *September 11, 2026 (Submittal 2 of 4)*: Section 6 – Environmental Sampling and Analysis Plan

3. *September 18, 2026 (Submittal 3 of 4)*:
   i. Section 4 – Treatment Design and Implementation
   ii. Section 7 – Waste Management Plan
   iii. Section 8 – Security Plan
   iv. Section 10 – Contingency Plan for RCRA Emergency Permit
   v. Section 12 – Closure Certification
   vi. Section 13 – Explosives Pathway Analysis
   vii. Section 14 – Financial Responsibility

4. *September 21, 2026 (Submittal 4 of 4)*: Section 11 – Treatment Area Closure Plan

5. *October 13, 2026*: Amended Section 6 – Environmental Sampling and Analysis Plan

6. *October 16, 2026*: Working draft Uniform Federal Policy – Quality Assurance Project Plan

7. *October 23, 2026*: Predictive plume model for the Iowa Army Ammunition Plant lead azide treatment (controlled detonation) project (slide deck)

B. EPA Review and Comment – The EPA reviewed the submissions listed above and provided written comments to the Permittee on the following dates:

1. *October 6, 2026* – Sections 1 and 2

2. *October 9, 2026* – Sampling and Analysis Plan

Appellate Case: 26-3374 Page: 52 Date Filed: 11/19/2026 Entry ID: 5708039

3. *October 21, 2026* – Sections 4, 7, 8, 10, 12, 13, and 14 (September 18, 2026 (Submittal 3 of 4)

4. *October 23, 2026* –
   i. Amended Emergency Permit Application Section 6 – Environmental Monitoring
   ii. Working Draft UFP-QAPP

5. *October 27, 2026* – Predictive plume model

6. *November 3, 2026* – Draft UFP-QAPP

7. *November 6, 2026* – Revised Section 13

C. Final Emergency Permit Application – The following revised permit application materials were subsequently submitted to the EPA in response to the EPA's comments:

1. *October 28, 2026* – Amended Emergency Permit Application, including updated (non-final) working draft of UFP-QAPP

2. *October 30, 2026* – Amended Emergency Permit Application Section 13 – Exposure Pathway Analysis

3. *November 3, 2026* –

   i. UFP-QAPP, Appendix C – Laboratory Certifications and Standard Operating Procedures
   ii. Supplemental predictive plume modeling information

4. *November 5, 2026* – Final UFP-QAPP, and UFP-QAA Appendix D

5. *November 9, 2026* – Amended Section 13 and 6

Appellate Case: 26-3374 Page: 53 Date Filed: 11/19/2026 Entry ID: 5708039

## Appendix B
## Air Dispersion and Dust Deposition Modeling Parameters

A. To develop the plume impact estimates required in Emergency Permit Condition IV.G., the Permittee shall utilize either the Specialized Hazard Assessment Response Capability (SHARC) model, the Hazard Prediction and Assessment Capability (HPAC) model, or another model available through the National Atmospheric Release Advisory Center (NARAC), with an Emission Factor of 1.00 to generate air dispersion and dust deposition modeling as follows:

1. *Air Dispersion* – Airborne lead shall be modeled to an outer concentration of 0.18 $\mu g/m^3$. The model shall be produced to present hourly estimations of the plume's location and extent, as calculated from the time of detonation. The hourly estimations shall also depict relative concentrations within the plume boundary.

2. *Dust-Lead Deposition* – Two dust-lead deposition isopleths shall be modeled to predicted deposition concentrations of $\geq 5\ \mu g/ft^2$ and $\geq 100\ \mu g/ft^2$. The dust-lead deposition isopleths shall be layered on a single figure to identify the relative extent of areas that will potentially be impacted by the treatment activity.

The isoconcentration maps generated through this modeling shall be appropriately labeled and of a resolution sufficient to provide members of the public prior knowledge of their potential for exposure to dust-lead surface deposition resulting from the treatment activity.

B. The isoconcentration map developed in accordance with paragraph A of this Appendix B shall be publicly distributed in conjunction with narrative advisory messaging consistent with paragraph B.2. of Appendix C and on the schedule required in Emergency Permit Condition IV.G.1.

Appellate Case: 26-3374 Page: 54 Date Filed: 11/19/2026 Entry ID: 5708039

## Appendix C
## Public Notification Requirements

A. The Permittee shall make reasonable best efforts to notify all members of the public who may be potentially affected by dust-lead exposure risks resulting from the treatment activity.

B. Public notifications issued by the Permittee in accordance with paragraph A. of this Appendix shall incorporate the dust-lead deposition and airborne concentration modeling developed in accordance with Emergency Permit Condition IV.G. and Appendix B.

1. *Informational Area Notification* – Using the isoconcentration map developed in accordance with paragraph A.1. of Appendix B, the Permittee's public notifications must identify an "Informational Area" within which the Permittee must communicate as follows:

i. General Information –

a. The planned date and approximate time of the treatment activity;

b. The purpose of the treatment activity is to manage an unsafe explosive hazard;

c. The purpose of the public notification is to provide members of the public sufficient time to alter activities to avoid exposure to the contaminant release resulting from the treatment activity; and

d. Directions to access and/or register for a public information hotline, website, listserv, or other electronically accessible communication platform to receive updates regarding plume status and recommended protective actions.

ii. Exposure Risks –

a. A short-duration airborne release of lead will occur as a result of the detonation;

b. Airborne lead particles may be present for a limited time after the detonation within certain areas affected by the detonation plume;

c. Deposition of lead-containing dust may occur after the detonation on surfaces within certain areas affected by the detonation plume;

d. All humans, but especially children, pregnant individuals, older adults, and other sensitive populations, should avoid outdoor activities within affected areas;

e. The geographic extent of potential exposure risks; and

Appellate Case: 26-3374 Page: 55 Date Filed: 11/19/2026 Entry ID: 5708039

f. The expected duration of potential exposure risks, including a clear projected start and end time, or other criteria, indicating when protective actions should be taken and when normal activities may resume (hereinafter "potential exposure period").

2. *Advisory Area Notification* – Using the isoconcentration map developed in accordance with paragraph A.2. of Appendix B, the Permittee's public notifications must identify an "Advisory Area" within which the Permittee must instruct as follows:

i. Within areas that are expected to be affected by dust-lead deposition exceeding 5 $\mu g/ft^2$, all members of the public who reside or work within this affected area should:

a. Remain indoors during the potential exposure period if they cannot evacuate beforehand;

b. Close all windows, exterior doors, and other openings during the exposure period;

c. Turn off or place heating, ventilation, and air conditioning (HVAC) systems in recirculation mode, minimize outdoor air intake, and maximize indoor air filtration during the potential exposure period; and

d. Avoid travelling through the affected area during the potential exposure period.

ii. Within areas that are expected to be affected by dust-lead deposition exceeding 100 $\mu g/ft^2$, all members of the public who reside or work within this affected area should:

a. Observe all protective actions listed in paragraph B.2.i. of this Appendix C; and

b. Wet-clean surfaces that may be contacted by children, including outdoor play equipment, toys, tables and chairs, handrails, patios, decks, exterior windowsills, and other high-contact surfaces. Such instructions shall include specific cleaning and dust mitigation procedures to address deposited and airborne lead particles which minimize overall human exposure to lead.

C. To the extent practicable, the Permittee shall coordinate with local emergency response authorities to distribute public notifications issued by the Permittee in accordance with paragraphs A and B of this Appendix C. The Permittee should inquire with such authorities regarding the most effective communication platforms to distribute notifications to the community.

Appellate Case: 26-3374 Page: 56 Date Filed: 11/19/2026 Entry ID: 5708039

D. *Plain Language Public Notice* – Public notifications issued by the Permittee shall include plain-language statements such as the following:

1. "A short-duration airborne lead release will occur during the detonation."
2. "Avoid breathing outdoor dust or airborne particles during the exposure period."
3. "Stay indoors until emergency authorities advise the public to resume normal activities."
4. "Keep windows and doors closed during the exposure period."
5. "If possible and safe, turn off or place heating, ventilation, and air conditioning systems in recirculation mode, minimize outdoor air intake, and maximize indoor air filtration during the potential exposure period."
6. "All humans, especially children and pregnant women, should remain indoors and avoid outdoor activities during the exposure period."
7. "Avoid unnecessary travel through the affected areas."
8. "Normal activities may resume once the advisory has been lifted and affected areas have been mitigated according to instructions from authorities."

Appellate Case: 26-3374 Page: 57 Date Filed: 11/19/2026 Entry ID: 5708039

Appellate Case: 26-3374 Page: 58 Date Filed: 11/19/2026 Entry ID: 5708039

# Exhibit B

On Nov. 20 at approximately noon, the United States Army will detonate degraded lead azide ($Pb(N_3)_2$) at the Iowa Army Ammunition Plant located at 17571 DMC Highway 79, Middletown, IA 52638. This detonation has been planned in coordination with the U.S. Environmental Protection Agency under the Resource Conservation and Recovery Act. In-place detonation by Explosive Ordnance Disposal experts is the safest way to eliminate the explosive safety hazard. The degraded lead azide has been deemed unsafe for relocation.

Extensive modeling efforts predict that the potential level of lead particles in the air may be elevated. The detonation will result in an air plume with some lead-containing particles which will disperse in the air and deposit on the ground. Lead is toxic to humans and animals. The goal of this advisory is to provide the public with actionable information out of an abundance of caution to minimize lead exposure. There are two primary pathways of concern:

1. Lead exposure by breathing in air after the detonation.
2. Lead exposure from dust on surfaces.

The US Army will release two maps; one for airborne exposure to lead dust through respiration, and one for exposure from lead dust on surfaces. The potential airborne exposure map is current as of today, but it will change prior to the detonation due to weather forecast changes. The maps will be updated at this website: https://www.army.mil/asc#org-iowa-army-ammunition-plant. Members of the public should check for updates to these maps:

- 48 hours in advance of the detonation.
- 6 hours in advance of the detonation and every hour thereafter until the detonation.
- After the event, the US Army will issue a final estimate of the impacted area.

To minimize potential exposure, members of the public who live or work in the affected areas should consider taking the following actions on the day of the detonation:

- Consider avoiding the affected area.
- If you are inside of the affected areas, avoid outdoor air by staying indoors.
- Keep windows and doors closed.
- If it is safe to do so, set heating and cooling systems to "recirculate" to minimize outdoor air exposure and maximize indoor air filtration until the plume passes by your community.
- Avoid unnecessary travel through impacted areas.
- After the US Army determines the air exposure period has ended, consider cleaning indoor and outdoor surfaces such as play surfaces for children and windowsills.

- If your car was parked outside, consider washing your car at a car wash to minimize your contact with potentially exposed surfaces.
- Learn more about actions you can take to protect you and your family from potential exposures to lead at https://www.epa.gov/lead/actions-reduce-potential-lead-exposure and https://www.epa.gov/lead/learn-about-lead.

PUBLIC ADVISORY

POTENTIAL EXPOSURE TO TOXIC LEAD DUST

LEAD SURFACE DEPOSITION

Consider avoiding the highlighted area or remain indoors with windows/doors closed

Children under six are especially vulnerable to Lead exposure

AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION

Issued Nov. 15, 2026



PUBLIC ADVISORY

POTENTIAL EXPOSURE TO TOXIC LEAD DUST

LEAD AIR DISPERSION

Consider avoiding the highlighted area or remain indoors with windows/doors closed

Children under six are especially vulnerable to Lead exposure

AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION

Issued Nov. 15, 2026




Deposition of lead-containing dust may occur after the detonation on surfaces within certain areas affected by the detonation plume,

All humans, but especially children, pregnant individuals, older adults, and other sensitive populations should avoid outdoor activities within affected areas.

All members of the public who reside or work within this affected area should:

- Remain indoors during the potential exposure period if they cannot evacuate beforehand;
- Close all windows, exterior doors, and other openings during the exposure period;
- Turn off or place heating, ventilation, and air conditioning (HVAC) systems in recirculation mode, minimize outdoor air intake, and maximize indoor air filtration during the potential exposure period; and
- Avoid travelling through the affected area during the potential exposure period.
- Wet-clean surfaces that may be contacted by children, including outdoor play

equipment, toys, tables and chairs, handrails, patios, decks, exterior windowsills, and other high-contact surfaces. Such instructions should include specific cleaning and dust mitigation procedures to address deposited and airborne lead particles which minimizes overall human exposure to lead.

**Media Advisory:**

Middletown, Iowa -- Two controlled detonations are scheduled at Iowa Army Ammunition Plant on Nov. 20 at approximately noon. Residents will be asked to vacate the area from 8 a.m. to 2 p.m. local time, and dust is expected to linger for no more than one hour, depending on wind speed. This is a planned and controlled safety operation to dispose of the degraded lead azide and has been permitted by the U.S. Environmental Protection Agency under the Resource Conservation and Recovery Act.While safety measures will be fully enforced, the controlled detonation will cause temporary noise, ground vibrations, and a dust plume that will contain some lead. Residents in Middletown will hear a loud noise; feel vibrations from two consecutive, rapid detonations; and will see a plume of dust. Due to the potential for localized window damage, the U.S. Army recommends that residents in the Middletown City Park neighborhood temporarily vacate the area during the detonations out of an abundance of caution. Residents are asked to vacate starting at 8 a.m. when the explosives team begins setting up the detonations. If residents need a place to stay, they are invited to come to the Armed Forces Reserve Center at 16815 DMC HWY 34 Middletown, IA 52638. All family members are welcome, including pets. Please ensure pets are appropriately secure in carrying containers or on leashes. Refreshments will be available at this relatively new building, complete with a gym and classrooms. It is the same location as the open house the Army hosted on the detonation. The U.S. Army has taken extraordinary measures to mitigate the plume by following strict permit requirements set by the EPA such as earthworks, soil wetting, and air sampling. Pre-controlled detonation sampling has taken place; air monitors have been established for perimeter air monitoring during the event; and environmental sampling of the blast radius will take place. MEDIA ADVISORY: You are invited to go to the Armed Forces Reserve Center at 116815 DMC HWY 34 Middletown, IA 52638 to view the detonation.

**Point of Contact:**

Justine Barati
Public Affairs Specialist
Army Sustainment Command
Office Phone:  520-693-1317
Work Cell:  309-206-3461

# Exhibit C

**Public and Media Advisory Regarding the Detonation of Lead Azide at Iowa Army Ammunition Plant in Middletown, Iowa**

On Nov. 20 at approximately noon CST, the U.S. Army will conduct two controlled detonations of degraded lead azide (Pb(N3)2) at the Iowa Army Ammunition Plant located at 17571 DMC Highway 79, Middletown, IA 52638. This detonation has been planned and approved in coordination with the U.S. Environmental Protection Agency under the Resource Conservation and Recovery Act. In-place planned detonation by Explosive Ordnance Disposal experts is the safest way to eliminate the explosive safety hazard. The degraded lead azide has been deemed unsafe for relocation.

The lead azide barrels will be detonated inside earth-covered magazines made of concrete, and surrounded with Hesco barriers full of sand which are approximately two stories high. Before and during the detonation, the soil above the earth-covered magazines will be thoroughly saturated with water, and water misters will be spraying. These measures should reduce the amount of lead that migrates from the detonation through the air off the installation.

Extensive modeling efforts predict that the potential level of lead particles in the air may be elevated but well below the level at which EPA would require protective actions be taken. The detonation will result in an air plume with some lead-containing particles which will disperse in the air and deposit on the ground.

Due to the potential for localized window damage residents near Middletown City Park and Butterfly Park in Middletown, Iowa, have been identified and asked to vacate their houses from 8 a.m. CST when the EOD team begins setting up the detonations, to 2 p.m. CST.

While safety measures will be fully enforced, the controlled detonation will cause temporary noise, ground vibrations, and a dust plume that will contain some lead. Residents in Middletown will hear a loud noise; feel vibrations from two consecutive, rapid detonations; and see a plume of dust which is expected to linger for no more than one hour after the detonation, depending on wind speed.

If Middletown, Iowa, residents need a place to stay from 8 a.m. to 2 p.m. CST, they are invited to come to the Armed Forces Reserve Center at 16815 DMC HWY 34 Middletown, IA 52638. All family members are welcome, including pets. Please ensure pets are appropriately secured in carrying containers or on leashes. Access to the Armed Forces Reserve Center is strictly controlled and use of the Armed Forces Reserve Center for this purpose is limited to identified residents of Middletown, Iowa.

The goal of this advisory is to provide the public with actionable information out of an abundance of caution to minimize lead exposure. There are two primary pathways of concern:

1. Lead exposure by breathing in air after the detonation.
2. Lead exposure from dust on surfaces.

This release contains two maps; one for airborne exposure to lead dust through respiration, and one for exposure from lead dust on surfaces. The maps are subject to change due to the weather.

Updated maps are available at this website: https://www.army.mil/asc#org-iowa-army-ammunition-plant. Members of the public should check for updates:

- 6 hours in advance of the detonation and every hour thereafter until the detonation.
- After the event, the US Army will issue a final estimate of the impacted area.

The EPA plays a pivotal role in lead poisoning prevention through a variety of regulatory measures and enforcement actions aimed at reducing exposure to various environmental media contaminated with lead, including soil. This detonation has been planned and approved in coordination with the EPA under the Resource Conservation and Recovery Act. The Army has taken extraordinary measures to mitigate the plume through earthworks, soil wetting, and water spraying. Pre-controlled detonation sampling has taken place; air monitors have been established for perimeter air monitoring following the event; and environmental sampling of the blast radius will take place. You can learn more about lead in soil here: https://www.epa.gov/lead/lead-soil

To minimize potential exposure, members of the public who live or work in the affected areas should consider taking the following actions on the day of the detonation:

- Consider avoiding the affected area.
- If you are inside of the affected areas, avoid outdoor air by staying indoors.
- Keep windows and doors closed.
- If it is safe to do so, set heating and cooling systems to "recirculate" to minimize outdoor air exposure and maximize indoor air filtration until the plume passes by your community.
- Avoid unnecessary travel through impacted areas.
- After the US Army determines the air exposure period has ended, consider cleaning indoor and outdoor surfaces such as play surfaces for children and windowsills.
- If your car was parked outside, consider washing your car at a car wash to minimize your contact with potentially exposed surfaces.
- Learn more about actions you can take to protect you and your family from potential exposures to lead at https://www.epa.gov/lead/actions-reduce-potential-lead-exposure and https://www.epa.gov/lead/learn-about-lead.

Deposition of lead-containing dust may occur after the detonation on surfaces within certain areas affected by the detonation plume. All humans, but especially children, pregnant individuals, older adults, and other sensitive populations should avoid outdoor activities within affected areas.

All members of the public who reside or work within this affected area should:

- Remain indoors during the potential exposure period if they cannot evacuate beforehand;
- Close all windows, exterior doors, and other openings during the exposure period;
- Turn off or place heating, ventilation, and air conditioning (HVAC) systems in recirculation mode, minimize outdoor air intake, and maximize indoor air filtration during the potential exposure period; and
- Avoid travelling through the affected area during the potential exposure period.
- Wet-clean surfaces that may be contacted by children, including outdoor play equipment, toys, tables and chairs, handrails, patios, decks, exterior windowsills, and other high-contact surfaces. Such instructions should include specific cleaning and dust mitigation procedures to address deposited and airborne lead particles which minimizes overall human exposure to lead.

Updated plume models will be released the morning of Nov. 20.

**** Media participation may be coordinated by emailing usarmy.pentagon.hqda-acoo.mbx.mrd-press-desk@army.mil before 4 p.m. CST on Nov. 19, 2026. ****

**Public inquiries should be sent to usarmy.ria.asc.list.pa@army.mil**

## PUBLIC ADVISORY

POTENTIAL EXPOSURE TO TOXIC LEAD DUST

### LEAD SURFACE DEPOSITION

Consider avoiding the highlighted area or remain indoors with windows/doors closed

Children under six are especially vulnerable to Lead exposure

AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION

Issued Nov. 17, 2026




## PUBLIC ADVISORY

POTENTIAL EXPOSURE TO TOXIC LEAD DUST

### LEAD AIR DISPERSION

Consider avoiding the highlighted area or remain indoors with windows/doors closed

Children under six are especially vulnerable to Lead exposure

AWAIT US ARMY TO ANNOUNCE ALL-CLEAR DETERMINATION

Issued Nov. 17, 2026



# Exhibit D

**DECLARATION OF BREANNA HORSEY**

I, Breanna Horsey, declare as follows:

1. My name is Breanna Horsey I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in Muscatine, IA, and have lived in Iowa since 2011.

3. I am the executive director at Sustainable Iowa Land Trust (SILT) in West Branch, Iowa. I have been with the organization since 2023.

4. I make this declaration based on my personal knowledge.

5. SILT is a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

6. Founded in 2015 by Iowa's sustainable agriculture community, the Sustainable Iowa Land Trust (SILT) is a statewide nonprofit land trust whose mission is to secure, preserve, and steward threatened farmland so that future generations of farmers have access to Iowa land to produce healthy, sustainable table food. SILT's interest in environmental issues in Iowa stems directly from our work to protect soil health, water and air quality, and local food security by permanently safeguarding agricultural and natural lands from development through conservation easements and sustainable farming guidelines.

7. The Sustainable Iowa Land Trust (SILT) permanently protects farmland within the surface dust area of the planned detonation (located in Wappelo, Louisa County), and we are entrusted to ensure these lands remain viable for sustainable food production. We are deeply concerned about what this detonation means for soil health and the safety of growing food on these properties. Because we have not had adequate time to research the potential impacts of surface dust fallout or complete our due diligence, we strongly urge a delay or stop to the detonation so that farmers, landowners, and our local food community have the time needed to understand and prepare for the risks.

8. SILT supports the Iowa Environmental Council's lawsuit to ensure that federal agencies conduct a thorough, transparent environmental review and fully evaluate the potential impacts of the proposed detonation before moving forward. As a coalition member committed to protecting Iowa's soil health, water quality, and local food systems, SILT believes that permanent agricultural lands and the farmers who steward them should not be placed at risk without adequate scientific assessment, public notice, and proper

safeguards in place. Supporting this legal action aligns directly with SILT's duty to defend the long-term viability and safety of our protected farms and surrounding rural communities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2026



Breanna Horsey

Executive Director

Sustainable Iowa Land Trust

West Branch, Iowa

# DECLARATION OF CATHLEEN LINKER

I, Cathleen Linker, declare as follows:

1. My name is Cathleen Linker. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live at [redacted], Iowa.

3. I make this declaration based on my personal knowledge.

4. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

5. I found out about the planned detonation at the Iowa Army Ammunition Plant from a post on Facebook on Monday.

6. I own a flower farm that is on my property. I also grow vegetables to eat and have a small orchard.

7. I have worked to build the quality of the soil on my farm and use agricultural practices that improve soil quality. I do not use pesticides or other material that might get into the crops I grow.

8. I am concerned that lead from the detonation may reach my soil because I am near the forecasted location of the plume. Lead in the soil does not simply wash away. It may be taken up by the food I grow and I could ingest it. Although the Army has provided assurances, lead's movement in our food system has not been adequately researched.

9. The proposed detonation caused me to take a soil sample for testing before the event. I expect to do additional sampling on Monday to evaluate the potential impact.

10. I conducted lead abatement on my own home to remove lead paint in trim. From that experience, I know that it requires the people doing abatement to wear protective suits and capture all bits of lead paint. The claims that this lead can simply be wiped off are not consistent with my understanding of the risk from lead.

11. I am also concerned about risks of lead from consumption because a neighbor's dog ate lead-contaminated paint chips and was sickened by them. The Army has not addressed how lead from the air will not protect animals.

12. I am also concerned about my drinking water. I use a private well, and lead in the soil

could migrate into my drinking water source.

13. Iowans already face significant environmental pollution. This has affected me personally because my husband was diagnosed with a rare form of lung cancer, which oncologists believed to be caused by environmental pollution. I do not want to face increased and unknown health risks from the detonation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2026 __/s/ Cathleen Linker____________

Cathleen Linker

Donahue, Iowa

**DECLARATION OF DAVID OSTERBERG**

1. My name is David Osterberg.
2. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration.
3. The information provided is based on my own personal knowledge as a former professor of environmental health and reports of the scheduled destination of degraded lead azide as reported in the Cedar Rapids Gazette and covered on KCRG TV on November 18, 2026.
4. I live and have lived in Mt. Vernon, Iowa, for more than fifty years.
5. I am emeritus professor of Occupational and Environmental Health at the University of Iowa.
6. I make this declaration based on my personal knowledge.
7. I am a member of the Iowa Environmental Council (IEC) and have been since 1995. I was formerly on the board of the organization.
8. Lead exposure is a serious concern for children. While I am 83 and personally less vulnerable to the consequences of lead exposure, it is a serious concern for the community. All of us in eastern Iowa may be impacted by the planned destination.
9. None of us can know the exact path of the plume from the explosion. My property at 318 Second Avenue NW in Mt. Vernon might be in the path.
10. I am supporting the IEC because the actions of the Army seemed to have received little review from neighbors. We are all neighbors, some more vulnerable than others.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: November 18, 2026 <u>/s/ David Osterberg</u>

**DECLARATION OF BRIAN RITTER**

I, Brian Ritter, declare as follows:

1. My name is Brian Ritter. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in Davenport, Iowa and have lived in Iowa since 1977.

3. I am the Executive Director at Nahant Marsh Education Center in Davenport, Iowa. I have been with the organization since 2007.

4. I make this declaration based on my personal knowledge.

5. Nahant Marsh Education Center is/am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

6. Nahant Marsh Education Center was founded in 2000 following a US EPA Superfund clean-up that occurred to remove over 143 tons of lead from the marsh. Nahant Marsh is a 382-acre nature preserve that provides environmental education to 25,000 people annually, conducts research, and works to protect the health of the marsh and nearby Mississippi River ecosystems.

7. We learned about the planned detonation at the Iowa Amy Ammunition plant in Middletown, Iowa through social media and local media reports early Wednesday, November 18, 2026.

8. The immediate impact of the proposed detonation on our organization is the loss of program revenue and staff productivity. Because of the fear and uncertainty caused by this event, at least 1 paying group has cancelled their field trip to the marsh on Friday, Nov. 20. We also may cancel scheduled programming on Saturday, Nov. 21. And because of guidance issued by local officials, we may send workers home early since they will not be able to complete their duties outside. We will also be impacted because staff may have to spend a significant amount of time wiping down both indoor and surfaces to remove lead dust. Nearly 12,000 children attend programming here annually and lead is especially a concern for them. Finally, if we can find the time and funding, we would like to gather pre and post water and soil samples to determine any ecological impacts. As mentioned above, we first were made aware of this via social media and local media on November 18, 2026, just 2 days before the planned detonation. For a small organization like ours,

this gives us a very little time to implement plans to ensure the safety of our staff, program attendees, general public, and the wildlife that we work to protect.

9. Nahant Marsh Education Center is located at 4220 Wapello Avenue, Davenport, Scott County, Iowa.

10. We are supporting IEC in this lawsuit because the information on potential impacts of this detonation on human health, water quality, agricultural interests, and wildlife have not been fully explained to us or our community. In addition, to my knowledge, no solutions have been proposed if problems do arise from this event. Who will be responsible for removing lead from our homes, soil, and water? Who will be responsible for paying medical bills of anyone potentially sickened by this event? Who would be responsible for protecting or rehabilitating wildlife potentially sickened by exposure to lead? None of these questions have been answered. With such short notice to the public, very little time was given to ensure that this event will not have any short- or long-term impacts on the natural world, to ensure the safety of our staff and visitors, and to plan for worst-case scenarios.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November __26__, 2026

Brian Ritter

Executive Director

Nahant Marsh Education Center

Davenport, Iowa

# DECLARATION OF [FIRST NAME, LAST NAME]

I, Kathy Dice, declare as follows:

1. My name is Kathy Dice. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in Wapello, Iowa, and have lived in Iowa since 1980.

3. I make this declaration based on my personal knowledge.

4. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

5. My farm and home is located 1 1/2 miles southeast of Grandview, Iowa or approximately 6 miles north or Wapello, Iowa. On our farm we run sheep and grow trees that provide fruit and nuts for our you-pick business and online sales.

6. I became aware of the planned detonation by phone calls and Facebook posts.

7. The soil of our farm and home may become contaminated with lead if this detonation occurs and the dust cloud covers our farm. At this time we may be down wind of the explosion. It will be impossible for us to remove the lead dust from our soil, meaning our farm may face the damage of this toxic cloud forever.

8. I support the IEC lawsuit to delay the detonation. I hope that time will be allowed to find a better way to dispose of these toxic, explosive materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November __19, 2026

Kathy Dice

Co-owner

Red Fern Farm

Wapello, Iowa

## DECLARATION OF ERIN L. ARMSTRONG

I, Erin L. Armstrong, declare as follows:

1. My name is Erin L. Armstrong. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in rural Muscatine and have lived in Iowa since 1984.

3. Our property is located on Highway 22 in Muscatine County.

4. I am the Parts Manager at Cheyenne Camping Center in Walcott, Iowa. I have been with the organization since 2021 until it closed on October 1st 2026.

5. I make this declaration based on my personal knowledge.

6. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

7. As a resident of rural Muscatine County, Iowa, I have a personal and deeply rooted interest in protecting our state's natural resources, wildlife, agricultural land, and water quality. I believe strongly in preserving the natural balance of our environment and protecting the habitats that these animals depend on. We value the wildlife surrounding our home and make conscious efforts to coexist with nature rather than disrupt it. Protecting these habitats, maintaining healthy soil, and preventing contamination of our waterways are extremely important to me.

8. My husband and I live near the Mississippi River floodplain, surrounded by an ecosystem that supports diverse wildlife, including birds, deer, amphibians, fish, pollinators, and countless other species. Our household also relies on a private sandpoint well for water, making groundwater protection a direct personal concern. Unlike residents who receive municipally treated water, we depend on the quality and safety of the groundwater beneath our property.

9. My interest in environmental issues is not based on membership in an organization, but on being a concerned Iowa resident who values responsible environmental stewardship, scientific transparency, and accountability for activities that could affect our natural resources. I believe industrial and government activities must be conducted with careful consideration of their potential long-term environmental consequences. My goal is to help ensure that decisions affecting Iowa's land, water, wildlife, and communities prioritize

environmental protection, public health, and the preservation of these resources for future generations.

10. I became aware of this situation through recent news coverage and public information.

11. If the proposed detonation moves forward, it will directly affect my daily life and my confidence in the safety of our environment. One of my greatest concerns is our private sandpoint well, which supplies our household water. I would be hesitant to use this water for showering, cooking, or providing water to our dogs without assurance that it is free from contamination.

12. I am also concerned about potential lead-containing particles settling on our property, surrounding farmland, and natural habitats. I would feel compelled to limit our dogs' outdoor activities, reconsider sitting outside, opening windows, gardening, mowing, and performing routine yardwork out of concern about exposure to potentially contaminated dust and soil.

13. Living near the Mississippi River floodplain, I am particularly concerned about rainfall, flooding, and runoff potentially spreading contamination into groundwater, waterways, and surrounding agricultural land. I also worry about the long-term effects on wildlife, livestock, soil health, and the local ecosystem. These concerns would create ongoing anxiety, potentially require costly water and soil testing, and interfere with our ability to comfortably enjoy our own property.

14. I support the IEC lawsuit because I believe protecting public health, our drinking water, farmland, wildlife, and natural environment must be a priority. I am concerned about the potential long-term consequences of releasing lead-containing contaminants into our environment. I believe the public deserves transparency, independent environmental testing, and accountability before any action is taken that could put our communities and natural resources at risk. Once contamination occurs, the damage may be difficult or impossible to reverse.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2026

/s/ Erin L. Armstrong

Rural Muscatine County, Iowa

# DECLARATION OF SARAH GREEN

1. My name is Sarah Green.

2. I am over 18 years of age, a US citizen, and competent to give this declaration.

3. I am the Executive Director of the Iowa Environmental Council ("IEC"), a 501(c)(3) nonprofit that creates large-scale change to make Iowa a better place to live, work, explore, and enjoy through advocacy, education, and coalition-building. I have been the executive director since April 2024.

4. I make this declaration based on my personal knowledge.

5. IEC was founded in 1995 to bring together business and nonprofit interests to protect Iowa's environment and enhance quality of life for all Iowans. Since its founding, IEC has sought to protect Iowa's environment and natural resources.

6. IEC is a membership-based nonprofit. IEC has nearly 100 organizational members, including non-profit and for-profit organizations that support IEC's mission to create a safe, healthy environment and sustainable future for all Iowans. IEC's board of directors includes representation from member organizations and at-large members.

7. IEC has member organizations statewide, including organizations that own land in southeast Iowa. Sustainable Iowa Land Trust (SILT) has been a member organization of IEC since 2015. SILT works to preserve land to grow healthy table food in the Heartland. Nahant Marsh is a 382-acre preserve and a Superfund site that offers environmental education, research, and conservation. The EPA declared the marsh a Superfund Site and began an extensive cleanup of the lead. After the cleanup, wildlife and plant life showed a vast improvement. So much so, that it was decided to make the wetland a nature preserve and Nahant Marsh Education Center was born.

8. IEC also has more than 750 individual members. These members support IEC's mission to create a safe, healthy environment and sustainable future for all Iowans. Individual members often take action to support efforts by IEC staff to advocate for cleaner water and air in Iowa, such as contacting governmental decision-makers.

9. IEC has more than 75 members in the counties around the blast site and forecasted plume direction. These members value clean air and are concerned about effects of lead on their own health, their children's health, and the ecosystems they live, work, and recreate in.

10. IEC has worked to inform and address health impacts on Iowans caused by environmental pollution in air, water, and soil. IEC published a report in May 2024 about air quality in the Siouxland area of Western Iowa, highlighting the asthma and other health impacts caused by air pollution. IEC subsequently helped local residents install real-time air quality monitoring devices to aid in addressing potential health concerns. IEC published another report addressing air emissions in the area in 2026 using data from the real-time monitors.

11. IEC has repeatedly commented on the annual statewide air monitoring plan issued by the Iowa Department of Natural Resources. IEC's comments advocated for additional monitoring stations to capture localized events and better inform the public about risk.

12. In 2025, IEC conducted a series of listening sessions across Iowa to seek input on Iowans' concerns about health impacts from environmental pollution. The sessions focused on cancer because Iowa has the second-highest cancer rate in the country and is one of only three states where cancer incidence is rising. The sessions drew more than 500 Iowans and we learned of widespread concern about pollution from industrial pollution. This included residents from Des Moines County who specifically expressed concern about contamination from the Iowa



Appellate Case: 26-3374 Page: 81 Date Filed: 11/19/2026 Entry ID: 5708039

Army Ammunition Plant. In March 2026, IEC and partners published a report summarizing the associations between environmental pollution and cancer incidence in Iowa. The report considered a range of environmental pollution, including airborne pollutants.

13. IEC's Climate Resilience Program connects Iowa communities with financial and technical assistance resources to invest in climate-resilient infrastructure and reduce the negative and disproportionate health impacts of pollution.

14. The Program also reflects IEC's policy priorities in advising local and state agencies to plan for and respond to natural disasters as they become more frequent due to climate change. Emergency managers, public health directors, philanthropic officials, and other aligned organizations look to IEC's leadership to access public health, environmental pollution, and extreme weather data to make better, more informed decisions about which populations are most vulnerable to pollution and severe storms, such as floods, tornadoes, droughts, heat waves, and more.

15. IEC created the Climate Change and Environmental Health in Iowa map to assist community leaders, local and state officials, environmental advocates, and other stakeholders in understanding Iowa's vulnerability to climate change impacts and legacy environmental pollution. This resource and several others, including disaster preparedness exercises, geospatial mapping, educational materials, and others have strengthened IEC's role in helping mitigate environmental disasters and helping local decision makers prioritize preparedness before a disaster strikes. This work has expanded partnerships across the entire state, especially in Eastern Iowa.

16. When IEC learned of the proposed detonation at the IAAP, staff immediately connected



Appellate Case: 26-3374 Page: 82 Date Filed: 11/19/2026 Entry ID: 5708039

with local emergency managers and public health directors in the impacted counties to offer assistance and resources. Over and over again, local officials informed staff that they had not been notified by the U.S. Army or the EPA about the proposed detonation but had instead learned about it on social media. In an effort to assist local partners and protect communities, we drafted and released a statement calling for transparency from our federal and state leaders and calling for more information.to be released. The information we shared was among the first to support and inform local decision makers about the health impacts of long-term and acute lead exposure as they made decisions to protect our communities, such as closing schools or issuing emergency alerts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2026

Sarah Green
Executive Director
Iowa Environmental Council

# DECLARATION OF JILL HOLLER

I, JILL HOLLER, declare as follows:

1. My name is JILL HOLLER. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in MUSCATINE, IOWA, and have lived in Iowa since 2003.

3. I make this declaration based on my personal knowledge.

4. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

5. As a resident of Muscatine, Iowa, I am very concerned about the potential environmental and public health consequences of the proposed detonation of lead azides at the Iowa Army Ammunition Plant in Middletown, Iowa. That toxic lead contamination is planned to be released into the air on Friday and carried by wind into surrounding communities means that citizens could face potential acute and long-term exposure to a known toxic substance. There are no safe levels of exposure to lead. This means that people in the projected path will come into contact with something that could harm them--and thousands of people throughout the area--for a lifetime.

   I believe Iowa residents deserve transparency, adequate advance notice, and a thorough, independent assessment of environmental and public health risks before an activity with the potential to release hazardous substances into the environment is permitted to proceed. I am particularly concerned that once lead is released into the environment, its effects may extend well beyond the immediate location of the detonation and may be difficult or impossible to reverse.

   I am greatly concerned about the health and safety of my community, the protection of Iowa's air, soil, and water, and the responsibility we have to protect the well-being of present and future generations.

   I therefore have a direct interest in ensuring that this proposed detonation is delayed until its potential environmental and public health impacts have been independently evaluated and the safety of surrounding communities can be adequately established.

6. I heard about the detonation of toxic lead azide only on Sunday, November 15 when the US Army released their public advisory. At first I thought it couldn't be true that the US

Appellate Case: 26-3374 Page: 84 Date Filed: 11/19/2026 Entry ID: 5708039

military would intentionally contaminate Middletown and surrounding communities with toxic lead azide, but it was. I was also shocked to learn that we only had 5 days until the toxic lead azide would be detonated. That wasn't even enough time to understand what was happening, let alone seek information or a plan for action. This time frame did not serve the interests of the affected communities at all and illustrates a complete disregard for the well-being and concerns of affected Iowans.

7. If the proposed detonation moves forward, I am concerned that I and other residents of Muscatine and surrounding communities could be exposed to airborne lead contamination carried by the wind from the detonation site. The potential health consequences of inhaling or otherwise coming into contact with lead particles are particularly troubling because lead is a toxic substance at any level that can accumulate in the body and cause lasting harm. I am concerned about both immediate exposure and the possibility of long-term health consequences from environmental contamination.

The possibility of this detonation would significantly change my normal daily activities. I would feel compelled to limit my time outdoors, keep windows and doors closed, avoid outdoor activities, and take precautions to protect myself and my family from potential exposure. I would be concerned about breathing outdoor air, spending time in my yard, and potentially bringing contaminated dust into my home. These precautions would create considerable anxiety and disruption because I would not know whether the air around my home was safe to breathe.

In order to feel safe, my family and I would have to leave our home on Friday and Saturday, which would be a burden financially. More importantly, I would have to face the prospect of returning home only to clean lead dust from outdoor surfaces and hope that lead contaminants didn't enter my house. And exactly what is the best way to clean lead dust? Isn't there concern that the cleaning process alone would cause more lead dust to be scattered? And lead doesn't disappear. It just moves somewhere else, remaining in its toxic form.

Overall, I would feel very uneasy about the fact that I would never be able to remove all of the lead on my property. How do you remove lead from grass or trees or anything outdoors? And who is going to evaluate if my surroundings are lead free--or what levels of lead remain? There are immeasurable risks in this detonation that will have lasting effects, many which may not be seen until years later when serious health issues occur.

8. I am supporting the Iowa Environmental Council's (IEC) lawsuit because I believe the health and safety of Iowa residents and the protection of our environment must be taken seriously, particularly when an activity has the potential to release toxic substances such as lead into the air. I do not believe this detonation should proceed without a thorough,

independent assessment of the potential risks to surrounding communities and the environment.

I believe residents deserve more than limited advance notice of an activity that could potentially expose them to hazardous substances. They deserve transparency, meaningful opportunities to understand the risks, and assurance that appropriate environmental and public health safeguards are in place. The potential consequences of lead contamination are too serious to dismiss or leave unanswered.

I support IEC's efforts to seek a delay or halt to the proposed detonation so that these concerns can be independently investigated before an action with potentially irreversible environmental and public health consequences takes place. I believe taking precautionary measures now is far more responsible than waiting until potential harm has occurred. By supporting this lawsuit, I hope to help protect the health of Iowa residents, our communities, and the environment for current and future generations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2026

Jill Holler

Jill Holler

JILL HOLLER

IOWA ENVIRONMENTAL COUNCIL

MUSCATINE, IOWA

**DECLARATION OF KEVIN W. TECHAU**

I, Kevin W. Techau, declare as follows:

1. My name is Kevin W. Techau. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I have lived in Cedar Rapids, Iowa, for the last 13 years.

3. I've worked on water quality and environmental protection across my career in serving in public safety leadership positions.

4. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

5. As United States Attorney for the Northern District of Iowa and Commissioner of the Iowa Department of Public Safety, we worked hard to protect Iowa's natural resources—particularly its rivers, streams, and drinking water—through enforcement, coordination, and emergency response leadership.

6. As U.S. Attorney, I led federal efforts to enforce environmental laws, including the Clean Water Act, by overseeing the investigation and prosecution of cases involving illegal discharges, water contamination, and other environmental violations. Our office worked in close partnership with the U.S. Environmental Protection Agency (EPA), the Iowa Department of Natural Resources (DNR), and local law enforcement to ensure that individuals and companies violating environmental laws were held accountable. These efforts supported both public health and Iowa's agricultural and economic interests by reinforcing compliance and deterring harmful practices.

7. As Commissioner of Public Safety, I brought an environmental protection lens to public safety operations. Under my leadership, the department worked closely with state, local, and federal partners to respond quickly and effectively to environmental incidents, minimizing harm to communities and natural resources.

8. As a resident of Cedar Rapids in Linn County, Iowa, I have a direct personal stake in state environmental issues, particularly regarding air quality, hazardous waste management, and regional emergency preparedness. Living in Eastern Iowa—roughly 100 miles

northwest of the Iowa Army Ammunition Plant in Middletown—highlights how environmental events and federal regulatory decisions in one part of the state can create potential downstream or wind-driven public health concerns for surrounding communities. My interest in monitoring these developments stems from a commitment to protecting local environmental health, staying informed on public safety notifications through local agencies like Linn County Emergency Management, and ensuring transparent oversight of hazardous material disposal across Iowa.

9. I learned from media coverage in the Cedar Rapids Gazette that the U.S. Army plans to conduct two controlled detonations at the Iowa Army Ammunition Plant in Middletown on Friday, November 20, 2026, to destroy degraded lead azide deemed too volatile to move safely. Following a March 2026 safety review that found the stored barrels had dried out and become overly sensitive to friction and shock, the facility requested an emergency storage permit from the U.S. Environmental Protection Agency. The Gazette noted that while the EPA-permitted blasts are designed to eliminate the risk of an accidental explosion, they will cause extremely loud booms, local window damage, and a temporary airborne plume of toxic lead dust that likely will settle on surrounding areas over a large section of Iowa depending on wind conditions.

10. I am deeply concerned about both the immediate threat to my local community and the broader public health and environmental impact on Iowans across the state. Across Eastern and Southeast Iowa, residents face the unsettling risk of toxic lead dust settling on family homes, schools, agricultural land, and waterways along a plume corridor projected to stretch up to 100 miles, alongside the immediate disruption of temporary evacuations and school closures in Middletown. Even though Linn County is currently projected to be just slightly outside the primary fallout zone, unpredictable wind shifts predictably will still carry airborne particulates northwest toward our region in Linn County.

11. Because of these statewide and local risks, I plan to closely monitor updated U.S. Army plume forecast maps and Linn County Emergency Management alerts leading up to and throughout Friday morning. If wind projections shift toward Linn County, I will change my daily routine by staying indoors during the detonation window, keeping all windows and doors tightly shut, setting my home's HVAC system to recirculate indoor air, and thoroughly washing off any outdoor surfaces, patio furniture, or vehicles once the plume has passed.

12. I support the Iowa Environmental Council's legal and advocacy efforts because Iowans deserve full transparency, thorough public health protections, and independent oversight when federal agencies make decisions that risk exposing our communities to toxic hazardous waste. There is no safe level of lead exposure, yet the U.S. Army and the Environmental Protection Agency (EPA) approved an emergency plan to detonate nearly five tons of degraded lead azide in Middletown with minimal advance notice and

inadequate public explanation of safer containment alternatives or long-term environmental impacts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2026 _/s/ Kevn W. Techau_____________

Kevin W. Techau

Cedar Rapids, Iowa

## DECLARATION OF LUCY GIEHL

I, Lucy Giehl, declare as follows:

1. My name is Lucy Giehl. I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live on a five-acre property in rural Des Moines County, located approximately four miles directly north of the Iowa Army Ammunition Plant.

3. I make this declaration based on my personal knowledge.

4. I am a member of the Iowa Environmental Council, a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

5. I heard about the planned detonation at the Iowa Army Ammunition Plant from coworkers. I did not receive any notice directly from the Army or other government entities. But for my coworkers, I may not have found out at all because I am not on Facebook. My understanding is that the Army notified residents of Middletown within a few blocks of the detonation. No one in my area has received information directly from the Army about its plans.

6. My home is in the direct path of the forecasted plume of the planned detonation.

7. I am extremely concerned about the effects of the detonation on my family and my property. I know lead is a neurotoxin and can have serious health impacts. My husband and I have existing health issues, but we do not have enough information to know whether or how the lead deposition could interact with our health issues. We have not had time to investigate the potential effects.

8. My husband took a class on how to properly manage and mitigate lead. We cannot afford to do that level of mitigation for our whole property. The Army advises that you can wipe it off, but has not advised about the proper protective equipment to use in mitigating lead.

9. I am concerned about the effects on my property in part because I have a pond on the property that is pristine. Lead deposition into the pond will pollute the water and sediment in the pond, reducing its value and entering the wildlife in the area. This will reduce the value of my property, but there is no way I can mitigate or avoid damage under the Army's proposed detonation plan and timeline.

10. I support the effort to delay or stop the detonation to allow residents to better understand

the effects and potential risks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2026

Lucy Giehl

West Burlington, IA

Lucy Giehl

**DECLARATION OF ROBERT M. HOGG**

I, Robert M. Hogg, declare as follows:

1. My name is Robert M. Hogg. I am a citizen of the United States. I am over 18 years of age. I am competent to give this declaration.

2. I live in Cedar Rapids, Iowa, where I have lived since 1998.

3. I am a member of the Iowa Environmental Council. The Iowa Environmental Council is a statewide coalition of environmental organizations and individual members. The Iowa Environmental Council's mission is to support a just, healthy environment and sustainable future for all Iowans.

4. I make this declaration based on my personal knowledge.

5. I heard about the proposed detonation at the Iowa Army Ammunition Plant in or near Middletown in Des Moines County, Iowa, through news media reports and through social media earlier this week.

6. News media reports say that the detonation is planned for Friday, November 20, at noon. I am concerned that dust from the proposed detonation will be hazardous to my health and my property and the health and property of others.

7. I have had prior plans to drive east on Friday, November 20, to and through Clinton into Illinois. If I drive my planned route, I would be driving through the area with the projected plume of dust from the detonation (as reported in the news media). If I inhale dust from the detonation, that would cause me irreparable harm.

8. Weather conditions could also change such that the plume would cover my property and my home located at 2750 Otis Road SE in Cedar Rapids. If dust lands on my property, I understand it would be very difficult if not impossible to remediate. Dust from the detonation that lands on my property would cause me irreparable harm.

9. I support this lawsuit because I do not want my health and my property – or the health and property of my family, my neighbors, and other people – exposed to the dust plume and other damage from the proposed detonation.

10. Based on media reports, I am not convinced that the proposed detonation is the safest way to manage the risk associated with hazardous materials at the Iowa Army Ammunition Plant in Middletown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 18, 2026

Robert M. Hogg
2750 Otis Road SE
Cedar Rapids, IA 52403

# DECLARATION OF SUZAN EREM

I, Suzan Erem, declare as follows:

1. My name is Suzan Erem I am a citizen of the United States, am over 18 years of age, and am competent to give this declaration. All of the information provided is based on my own personal knowledge unless otherwise noted.

2. I live in West Branch, IA, and have lived in Iowa since 2011. I also lived in Iowa from 1981 to 1988 and 1999-2001.

3. I am a farmer and have been a member of the Iowa Farmers Union for 16 years.

4. I have been a member of the Iowa Environmental Council on and off for more than a dozen years.

5. I make this declaration based on my personal knowledge.

6. The Iowa Environmental Council is a statewide coalition of environmental organizations and individual members across Iowa. Iowa Environmental Council's mission is to support a just, sustainable, and healthy environment.

7. I'm a regenerative farmer growing high-value specialty crops in Iowa, where conventional farming and markets make this a true challenge. My crops are perennial – fruit and nut trees and bushes – that require healthy, undisturbed soil to thrive. I also author a Substack called Postcards from the Heartland that frequently reaches top rankings in the Climate and Environment category. A healthy environment as my passion as well as a key to my economic and personal survival.

8. I heard about this proposed detonation on Facebook. No one has notified me officially of what danger my husband and I, or our dogs, crops, soil, or the Cedar River that bounds our property are in. We have no idea what will happen or what impact it will have on our lives in the short or long term.

9. My farm is located directly in the path of the potential plume as drawn and published by the Army that I saw on Facebook.

10. My home and farm are located at 1398 Franklin Ave. West Branch IA 52358, midway between West Branch and Tipton, 7 miles north of I-80, on the Cedar River.

11. I support this lawsuit because I believe I don't have enough information or protection from this potential lead pollution on soil, land, home and river. No one has provided the scientific need for this explosion or taken responsibility for any remediation that may be necessary. I fear I will lose crops from poisoned soil, that my family's health will be harmed and that my property values will drop.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 19, 2026

Suzan Erem

1398 Franklin Ave.

West Branch, IA 52358

# Exhibit E

## DECLARATION OF BRUCE P. LANPHEAR, MD, MPH

I, BRUCE P. LANPHEAR, declare and state as follows:

1. I am a Professor in the Faculty of Health Sciences at Simon Fraser University in British Columbia, Canada. I am also an adjunct professor of Epidemiology at Giesel School of Medicine at Dartmouth College.

2. I submit this declaration in support of the Petition for Review and accompanying motion that are being filed by Iowa Environmental Council and Sierra Club.

### I. PROFESSIONAL BACKGROUND AND EXPERIENCE

3. I received my medical degree from the University of Missouri at Kansas City in 1986. After medical school, I interned at University of Arkansas for Medical Sciences, then obtained a master's degree in public health and completed a general preventive medicine and public health residency at Tulane School of Public Health and Tropical Medicine. I subsequently completed a three-year fellowship in general academic pediatric research at the University of Rochester School of Medicine. I am board certified in General Preventive Medicine and Public Health. My CV is attached as **Exhibit 1**.

4. Throughout my career, I have taught and conducted research at academic institutions and hospitals across North America. Prior to my current roles, I was Sloan Professor of Children's Environmental Health in the

Departments of Pediatrics at Cincinnati Children's Hospital Medical Center and of Environmental Health at the University of Cincinnati. Since 2008, I have been Professor in the Faculty of Health Sciences at Simon Fraser University. I am also an Adjunct Professor of Epidemiology at Dartmouth Geisel School of Medicine.

5. I have served as a consultant to or a member of numerous public health agencies and task forces, including as Chairman of the United States Department of Housing and Urban Development ("HUD") Committee on Lead-Contaminated House Dust, and on the Peer-Review Panel for the National Toxicology Program of the U.S. Department of Health and Human Services Monograph on Health Effects of Low-Level Lead. I was a member of two National Academies of Science Committees, and I have served as a member of the U.S. Environmental Protection Agency's ("EPA")'s: Clean Air Scientific Advisory Committee Lead Review Panels (2006–2008 and 2021–2025), Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement, and Science Advisory Board for Evaluating Dust Lead Standards.

6. From 2011 to 2016, I was a member of the American Academy of Pediatrics Executive Council on Environmental Health. I have served on the editorial board for several scientific journals, including PLoS Medicine, Environmental Research, and Environmental Health, as well as an Associate Editor for Environmental Health Perspectives.

7. My expertise on lead poisoning and the effects of low-level blood lead levels arises from my training and education, my direct involvement in peer-reviewed original research related to lead poisoning, and my review of the medical and scientific literature concerning adult and childhood lead poisoning. In my 40 years as a physician and scientific researcher, I have published more than 400 scientific articles, including more than 50 articles related to lead exposure and its impacts. I have conducted several community-based studies of environmental exposures in children and was the principal investigator for a birth cohort study to examine the effects of prenatal and early childhood exposures to prevalent environmental neurotoxicants, including lead. I have also studied the effects of low-level lead exposure on cardiovascular disease mortality.

8. My primary research goal is to help quantify and ultimately prevent disease and disability that result from exposures to environmental contaminants like lead. My research on the epidemiology of lead toxicity has been pivotal in quantifying the effects of low-level lead toxicity for children, pregnant women, and adults.

## II. THE PERMANENT AND SIGNIFICANT HARM CAUSED BY LEAD EXPOSURE

9. The danger of lead exposure as a distinct threat has been known for over a century. Lead is a neurotoxin that causes permanent neuropsychological

and developmental injuries in children. At high doses, lead can result in overt symptoms such as encephalopathy (swelling of the brain) and death. At lower doses, lead can, among other deleterious effects, damage nerve cells in the brains of children, causing irreversible harm.

10. Lead exposure in children has been associated with an increased risk for reading problems, school failure, delinquency, and criminal behavior. Children are particularly vulnerable to the harmful effects of lead because of their rapidly developing brains during fetal development and early childhood, but the effects of lead exposure extend even beyond childhood.

11. Harm from lead is not limited to children. In adults, lead exposure has been associated with cardiovascular disease, spontaneous abortion, preterm births, kidney disease, cognitive decline, and all-cause mortality. A 2018 study I authored used data from a representative cohort of the U.S. population to estimate that more than 400,000 deaths are attributable to lead exposure each year in the United States, with more than 250,000 deaths from lead-linked cardiovascular disease.

12. There is no evidence of a threshold for the adverse consequences of lead exposure. In other words, no safe level of lead has been identified. Indeed, there is compelling evidence that lead-associated decrements in intellectual function and heart attacks are proportionately greater at a blood lead level less than

10 μg/dL. A sufficient body of evidence exists to establish an association between blood lead levels of less than 5 μg/dL and adverse neurological effects in children, reproductive effects in adult women, and cardiovascular disease in adults. There is also evidence showing that these concentrations are an important risk factor for death in the United States, particularly from cardiovascular disease.

13. My own research has helped to demonstrate the extent to which the harmful effects of lead exposure affect people at blood lead levels considerably lower than 10 μg/dL. In 2003, for instance, my colleagues and I published *Intellectual Impairment in Children with Blood Lead Concentrations below 10 μg per deciliter* in the New England Journal of Medicine. In this study, we measured blood lead concentrations in 172 children of varying ages and administered the Stanford-Binet Intelligence Scale. The results demonstrate that blood lead concentration is inversely and significantly associated with IQ. Moreover, we found that IQ declined by 7.4 points as lifetime average blood lead concentrations increased from 1 to 10 μg/dL. In other words, for children whose maximal blood lead level is 10 μg/dL or less, the change in IQ associated with a given change in lead concentration was greater than for those with higher blood lead levels.

14. In 2005, my colleagues and I also published *Low-Level Environmental Lead Exposure and Children's Intellectual Function: An International Pooled Analysis* in Environmental Health Perspectives. This analysis showed that



Appellate Case: 26-3374 Page: 101 Date Filed: 11/19/2026 Entry ID: 5708039

environmental lead exposure in children who have maximum blood lead levels less than 5 µg/dL is associated with intellectual deficits. Moreover, the analysis showed that while an increase in blood lead from less than 1 µg/dL to 30 µg/dL was associated with a 9.2 point IQ deficit, the largest fraction of the deficit (6.2 IQ points) occurred below 10 µg/dL.

15. Relying on this study, Dr. David Bellinger estimated that lead toxicity accounts for a loss of 23 million IQ points in a six-year cohort of children in the U.S. and Drs. Trasande and Liu estimated that the annual cost of lead poisoning in U.S. children is $50 billion. *See* Bellinger DC. A strategy for comparing the contributions of environmental chemicals and other risk factors to neurodevelopment of children. Environ Health Perspect 2012, 120:501-507; Trasande L, Liu Y. Reducing the staggering costs of environmental disease in children, estimated at $76.6 billion in 2008. Health Affairs 2011, 30:1-8.

16. In a 2015 research paper, *The impact of low-level lead toxicity on school performance among children in the Chicago Public Schools: a population-based retrospective cohort study*, my colleagues and I examined 58,650 children born in Chicago between 1994 and 1998. After adjusting for other predictors of school performance including poverty, maternal education, and very low birth weight or preterm-birth, we found that a 5 µg/dL increase in blood lead level increases the risk of failing the reading and math portions of the third grade Illinois



Appellate Case: 26-3374 Page: 102 Date Filed: 11/19/2026 Entry ID: 5708039

Standard Achievement Tests by 32 percent. We concluded that even at very low blood lead levels, early childhood lead exposure is associated with poorer achievement on standardized reading and math tests and that preventing lead exposure in early childhood is critical to improving school performance.

17. In a 2009 study, *Association of Tobacco and Lead Exposures with Attention-Deficit/Hyperactivity Disorder*, published in Pediatrics, the official journal of the American Academy of Pediatrics, my colleagues and I found that childhood lead exposure is independently associated with ADHD. In this paper, we concluded that about 1 in five cases of ADHD in U.S. resulted from lead exposure and that childhood reduction in lead exposures is an important avenue for ADHD prevention.

18. ADHD is commonly diagnosed among juvenile delinquents, and the literature shows that ADHD is a known risk factor for criminal behavior in adulthood. Those with ADHD are also more likely to have severe cognitive impairments. The neurodevelopmental consequences associated with lead exposure, such as lower IQ, less tolerance for frustration, ADHD, and weak executive control functions, are powerful predictors of delinquent and criminal behaviors. My own published research—including *Association of Environmental Toxicants and Conduct Disorder in U.S. Children: NHANES 2001-2004*, published



Appellate Case: 26-3374 Page: 103 Date Filed: 11/19/2026 Entry ID: 5708039

in Environmental Health Perspectives—demonstrates that environmental lead exposure contributes substantially to conduct disorder in U.S. children.

19. In 2008, my colleagues and I published the first prospective study to demonstrate an association between developmental exposure to lead and adult criminal behavior. This study, *Association of Prenatal and Childhood Blood Lead Concentrations with Criminal Arrests in Early Adulthood*, was published in PLoS Medicine. In it, we measured women's blood lead concentrations during pregnancy as an indicator of their offspring's prenatal lead exposure and the children's blood lead levels in the first six and a half years of life. We then obtained information from local criminal justice records on arrests made of the 250 offspring after they turned 18 years old. We found that increased blood lead levels before birth and during early childhood were associated with higher rates of arrest for any reason as well as for violent crimes. For every 5 µg/dL increase in blood lead levels at six years of age, the risk of being arrested for a violent crime as a young adult increased by almost 50 percent.

20. In 2018, my colleagues and I published *Low-level lead exposure and mortality in US adults: a population-based cohort study*, which found that an increase in the concentration of lead in blood from even 1 µg/dL to 6.7 µg/dL was associated with all-cause mortality, cardiovascular disease mortality, and ischaemic heart disease (heart attack) mortality. We estimated that 412,000 deaths

annually is attributable to relatively low-level lead exposure, with 256,000 deaths from cardiovascular disease and 185,000 deaths from ischaemic heart disease.

21. In 2023, my colleagues and I published *Association between toxic metals, vitamin D and preterm birth in the Maternal-Infant Research on Environmental Chemicals study*. In this prospective Canadian birth cohort study, we found that an increase in maternal blood lead concentration of just 1 µg/dL was associated with a 70% increase in the risk of spontaneous preterm birth. Among pregnant women with low vitamin D levels (below 50 nmol/L), the same increase in blood lead concentration was associated with a threefold increase in the risk of spontaneous preterm birth. These findings indicate that lead exposure, even at concentrations commonly found in pregnant women, is associated with an increased risk of preterm birth, particularly among women with vitamin D insufficiency.

22. In 2022, Bui and colleagues published *Does short-term, airborne lead exposure during pregnancy affect birth outcomes? Quasi-experimental evidence from NASCAR's deleading policy*. The researchers examined birth outcomes following NASCAR's elimination of leaded racing fuel in 2007. Before the ban, a single racing event lasting three to five days released an estimated 30 to 40 kilograms of lead into the environment. Following the ban, the risk of preterm birth declined by approximately 30% (3 percentage points), while average birth



Appellate Case: 26-3374 Page: 105 Date Filed: 11/19/2026 Entry ID: 5708039

weight increased by 103 grams among infants born to women living within 4 kilometers (2.5 miles) of the racetrack, compared with women living more than 10 kilometers away. The largest adverse effects were associated with exposure during the first trimester of pregnancy. These findings provide evidence that even brief episodes of airborne lead exposure during pregnancy can increase the risk of preterm birth and other adverse birth outcomes. They are particularly relevant to the proposed detonation of lead azide, which could release a large quantity of lead into the surrounding environment over a short period.

23. In 2020, Hollingsworth and Rudik published *The Effect of Leaded Gasoline on Elderly Mortality: Evidence from Regulatory Exemptions*. Using a quasi-experimental study of NASCAR and ARCA racing events, the researchers examined changes in airborne lead concentrations, children's blood lead levels, and mortality among adults aged 65 years and older following the elimination of leaded racing fuel in 2007, mortality from cardiovascular disease and ischemic heart disease declined. These findings provide evidence that relatively brief releases of airborne lead can have substantial health consequences, extending well beyond the immediate vicinity of the source. They are particularly relevant to the proposed detonation of lead azide, which could disperse a large quantity of lead into surrounding communities and create both immediate exposure risks and persistent environmental contamination.

## III. LEAD IS EXTREMELY PERSISTENT AND WILL CONTINUE TO HARM PEOPLE, WILDLIFE, AND LIVESTOCK

24. Adding to the dangers of lead exposure is the fact that lead persists for a very long time in the environment and can spread easily throughout media; lead emitted into the ambient air will be deposited in other environmental media, including soil and water. In other words, lead dust in the air will not just disappear once it settles to the ground—people, cattle, chickens, and other wildlife will continue to face exposures to lead from soil, water runoff, and deposition into waterbodies.

25. Documents I've reviewed related to the planned detonation do not adequately consider, or advise the public about, the risks posed by lead in soil. For example, the November 18, 2026 *Public and Media Advisory Regarding the Detonation of Lead Azide at Iowa Army Ammunition Plant in Middletown, Iowa*, ignores the risk of exposure from lead that will get into the soil as a result of air deposition (due to gravity or precipitation) or that will get into the soil when people hose down their car or outside play equipment. This is concerning because lead contaminated soil is an important exposure source of lead. People are exposed to lead in soil by inhalation and ingestion due to hand-to-mouth behaviors (not exclusive to children) and pica behavior in children. The latest research shows that declines in topsoil lead levels influence declines in child blood lead levels, and relatedly, seasonal resuspension of lead from topsoil has been

correlated to increases in children's blood level, attributed to direct contact with soil and tracking-in of soils and dust into the home.[1] My concern is that soil in a wide area surrounding the detonation site will be contaminated with lead and will not be remediated, resulting in widespread exposure. This is especially concerning given that lead "remains in soil indefinitely unless it is remobilized or removed." World Health Organization Guideline for Clinical Management of Exposure to Lead, https://www.ncbi.nlm.nih.gov/books/NBK575285/.

26. Discussing the planned detonation, a spokesperson for the Army said "[t]he good thing is, if people have concerns about [lead] being on their property, all they have to do is hose that off, and it's gone."

---

[1] *See* Mielke, H. W., Gonzales, C. R., Powell, E. T., Laidlaw, M. A. S., Berry, K. J., Mielke, P. W., Jr, & Egendorf, S. P. (2019). The concurrent decline of soil lead and children's blood lead in New Orleans. *Proceedings of the National Academy of Sciences of the United States of America*, *116*(44), 22058–22064. https://doi.org/10.1073/pnas.1906092116; Laidlaw, M. A., Filippelli, G. M., Sadler, R. C., Gonzales, C. R., Ball, A. S., & Mielke, H. W. (2016). Children's Blood Lead Seasonality in Flint, Michigan (USA), and Soil-Sourced Lead Hazard Risks. *International journal of environmental research and public health*, *13*(4), 358. https://doi.org/10.3390/ijerph13040358; Zahran, S., Laidlaw, M. A., McElmurry, S. P., Filippelli, G. M., & Taylor, M. (2013). Linking source and effect: resuspended soil lead, air lead, and children's blood lead levels in Detroit, Michigan. *Environmental science & technology*, *47*(6), 2839–2845. https://doi.org/10.1021/es303854c; Mielke H.W., Covington T. P., Mielke P.W., Wolman F.J., Powell E.T., Gonzales C.R. (2011), Soil intervention as a strategy for lead exposure prevention: The New Orleans lead-safe childcare playground project. *Environmental Pollution*, 159 (8–9), 2071-2077. https://doi.org/10.1016/j.envpol.2010.11.008.

https://www.radioiowa.com/2026/11/17/planned-friday-blast-could-coat-section-of-eastern-iowa-in-lead-dust/. Another Army official expressed hope that rain in the forecast would mitigate lead exposures, telling the New York Times "[w]e are all banking on a good wash." https://www.nytimes.com/2026/11/19/climate/iowa-ammunition-explosion-lead-dust.html. These statements are dangerously naive, and they reflect a fundamental misunderstanding of the threats posed by lead. Hosing off surfaces and stormwater runoff will merely send lead into the soil, groundwater, and nearby surface waters, where it will persist and spread. People and pets who walk in lead-contaminated soil can track lead into their homes, increasing indoor exposures. Crops can also become contaminated by lead in soil, exposing people from yet another pathway.

27. Lead also builds up and persists in the bodies of humans. Once lead enters the body, it travels through the blood to soft tissues and mineralizing tissues (bones and teeth). It can then be stored for years in mineralizing tissues where it can accumulate over time and, under some circumstances—like during pregnancy or menopause—re-enter the bloodstream.

28. Lead also accumulates in the bodies of cattle, chicken, and other animals that are exposed to contaminated soil or drinking water. Elevated lead levels have been detected in chicken eggs, cow milk, and the tissues and bones of cattle, creating additional pathways for human exposures. The concentration of

agricultural operations around the detonation site creates a risk that lead will contaminate local livestock, rendering them unsafe for sale or contaminating the food supply.

29. Children also face unique exposures to lead that make them especially susceptible to harm. Their age-appropriate behaviors, including crawling and increased hand-to-mouth contact, put them in closer contact with deposited lead. They also breathe at higher rates than adults, meaning that they can be exposed to relatively more airborne lead, and they absorb more ingested lead than adults. Once lead enters the body, more of it can access the brains of children than those of adults.

30. The research is clear that lead is an extremely toxic metal with no safe level of exposure. Sending lead dust into the air, soil, waterways, and people's homes will put the health of thousands of people, cattle, chickens and other wildlife at risk of serious harm.

## IV. KEY OMISSIONS AND UNCERTAINTIES IN THE DETONATION PLAN

31. The federal government must adequately evaluate alternatives that would result in less harm. Specifically, the government should demonstrate that it has rigorously evaluated alternatives that would neutralize, contain, or otherwise safely dispose of the lead azide without dispersing lead into the surrounding

environment. The immediate danger of an accidental explosion must be weighed against the potential for widespread, persistent contamination. The government must also obtain independent expert review of alternatives that could minimize both risks, if it has not already done so.

32. The government must also take measures to protect nearby residents, pregnant women, children, and farm animals. The Army and EPA should identify all residences, schools, farms, and livestock operations within the anticipated deposition area. It should establish a precautionary evacuation or sheltering plan based on independently reviewed dispersion modeling and considering the risks posed by widespread, lasting contamination, including appropriate measures for pregnant women, children, and other vulnerable populations. The plan should explicitly address evacuation or protective relocation of cattle, chickens, and other farm animals, as well as protection of animal feed, drinking water, crops, and agricultural products. Evacuation boundaries should account for uncertainty in weather conditions and plume dispersion. Existing air monitoring devices can miss small lead particles, so air monitoring should incorporate additional monitoring to capture settled lead from the detonation.

33. The Army and EPA should conduct extensive baseline sampling of soil, household dust, surface water, groundwater where relevant, and stream sediments in the entire affected area before detonation to accurately quantify

additional lead contamination. Sampling should include privately owned agricultural and residential properties, schools, grazing areas, and locations along the predicted plume. The government should disclose the number and geographic distribution of samples and establish a statistically defensible plan for repeated sampling at the same locations after detonation. Without an adequate baseline, it will be impossible to reliably distinguish newly deposited lead from existing contamination.

34. Similarly, the government should report absolute and percentage changes in environmental lead concentrations, together with statistical uncertainty, regardless of whether concentrations exceed regulatory screening or cleanup thresholds. A farmer whose soil lead concentration increases by 50% has experienced a consequential environmental change even if the final concentration remains below an EPA threshold. Because lead is persistent and no safe blood lead concentration has been identified for children, compliance with administrative screening levels cannot be interpreted as evidence that additional contamination is harmless.

35. Before detonation, the government should establish explicit criteria for corrective action when environmental lead concentrations increase above baseline, even if they remain below conventional cleanup thresholds. It should

commit to follow-up sampling of soil, water, sediments, household dust, and agricultural products as appropriate, with independent oversight and public access to results. The government should also explain how it will address documented contamination of private property, livestock operations, or agricultural products, including remediation, compensation, and long-term monitoring where warranted.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed this 19th day of November 2026, in Boston, Massachusetts.

Bruce Lanphear, MD, MPH

**CURRICULUM VITAE**

**Bruce Perrin Lanphear, MD, MPH**

**Office Address**
Blusson Hall
8888 University Drive
Burnaby, BC V5A 1S6
Canada

**Date of Birth:** January 12th, 1963

**Citizenship:** Canada and United States of America (dual citizenship)

**Specialty:** Board Certified in General Preventive Medicine & Public Health

**Employment**

| | |
|---|---|
| 1984-1986 | Paramedic, Jackson County Jail, Kansas City, Missouri |
| 1988-1989 | Physician, International Travel Clinic, University of Cincinnati, Cincinnati, Ohio |
| 1988-1989 | Staff Physician, Sexually Transmitted Disease Clinic, Cincinnati Public Health Department, Cincinnati, Ohio |
| 1989-1992 | Assistant Professor of Environmental Health, Associate Director, Medical Center Health Services, University of Cincinnati |
| 1992-1997 | Senior Instructor, Departments of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1992-1994 | National Research Scholar Award in General Pediatric Research, University of Rochester School of Medicine and Dentistry. |
| 1992-1997 | Assistant Professor, Department of Pediatrics and of Community & Preventive Medicine, University of Rochester School of Medicine. |
| 1997-2002 | Associate Professor, Department of Pediatrics, Children's Hospital Medical Center and the University of Cincinnati, Cincinnati, Ohio. |
| 1997-2008 | Director, General Pediatric Research Fellowship Training Program, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2008 | Director, Children's Environmental Health Center, Children's Hospital Medical Center and the University of Cincinnati. |
| 1997-2006 | Associate Professor (Adjunct), Departments of Pediatrics and of Environmental Medicine, University of Rochester School of Medicine & Dentistry, Rochester, NY. |

| | |
|---|---|
| 1998-2003 | Associate Director for Research, Division of General & Community Pediatrics, Children's Hospital Medical Center. |
| 2001-2002 | Associate Professor (tenured), Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio. |
| 2001-2004 | Associate Professor (Adjunct), Department of Environmental Health Sciences, University of Michigan School of Public Health, Ann Arbor, Michigan. |
| 2002-2008 | Sloan Professor of Children's Environmental Health, Departments of Pediatrics and Environmental Health, University of Cincinnati, Cincinnati Children's Hospital Medical Center, Cincinnati, Ohio. |
| 2008-2012 | Adjunct Professor of Pediatrics, Department of Pediatrics, Cincinnati Children's Hospital Medical Center and the University of Cincinnati. |
| 2008- | Professor, Faculty of Health Sciences, Simon Fraser University |
| 2008-2014 | Investigator, BC Children's Hospital Research Institute, University of British Columbia |
| 2019- | Adjunct Professor, Department of Epidemiology, Geisel School of Medicine at Dartmouth, Hanover, New Hampshire |
| 2020-2022 | Adjunct Professor, Department of Psychology, York University, Toronto, Ontario |

**Education**

| | |
|---|---|
| 1980-1985 | Bachelor of Arts in Biology |
| 1980-1986 | University of Missouri at Kansas City, Medical Degree (1986) |
| 1986-1987 | Internship, University of Arkansas for Medical Sciences, Little Rock, Arkansas |
| 1987-1988 | Masters in Public Health & Tropical Medicine<br>Tulane School of Public Health & Tropical Medicine |
| 1987-1989 | General Preventive Medicine and Public Health Residency<br>Tulane School of Public Health & Tropical Medicine |
| 1992-1995 | Postdoctoral Fellowship in General Academic Pediatric Research<br>University of Rochester School of Medicine, Rochester, NY |

**Awards and Honors**

| | |
|---|---|
| 2011 | Sterling Prize in Controversy, Simon Fraser University |
| 2012 | Research Integrity Award, International Society for Environmental Epidemiology |
| 2013 | Public Policy and Advocacy Award, Academic Pediatric Association |
| 2015 | Research Award, Academic Pediatric Association |
| 2015 | Academic of the Year Award, Confederation of Union Faculty Associations of British Columbia |
| 2018 | Lumina Award from the Women for Healthy Environmental Health, Pittsburgh, PA |



Appellate Case: 26-3374 Page: 115 Date Filed: 11/19/2026 Entry ID: 5708039

2023 University of Bristol Benjamin Meaker Distinguished Visiting Professor, University of Bristol, Bristol, England

**Teaching Experience**

1992-1997 Course Instructor, "Public Health & the Environment", Department of Community & Preventive Medicine, The University of Rochester School of Medicine and Dentistry. A required course for MPH students taught annually.

1997-2008 Founding Director, NIH-funded, General Academic and Community Pediatric Research Fellowship Training Program, Cincinnati Children's Hospital Medical Center. This interdisciplinary, research training program, which included pediatricians, psychologists and epidemiologists, was the first training program in Children's Environmental Health.

1998-2008 Course Co-Instructor, "Children's Health & the Environment", Department of Environmental Health, The University of Cincinnati School of Medicine. A course taught every other year to MPH, PhD and postdoctoral trainees in medical subspecialties.

2008-2021 Course Instructor, "Children's Health and the Environment". A two-week intensive course for 4th year undergraduate students at Simon Fraser University.

2011- Course Instructor, "Plagues, Pollutants and Poverty: The Origins and Evolution of Public Health". An undergraduate and graduate course at Simon Fraser University.

2022- Course Co-Instructor (with Ryan Allen, PhD) Perspectives in Human Health and the Environment. Semester course for 2nd year undergraduate students.

2024- Course Instructor, "Rose's Radical Ideas", An introduction to Population Health course for 4th year undergraduate students.

**Committee and Community Involvement**

1993-1997 Lead Poisoning Prevention Task Force, Monroe County Health Department.
1994-1997 Investigational Review Board, Rochester General Hospital
1995- Scientific Consultant, National Center for Healthy Housing, Columbia, Maryland.
1996-1997 Member, New York State Task Force on Environmental Neurotoxins, University of Rochester School of Medicine



Appellate Case: 26-3374 Page: 116 Date Filed: 11/19/2026 Entry ID: 5708039

| | |
|---|---|
| 1996-2001 | Member, National Institute for Environmental Health Sciences Grant Review Committee for Community-Based Interventions (FG) |
| 1996-1998 | Chairman, U.S. Department of Housing and Urban Development Committee on Lead-Contaminated House Dust |
| 1998 | Member, Review Group for National Research Service Awards, Health Resources and Services Administration |
| 1998-2000 | Member, Cincinnati Board of Health, Cincinnati, Ohio. |
| 1998-2001 | Member, Science and Research Work Group, Office of Children's Health Protection Advisory Committee, U.S. EPA |
| 1998-2000 | Member, Cincinnati Lead Poisoning Prevention Advisory Task Force, Cincinnati, Ohio. |
| 1999 | Member, K23 Grant Review Committee, National Institute for Environmental Health Sciences, August 1999 |
| 1999 | Member, Expert Panel on Soil Pica Behavior, Agency for Toxic Substance Disease Registry, June 7th-8th, Atlanta, Georgia |
| 2000 | Member, Panel on Health Disparities: Linking Biological and Behavioral Mechanisms with Social and Physical Environments, National Institute for Environmental Health Sciences, July 14-15th |
| 2000-2002 | Member, Workshop on Assessing Environmental Exposures to Children, U.S. Environmental Protection Agency, July 26-27th |
| 2000-2004 | Member, Children's Environmental Health Project, AAP's Child Health Research Center, Rochester, NY. |
| 2001 | Senate Testimony, "Ensuring that Children with Dangerous Levels of Lead in their Blood Receive Care as Early as Possible". Subcommittee on Housing and Transportation of the Committee on Banking, Housing and Urban Affairs, 107th U.S. Congress, November 13th, 2001. |
| 2001 | Reviewer, National Research Council, National Academy of Science Update of the 1999 Arsenic in Drinking Water Report |
| 2001-2003 | Member, Expert Panel on Children's Health and the Environment, North American Commission for Environmental Cooperation |
| 2002- | Member, Scientific Advisory Board, Scientist Communication Network. |
| 2003 | Member, "Herculaneum Health Study Workshop" Agency for Toxic Substance Diseases Registry, May 22nd to 23rd, 2003 |
| 2003-2004 | Panel Member, "Lead Poisoning in Pregnant Women", Mt. Sinai for Children's Health and the Environment, New York, NY |
| 2003 | Member, "Invitational Workshop on a proposed American Family Study" National Human Genome Research Institute, December 1st to 3rd, 2003. |

| | |
|---|---|
| 2004-2006 | Member, Committee on "Ethical Consideration for Research on Housing-Related Health-Hazards involving Children", National Research Council and the Institute of Medicine, The National Academies |
| 2004 | Congressional Testimony, "Tapped Out? Lead in the District of Columbia and the Providing of Safe Drinking Water", Subcommittee on Environment and Hazardous Materials of the Committee on Energy and Commerce, U.S. House of Representatives, 108th Congress, July 22nd, 2004 |
| 2005 | Reviewer, "Superfund and Mining Megasites – Lessons from the Couer d" Alene River Basin", National Research Council, The National Academies. |
| 2005 | Ad Hoc Member, NIEHS Board of Scientific Counselors Review of the Epidemiology Branch, April 3rd to April 5th, 2005 |
| 2005 | Senate Briefing, "The Connection of Environmental Chemicals and Learning Disabilities", U.S. Senate, May 10th, 2005 |
| 2006 | Invited Participant, NIEHS Strategic Planning Forum, National Institute for Environmental Health Sciences, Chapel Hill, North Carolina, October 17-18, 2006. |
| 2006-2008 | Member, U.S. EPA's Clean Air Scientific Advisory Committee Lead Review Panel. |
| 2006-2008 | Member, National Children's Study Steering Committee, NICHD |
| 2006 | Invited Participant, "How Does Housing Affect Health Outcomes of Children?", MacArthur Foundation, Chicago, Illinois, June 21st-22nd, 2006. |
| 2006- 2010 | Member, External Scientific Advisory Committee, Richmond Center for Excellence in Tobacco Research, American Academy of Pediatrics. |
| 2007 | Testimony, Vermont State Legislature, "The Lingering Legacy of Lead Toxicity", Montpelier, Vermont, February 1st, 2007 |
| 2007 | Testimony, Connecticut State Legislature, "The Legacy of Lead Toxicity", Hartford, Connecticut, March 14th, 2007. |
| 2007 | Invited Testimony, United States Senate Hearing, "Lead and Children's Health". Committee on Environmental and Public Works, October 18th, 2007 |
| 2007-2008 | Member, Committee on "Committee on Contaminated Drinking Water at Camp Lejeune", National Research Council, The National Academies. |
| 2008 | Member, Expert Panel on Health and the Environment, Statistics Canada, Ottawa, |
| 2008 | Member, Alliance for the Global Elimination of Lead Paint, Intergovernmental Forum on Chemical Safety (IFCS), World Health Organization |
| 2008-2009 | Reviewer, Toxicological Review and Recommended Toxicological Reference Values for Environmental Lead Exposure in Canada, Health Canada |
| 2009-2013 | Scientific Advisor, Canada Lead Study funded by Health Canada (Patrick Levallois, Principal Investigator). |
| 2009-2014 | Board Member, Barro Sin Plomo |
| 2009-2010 | Member, Health and Environment Experts Advisory Group of the Canadian Longitudinal Study on Aging, Canadian Institutes of Health Research |

| | |
|---|---|
| 2010-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Dust Lead Standards |
| 2010-2013 | Advisor, Canada Environmental Health Law and Canadian Partnership for Children's Health and Environment Retrofit Project |
| 2010-2012 | Member, Physicians Advisory Panel, Canada Health Measures Survey |
| 2010 | Invited Testimony, United States Senate Hearing, "Research on Environmental Health Factors with Autism and Neurodevelopmental Disorders", August 3, 2010 |
| 2010 | Member, Joint Food Agricultural Organization/World Health Organization Expert Panel for Toxicological and Health Review of Bisphenol A |
| 2010-2015 | Board Member, Global Community Monitoring, Oakland, California |
| 2010-2017 | Chairman, Scientific Advisory Committee for Dartmouth University's Program in Children's Health and the Environment |
| 2011-2016 | Member, Executive Council on Environmental Health of the American Academy of Pediatrics |
| 2011-2012 | Member, US Environmental Protection Agency Science Advisory Board for Evaluating Hazards of Partial Water Line Replacement |
| 2011 | Invited Testimony, Special Committee on Cosmetic Pesticides, Legislative Assembly, Province of British Columbia, October 7th, 2011 |
| 2011-2012 | Member, Panel on Health Effects of Low-level Lead, Office of Health Effects, National Toxicology Program of the National Institutes of Environmental Health Sciences, |
| 2012-2016 | Member, Expert Advisory Committee, Canada Health Measures Survey |
| 2012- | Member, Environmental Defence Fund Science Advisory Committee on Toxics |
| 2015 | Reviewer, Review of Clinical Guidance for the Care of Health Conditions Identified by the Camp Lejune Legislation, Institute of Medicine, The National Academies |
| 2016- | Member, The Lancet Commission on Pollution, Health & Development |
| 2016-2021 | Member, Project TENDR |
| 2016 | Member, Steering Committee, The National Lead Summit, United States |
| 2017 | Rockefeller Foundation Academic Writing Retreat, Bellagio, Italy |
| 2017-2022 | Member, Advisory Committee for the Flint (MI) Cohort Study |
| 2017- | Pure Earth Leadership Council |
| 2018-2021 | Member Project TENDR Advisory Board |
| 2018-2021 | Member, Mercury Disability Board Committee, Health Canada |
| 2021 | Reviewer, National Academies of Science, Engineering and Medicine Report on Options for Reducing Lead-emissions from Piston-engine Aircraft |
| 2020-2021 | 3.5 Blood Lead Reference Value Work Group, Centers for Disease Control |
| 2021-2025 | Member, U.S. Environmental Protection Agency's Clean Air Scientific Advisory Committee Lead Review Panel |
| 2022 | Invited Testimony, U.S. Congress, House Committee on Oversight and Reform, "Health and Environmental Dangers of Leaded Aviation Fuel" July 28th, 2022. |

| | |
|---|---|
| 2022-2023 | Co-Chair, Science Advisory Committee on Pest Control Products, Pest Management Regulatory Agency, Health Canada |
| 2026- | Member, Agriculture and Human Health Task Force, New Farm Centre, Ontario, Canada |
| 2026- | Member, Advisory Board for the Institute for Preventive Health |
| 2026- | Member, Committee on metallic lead and inorganic lead compounds; cadmium and cadmium compounds. International Agency for Cancer Research, World Health Organization, Lyon, France |

**Editorial Boards**

| | |
|---|---|
| 2000-2015 | Assistant Editor, *Environmental Research* |
| 2000-2008 | Deputy Editor, *Public Health Reports* |
| 2004 | Associate Editor, *Pediatrics* supplement on Children's Environmental Health |
| 2004-2017 | Editorial Board Member, *PLoS Medicine* |
| 2005-2014 | Editorial Board Member, *Breastfeeding Medicine* |
| 2007-2021 | Editorial Board Member, *Environmental Health* |
| 2008-2012 | Editorial Review Board Member, *Environmental Health Perspectives* |
| 2012-2015 | Associate Editor, *Environmental Health Perspectives* |
| 2016-2025 | Advisor, *Environmental Health Perspectives* News Section |
| 2019-2021 | Section Editor, Controversies in Pediatrics, Pediatric Research |

**Societies and Organizations**

| | |
|---|---|
| 1989-2008 | American Public Health Association |
| 1996-2015 | Academic Pediatric Association |
| 1997-2012 | American Association for the Advancement of Science |
| 2000-2008 | Society for Pediatric Research |
| 2001-2008 | American Pediatric Society |
| 2001-2016 | Specialty Fellow, American Academy of Pediatrics |
| 2006- | Fellow, Collegium Ramazzini |
| 2006- | Member, International Society for Environmental Epidemiology |
| 2008- | Founding Member, International Society for Children's Health & Environment |
| 2011-2017 | Treasurer, International Society for Children's Health & Environment |
| 2012- | Member, International Society for Exposure Science |
| 2017-2018 | Vice-President, International Society for Children's Health and the Environment |
| 2019-2021 | President, International Society for Children's Health and the Environment |

**Video and Website Production – [www.littlethingsmatter.ca](http://www.littlethingsmatter.ca)**

1. Canadian Environmental Health Atlas (website)
2. Shifting the Curve: The Impact of Toxins on ADHD in U.S. Children (video)
3. Little Things Matter: The Impact of Toxins on the Developing Brain (video)
4. Little Things Matter: The Impact of Toxins on Preterm Birth (video)
5. Prevention Paradox: Why We are Failing to Prevent Disease (video)
6. Little Things Matter: The Deadly Impact of Airborne Particles (video)
7. Cause or Cure: A Plea for Prevention (video)
8. Crime of the Century: The Failure to Prevent the Lead Pandemic (video)
9. The Impact of Fluoride on the Developing Brain (video)
10. Who is at Risk? The Impact of Toxic Chemicals on Children's Behaviors (video)
11. Little Things Matter: Going Organic (video)
12. Why are We Poisoning our Children? (video)
13. Toxic Hearts: How the Auto Industry Fueled the Heart Disease Epidemic (video)

**Original Research**


1. Lanphear BP. Deaths in Custody. American J Forensic Med & Path 1987;8:299-301.
2. Lanphear BP, Snider DE. Myths of Tuberculosis. J Occ Med 1991;33:501-504.
3. Linnemann CC Jr, Cannon C, DeRonde M, Lanphear BP. Effect of educational programs, rigid sharps containers, and universal precautions on reported needle-stick injuries in healthcare workers. Infection Control Hospital Epidemiology 1991;12:214-20.
4. Lanphear BP, Buncher CR. Latent period for malignant mesothelioma of occupational origin. Journal Occupational Med 1992;34:718-721.
5. Lanphear BP, Linnemann CC Jr, Cannon CG, DeRonde MM. Decline of clinical hepatitis B in workers at a general hospital. Clinical Infectious Disease 1993:11:10-14.
6. Lanphear BP, Linnemann CC Jr, Cannon C, DeRonde MM, Pendy L, Kerly L. Hepatitis C virus infection in health care workers. Infection Control Hospital Epidemiology 1994;15:745-750.
7. Lanphear BP, Emond M, Jacobs DE, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S. A side-by-side comparison of dust collection methods for sampling lead-contaminated house-dust. Environmental Research 1995;68:114-123.

8. Lanphear BP, Winter NL, Apetz L, Eberly S, Weitzman M. A randomized trial of the effect of dust control on children's blood lead levels. Pediatrics 1996;98:35-40.

9. Christy C, Pulcino M, Lanphear BP, McConnochie K. Screening for tuberculosis infection in urban children. Arch Pediatrics Adolescent Med 1996;150:722-726.

10. Lanphear BP, Weitzman M, Eberly S. Racial differences in environmental exposures to lead. American Journal of Public Health 1996;86:1460-1463.

11. Lanphear BP, Weitzman M, Winter NL, Tanner M, Yakir B, Eberly S, Emond M, Matte TD. Lead-contaminated house dust and urban children's blood lead levels. American Journal of Public Health 1996;86:1416-1421.

12. Lanphear B, Byrd R, Auinger P, Hall C. Increasing prevalence of recurrent otitis media among children in the United States. Pediatrics 1997. http//www.pediatrics.org/cgi/contents/full99/3/e1

13. Emond MJ, Lanphear BP, Watts A, Eberly S for the Rochester Lead-in-Dust Study Group. Measurement error and its impact on the estimated relationship between dust lead and children's blood lead. Environmental Research 1997;72:82-92.

14. Lanphear BP, le Cessie S, Atkinson WL, Watelet L. Association of live births and the resurgence of measles. International Journal Epidemiology 1997;26:204-211.

15. Rust SW, Burgoon DA, Lanphear BP, Eberly S. Log-additive versus log-linear analysis of lead-contaminated house dust and children's blood lead levels: Implications for residential dust-lead standard. Environmental Research 1997;72:173-184.

16. Lanphear BP, Roghmann KJ. Pathways of lead exposure in urban children. Environmental Research 1997;74:67-73.

17. Lanphear BP, Byrd RS, Auinger P, Schaffer S. Community characteristics associated with elevated blood lead levels in children. Pediatrics 1998;101:264-271.

18. Lanphear BP, Rust SW, Burgoon DA, Eberly S, Galke W. Environmental exposures to lead and urban children's blood lead levels. Environmental Research 1998;76:120-130.

19. Lanphear BP. The paradox of lead poisoning prevention. Science 1998;281:1617-1618.

20. Lanphear BP, Hall CB, Black J, Auinger P. Risk factors for the early acquisition of HHV-6 and HHV-7 infection in children. Pediatric Infectious Disease Journal 1998;17:792-795.

21. Lanphear BP, Matte TD, Rogers J, Clickner R, Dietz B, Bornschein RL, Succop P, Mahaffey KR, Dixon S, Galke W, Rabinowitz M, Farfel M, Rohde C, Schwartz J, Ashley P and Jacobs DE. The contribution of lead-contaminated house dust and residential soil to children's blood lead levels: A pooled analysis of 12 epidemiologic studies. Environmental Research 1998;79:51-68.

22. Marron R, Lanphear BP, Kouides R, Dudman L, Manchester R, Christy C. Efficacy of informational letters on Hepatitis B immunization rates in university students. J Am College Health 1998;47:123-127.

23. Howard CR, Howard FM, Lanphear BP, deBlieck EA, Eberly S, Lawrence RA. Effect of early pacifier use on breastfeeding duration. Pediatrics 1999;103. http//www.pediatrics.org/cgi/contents/full103/3/e33.

24. Lanphear BP, Howard CR, Eberly S, Auinger P, Kolassa J, Weitzman M, Alexander K, Schaffer S. Primary prevention of childhood lead exposure: A randomized trial of dust control. Pediatrics 1999;103:772-777.

25. Moss ME, Lanphear BP, Auinger P. Association of dental caries and blood lead levels among the U.S. population. JAMA 1999;281:2294-2298.

26. Howard CR, de Blieck EA, ten Hoopen C, Howard F, Lanphear BP, Lawrence RA. Physiologic stability of newborns during cup and bottle-feeding. Pediatrics 1999;104:1204-1207.

27. Steiner JF, Curtis P, Lanphear BP, Vu KO, Reid A. Federally-funded fellowship training in primary care research: perspectives of program directors. Academic Medicine 2000;75:74-80.

28. Stone KE, Lanphear BP, Pomerantz WJ, Khoury J. Injuries and deaths in children due to window-falls. Journal of Urban Health 2000;77:26-33.

29. Mansour M, Lanphear BP, DeWitt TG. Barriers to asthma care among underserved, urban children. Pediatrics 2000;106:512-519.

30. Lanphear BP, Eberly S, Howard CR. Long-term effect of dust control on children's blood lead levels. Pediatrics 2000 http//www.pediatrics.org/cgi/contents/full106/4/e48.

31. Lanphear BP, Dietrich KN, Auinger P, Cox C. Cognitive deficits associated with blood lead levels <10 μg/dl in U.S. children and adolescents. Public Health Reports 2000;115:521-529.

32. Lanphear BP, Aligne C, Auinger P, Byrd R, Weitzman M. Residential exposures associated with asthma in U.S. children. Pediatrics 2001;107:505-511.

33. Lanphear BP, Kahn RS, Berger O, Auinger P, Bortnick S, Naahas R. Contribution of residential exposures to asthma in US children and adolescents. Pediatrics 2001. http://www.pediatrics.org/cgi/content/full/107/6/e98.

34. Phelan KJ, Kalkwarf H, Khoury J, Lanphear BP. Trends and patterns of playground injuries in U.S. children and adolescents. Ambulatory Pediatrics 2001;1:227-233.



Appellate Case: 26-3374 Page: 123 Date Filed: 11/19/2026 Entry ID: 5708039

35. Mansour M, Lanphear BP, Hornung R, Khoury J, Bernstein DI, Menrath W, Decolongon J. A side-by-side comparison of sampling methods for settled indoor allergens. Environ Res 2001;87:37-46.

36. Haynes E, Lanphear BP, Tohn E, Farr N, Rhoads GG. The effect of dust control on children's blood lead concentrations: A systematic review. Env Health Perspect 2002;110:103-107.

37. Lanphear BP, Hornung R, Ho M, Howard CR, Eberly S, Knauf K. Environmental lead exposure during early childhood. Journal of Pediatrics 2002;140:40-47.

38. Steiner JF, Lanphear BP, Curtis P, Vu KO. The training and career paths of fellows in the National Research Service Award (NRSA) program for research in primary medical care.

39. Acad Med 2002;77:712-718.

40. Steiner JF, Lanphear BP, Curtis P, Vu KO. Indicators of early research productivity among primary care fellows. J Gen Intern Med 2002;17:845-851.

41. Kalkwarf H, Khoury J, Lanphear B. Milk intake in childhood and adolescence, adult bone density and osteoporotic fractures in U.S. women. Am J Clin Nut 2003;77:257-265.

42. Howard CR, Howard FM, Lanphear BP, Eberly S, deBlieck EA, Oakes D, Lawrence RA. A randomized trial of pacifier use and bottle-feeding and their effect on breastfeeding. Pediatrics 2003;111:511-518.

43. Curtis P, Dickinson P, Steiner J, Lanphear BP, Vu K. Building capacity for research in family medicine: Is the blueprint faulty? Family Medicine 2003;35:124-130.

44. Lanphear BP, Succop P, Roda S, Henningsen G. The effect of soil abatement on blood lead levels in children living near a former smelting and milling operation. Public Health Reports 2003;118:83-90.

45. Canfield RL, Henderson CR, Cory-Slechta DA, Cox C, Jusko TA, Lanphear BP. Intellectual impairment in children with blood lead concentrations below 10 micrograms per deciliter. N Engl J Med 2003;348:1517-1526.

46. Kahn RS, Khoury JC, Nichols WC, Lanphear BP. Role of dopamine transporter genotype and maternal prenatal smoking in childhood hyperactivity-impulsivity, inattentive and oppositional behaviors. Journal of Pediatrics 2003:143: 104-110.

47. Auinger P, Kalkwarf HJ, Mansour M, Lanphear BP. Trends in otitis media in US children. Pediatrics 2003:112:514-520.

48. Haynes E, Kalkwarf H, Hornung RW, Wenstrup R, Dietrich K, Lanphear BP. Vitamin D Fok1 polymorphism and blood lead levels in children. Environ Health Persp 2003;111:1665-1669.



Appellate Case: 26-3374 Page: 124 Date Filed: 11/19/2026 Entry ID: 5708039

49. Steiner JF, Curtis P, Lanphear BP, Vu KO, Main DS. Assessing the role of influential mentors in the research development of primary care fellows. Academic Medicine 2004:79:865-872.

50. Yolton K, Auinger P, Dietrich KN, Lanphear BP, Hornung R. Exposure to environmental tobacco smoke and cognitive abilities among US children and adolescents. Environ Health Persp 2005:113:98-103.

51. Phelan KJ, Khoury J, Kalkwarf H, Lanphear BP. Residential injuries in US children and adolescents. Public Health Reports 2005;120:63-70.

52. Wilson S, Kahn R, Khoury J, Lanphear B. Racial differences in exposure to environmental tobacco smoke among children. Environ Health Perspect 2005;113:362-367.

53. Lanphear BP, Hornung R, Ho M. Screening housing to prevent lead toxicity in children. Pub Health Rep 2005;120:305-310.

54. Rosner D, Markowitz G, Lanphear BP. J. Lockhart Gibson and the discovery of the impact of lead pigments on children's health: A review of a century of knowledge. Pub Health Rep 2005;120:296-300.

55. Lanphear BP, Hornung R, Khoury J, Yolton K, Baghurst P, Bellinger DC, Canfield RL, Dietrich KN, Bornschein R, Greene T, Rothenberg SJ, Needleman HL, Schnaas L, Wasserman G, Graziano J. Low-level environmental lead exposure and children's intellectual function: An international pooled analysis. Environ Health Perspect 2005;113:894-899. [erratum: Environ Health Perspect 2019;127: doi: 10.1289/EHP5685].

56. Nagaraja J, Menkedick J, Phelan KJ, Ashley PJ, Zhang J, Lanphear BP. Deaths from residential injuries in US children and adolescents, 1985 to 1997. Pediatrics 2005;116:454-61.

57. Eskenazi B, Gladstone EA, Berkowitz GS, Drew CH, Faustman EM, Holland NT, Lanphear BP, Meisel SJ, Perera FP, Rauh VA, Sweeney A, Whyatt RM, Yolton K. Methodologic and logistic issues in conducting longitudinal birth cohort studies: Lessons learned from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1419-1429.

58. Eggleston PA, Diette G, Lipsett M, Lewis T, Tager I, McConnell R, Chrischilles E, Lanphear BP, Miller R, Krishnan J. Lessons learned for the study of childhood asthma from the Centers for Children's Environmental Health and Disease Prevention Research. Environ Health Persp 2005;113:1430-1436.

59. Spanier AJ, Hornung R, Lierl M, Lanphear BP. Environmental exposures and exhaled nitric oxide in children with asthma. J Pediatrics 2006;149:220-226.

60. Yuan W, Holland S, Cecil K, Dietrich K, Wessel SD, Altaye M, Hornung R, Ris M, Egelhoff J, Lanphear B. The impact of early childhood lead exposure on brain organization: A



Appellate Case: 26-3374 Page: 125 Date Filed: 11/19/2026 Entry ID: 5708039

functional magnetic resonance imaging study of language function. Pediatrics 2006;118:971-977.

61. Howard CR, Lanphear N, Lanphear BP, Eberly S, Lawrence RA. Parental responses to infant crying and colic: the effect on breastfeeding duration. Breastfeeding Med 2006;1:146-155.

62. Brinkman W, Geraghty S, Lanphear B, Khoury J, Gonzalez-Del-Rey J, DeWitt T, Britto M. Evaluation of resident communication skills and professionalism: A matter of perspective? Pediatrics 2006;118:1371-1379.

63. Braun JM, Kahn RS, Froehlich T, Auinger P, Lanphear BP. Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children. Environ Health Perspect 2006;114:1904-1909.

64. Brinkman WB, Geraghty SR, Lanphear BP, Khoury JC, Gonzalez-Del-Rey JA, DeWitt TG, Britto MT. Effect of multisource feedback on resident communication skills and professionalism. Arch Pediatr Adolesc Med 2007;161:44-49.

65. Wilson SE, Kahn RS, Khoury J, Lanphear BP. The role of air nicotine in explaining racial differences in cotinine among tobacco-exposed children. Chest 2007;131:856-862.

66. Froehlich T, Lanphear BP, Dietrich KN, Cory-Slechta D, Wang N, Kahn RS. Interactive effects of a DRD4 polymorphism, lead, and sex on executive functions in children. Biol Psychiatry 2007:62:243-249.

67. Froehlich TE, Lanphear BP, Epstein JN, Barbaresi WJ, Katusic SK, Kahn RS. Prevalence, recognition and treatment of attention-deficit/hyperactivity disorder in a national sample of US children. Arch Pediatr Adolesc Med 2007;161:857-864.

68. Landrigan PJ, Woolf AD, Gitterman B, Lanphear B, Forman J, Karr C, Moshier EL, Godbold J, Crain E. The Ambulatory Pediatric Association Fellowship in Pediatric Environmental Health: A five-year assessment. EHP 2007;115:1383-1387.

69. Jusko TA, Henderson CR, Lanphear BP, Cory-Slechta DA, Parsons PJ, Canfield RL. Blood lead concentrations < 10 µg/dL and child intelligence at 6 years of age. Environ Health Perspect 2008;116:243-248.

70. Cecil KM, Brubaker CJ, Adler CM, Dietrich KN, Altaye M, Egelhoff JC, Wessel S, Elangovan I, Hornung R, Jarvis K, Lanphear BP. Decreased brain volume in adults with childhood lead exposure. PLoS Med 2008;5:e112.

71. Wright JP, Dietrich KN, Ris MD, Hornung RW, Wessel SD, Lanphear BP, Ho M, Rae MN. Association of prenatal and childhood blood lead concentrations with criminal arrests in early adulthood. PLoS Med 2008;5:e101.



Appellate Case: 26-3374 Page: 126 Date Filed: 11/19/2026 Entry ID: 5708039

72. Spanier AJ, Hornung RW, Kahn RS, Lierl MB, Lanphear BP. Seasonal variation and environmental predictors of exhaled nitric oxide in children with asthma. Pediatr Pulmonol 2008;43:576-583.

73. Braun JM, Froehlich TE, Daniels JL, Dietrich KN, Hornung R, Auinger P, Lanphear BP. Association of environmental toxicants and conduct disorder in U.S. children: NHANES 2001-2004. Environ Health Perspect 2008;116:956-962.

74. Yolton K, Khoury J, Hornung R, Dietrich KN, Succop P, Lanphear BP. Environmental tobacco smoke exposure and child behaviors. J Dev Behav Pediatr 2008;29:456-463.

75. Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2008;2:CD006047.

76. Geraghty SR, Khoury JC, Morrow AL, Lanphear BP. Reporting individual test results of environmental chemicals in breastmilk: potential for premature weaning. Breastfeed Med. 2008;3:207-213.

77. Spanier AJ, Kahn RS, Hornung RW, Wang N, Sun G, Lierl MB, Lanphear BP. Environmental exposures, nitric oxide synthase genes, and exhaled nitric oxide in asthmatic children. Pediatr Pulmonol. 2009;44:812-819.

78. Hornung RW, Lanphear BP, Dietrich KN. Age of greatest susceptibility to childhood lead exposure: A new statistical approach. Environ Health Persp 2009;117:1309-1312.

79. Phelan KJ, Khoury J, Xu Y, Lanphear BP. Validation of a HOME Injury Survey. Injury Prevention 2009:15:300-306.

80. Braun J, Yolton K, Dietrich K, Hornung R, Ye X, Calafat AM, Lanphear BP. Prenatal Bisphenol A exposure and early childhood behavior. Environ Health Persp 2009;117:1945-1952.

81. Yolton K, Khoury J, Xu Y, Succop P, Lanphear B, Bernert JT, Lester B. Low-level prenatal exposure to nicotine and infant neurobehavior. Neurotoxicol Teratol. 2009;31:356-363.

82. Froehlich T, Lanphear BP, Auinger P, Hornung R, Epstein JN, Braun J, Kahn RS. The association of tobacco and lead exposure with attention-deficit/hyperactivity disorder in a national sample of US children. Pediatrics 2009;124:e1054-1063.

83. Brubaker CJ, Schmithorst VJ, Haynes EN, Dietrich KN, Egelhoff JC, Lindquist DM, Lanphear BP, Cecil KM. Altered myelination and axonal integrity in adults with childhood lead exposure: A diffusion tensor imaging study. Neurotoxicology 2009;30:867-875.

84. Yolton K, Xu Y, Khoury J, Succop P, Lanphear B, Beebe DW, Owens J. Associations between secondhand smoke exposure and sleep patterns in children. Pediatrics. 2010;125:e261-268.



Appellate Case: 26-3374 Page: 127 Date Filed: 11/19/2026 Entry ID: 5708039

85. Brubaker CJ, Dietrich KN, Lanphear BP, Cecil KM. The influence of age of lead exposure on adult gray matter volume. Neurotoxicology 2010;31:259-266.

86. Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. Prenatal environmental tobacco smoke exposure and early childhood body mass index. Paediatr Perinat Epidemiol 2010;24:524-534.

87. Kalkbrenner AE, Hornung RW, Bernert JT, Hammond SK, Braun JM, Lanphear BP. Determinants of serum cotinine and hair cotinine as biomarkers of childhood secondhand smoke exposure. J Expo Sci Environ Epidemiol 2010;20:615-624.

88. Wilson SE, Baker ER, Leonard AC, Eckman M, Lanphear BP. Understanding preferences for disclosure of individual biomarker results among participants in a longitudinal birth cohort. J Med Ethics 2010;doi:10.1136/jme.2010.036517.

89. Braun JM, Daniels JL, Poole C, Olshan AF, Hornung R, Bernert JT, Xia Y, Bearer C, Barr DB, Lanphear BP. A prospective cohort study of biomarkers of prenatal tobacco smoke exposure: The correlation between serum and meconium and their association with infant birth weight. Environmental Health 2010;9:53 (doi: 10.1186/1476-069X-9-53).

90. Braun JM, Kalkbrenner AE, Calafat AM, Bernert JT, Ye X, Barr DB, Sathyanarayana S, Lanphear BP. Variability and predictors of urinary Bisphenol A concentrations during pregnancy. Environ Health Perspect 2011;119:131-137.

91. Wilson SE, Talaska G, Kahn RS, Schumann B, Khoury J, Leonard AC, Lanphear BP. White blood cell DNA adducts in a cohort of asthmatic children exposed to environmental tobacco smoke. Int Arch Occup Environ Health 2011;84:19-27.

92. Lanphear BP, Hornung RW, Khoury J, Yolton K, Lierl M, Kalkbrenner AE. Effects of HEPA air cleaners on unscheduled asthma visits and asthma symptoms in children exposed to second hand tobacco smoke. Pediatrics 2011;127:93-101.

93. Phelan KJ, Khoury J, Xu Y, Liddy S, Hornung R, Lanphear BP. A randomized, controlled trial of home injury hazard reduction: The HOME Study. Arch Pediatrics Adolesc Medicine 2011;165:339-345.

94. Cecil KM, Dietrich KN, Altaye M, Egelhoff JC, Lindquist DM, Brubaker CJ, Lanphear BP. Proton magnetic resonance spectroscopy in adults with childhood lead exposure. Environ Health Perspect 2011;119:403-408.

95. Spanier AJ, Kahn RS, Xu Y, Hornung R, Lanphear BP. A comparison of biomarkers and parent report of tobacco exposure to predict wheeze. J Pediatrics 2011;159:776-782.

96. Braun J, Kalkbrenner A, Calafat A, Yolton K, Xiaoyun Y, Dietrich KN, Lanphear BP. Impact of early life bisphenol A exposure on behavior and executive function in children. Pediatrics 2011;128:873-882.



Appellate Case: 26-3374 Page: 128 Date Filed: 11/19/2026 Entry ID: 5708039

97. Sathyanarayana S, Braun JM, Yolton K, Liddy S, Lanphear BP. Case Report: High prenatal Bisphenol A exposure and infant behavior. Environ Health Perspect 2011;119:1170-1175.

98. Spanier AJ, Kahn RS, Hornung R, Lierl M, Lanphear BP. Associations of fraction of exhaled nitric oxide with beta agonist use in children with asthma. Pediatr Allergy Immunol Pulmonol. 2011 Mar;24(1):45-50.

99. Byars KC, Yolton K, Rausch J, Lanphear BP, Beebe DW. Prevalence, patterns and persistence of sleep problems in the first 3 years of life. Pediatrics 2012;129:276-284.

100. Yeoh B, Woolfenden S, Wheeler D, Alperstein G, Lanphear B. Household interventions for prevention of domestic lead exposure in children. Cochrane Database Syst Rev. 2012;2:CD006047.

101. Ciesielski T, Weuve J, Bellinger DC, Schwartz J, Lanphear B, Wright RO. Cadmium exposure and neurodevelopmental outcomes in U.S. children. Environ Health Persp 2012;120:758-763.

102. Beebe DW, Rausch J, Byars K, Lanphear B, Yolton K. Persistent snoring in preschool children: predictors and behavioral and developmental correlates. Pediatrics 2012;130:382-389.

103. Spanier AJ, Kahn RS, Kunselman AR, Hornung R, Xu Y, Calafat A, Lanphear BP. Prenatal exposure to Bisphenol A and childhood wheeze from birth to 3 years of age. Environ Health Perspect 2012;120:916-920. http://dxdoi.org/10.1289/ehp.1104175. (Recipient of the Michael Shannon Young Investigator Award, Denver, Colorado, April 30th, 2011.)

104. Rauch S, Braun J, Barr DB, Calafat A, Montesanto A, Yolton K, Khoury J, Lanphear BP. Associations of prenatal exposure to organophosphate pesticides with gestational age and birth weight Env Health Perspect 2012;120:1055-1060. http://dx.doi.org/10.1289/ehp.1104615.

105. Hayward I, Malcoe LH, Cleathero LA, Janssen PA, Lanphear BP, Hayes MV, Mattman A, Pampalon R, Venners SA. Investigating maternal risk factors as potential targets of intervention to reduce socioeconomic inequality in small for gestational age: a population-based study. BMC Public Health. 2012;13;12:333.

106. Braun JM, Hoffman E, Schwartz J, Sanchez B, Schnaas L, Mercado-Garcia A, Solano-Gonzalez M, Bellinger DC, Lanphear BP, Hu H, Tellez-Rojo MM, Wright RO, Hernandez-Avila M. Assessing windows of susceptibility to lead-induced cognitive deficits in Mexican children. Neurotoxicology. 2012;33:1040-1047.

107. Budtz-Jorgenson E, Bellinger D, Lanphear BP, Grandjean P on behalf of the International Pooled Lead Study Investigators. An international pooled analysis for obtaining a benchmark dose for environmental lead exposure in children. Risk Analysis 2013;33:450-461.



Appellate Case: 26-3374 Page: 129 Date Filed: 11/19/2026 Entry ID: 5708039

108. Oulhote Y, Le Tertre A, Etchevers A, Le Bot B, Lucas J-P, Mandin C, Le Strat Y, Lanphear B, Gleorennec P. Implications of different residential lead standards on children's blood lead levels in France: Predictions based on a national cross-sectional survey. Int J Hygiene Health. 2013;216:743-750.

109. Sathyanarayana S, Alcedo G, Saelens BE, Zhou C, Dills RL, Lanphear B. Unexpected results in a randomized dietary trial to reduce phthalate and bisphenol A exposures. J Exp Science Environ Epidemiol 2013. doi.10.1038/jes.2013.9

110. Spanier A, Wilson S, Ho M, Hornung R, Lanphear BP. The contribution of housing renovation to children's blood lead levels: a cohort study. Environmental Health 2013;12:72.

111. Arbuckle TE, Fraser WD, Fisher M, Davis K, Liang CL, Lupien N, Bastien S, Velez MP, von Dadelszen P, Hemmings DG, Wang J, Helewa M, Taback S, Sermer M, Foster W, Ross G, Fredette P, Smith G, Walker M, Shear R, Dodds L, Ettinger AS, Weber JP, D'Amour M, Legrand M, Kumarathasan P, Vincent R, Luo ZC, Platt RW, Mitchell G, Hidiroglou N, Cockell K, Villeneuve M, Rawn DF, Dabeka R, Cao XL, Becalski A, Ratnayake N, Bondy G, Jin X, Wang Z, Tittlemier S, Julien P, Avard D, Weiler H, Leblanc A, Muckle G, Boivin M, Dionne G, Ayotte P, Lanphear B, Séguin JR, Saint-Amour D, Dewailly E, Monnier P, Koren G, Ouellet E. Cohort profile: the maternal-infant research on environmental chemicals research platform. Paediatr Perinat Epidemiol. 2013 Jul;27(4):415-25. doi: 10.1111/ppe.12061.

112. Braun JM, Kalkbrenner A, Just AC, Yolton K, Sjodin A, Hauser R, Webster GM, Chen A, Lanphear BP. Gestational exposure to endocrine disrupting chemicals and reciprocal social, repetitive and stereotypic behaviors in 4 and 5 year old children. Environ Health Perspect 2014;122:513-520. (CEHN Article of the Month August, 2014.)

113. Phelan KJ, Morrongiello B, Khoury J, Xu Y, Liddy S, Lanphear BP. Maternal supervision of children during their first 3 years of life: the influence of maternal depression and child gender. J Pediatr Psychol 2014;39:349-357.

114. Chen A, Yolton K, Rauch S, Webster GM, Hornung R, Sjodin A, Dietrich KN, Lanphear BP. Cognitive deficits and behavior problems in children with prenatal PBDE Exposure. Environ Health Perspect 2014;122:856-862. (CEHN Article of the Month, September, 2014.)

115. Kato K, Wong L-Y, Chen A, Dunbar C, Webster G, Lanphear B, Calafat, A. Changes in serum concentrations of maternal poly- and perfluoroalkyl substances over the course of pregnancy and predictors of exposure in a multiethnic cohort of Cincinnati, Ohio pregnant women during 2003–2006. Environmental Science & Technology 2014;48:9600-9608.

116. Watkins DJ, Eliot M, Sathyanarayana S, Calafat AM, Yolton K, Lanphear BP, Braun JM. Variability and Predictors of Urinary Concentrations of Phthalate Metabolites during Early Childhood. Environ Sci Technol. 2014;48:9600-9608.

117. Braun JM, Lanphear BP, Calafat AM, Deria S, Khoury J, Howe CJ, Venners SA. Early-life Bisphenol A exposure and child body mass index: A prospective cohort study. Environ Health Perpect 2014;122:1239-1245.

118. Prasodjo A, Pfeiffer CM, Fazili Z, Xu Y, Liddy S, Yolton K, Savitz DA, Lanphear BP, Braun JM.

119. Serum cotinine and whole blood folate concentrations in pregnancy. Ann Epidemiol. 2014;24:498-503.e1. doi: 10.1016/j.annepidem.2014.04.004.

120. Spanier AJ, Kahn RS, Kunselman AR, Schaefer EW, Hornung RW, Xu Y, Calafat AM, Lanphear BP. Bisphenol A exposure and the development of wheeze and lung function in children through age 5 years. JAMA Pediatrics 2014;168:1131-1137.

121. Evens A, Hryhorczuk D, Lanphear BP, Rankin KM, Lewis DA, Forst L, Rosenberg D. The impact of low-level lead toxicity on school performance among children in the Chicago Public Schools: a population-based retrospective cohort study. Environ Health 2015;14:21 DOI 10.1186/s12940-015-0008-9.

122. Romano ME, Webster GM, Vuong AM, Zoeller RT, Chen A, Hoofnagle AN, Calafat AM, Karagas MR, Kimberly Yolton K, Lanphear BP, Braun JM. Gestational urinary bisphenol A and maternal and newborn thyroid hormone concentrations: the HOME Study. Environmental Research 2015;138:453-460.

123. Barnard H, Rao R, Xu Y, Froehlich T, Epstein J, Lanphear BP, Yolton K. Association of the Conners' Kiddie J Continuous Performance Test (K-CPT) and Parent-Report Measures of Behaviors and Executive Functioning. Atten Disord. 2015 pii:1087054715578271. PMID: 25846228

124. Vuong AM, Webster GM, Romano ME, Braun JM, Zoeller RT, Hoofnagle AN, Sjödin A, Yolton K, Lanphear BP, Chen. Maternal polybrominated diphenyl ether (PBDE) exposure and thyroid hormones in maternal and cord sera: the HOME Study, Cincinnati, USA. Environ Health 2015;123:1079-1085. PMID: 25893858.

125. Werner EF, Braun JM, Yolton K, Khoury JC, Lanphear BP. The association between maternal urinary phthalate concentrations and blood pressure in pregnancy: the HOME Study. Environ Health 2015;14:75 doi:10.1186/s12940-015-0062-3.

126. Melissa Wagner-Schuman, Jason Richardson, Peggy Auinger, Joseph Braun, Bruce Lanphear, Jeffrey N. Epstein, Kimberly Yolton and Tanya E Froehlich. Association of Pyrethroid Pesticide Exposure with Attention-Deficit/Hyperactivity Disorder in a

Nationally Representative Sample of U.S. Children. Environmental Health 2015;28:14:44 DOI 10.1186/s12940-015-0030-y.

127. Buckley JP, Engel SM, Braun JM, Whyatt RM, Daniels JL, Mendez MA, Richardson DB, Xu Calafat AM, Lanphear BP, Wolff MS, Herring AH, Rundle AG. Prenatal phthalate exposures and body mass index among 4 to 7 year old children: A pooled analysis. Epidemiology 2016;27:449-58. doi: 10.1097/EDE.0000000000000436.

128. Engel SM, Bradman A, Wolff MS, Rauh VA, Harley KG, Yang JH, Hoepner L, Barr DB, Yolton K, Vedar MG, Xu Y, Hornung RW, Wetmur JG, Chen J, Holland N, Perera FP, Whyatt RM, Lanphear BP, Eskenazi B. Prenatal organophosphorous pesticide exposure and child neurodevelopment at 24 months: an analysis of four birth cohorts. EHP 2016;124:822-830.

129. Braun JM, Chen A, Romano ME, Calafat AM, Webster GM, Yolton K, Lanphear BP. Prenatal perfluoroalkyl substance exposure and child adiposity at 8 years of age: The HOME Study. Obesity 2016;24:231-237.

130. Webster GM, Rauch SA, Ste Marie N, Mattman A, Lanphear BP, Venners SA. Cross-sectional associations of serum perfluoroalkyl acids and thyroid hormones in U.S. adults: variation according to TPOAb and Iodine status. Environ Health Persp 2016124935-942. doi: 10.1289/ehp.1409589.

131. Braun JM, Kalloo G, Chen A, Dietrich KN, Liddy-Hicks S, Morgan S, Xu Y, Yolton K, Lanphear BP. Cohort Profile: The Health Outcomes and Measures of the Environment (HOME) Study. Int J Epidemiol 2017;46:24 doi: 10.1093/ije/dyw006.

132. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. The relationship between atmospheric lead pollution and aggressive crime: An ecologic study. Environ Health 2016;15:23. doi: 10.1186/s12940-016-0122-3.

133. Harley KG, Engel SM, Vedar MG, Eskenazi B, Whyatt RM, Lanphear BP, Bradman A, Rauh VA, Yolton K, Hornung RW, Wetmur JG, Chen J, Holland NT, Barr DB, Perera FP, Wolff MS. Prenatal exposure to organophosphorous pesticides and fetal growth: pooled results from four longitudinal birth cohort studies. Env Health Perspect 2016;124:1084-1092.

134. Vuong AM, Yolton K, Webster GM, Sjodin A, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether and perfluoroalkyl substance exposures and executive function in school-age children. Env Res 2016;147:556-564.

135. Stacy SL, Eliot M, Calafat AM, Chen A, Lanphear BP, Hauser R, Papandonatos GD, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary Bisphenol A concentrations during childhood. Environ Sci Tech 2016;50:5981-5990.

136. Romano ME, Xu Y, Calafat AM, Yolton K, Chen A, Webster GM, Eliot MN, Howard CR, Lanphear BP, Braun JM. Maternal serum perfluoralkyl substances during pregnancy and duration of breastfeeding. Env Res 2016;149:239-246.

137. Shoaff JR, Romano ME, Yolton K, Lanphear BP, Calafat AM, Braun JM. Prenatal phthalate exposure and infant size at birth and gestational duration. Env Res 20161;50:52-58.

138. Tewar S, Auinger P, Braun JM, Lanphear B, Yolton K, Epstein JN, Froehlich TE. Association of bisphenol A exposure and attention-deficit/hyperactivity disorder in a national sample of U.S. children. Environ Res 2016;150:112-118.

139. Vuong AM, Braun JM, Sjodin A, Webster GM, Yolton K, Lanphear BP, Chen A. Prenatal polybrominated diphenyl ether exposure and body mass index in children up to 8 years of age. Environ Health Perspect 2016;124:1891-1897.

140. Donauer S, Altaye M, Xu Y, Sucharew H, Succop P, Calafat AM, Khoury JC, Lanphear B, Yolton K. An observational study to evaluate associations between low-level gestational exposure to organophosphate pesticides and cognition during early childhood. Am J Epidemiol 2016;184:410-418.

141. Percy Z, Xu Y, Sucharew H, Khoury JC, Calafat AM, Braun JM, Lanphear BP, Chen A, Yolton K. Gestational exposure to phthalates and gender-related play behaviors in 8-year old children: an observational study. Environ Health 2016;15:doi: 10.1186?s12940-016-0171-7.

142. Blackowicz MJ, Hryhorczuk DO, Rankin KM, Lewis DA, Haider D, Lanphear BP, Evens A. The impact of low-level lead toxicity on school performance among Hispanic subgroups in the Chicago Public Schools. Int J Environ Res Public Health 2016 doi: 10.3390/ijerph13080774.

143. Ernhardt J, Xu Y, Khoury J, Yolton, Lanphear B, Phelan K. Cognitive and motor abilities of young children and risk of injuries in the home. Inj Prev 2016 doi: 10.1136/injuryprev-2016-042031.

144. Zhang H, Yolton K, Webster GM, Sjodin A, Calafat AM, Dietrich KN, Xu Y, Xie C, Braun JM, Lanphear BP, Chen A. Prenatal PBDE and PCB exposures and reading, cognition and externalizing behaviours in children. Environ Health Perspect 2017;125:746-752.

145. Braun JM, Bellinger DC, Hauser R, Wright RO, Chen A, Calafaat AM, Yolton K, Lanphear BP. Prenatal phthalate, triclosan and bisphenol A exposures and child visual-spatial abilities. Neurotoxicology 2017;58:75-83.

146. Vuong AM, Braun JM, Yolton K, Xie C, Webster GM, Sjodin A, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether exposure and visual spatial abilities in children. Env Res 2017;153:83-92.



Appellate Case: 26-3374 Page: 133 Date Filed: 11/19/2026 Entry ID: 5708039

147. Etzel T, Calafat A, Ye X, Chen A, Lanphear BP, Savitz D, Yolton K, Braun J. Urinary triclosan concentrations during pregnancy and birth outcomes. Environ Res 2017;156:505-511.

148. Pell T, Eliot M, Chen A, Lanphear BP, Yolton K, Sathyanarayana S, Braun JM. Parental concern about environmental chemical exposures and children's urinary concentrations of phthalates and phenols. J Pediatr 2017;186:138-144.e3.

149. Millenson ME, Braun JM, Calafat AM, Barr DB, Huang YT, Chen A, Lanphear BP, Yolton K. Urinary organophosphate insecticide metabolite concentrations during pregnancy and children's interpersonal, communication, repetitive, and stereotypic behaviors at 8 years of age: The HOME Study. Environ Res 2017;157:9-16.

150. Stacy SL, Eliot M, Etzel T, Papandonatos GD, Calafat AM, Chen A, Hauser R, Lanphear BP, Sathyanarayana S, Ye X, Yolton K, Braun JM. Patterns, variability and predictors of urinary triclosan concentrations during pregnancy and childhood. Environ Sci Technol 2017 (in press).

151. Stacy SL, Papandonatos GD, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life bisphenol A exposure and neurobehavior at 8 years: identifying windows of heightened vulnerability. Environ Int 2017107:258-265.

152. Lam J, Lanphear BP, Bellinger D, Axelrad DA, McPartland J, Sutton P, Davidson L, Daniels N, Sen S, Woodruff TJ. Developmental PBDE exposure and IQ/ADHD in childhood: A systematic review and meta-analysis. Environ Health Persp 2017;125:086001. doi: 1289/EHP1632.

153. Braun JM, Yolton K, Stacy SL, Erar B, Papandonatas GD, Bellinger DC, Lanphear BP, Chen A. Prenatal environmental chemical exposures and longitudinal patterns of child neurobehavior. Neurotoxicology 2017;62:192-199.

154. Rosen-Carole CB, Auinger P, Howard CR, Brownell EA, Lanphear BP. Low-level prenatal toxin exposure and breastfeeding duration. A prospective cohort study. Matern Child Health J. 2017;doi: 10.1016/j.neuro.2017.07.027.

155. Vuong AM, Yolton K, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) exposure and neurobehavior in children at 8 years. Env Res 2017;158:8677-684.

156. Braun JM, Muckle G, Arbuckle T, Bouchard MF, Fraser WD, Ouellet E, Seguin JR, Oulhote Y, Webster GM, Lanphear BP. Associations of prenatal urinary bisphenol A concentrations with child behaviors and cognitive abilities. Environ Health Perspect 2017;125(6):067008. doi: 10.1289EHP984.

157. Kingsley SL, Kelsey KY, Butler R, Chen A, Eliot MN, Romano ME, Houseman A, Koestler DC, Lanphear BP, Yolton K, Braun JM. Maternal serum PFOA concentration and DNA methylation in cord blood: A pilot study. Environ Res 2017;158:174-178.



Appellate Case: 26-3374 Page: 134 Date Filed: 11/19/2026 Entry ID: 5708039

158. Poropat AE, Laidlaw MAS, Lanphear B, Ball A, Mielke HW. Blood lead and preeclampsia: A meta-analysis and review of implications. Environ Res 2017;160:12-19.

159. Shoaff J, Papandonatos GD, Calafat AM, Xe X, Chen A, Lanphear BP, Yolton K, Braun JM. Early-life phthalate exposure and adiposity at 8 Years of Age. Environ Health Persp 2017;125:097008. doi: 10.1289/EHP1022.

160. Vuong AM, Yolton K, Poston KL, Xie C, Webster GM, Sjodin A, Braun JM, Dietrich KN, Lanphear BP, Chen A. Prenatal and postnatal polybrominated diphenyl ether (PBDE) exposure and measures of inattention and impulsivity in children. Neurotoxicol Teratol 2017;64:20-28.

161. Zhang H, Yolton K, Webster GM, Ye X, Xie C, Calafat AM, Dietrich KN, Braun JM, Lanphear BP, Chen A. Prenatal and childhood perfluoroalkyl substance exposures and children’s reading skills at ages 5 and 8 years. Environ Int 2017;111:224-231. doi: 1016/j.envint.2017.11.031. PMID: 29241079

162. Woods MM, Lanphear BP, Braun JM, McCandless LC. Gestational exposure to endocrine disrupting chemicals in relation to infant birth weight: A Bayesian analysis of the HOME Study. Environ Health 2017;16:115. doi: 10.1186/s12940-017-0332-3.

163. Vuong AM, Yolton K, Dietrich KN, Braun JM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) and child behavior: Current findings and future directions. Horm Behav 2017 doi: 10.1016/j.yhbeh.2017.11.008.

164. Landrigan PJ, Fuller R, Acosta NJR, Adeyi O, Arnold R, Basu NN, Baldé AB, Bertollini R, Bose-O'Reilly S, Boufford JI, Breysse PN, Chiles T, Mahidol C, Coll-Seck AM, Cropper ML, Fobil J, Fuster V, Greenstone M, Haines A, Hanrahan D, Hunter D, Khare M, Krupnick A, Lanphear B, Lohani B, Martin K, Mathiasen KV, McTeer MA, Murray CJL, Ndahimananjara JD, Perera F, Potočnik J, Preker AS, Ramesh J, Rockström J, Salinas C, Samson LD, Sandilya K, Sly PD, Smith KR, Steiner A, Stewart RB, Suk WA, van Schayck OCP, Yadama GN, Yumkella K, Zhong M. The Lancet Commission on Pollution and Health. Lancet 2017 pii: SO140-6736(17)32345-0. doi: 10.1016/S0140-6736(17)32345-0. PMID: 29056410.

165. Lanphear BP, Rauch S, Auinger P, Allen R, Hornung RW. Low-level lead exposure and mortality in US adults: a population-based cohort study. Lancet Public Health 2018; https://doi.org/10.1016/S2468-2667(18)30025-2

166. Kalloo G, Calafat AM, Chen A, Yolton K, Lanphear BP, Braun JM. Early life triclosan exposure and child adiposity at 8 years of age: a prospective cohort study. Environ Health 2018;17:24. doi: 10.1186/s12940-018-0366-1.

167. Braun JM, Chen A, Hoofnagle A, Papandonatos GD, Jackson-Browne M, Hauser R, Romano ME, Karagas MR, Yolton, Zoeller TR, Lanphear BP. Associations of early-life urinary triclosan concentrations with maternal, neonatal, and child thyroid hormone levels. Horm Behav 2018;101:77-84.



Appellate Case: 26-3374 Page: 135 Date Filed: 11/19/2026 Entry ID: 5708039

168. Taylor MP, Forbes MK, Opeskin B, Parr, N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: An ecological study. Environ Health 2018;17:10. Doi: 10.1186/s12940-018-0354-5.

169. Etzel T, Muckle G, Arbuckle TE, Fraser WD, Ouellet E, Seguin JR, Lanphear B, Braun JM. Prenatal urinary triclosan concentrations and child neurobehavior. Env Int 2018;114:152-159. doi: 10.1016/j.envint.2018.02.032.

170. Romano ME, Eliot MN, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM. Maternal urinary phthalate metabolites during pregnancy and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Int J Hyg Environ Health 2018;221:623-631. doi: 10.1016/j.ijheh.2018.03.010.

171. Jackson-Brown MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Identifying vulnerable periods of neurotoxicity to triclosan exposure in children. Environ Health Perspect 2018;126:057001. doi: 10.1289/EHP2777.

172. Kingsley SL, Eliot MN, Kelsey KT, Calafat AM, Ehrlich S, Lanphear BP, Chen A, Braun JM. Variability and predictors of serum perfluoralkyl substance concentrations during pregnancy and early childhood. Environ Res 2018;165:247-257. PMID: 29734025

173. Barn P, Gombojav E, Ochir C, Laagan B, Beejin B, Naidan G, Boldbaatar B, Galsuren J, Byambaa T, Janes C, Janssen PA, Lanphear BP, Takaro TK, Venners SA, Webster GM, Yuchi W, Palmer CD, Parsons PJ, Roh YM, Allen RW. The effect of portable HEPA filter air cleaners on indoor PM2.5 concentrations and second-hand tobacco smoke exposure among pregnant women in Ulaanbaatar, Mongolia: The UGGAR randomized controlled trial. Sci Total Environ 2018;615:1379-1389.

174. Braun JM, Kalkwarf HJ, Papandonatos GD, Chen A, Lanphear BP. Patterns of early life body mass index and childhood overweight and obesity status at 8 years of age. BMC Pediatrics 2018;11:161. doi: 10.1186/s12887-018-1124-9.

175. Vuong AM, Braun JM, Webster GM, Zoeller TR, Hoofnagel AN, Sjodin A, Yolton K, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) exposures and thyroid hormones in children at 3 years. Environ Int 2018;117:339-347.

176. Li N, Yolton K, Lanphear BP, Chen A, Kalkwarf HJ, Braun JM. Impact of early-life weight status on cognitive abilities in children. Obesity 2018;26:1088-1095.

177. Oulhote Y, Tremblay E, Arbuckle TE, Fraser WD, Lemelin JP, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Dionne G, Lanphear BP, Muckle G. Prenatal exposure to polybrominated diphenyl ethers and predisposition to frustration at 7 months. Env Int 2018;119:79-88.



Appellate Case: 26-3374 Page: 136 Date Filed: 11/19/2026 Entry ID: 5708039

178. Vuong AM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Braun JM, Dietrich KN, Lanphear BP, Chen A. Childhood perfluororalkyl substance exposure and executive function in children at 8 years. Env Int 2018;119:212-219.

179. Vuong AM, Braun JM, Yolton K, Wang Z, Xie C, Webster GM, Ye X, Calafat AM, Dietrich KN, Lanphear BP, Chen A. Prenatal and childhood exposure to perfluoroalkyl substances and measures of attention, impulse control and visual spatial abilities. Env Int 2018;119:413-420.

180. Braun JM, Hornung R, Chen A, Dietrich KN, Jacobs DE, Jones R, Khoury JC, Liddy-Hicks S, Morgan S, Baez Vanderbeek S, Xu Yingying, Yolton K, Lanphear BP. Effect of residential lead-hazard interventions on childhood blood lead concentrations and neurobehavioral outcomes. JAMA Pediatrics 2018:doi:10.1001/jamapediatrics.2018.3282.

181. Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Profiles and predictors of environmental chemical mixture exposure among pregnant women: The Health Outcomes and Measures of the Environment Study. Environ Sci Technol 2018;52:10104-10113.

182. Barn P, Gombojav E, Ochir C, Boldbaatar B, Laagan B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. The effect of portable HEPA filter air cleaner use during pregnancy on fetal growth: The UGAAR randomized controlled trial pregnant Environ Int 2018;121:981-989.

183. Buck CO, Eliot MN, Kelsey KT, Calafat AM, Chen A, Ehrlich S, Lanphear BP, Braun JM. Prenatal exposure to perfluoralkyl substances and adipocytokines: the HOME Study. Pediatr Res 2018;doi: 10.1038/s41390-018-0170-1.

184. Shoaff J, Papandonatos GD, Calafat AM, Chen A, Lanphear BP, Ehrlich S, Kelsey KT, Braun JM. Prenatal exposure to perfluoralkyl substances: infant birth weight and early life growth. Environ Epidemiol 2018;doi:10.1097/EE9.0000000000000010.

185. Sears CG, Braun JM, Ryan PH, Xu Y, Werner EF, Lanphear BP, Wellenius GA. The association of traffic-related air and noise pollution with maternal blood pressure and hypertensive disorders of pregnancy in the HOME Study cohort. Env Int 2018;121:574-581.

186. Li N, Arbuckle TE, Muckle G, Lanphear BP, Boivin M, Chen A, Dodds L, Fraser WD, Ouellet E, Seguin JR, Velez MP, Yolton K, Braun JM. Associations of cord blood leptin and adiponectin with children's cognitive abilities. Psychoneuroendocrinology 2019;99:257-264.

187. Till C, Green R, Grundy JG, Hornung R, Neufeld R, Martinez-Mier A, Ayotte P, Muckle G, Lanphear B. Community water fluoridation and urinary fluoride concentrations in a



Appellate Case: 26-3374 Page: 137 Date Filed: 11/19/2026 Entry ID: 5708039

national sample of pregnant women in Canada. Environmental Health Perspectives 2018;126:107001.

188. Desrochers-Couture M, Oulhote Y, Arbuckle TE, Fraser WD, Seguin JR, Ouellet E, Forget-Dubois N, Ayotte P, Boivin M, Lanphear BP, Muckle G. Prenatal, concurrent, and sex-specific associations between blood lead concentrations and IQ in preschool children. Environ Int 2018;121:1235-1242.

189. Goetz AR, Beebe DW, Peugh JL, Mara CA, Lanphear BP, Braun JM, Yolton K, Stark LJ. Sleep 2018;doi:1093/sleep/zsy214.

190. Pagalan L, Bickford C, Weikum W, Lanphear BP, Brauer M, Lanphear N, Hanley GE, Oberlander TF, Winters M. Association of prenatal exposure to air pollution with autism spectrum disorder. JAMA Pediatrics 2018;doi:10.1001/jamapediatrics.2018.3101.

191. Yuchi W, Gombojav E, Boldbaatar B, Galsuren J, Enkhmaa S, Beejin B, Naidan G, Ochir C, Legtseg B, Byambaa T, Henderson SB, Janes CR, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Allen RW. Evaluation of random forest regression and multiple linear regression for predicting indoor fine particulate matter concentrations in a highly polluted city. Environ Pollut 2018;16;746-753.

192. Liang H, Vuong AM, Xie C, Webster GM, Sjodin A, Yuan W, Miao M, Braun JM, Dietrich KN, Yolton K, Lanphear BP, Chen A. Childhood polybrominated diphenyl ether (PBDE) serum concentrations and reading ability at ages 5 and 8 years: The HOME Study. Environ Int 2018;doi:10.1016/j.envint.2018.11.026.

193. Vuong AM, Braun JM, Wang Z, Yolton K, Xie C, Sjodin A, Webster GM, Lanphear BP, Chen A. Exposure to polybrominated diphenyl ethers (PBDEs) during childhood and adiposity measures at age 8 years. Environ Int 2019;123:148-155.

194. Patel NB, McCandless LC, Chen A, Yolton K, Braun J, Jones RL, Dietrich KN, Lanphear BP. Very-low-level prenatal mercury exposure and behaviors in children: The HOME Study. Environ Health 2019;18:4 doi: 10.1186/s12940-018-0443-5.

195. Landrigan PJ, Braun JM, Crain EF, Forman J, Galvez M, Gitterman BA, Halevi G, Karr C, Mall JK, Paulson JA, Woolf AD, Lanphear BP, Wright RO. Building capacity in Pediatric Environmental Health. Acad Pediatr 2019 doi: 10.1016/j.acap.2019.01.001

196. Jackson-Browne MS, Papandonatos GD, Chen A, Yolton K, Lanphear BP, Braun JM. Early-life triclosan exposure and parent-reported behavior problems in 8-year-old children. Environ Int 2019. doi: 10.1016/j.envint.201901.021

197. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Prenatal and childhood exposure to poly- and perfluoroalkyl substances (PFAS) and cognitive development in children at 8 years. Environ Res 2019;172:242-248.



Appellate Case: 26-3374 Page: 138 Date Filed: 11/19/2026 Entry ID: 5708039

198. Bernardo BA, Lanphear BP, Venners SA, Arbuckle TE, Braun JM, Muckle G, Fraser WD, McCandless LC. Assessing the relation between plasma PCB concentrations and elevated autistic behaviours using Bayesian predictive odds ratios. Int J Environ Res Public Health 2019;16:pii: E457. Doi: 10.3390/ijerph16030457.

199. Braun JM, Li N, Arbuckle TE, Dodds L, Massarelli I, Fraser WD, Lanphear BP, Muckle G. Association between gestational urinary bisphenol A concentrations and adiposity in young children: The MIREC Study. Environ Res 2019;172:454-461.

200. Li N, Papandonatos GD, Calafat AM, Yolton K, Lanphear BP, Chen A, Braun JM. Identifying periods of susceptibility to the impact of phthalates on children's cognitive abilities. Environ Res 2019;172:604-614.

201. Buck CO, Eliot MN, Kelsey KT, Chen A, Kalkwarf H, Lanphear BP, Braun JM. Neonatal adipocytokines and longitudinal pattern of childhood growth. Obesity 2019;27:1323-1330.

202. Kingsley SL, Walker DI, Calafat AM, Chen A, Papandonatos GD, Xu Y, Jones DP, Lanphear BP, Pennell KD, Braun JM. Metabolomics of childhood exposure to perfluoroalkyl substances: a cross-sectional study. Metabolomics 2019;15:95. doi: 10.1007/s11306-019-1560-z.

203. Green R, Lanphear B, Hornung R, Flora D, Martinez-Mier A, Neufeld R, Ayotte P, Muckle G, Till C. Association between maternal fluoride exposure during pregnancy and IQ scores in Canada. JAMA Pediatrics doi: 10.1001/jamapediatrics.2019.1729.

204. Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear B, Muckle G, Bouchard MF, Fisher M, Asztalos E, Foster W, Kuhle S. Blood metal levels and early childhood anthropometric measures in a cohort of Canadian children. Environ Res 2019;179 doi:10.1016/j.envres.2019.108736.

205. Shaffer RM, Sellers SP, Baker MG, de Buen Kalman R, Frostad J, Suter MK, Anenberg SC, Balbus J, Basu N, Bellinger DC, Birnbaum L, Brauer M, Cohen A, Ebi KL, Fuller R, Grandjean P, Hess JJ, Kogevinas M, Kumar P, Landrigan PJ, Lanphear B, London SJ, Rooney AA, Stanaway JD, Trasande L, Walker K, Hu H. Improving and expanding estimates of the global burden of disease due to environmental health risk factors. Environ Health Perspect 2019; doi: 10.1289/EHP5496.

206. Barn P, Gombojav E, Ochir C, Boldbaatar B, Beejin B, Naidan G, Galsuren J, Legtseg B, Byambaa T, Hutcheon JA, Janes C, Janssen PA, Lanphear BP, McCandless L, Takaro TK, Venners SA, Webster GM, Palmer CD, Allen RW. Coal smoke, gestational cadmium exposure and fetal growth. Environ Res 2019;179:doi:10.1016/j.envres.2019.108830.

207. Percy Z, La Guardia La MJ, Xu Y, Hale RC, Dietrich KN, Lanphear BP, Yolton K, Vuong AM, Cecil KM, Braun JM, Xie C, Chen A. Concentrations and loadings of organophosphate and replacement brominated flame retardants in house dust from the HOME Study



Appellate Case: 26-3374 Page: 139 Date Filed: 11/19/2026 Entry ID: 5708039

during the PBDE phase-out. Chemosphere 2020;239:doi: 10.1016/j.chemosphere.2019.124701.

208. Kalloo G, Wellenius GA, McCandless L, Clafat AM, Sjodin A, Romano ME, Karagas M, Chen A, Yolton K, Lanphear BP, Braun JM. Exposures to chemical mixture during pregnancy and neonatal outcomes. Environ Int 2019;134:doi:10.1016/j.envint.2019.105219.

209. Oulhoute Y, Lanphear B, Braun JM, et al. Gestational exposures to phthalates and folic acid and autistic traits in Canadian children. Environ Health Perspect 2020;128:27004 doi: 10.1289/EHP5621.

210. Percy Z, Vuong AM, Calafat AM, La Guardia MJ, Xu Y, Hale RC, Dietrich KN, Xie C, Lanphear BP, Braun JM, Cecil KM, Yolton K, Chen A. Organophosphate esters in a cohort of pregnant women: Variability and predictors of exposure. Environ Res 2020;184:109255. doi: 10.1016/j.envres.2020.109255.

211. Sears CG, Lanphear BP, Calafat AM, Chen A, Skarah J, Xu Y, Yolton K, Braun JM. Lowering urinary phthalate metabolite concentrations among children by reducing contaminated dust in housing units: A randomized controlled trial and observational study. Environ Sci Technol 2020;54:4327-4335.

212. Jackson-Browne MS, Papandonatos GD, Chen A, Calafat AM, Yolton K, Lanphear BP, Braun JM. Gestational and childhood urinary triclosan concentrations and academic achievement among 8-year old children. Neurotoxicology 2020;78:170-176.

213. Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormone concentrations in maternal and cord sera: The HOME Study. Environ Res 2020;185:109395. doi: 10.1016/j.envres.2020.109395.

214. Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoroalkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Intl 2020;139:105694. doi: 10.1016/j.envint.2020.105694.

215. Arbuckle TE, MacPherson S, Foster WG, Sathyanarayana S, Fisher M, Monnier P, Lanphear BP, Muckle G, Fraser WD. Prenatal exposure to phthalates and male reproductive system development. Reprod Toxicol 2020;94:31-39.

216. Braun JM, Buckley JP, Cecil KM, Chen A, Kalkwarf HJ, Lanphear BP, Xu Y, Woeste A, Yolton K. Adolescent follow-up in the Health Outcomes and Measures of the Environment (HOME) Study; Cohort profile. BMJ Open 2020;10:e034838. doi: 10.1136/bmjopen-2019-034838.



Appellate Case: 26-3374 Page: 140 Date Filed: 11/19/2026 Entry ID: 5708039

217. Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Braun JM, Platt RW, Chen A, Fraser WD, McCandless LC. Associations of prenatal urinary phthalate exposure with preterm birth: The Maternal-Infant Research on Environmental (MIREC) Chemicals. Can J Public Health 2020;doi: 17269/s41997-020-00322-5.

218. Polevoy C, Arbuckle TE, Oulhote Y, Lanphear BP, Cockell KA, Muckle G, Saint-Amour D. Prenatal exposure to legacy contaminants and visual acuity in Canadian infants: a maternal-infant research on environmental chemicals study. Environ Health 2020;19:14. doi: 10.1186/s12940-020-0567-2.

219. Oh K, Xu Y, Terrizzi BF, Lanphear B, Chen A, Kalkbrenner AE, Yolton K. Association between early low-level tobacco smoke exposure and executive function at age 8 years. J Pediatr 2020;221:174-180.e1.doi: 10.1016/j.jpeds.2019.11.032.

220. Marshall AT, Betts S, Kan EC, McConnell R, Lanphear BP, Sowell ER. Association of lead-exposure risk and family income with childhood brain outcomes. Nat Med 2020;26:91-97.

221. Doherty BT, Kosarek N, Hoofnagle AN, Xu Y, Zoeller RT, Yolton K, Chen A, Lanphear BP, Romano ME. Maternal, cord, and three-year-old child serum thyroid hormone concentrations in the Health Outcomes and Measures of the Environment Study. Clin Endocrinol 2020:366-372. doi: 10.1111/cen.14151.

222. Braun JM, Yolton K, Newman N, Jacobs DE, Taylor M, Lanphear BP. Residential dust lead levels and the risk of childhood lead poisoning in the United States. Pediatr Res. 2020 Jul 28. doi: 10.1038/s41390-020-1091-3. PMID: 32722664.

223. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children. The HOME Study. Environ Res. 2020 Jul;186:109583. doi: 10.1016/j.envres.2020.109583. Epub 2020 Apr 25. PMID: 32668545.

224. Oulhote Y, Lanphear B, Braun JM, Webster GM, Arbuckle TE, Etzel T, Forget-Dubois N, Seguin JR, Bouchard MF, MacFarlane A, Ouellet E, Fraser W, Muckle G. Gestational exposure to phthalates and folic acid, and autistic traits in Canadian children. Environ Health Perspect. 2020 Feb;128(2):27004. doi: 10.1289/EHP5621. PMID: 32073305.

225. Till C, Green R, Flora D, Hornung R, Martinez-Mier EA, Blazer M, Farmus L, Ayotte P, Muckle G, Lanphear B. Fluoride exposure from infant formula and child IQ in a Canadian birth cohort. Environ Int. 2020 Jan;134:105315. doi: 10.1016/j.envint.2019.105315. PMID: 31743803

226. Liu Y, Li N, Papandonatos GD, Calafat AM, Eaton CB, Kelsey KT, Chen A, Lanphear BP, Cecil KM, Kalkwarf HJ, Yolton K, Braun JM. Exposure to Per- and Polyfluoroalkyl substances and adiposity at age 12 years: Evaluating periods of susceptibility. Environ Sci Technol 2020;doi: 10.1021/acs.est.0c06088



Appellate Case: 26-3374 Page: 141 Date Filed: 11/19/2026 Entry ID: 5708039

227. Green R, Till C, Cantoral A, Lanphear B, Martinez-Mier EA, Ayotte P, Wright RO, Tellez-Rojo MM, Malin AJ. Associations between urinary, dietary, and water fluoride concentrations among children in Mexico and Canada. Toxics 2020;8:110 doi: 10.3390/toxics8040110

228. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey KT, Lanphear BP, Yolton K. Gestational perfluoralkyl substance exposure and body mass index trajectories over the first 12 years of life. Int J Obes 2020;doi: 10.1038/s41366-020-00717-x.

229. Romano ME, Gallagher LG, Eliot MN, Calafat AM, Chen A, Yolton K, Lanphear B, Braun JM. Per- and polyfluoroalkyl substance mixtures and gestational weight gain among mothers in the Health Outcomes and Measures of the Environment Study. Int J Hyg Environ Health 2020;231:113660. doi: 10.1016/j.ijheh.2020.113660.

230. Yang W, Vuong AM, Xie C, Dietrich KN, Karagas MR, Lanphear BP, Braun JM, Yolton K, Chen A. Maternal cadmium exposure and neurobehavior in children: The HOME Study. Environ Res 2020;186:109583.doi: 10.1016/j.envres.2020.109583.

231. Vuong AM, Yolton K, Braun JM, Sjodin A, Calafat AM, Xu Y, Dietrich KN, Lanphear BP, Chen A. Polybrominated diphenyl ether (PBDE) and poly- and perfluoralkyl substance (PFAS) exposures during pregnancy and maternal depression. Environ Int 2020;139:105694.doi:10.1016/j.envint.2020.105694.

232. Lebeaux RM, Doherty BT, Gallagher LG, Zoeller RT, Hoofnagle AN, Calafat AM, Karagas MR, Yolton K, Chen A, Lanphear BP, Braun JM, Romano ME. Maternal serum perfluoroalkyl substance mixtures and thyroid hormones concentrations in maternal and cord sera: The HOME Study. Env Res 2020;185:109395.doi:10.1016/j.envres.2020.109395.

233. Carwile JL, Ahrens KA, Seshasayee SM, Lanphear B, Fleisch AF. Predictors of plasma fluoride concentrations in children and adolescents. Int J Environ Res Public Health 2020;doi:10.3390/ijerph17249205.

234. Ntantu Nkinsa P, Muckle G, Ayotte P, Lanphear BP, Arbuckle TE, Fraser WD, Bouchard MF. Organophosphate pesticide exposure during fetal development and IQ scores in 3- and 4-year-old Canadian children. Environ Res 2020;doi:10.1016/j.envres.2020.110023.

235. Patti MA, Newschaffer C, Eliot M, Hamra GB, Chen A, Croen LA, Fallin MD, Hertz-Picciotto I, Kalloo G, Khoury JC, Lanphear BP, Lyall K, Yolton K, Braun JM. Gestational exposure to phthalates and social responsiveness scores in children using quantile regression: The EARLI and HOME Studies. Int J Environ Res Public Health 2021;18:1254. doi: 10.3390/ijerph18031254.

236. Vuong AM, XIe C, Jandarov R, Dietrich KN, Zhang H, Sjodin A, Calafat AM, Lanphear BP, McCandless L, Braun JM, Yolton K, Chen A. Prenatal exposure to a mixture of persistent



Appellate Case: 26-3374 Page: 142 Date Filed: 11/19/2026 Entry ID: 5708039

organic pollutants (POPs) and child reading skills at school age. Int J Hyg Environ Health 2020;228:113527. doi: 10.1016/j.ijheh.2020.113527.

237. Patti MA, Li N, Eliot M, Newschaffer C, Yolton K, Khoury JC, Chen A, Lanphear BP, Lyall K, Hertz-Picciotto I, Fallin MD, Croen LA, Braun JM. Association between self-reported caffeine intake during pregnancy and social responsiveness scores in childhood: The EARLI and HOME Studies. PLoS One 2021;16:e0245079. doi:10.1371/journal.pone.0245079.

238. Vuong AM, Webster GM, Yolton K, Calafat AM, Muckle G, Lanphear BP, Chen A. Prenatal exposure to per- and polyfluoralkyl substances (PFAS) and neurobehavior in US children through 8 years of age: The HOME Study. Environ Res 2021;195:110825. doi: 10.1016/j.enveres.2021.110826.

239. Azar N, Booij L, Muckle G, Arbuckle TE, Seguin JR, Asztalos E, Fraser WD, Lanphear BP, Bouchard MF. Prenatal exposure to polybrominated diphenyl ethers (PBDEs) and cognitive ability in early childhood. Environ Int 2021;146:106296.

240. Hu JMY, Arbuckle TE, Janssen P, Lanphear BP, Zhuang LH, Braun JM, Chen A, McCandless LC. Prenatal exposure to endocrine disrupting chemical mixtures and infant birth weight: a Bayesian analysis using kernel machine regression. Environ Res 2021;195:110749. doi:10.1016/j.envres.2021.110749.

241. Vecchione R, Vigna R, Whitman C, Kauffman EM, Braun JM, Chen A, Xu Y, Hamra GB, Lanphear BP, Yolton K, Croen LA, Fallin MD, Hertz-Picciotto I, Newschaffer CJ, Lyall K. The association between maternal prenatal fish intake and child autism-related traits in the EARLI and HOME Studies. J Autism Dev Disord 2021;51:487-500. doi:10.10007/s10803-020-04546-9

242. Li N, Liu Y, Papandonatos G, Calafat A, Eaton C, Kelsey K, Cecil KM, Kalkwarf H, Yolton K, Lanphear B, Chen A, Braun J. Gestational and childhood exposure to per- and polyfluoroalkyl substances and cardiometabolic risk at age 12 years. Environ Int 2021;147:106344.

243. Ashley-Martin J, Dodds L, Arbuckle TE, Lanphear BP, Muckle G, Foster WG, Ayotte P, Zidek A, Asztalos E, Bouchard MF, Kuhle S. Urinary phthalates and body mass index in preschool children: The MIREC Study. Int J Hyg Environ Health 2021;232:113689.

244. Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Hoofnagle A, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Yolton K, Chen A. Maternal urinary organophosphate esters and alterations in maternal and neonatal thyroid hormones. Amer J Epidem 2021 (in press).

245. Kalloo G, Wellenius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Environ Res 2021 doi: 10.1016/j.envres.2021.111027.



Appellate Case: 26-3374 Page: 143 Date Filed: 11/19/2026 Entry ID: 5708039

246. Rasnick E, Ryan PH, Bailer AJ, Fisher T, Parsons PJ, Yolton K, Newman NC, Lanphear BP, Brokamp C. Identifying sensitive windows of airborne lead exposure associated with behavioral outcomes at age 12. Environ Epidemiol 2021;5:e144. doi: 10.1097/EE9.0000000000000144.

247. Alampi JD, Lanphear BP, Braun JM, Chen A, Takaro TK, Muckle G, Arbuckle TE, McCandless LC. Association between gestational exposure to toxicants and autistic behaviors using Bayesian quantile regression. Am J Epidemiol 2021 doi: 10.1093/aje/kwab065. International Society for Environmental Epidemiology Best Environmental Epidemiology Paper 2022.

248. Mourino N, Perez-Rios M, Santiago-Perez MI, Lanphear BP, Yolton K, Braun JM. Secondhand tobacco smoke exposure among children under 5 years old: questionnaires versus cotinine biomarkers: a cohort study. BMJ Open 2021;11:e044829. doi: 10.1136/bmjopen-2020-044829.

249. Zhuang LH, Chen A, Braun JM, Lanphear BP, Hu JMY, Yolton K, McCandless LC. Effects of gestational exposure to chemical mixtures on birth weight using Bayesian factor analysis in the Health Outcome and Measures of the Environment (HOME) Study. Environ Epidemiol 2021;5:e159. doi: 10.1097/EE9.0000000000000159.

250. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear BP, Budtz-Jorgenson E. A benchmark dose analysis for maternal pregnancy urine-fluoride and IQ in children. Risk Anal 2021;doi:10.1111/risa.13767.

251. Buck CO, Li N, Eaton CB, Kelsey KT, Cecil KM, Kalkwarf HJ, Yolton K, Lanphear BP, Chen A, Braun JM. Neonatal and adolescent adipocytokines as predictors of adiposity and cardiometabolic risk in adolescence. Obesity 2021;29:1036-1045. doi: 10.1002/oby.23160.

252. Kalloo G, Wellinius GA, McCandless L, Calafat AM, Sjodin A, Sullivan AJ, Romano ME, Karagas MR, Chen A, Yolton K, Lanphear BP, Braun JM. Chemical mixture exposures during pregnancy and cognitive abilities in school-aged children. Environ Res 2021;197:111027. doi:10.1016/j.envres.2021.111027.

253. Tamana SK, Gombojav E, Kanlic A, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Lanphear BP, Lear SA, McCandless L, Venners SA, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's body mass index at two years of age: The UGAAR randomized controlled trial. Environ Int 2021;156:doi:10.1016/j.envint.2021.106728.

254. Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Ochir C, Bellinger DC, Lanphear BP, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's behavior problem scores: a secondary analysis of the

UGAAR randomized controlled trial. Environ Health. 2021;20:78. doi:10.1186/s12940-021-00763-6. PMID: 34225757.

255. Marshall AT, McConnell R, Lanphear BP, Thompson WK, Hertig MM, Sowell ER. Risk of subcortical brain structure and cognition in a large cohort of 9- to 10-year old children. PLoS One 2021;16:e0258649. doi: 10.1371/journalpone.0258469.eCollection 2021.

256. Buckley JP, Kuiper JR, Lanphear BP, Calafat AM, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Braun JM. Associations of maternal serum perfluoroalkyl substances concentrations with early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment (HOME) Study. In press: *Environmental Health Perspectives*. doi: 10.1289/EHP9424.

257. Gogna P, King WD, Villeneuve PJ, Kumarathasan P, Johnson M, Lanphear B, Shutt RH, Arbuckle TE, Borghese MM. Ambient air pollution and inflammatory effects in a Canadian pregnancy cohort. Environ Epidemiol 2021;5:e168.doi:10.1097/EE9.0000000000000168. PMID: 34934889.

258. Hartley K, MacDougall MC, Terrizi B, Xu Y, Cecil KM, Chen A, Braun JM, Lanphear BP, Newman NC, Vuong AM, Sjodin A, Yolton K. Gestational exposure to polybrominated diphenyl ethers and social skills and problem behaviors in adolescents: The HOME Study. Environ Int 2021;159:107036. doi: 10.1016/j.envint.2021.107036. PMID: 34896668.

259. Wright JP, Lanphear BP, Dietrich KN, Bolger M, Tully L, Cecil KM, Sacarellos C. Developmental lead exposure and adult criminal behavior: A 30-year prospective birth cohort study. Neurotoxicol Teratol 2021;85:106960. PMID: 33617950.

260. Braun JM, Eliot M, Papandonatos GD, Buckley JP, Cecil KM, Kalkwarf HJ, Chen A, Eaton CB, Kelsey K, Lanphear BP, Yolton K. Gestational perfluoroalkyl substance exposure and body mass index trajectories over the first 12 years of life. Int J Obes 2021;45:25-35. PMID: 33208860.

261. Kuiper JR, Braun JM, Calafat AM, Lanphear BP, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Buckley JP. Associations of pregnancy phthalate concentrations and their mixtures with early adolescent bone mineral content and density: The Health Outcomes and Measures of the Environment. Bone 2022;154:116251. PMID: 34740813. doi:10.1016/j.bone.2021.116251.

262. Sears CG, Lanphear BP, Xu Y, Chen A, Yolton K, Braun JM. Identifying periods of heightened susceptibility to lead exposure in relation to behavioral problems. J Expo Sci Environ Epidemiol 2021 PMID: 34728761.

263. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Xie C, Deka R, Calafat AM, Ospina M, Werner E, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary OPE metabolite concentrations and blood pressure during pregnancy: The HOME Study. Environ Res 2021;112220. PMID: 34656632. doi: 10.1016/j.envres.2021.112220.



Appellate Case: 26-3374 Page: 145 Date Filed: 11/19/2026 Entry ID: 5708039

264. Percy Z, Vuong AM, Xu Y, Xie C, Ospina M, Calafat AM, Lanphear BP, Braun JM, Cecil KM, Dietrich KN, Chen A, Yolton K. Prenatal exposure to a mixture of organophosphate esters and intelligence among 8-year-old children in the HOME Study. Neurotoxicology 2021;87:149-155. PMID: 34582899.

265. Hanley GE, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Zwaigenbaum L, Oberlander TF. JAMA 2021;326:1178-1185. PMID: 34581736.

266. Ashley-Martin J, Gaudreau E, Dumas P, Liang CL, Logvin A, Belanger P, Provencher G, Gagne S, Foster W, Lanphear B, Arbuckle TE. Direct LC-MS/MS and indirect GC-MS/MS methods for measuring urinary bisphenol A concentrations are comparable. Environ Int 2021;157:106874. PMID: 34537522.

267. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at 8 years. Neurotoxicol Teratol 2021;88:107022. PMID: 34438039.

268. Yayah Jones NH, Khoury JC, Xu Y, Newman N, Kalkwarf HJ, Braun JM, Lanphear B, Chen A, Cecil KM, Rose SR, Yolton K. Comparing adolescent staging of pubertal development with hormone biomarkers. J Pediat Endocrinol Metab 2021;34:1531-1541. PMID: 34432968.

269. Vuong AM, Braun JM, Sjodin A, Calafat AM, Yolton K, Lanphear BO, Chen A. Exposure to endocrine disrupting chemicals (EDCs) and cardiometabolic indices during pregnancy: The HOME Study. Environ Int 2021;156:106747. PMID: 34425642.

270. Weiler HA, Brooks SPJ, Sarafin K, Fisher M, Massarelli I, Luong TM, Johnson M, Morisset AS, Dodds L, Taback S, Helewa M, von Dadelszen P, Smith G, Lanphear BP, Fraser WD, Arbuckle TE. Early prenatal use of a multivitamin diminishes the risk for inadequate vitamin D status in pregnant women: results from the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort study. Am J Clinic Nutr 2021;114:1238-1250. PMID: 34081131.

271. Ip BC, Li N, Jackson-Browne M, Eliot M, Xu Y, Chen A, Lanphear AJ, Braun JM. Does fetal leptin and adiponectin influence children's lung function and risk of wheeze? J Dev Orig Health Dis 2021;12:570-577.

272. Gajjar P, Liu Y, Li N, Buckley JP, Chen A, Lanphear BP, Kalkwarf HJ, Cecil KM, Yolton K, Braun JM. Associations of mid-childhood bisphenol A and bisphenol S exposure with mid-childhood and adolescent obesity. Environ Epidemiol 2021 Dec 20;6(1):e187. doi: 10.1097/EE9.0000000000000187.

273. Farmus L, Till C, Green R, Hornung R, Martinez Mier EA, Ayotte P, Muckle G, Lanphear BP, Flora DB. Critical windows of fluoride neurotoxicity in Canadian children. Environ Res 2021;200:111315. PMID: 34051202.



Appellate Case: 26-3374 Page: 146 Date Filed: 11/19/2026 Entry ID: 5708039

274. Vuong AM, Yolton K, Xie C, Dietrich KN, Braun JM, Webster GM, Calafat AM, Lanphear BP, Chen A. Childhood exposure to per- and polyfluoroalkyl substances (PFAS) and neurobehavioral domains in children at age 8 years. Neurotoxicol Teratol. 2021;88:107022. doi: 10.1016/j.ntt.2021.107022.

275. Ahmadi M, Lanphear BP. The impact of clinical and population strategies on coronary heart disease mortality: An assessment of Rose's Big Idea. BMC Public Health 2022;10.1186/s12889-021-12421-0.

276. Fisher M, Potter B, Little J, Oulhote Y, Weiler HA, Fraser W, Morisset AS, Braun J, Ashley-Martin J, Borghese MM, Shutt R, Kumarathasan P, Lanphear B, Walker M, Arbuckle TE. Blood metals and vitamin D status in a pregnancy cohort: a bidirectional biomarker analysis. Environ Res. 2022 Feb 28:113034. doi: 10.1016/j.envres.2022.113034.

277. Laouali N, Benmarhnia T, Lanphear BP, Weuve J, Mascari M, Boutron-Ruault MC, Oulhote Y. Association between blood metals mixtures concentrations and cognitive performance, and effect modification by diet in older US adults. Environ Epidemiol. 2022 Jan 25;6(1):e192. doi: 10.1097/EE9.0000000000000192

278. Liu Y, Eliot MN, Papandonatos GD, Kelsey KT, Fore R, Langevin S, Buckley J, Chen A, Lanphear BP, Cecil KM, Yolton K, Hivert MF, Sagiv SK, Baccarelli AA, Oken E, Braun JM. Gestational perfluoroalkyl substance exposure and DNA methylation at birth and 12 years of age: a longitudinal epigenome-wide association study. Environ Health Perspect 2022;130:37005. doi: 10.1289/EHP10118.

279. Etzel TM, Braun JM, Kuiper JR, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Buckley JP. Gestational and childhood phthalate exposures and adolescent body composition: The HOME Study. Environ Res. 2022 Apr 22;212(Pt B):113320. doi: 10.1016/j.envres.2022.113320.

280. Patti MA, Eliot M, Li N, Yolton K, Lanphear BP, Chen A, Braun JM. Environ Epidemiol. Does early life phthalate exposure mediate racial disparities in children's cognitive abilities? 2022 Mar 15;6(2):e205. doi: 10.1097/EE9.0000000000000205.

281. Grandjean P, Hu H, Till C, Green R, Bashash M, Flora D, Tellez-Rojo MM, Song PXK, Lanphear B, Budtz-Jørgensen E. A Benchmark Dose Analysis for Maternal Pregnancy Urine-Fluoride and IQ in Children Risk Anal. 2022 Mar;42(3):439-449. doi: 10.1111/risa.13767.

282. Gasiorowski R, Forbes MK, Silver G, Krastev Y, Hamdorf B, Lewis B, Tisbury M, Cole-Sinclair M, Lanphear BP, Klein RA, Holmes N, Taylor MP. Effect of Plasma and Blood Donations on Levels of Perfluoroalkyl and Polyfluoroalkyl substances in firefighters in Australia: A Randomized Clinical Trial. JAMA Netw Open. 2022 Apr 1;5(4):e226257. doi: 10.1001/jamanetworkopen.2022.6257.



Appellate Case: 26-3374 Page: 147 Date Filed: 11/19/2026 Entry ID: 5708039

283. Fuller R, Landrigan PJ, Balakrishnan K, Bathan G, Bose-O'Reilly S, Brauer M, Caravanos J, Chiles T, Cohen A, Corra L, Cropper M, Ferraro G, Hanna J, Hanrahan D, Hu H, Hunter D, Janata G, Kupka R, Lanphear B, Lichtveld M, Martin K, Mustapha A, Sanchez-Triana E, Sandilya K, Schaefli L, Shaw J, Seddon J, Suk W, Téllez-Rojo MM, Yan C. Pollution and Health: An update. Lancet Planetary Health. 2022 doi: 10.1016/S2542-5196(22)00090-0.

284. Kamai EM, Daniels JL, Delamater PL, Lanphear BP, MacDonald Gibson J, Richardson DB. Patterns of children's blood lead screening and blood lead levels in North Carolina, 2011-2018 – who is tested, who is missed? Environ Health Perspect. 2022 Jun;130(6):67002. doi: 10.1289/EHP10335.

285. Green R, Lanphear B, Phipps E, Goodman C, Joy J, Rihani S, Flora D, Till C. Development and validation of the Prevention of Toxic Chemicals in the Environment for Children Tool: A questionnaire for examining the community's knowledge of and preference toward toxic chemicals and children's brain development. Front Public Health 2022 doi: 10.3389/fpubh.2022.863071.

286. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Associations of gestational exposure to organophosphate esters with gestational age and neonatal anthropometric measures: The HOME Study. Environ Poll 2022;316:120516. PMID: 36341822.

287. Krzeczkowski JE, Hall M, McGuckin T, Lanphear B, Bertinato J, Ayotte P, Chevrier J, Goodman C, Green R, Till C. Iodine status in a large Canadian pregnancy cohort. Am J Obset Gynecol MFM. 2022;5:100784. PMID: 36280147.

288. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Burris HH, Yolton K, Cecil KM, Lanphear BP, Chen A. Gestational exposure to organophosphate esters infant anthropometric measures in the first 4 weeks after birth: Sci Total Environ 2022;857:159322. PMID: 36220473.

289. Strawn JR, Xu Y, Cecil KM, Khoury J, Altaye M, Braun JM, Lanphear BP, Sjodin A, Chen A, Yolton K. Early exposure to flame retardants is prospectively associated with anxiety symptoms in adolescents: A prospective birth cohort study. Depress Anxiety 2022. PMID: 36218051.

290. Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle T, McCandless LC. Using latent profile analysis to identify associations between gestational chemical mixtures and child neurodevelopment. Epidemiology 2022. PMID:36166205.

291. Patti MA, Kelsey KT, MacFarlane AJ, Papandonatos GD, Arbuckle TE, Ashley-Martin J, Fisher M, Fraser WD, Lanphear BP, Muckle G, Braun JM. Maternal folate status and the relation between gestational arsenic exposure and child health outcomes. Int J Environ Res Public Health 2022;19:11332. PMID: 36141604.



Appellate Case: 26-3374 Page: 148 Date Filed: 11/19/2026 Entry ID: 5708039

292. Percy Z, Chen A, Yang W, Braun JM, Lanphear BP, Ospina M, Calafat AM, Xie C, Cecil KM, Vuong AM, Xu Y, Yolton K. Childhood urinary organophosphate esters and cognitive abilities in a longitudinal cohort study. Environ Res 2022;215:114265. PMID: 36103927.

293. Zhang Z, Li N, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Lanphear BP, Yolton K, Braun JM. Associations between eating behaviors and cardiometabolic risk among adolescents in the Health Outcomes and Measures of the Environment Study. Pediatr Obes 2022;e12979. PMID: 36094787.

294. Kuiper JR, Vuong AM, Lanphear BP, Calafat AM, Ospina M, Cecil KM, Xu Y, Yolton K, Kalkwarf HJ, Braun JM, Buckely JP. Early life organophosphate ester exposure and bone health at age 12 years: The Health Outcomes and Measures of the Environment (HOME) Study. Sci Total Environ 2022;851:158246. PMID: 36030851.

295. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Deka R, Calafat AM, Ospina M, Yolton K, Cecil KM, Lanphear BP, Chen A. Maternal urinary organophosphate ester metabolite concentrations and gluocose tolerance during pregnancy: The HOME Study. Int J Hyg Environ Health 2022;245:114026. PMID: 36029741.

296. Nitschke AS, Karim JL, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Wekum W, Oberlander TF, Hanley GE. Autism risk and perinatal antibiotic use. Pediatrics 2022;150:e2022057346. PMID: 36017659.

297. Enkhbat U, Gombojav E, Banzrai C, Batsukh S, Boldbaatar B, Enkhtuya E, Bellinger DC, Lanphear BO, McCandless LC, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's autistic behaviors at four years of age: The UGAAR randomized controlled trial. Environ Int 2022;168:107432. PMID: 36007302.

298. Braun JM, Papandonato GD, Li N, Sears CG, Buckley JP, Cecil KM, Chen A, Eaton CB, Kalkwarf HJ, Kelsey KT, Lanphear BP, Yolton K. Physical activity modifies the relation between gestational perfluorooctanoic acid exposure and adolescent cardiometabolic risk. Environ Res 2022;214:114021. PMID: 35952751.

299. Signes-Pastor AJ, Romano ME, Jackson B, Braun JM, Yolton K, Chen A, Lanphear B, Karagas MR. Associations of maternal urinary arsenic concentrations during pregnancy with childhood cognitive abilities: The HOME Study. Int J Hyg Environ Health 2022;245:114009. PMID: 35947921.

300. Pagalan L, Oberlander TF, Hanley GF, Rosella LC, Bickford C, Weikum W, Lanphear N, Lanphear B, Brauer M, van den Bosch M. The association between prenatal greenspace exposure and autism spectrum disorder, and the potentially mediating role of air pollution reduction: A population-based birth cohort study. Environ Int 2022;167:107445. PMID: 35921770.

301. Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and body

composition at 12 years: periods of susceptibility. Obesity 2022;30:1659-1669. PMID: 35894081.

302. Goodman CV, Hall M, Green R, Chevrier J, Ayotte P, Martinez-Mier EA, McGuckin T, Krzeczkowski J, Flora D, Hornung R, Lanphear B, Till C. Iodine status modifies the association between fluoride exposure in pregnancy and preschool boys' intelligence. Nutrients 2022;14:2920. PMID: 35889877.

303. Bitan M, Steinberg DM, Wilson SR, Kalkbrenner AE, Lanphear B, Hovell MF, Gamliel VM, Rosen LJ. Association between objective measures and parent-reported measures of child tobacco smoke exposure: a secondary data analysis of four trials. Tob Ind Dis 2022;20:62. PMID: 35854878.

304. Welch BM, Keil AP, Buckley JP, Calafat AM, Christenbury KE, Engle SM, O'Brien KM, Rosen EM, James-Todd T, Zota AR, Ferguson KK, Alshawabkeh AN, Cordero JF, Meeker JD, Barrett ES, Bush NR, Nguyen RHN, Sathyanarayana S, Swan SH, Cantowine DE, McElrath TF, Aalborg J, Dabelea D, Starling AP, Hauser R, Messerlian C, Zhang Y, Bradman A, Eskenazi B, Harley KG, Holland N, Bloom MS, Newman RB, Wenzel AG, Braun JM, Lanphear BP, Yolton K, Factor-Litvak P, Herbstman JB, Rauh VA, Drobnis EZ, Sparks AE, Redmon JB, Wang C, Binder AM, Michels KB, Baird DD, Jukic AMZ, Weinberg CR, Wilcox AJ, Rich DQ, Weinberger B, Padmanabhan V, Watkins DJ, Hertz-Picciotto I, Schmidt RJ. Associations between prenatal urinary biomarkers of phthalate exposure and preterm birth: a pooled study of 16 US cohorts. JAMA Pediatr 2022;176:895-905. PMID: 35816333.

305. Ulziikhuu B, Gombojav E, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Bellinger DC, Lanphear BP, McCandless LC, Tamana SK, Allen RW. Portable HEPA filter air cleaner use during pregnancy and children's cognitive performance at four years of age; The UGAAR randomized controlled trial. Environ Health Perspect 2022;130 doi: 10.1289/EHP10302

306. Etzel TM, Kuiper JR, Wang X, Mueller NT, Calafat AM, Cecil KM, Chen A, Lanphear BP, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of early life phthalate exposures with adolescent lipid levels and insulin resistance: The HOME Study. Int J Hyg Environ Health 2022;248:1402. doi: 10.1016/j.ijheh.2022.114102. PMID: 36527833.

307. Kuiper JR, Pan S, Lanphear BP, Calafat AM, Chen A, Cecil KM, Yolton K, Kalkwarf HJ, Braun JM, Buckley JP. Associations of gestational urinary environmental phenol concentrations with bone mineral density among 12-year-old children in the HOME Study. Int J Hyg Environ Health 2022;248:114104. doi: 10.1016/j.ijheh.2022.114104. PMID: 36525700.

308. Yonkman AM, Alampi JD, Kaida A, Allen RW, Chen A, Lanphear BP, Braun JM, Muckle G, Arbuckle TE, McCandless LC. Using latent profile analysis to identify associations



Appellate Case: 26-3374 Page: 150 Date Filed: 11/19/2026 Entry ID: 5708039

between gestational chemical mixtures and child neurodevelopment. Epidemiology 2023;34:45-55. doi:10.1097/EDE.0000000000001554. PMID: 36166205.

309. Zahran S, Keyes C, Lanphear BP. Leaded aviation gasoline exposure risk and child blood lead levels. PNAS Nexus 2023 doi:10.1093/pnasnexus/pgac285. PMID: 36712926

310. Goodman C, Hall M, Green R, Hornung R, Martinez-Mier EA, Lanphear B, Till C, Maternal fluoride exposure, fertility, and birth outcomes: The MIREC cohort. Environ Adv 2022;doi: 10/1016/j.envdv.2021.100135.

311. Ashley-Martin J, Huang R, MacPherson S, Brion O, Gaudreau E, Bienvenu JF, Fisher M, Borghese MM, Bouchard MF, Lanphear B, Foster WG, Arbuckle TE. Urinary concentrations and determinants of glyphosate and glufosinate in pregnant Canadian participants in the MIREC study. Environ Res 2023;doi:10.1016/j.envres.2022.114842.PMID: 36410462.

312. Hall M, Lanphear B, Chevrier, Hornung R, Green R, Goodman C, Ayotte P, Martinez-Mier EA, Zoeller T, Till C. Fluoride exposure and hypothyroidism in a Canadian pregnancy cohort. Sci Total Environ 2023 doi: 10.1016/j.scitotenv.2022.1611149. PMID: 36764861

313. Laouali N, Benmarhnia T, Lanphear BP, Oulhote Y. Associations with blood lead and urinary cadmium concentrations in relation to mortality in the US population: A causal survival analysis with G-computation. Toxics 2023 doi: 10.3390/toxics11020133. PMID: 36851008

314. Fisher M, Marro L, Arbuckle TE, Potter BK, Little J, Weiler H, Morriset AS, Lanphear B, Oulhote Y, Braun JM, Kumarathasan P, Walker M, Borghese MM, Ashley-Martin J, Shutt R, Fraser WD. Associations between toxic metals, vitamin D, and preterm birth in the Maternal-Infant research on chemicals study. Paediatr Perinat Epidemiol 2023 doi: 10.1111/ppe.12962. PMID: 36864001

315. Percy Z, Chen A, Sucharew H, Yang W, Vuong AM, Braun JM, Lanphear B, Ospina M, Calafat AM, Cecil KM, Xu Y, Yolton K. Early-life exposure to a mixture of organophosphate esters and child behavior. Int J Hyg Environ Health 2023;250:https://doi.org/10.1016/j.ijheh.2023.114162

316. Nitschke AS, do Valle HA, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Oberlander TF, Hanley GE. Association between prenatal antibiotic exposure and autism spectrum disorder among term births: A population-based cohort study. Pediatr Perinat Epidemiol 2023;doi:10.1111/ppe.12972. PMID: 36978215.

317. Mourino N, Perez-Rios M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Pre- and postnatal exposure to secondhand tobacco smoke and cardiometabolic risk at 12-years: Periods of susceptibility. Env Res 2023;224:115572. doi:10.1016/j.envres.2023.115572. PMID: 36841524.



Appellate Case: 26-3374 Page: 151 Date Filed: 11/19/2026 Entry ID: 5708039

318. Borghese MM, Fisher M, Jillian Ashley-Martin, Fraser WD, Trottier H, Lanphear B, Johnson M, Helewa M, Foster W, Walker M, Arbuckle TE. Individual, independent, and joint associations of toxic metals and manganese on hypertensive disorders of pregnancy. Environ Health Perspect 2023; https://doi.org/10.1289/EHP10825.

319. Sultan H, Buckley JP, Kalkwarf HJ, Cecil KM, Chen A, Lanphear BP, Yolton K, Braun JM. Dietary Per- and Polyfluoroalkyl Substance (PFAS) Exposure in Adolescents: The HOME Study. *Environmental Research*. Accepted.

320. Mendy A, Percy Z, Braun JM, Lanphear B, LaGuardia MJ, Hale RC, Yolton K, Chen A. Prenatal exposure to replacement flame retardants and organophosphate esters and childhood adverse respiratory outcomes. Environ Res 2024;240:117523. PMID 37925128

321. Hall AM, Fleury E, Papandonatos GD, Buckley JP, Cecil KM, Chen A, Lanphear BP, Yolton K, Walker DI, Pennell KD, Braun JM, Manz KE. Associations of a prenatal serum per- and polyfluoroalkyl substance mixture with the cord serum metabolome in the HOME Study. Environ Sci Technol 2023;57:21627-21636. PMID: 38091497

322. Welch BM, Keil AP, Buckley JP, Engel SM, James-Todd T, Zota AR, Alshawabkeh AN, Barrett ES, Bloom MS, Bush NR, Cordero JF, Dabelea D, Eskenazi B, Lanphear BP, Padmanabhan V, Sathyanarayana S, Swan SH, Aalborg J, Baird DD, Binder AM, Bradman A, Braun JM, Calafat AM, Cantowine DE, Christenbury KE, Factor-Litvak P, Harley KG, Hauser R, Herbstman JB, Hertz-Picciotto I, Holland N, Jukic AMZ, McElrath TF, Meeker JD, Messerlian C, Michels KB, Newman RB, Nguyen RHN, O'Brien KM, Rauh VA, Redmon JB, Rich DQ, Rosen EM, Schmidt RJ, Sparks AE, Starling AP, Wang C, Watkins DJ, Weinberg CR, Weinberger B, Wenzel AG, Wilcox AJ, Yolton K, Zhang Y, Ferguson KK. Racial and ethnic disparities in phthalate exposure and preterm birth: a pooled study of sixteen U.S. cohorts. Environ Health Perspect 2023;131:127015. International Society for Environmental Epidemiology Best Environmental Epidemiology Paper 2024.

323. Curl CL, Hyland C, Spivak M, Sheppard L, Lanphear B, Antoniou MN, Ospina M, Calafat AM. The effect of pesticide spray season and residential proximity to agriculture on glyphosate exposure among pregnant people in southern Idaho, 2021. Environ Health Perspect 2023;131:127001. PMID: 38054699.

324. Krzeczkowski JE, Hall M, Saint-Amour D, Oulhote Y, McGuckin T, Goodman CV, Green R, Muckle G, Lanphear B, Till C. Prenatal fluoride exposure, offspring visual acuity and autonomic nervous system function in 6-month-old infants. Environ Int 2023;183:108336. PMID: 38064923

325. Goodman CV, Green R, DaCosta A, Flora D, Lanphear B, Till C. Sex difference of pre- and post-natal exposure to six developmental neurotoxicants on intellectual abilities: a systematic review and meta-analysis of human studies. Environ Health 2023;22:80. PMID: 37938510.



Appellate Case: 26-3374 Page: 152 Date Filed: 11/19/2026 Entry ID: 5708039

326. Fisher M, Muckle G, Lanphear B, Arbuckle TE, Braun JM, Zidek A, Velez MP, Lupien N, Bastien S, Ashley-Martin J, Oulhote Y, Borghese MM, Walker M, Asztalos E, Bouchard MF, Booij L, Palmert MR, Morrison KM, Cummings EA, Khatchadourian K, Panagiotopoulos C, Glendon G, Shutt R, Abdul-Fatah A, Seal K, Fraser WD. Chohort profile update: The Canadian Maternal-Infant Research on Environmental Chemicals Child Development Study (MIREC-CD PLUS). Pediatr Perinat Epidemiol 2023;37:719-732. PMID: 37921434.

327. Mendy A, Percy Z, Braun JM, Lanphear B, La Guardia MJ, Hale R, Yolton K, Chen A. Exposure to dust organophosphate and replacement brominated flame retardants during infancy and risk of subsequent adverse respiratory outcomes. Environ Res 2023;235:116560. PMID: 37419195.

328. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Xie C, Deka R, Calafat AM, Ospina M, Yolton K, Cecil KM, Lanphear BP, Chen A. Patterns of urinary organophosphate ester metabolite trajectories in children: the HOME Study. J Expo Sci Environ Epidemiol 2023;10.1038/s41370-023-00605-2. PMID: 37777668.

329. Packull-McCormick S, Ashley-Martin J, Singh K, Fisher M, Arbuckle TE, Lanphear B, Laird BD, Muckle G, Booij L, Asztalos E, Walker M, Bouchard MF, Saint-Armour D, Boivin M, Borghese M. Prenatal and concurrent mercury blood concentrations and associations with IQ in Canadian preschool children. Environ Res 2023;233:116463. PMID: 37343750.

330. Carvanos J, Nassif J, Lanphear B, Landrigan PJ, Hu H, Fuller R. Invited Perspective: An argument for changing the reporting units for lead in blood. Environ Health Perspect 2023;131:91303. PMID: 37747405.

331. Liu Y, Calafat AM, Chen A, Lanphear BP, Jones NY, Cecil KM, Rose SR, Yolton K, Buckley JP, Braun JM. Associations of prenatal and postnatal exposure to perfluoralkyl substances with pubertal development and reproductive hormones in females and males: The HOME Study. Sci Tot Environ 2023;890:164353. PMID: 37225096.

332. Nigro SE, Peugh J, Yolton K, Chen A, Lanphear BP, Beebe D. Early childhood sleep quantity, but not caregiver-reported sleep problems, predicts impulse control in children at 8 years. Child Neuropsychol 2023;24:1-13. PMID: 37621121.

333. Sultan H, Buckley JP, Kalkwarf HJ, Cecil KM, Chen A, Lanphear BP, Yolton K, Braun JM. Dietary per- and polyfluoroalkyl substance exposure in adolescents: The HOME Study. Environ Res 2023:231:115953. PMID: 37142081.

334. Ulziikhuu B, Gombojav E, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Bellinger DC, Lanphear BP, McCandless LC, Nepomnaschy P, Salvante K, Weinberg J, Allen RW. Who benefits the most from a prenatal HEPA filter air cleaner intervention on childhood cognitive development? The UGAAR randomized controlled trial. Environ Res 2023;231:115991. PMID: 37121346.



Appellate Case: 26-3374 Page: 153 Date Filed: 11/19/2026 Entry ID: 5708039

335. Karim JL, Solomon S, do Valle HA, Zusman EZ, Nitschke AS, Meiri G, Dinstein I, Ip A, Lanphear N, Lanphear B, Hutchinson S, Iarocci G, Oberlander TF, Menashe I, Hanley GE. Exogenous oxytocin administration during labor and autism spectrum disorder. Am J Obstet Gynecol MFM 2023;101010. PMID: 37156463.

336. Nitschke AS, do Valle HA, Vallance BA, Bickford C, Ip A, Lanphear N, Lanphear B, Weikum W, Oberlander TF, Hanley GE. Association between prenatal antibiotic exposure and autism spectrum disorder among term births: a population-based cohort study. Paediatr Perinat Epidemiol 2023;37:516-526. PMID: 36978215.

337. Hyland C, Spivak M, Sheppard L, Lanphear BP, Antoniou M, Ospina M, Calafat AM, Curl CL. Urinary glyphosate concentrations among pregnant participants in a randomized, crossover trial of organic and conventional diets. Environ Health Perspect 2023;131:77005. PMID: 37493357.

338. Iyanna N, Yolton K, LeMasters G, Lanphear BP, Cecil KM, Schwartz J, Brokamp C, Rasnick E, Xu Y, MacDougall MC, Ryan PH. Air pollution exposure and social responsiveness in childhood: The Cincinnati combined childhood cohorts. Int J Hyg Environ Health 2023;251:114172. PMID: 37116232.

339. Goodman CV, Till C, Green R, El-Sabbagh J, Arbuckle TE, Hornung R, Lanphear BP, Seguin JR, Booij L, Fisher M, Muckle G, Bouchard MF, Ashley-Martin J. Prenatal exposure to legacy PFAS and neurodevelopment in preschool-aged Canadian children: The MIREC cohort. Neurotoxicol Teratol 2023;98:1071181. PMID: 37178772.

340. Duraccio KM, Xu Y, Beebe DW, Lanphear B, Chen A, Braun JM, Kalkwarf H, Cecil KM, Yolton K. High levels of sleep disturbance across early childhood increases cardiometabolic disease risk index in early adolescence: longitudinal sleep analysis using the Health Outcomes and Measures of the Environment Study. Sleep 2024;47:zsad318. PMID 38092369.

341. Yu EX, Braun JM, Lyall K, Hertz-Picciotto I, Fallin MD, Croen LA, Chen A, Xu Y, Yolton K, Newschaffer CJ. A Mixture of Urinary Phthalate Metabolite Concentrations During Pregnancy and Offspring Social Responsiveness Scale Scores. *Epidemiology*. 2024;35(1):84-93. PMC10842958.

342. Buckley JP, Zhou J, Marquess KM, Lanphear BP, Cecil KM, Chen A, Sears CG, Xu Y, Yolton K, Kalkwarf HJ, Braun JM, Kuiper JR. Per- and polyfluoroalkyl substances and bone mineral content in early adolescence: modification by diet and physical activity. Environ Res 2024;252:118872.

343. Zhong C, Rando J, Patti MA, Bruan JM, Chen A, Xu Y, Lanphear BP, Yolton K, Croen LA, Fallin MD, Hertz-Picciotto I, Newschaffer CJ, Lyall K. Gestational thyroid hormones and autism-related traits in the EARLI and HOME studies. Autism Res 2024;doi: 10.1002/aur.3115. PMID: 38436527.



Appellate Case: 26-3374 Page: 154 Date Filed: 11/19/2026 Entry ID: 5708039

344. Lynch JD, Xu Y, Yolton K, Khoury JC, Chen A, Lanphear BP, Cecil KM, Braun JM, Epstein JN. Environmental predictors of children's executive functioning. Child Neuropsychol 2024; 30(4):615-635. PMID: 37621102.

345. Liu SH, Chen Y, Feuerstahler L, Chen A, Starling A, Dabelea D, Wang X, Cecil K, Lanphear B, Yolton K, Braun JM, Buckey JP. The U.S. PFAS exposure burden calculator for 2017-2018: Application to the HOME Study, with comparison of epidemiologic findings from NHANES. Neurotox Teratol 2024:102:107321. PMID: 38224844.

346. Fleury ES, Kuiper JR, Buckley JP, Papandonatos GD, Cecil KM, Chen A, Eaton CB, Kalkkwarf HJ, Lanphear BP, Yolton K, Braun JM. Evaluating the association between longitudinal exposure to a PFAS mixture and adolescent cardiometabolic risk in the HOME Study. Environ Epidemiol 2024;8:e289. PMID: 38343730.

347. Hall M, Hornung R, Chevrier J, Ayotte P, Lanphear B, Till C. Fluoride exposure and thyroid hormone levels in pregnancy: The MIREC cohort. Environ Int 2024;184:108442. PMID: 38237505

348. Kuiper JR, Liu SH, Lanphear BP, Calafat AM, Cecil KM, Xu Y, Yolton K, Kalkwarf HJ, Chen A, Braun JM, Buckley JP. Estimating effects of longitudinal and cumulative exposure to PFAS mixtures on early adolescent body composition. Am J Epidemiol 2024;kwae014. PMID: 384000650.

349. Alampi JD, Lanphear BP, MacFarlane AJ, Oulhote Y, Braun JM, Muckle G, Arbuckle TE, Ashley-Martin J, Hu JMY, Chen A, McCandless LC. Combined exposure to folate and lead during pregnancy and autistic-like behaviors among Canadian children from the MIREC pregnancy and birth cohort. *Environ Health Perspect* 2024;132(10):107003. EHP Paper of the Month

350. Cecil KM, Xu Y, Chen A, Khoury J, Altaye M, Braun JM, Sjodin A, Lanphear BP, Newman N, Strawn JR, Vuong AM, Yolton K. Gestational PBDE Concentrations, Persistent Externalizing, and Emerging Internalizing Behaviors in Adolescents: The HOME Study. *Environ Res* 2024:118981. DOI: 10.1016/j.envres.2024.118981.

351. Hu JMY, Arbuckle TE, Janssen PA, Lanphear BP, Alampi JD, Braun JM, MacFarlane AJ, Chen A, McCandless LC. Gestational exposure to organochlorine compounds and metals and infant birth weight: effect modification by maternal hardships. *Environ Health* 2024;23(1):60. DOI: 10.1186/s12940-024-01095-x. PMID: 38951908.

352. Fossa AJ, Manz KE, Papandonatos GD, Chen A, La Guardia MJ, Lanphear BP, Hale RC, Pagano A, Pennell KD, Yolton K, Braun J. A randomized controlled trial of a housing intervention to reduce endocrine disrupting chemical exposures in children. *Environment International*. 2024:108994.

353. Laue HE, Lanphear BP, Calafat AM, Cecil KM, Chen A, Xu Y, Kalkwarf HJ, Madan JC, Karagas MR, Yolton K, Fleisch AF, Braun JM. Time-varying associations of gestational and



Appellate Case: 26-3374 Page: 155 Date Filed: 11/19/2026 Entry ID: 5708039

childhood triclosan with pubertal and adrenarchal outcomes in early adolescence. *Environmental Epidemiology*. 2024;8(2):e305. DOI: 10.1097/EE9.0000000000000305. PMID: 38617430.

354. Mourino N, Zhang Z, Pérez-Ríos M, Yolton K, Lanphear BP, Chen A, Buckley JP, Kalkwarf HJ, Cecil KM, Braun JM. Early life exposure to secondhand tobacco smoke and eating behaviors at age 12 years. *Environ Health*. 2024;23(1):37. DOI: 10.1186/s12940-024-01076-0. PMID: 38609912.

355. Nigro SE, Peugh J, Yolton K, Chen A, Lanphear BP, Beebe D. Early childhood sleep quantity, but not caregiver-reported sleep problems, predicts impulse control in children at age 8 years. *Child Neuropsychology*. 2024;30(4):602-614. PMC10891291.

356. Ruehlmann AK, Cecil KM, Lippert F, Yolton K, Ryan PH, Brunst KJ. Epigenome-wide association study of fluoride exposure during early adolescence and DNA methylation among US children. *Science of The Total Environment*. 2024;948:174916. DOI: 10.1016/j.scitotenv.2024.174916. PMC11514227.

357. Vasil TM, Fleury ES, Walker ED, Kuiper JR, Buckley JP, Cecil KM, Chen A, Kalkwarf HJ, Lanphear BP, Yolton K, Braun JM. Associations of pre- and postnatal per- and polyfluoroalkyl substance exposure with adolescents' eating behaviors. *Environ Epidemiol* 2024;8(5):e343. DOI: 10.1097/EE9.0000000000000343. PMID: 39555184.

358. Sears CG, Liu Y, Lanphear BP, Buckley JP, Meyer J, Xu Y, Chen A, Yolton K, Braun JM. Evaluating mixtures of urinary phthalate metabolites and serum per/polyfluoroalkyl substances in relation to adolescent hair cortisol. *Am J Epidemiol* 2024;193:454-468. DOI: 10.1093/aje/kwad198.PMID: 37846096.

359. Yang W, Braun JM, Vuong AM, Percy Z, Xu Y, Xie C, Deka R, Calafat AM, Ospina M, Yolton K, Cecil KM, Lanphear BP, Chen A. Patterns of urinary organophosphate ester metabolite trajectories in children: the HOME Study. *J Expo Sci Environ Epidemiol* 2024;34(2):251-259. PMC10988284.

360. Carty A, Green R, Goodman CV, McLaughlin JR, Hu H, Lanphear B, Muckle G, Till C. Performance of the Social Responsiveness Scale-2 for the Assessment of Autistic Behaviors in a Sample of Canadian Preschool-Aged Children. *J Autism Dev Disord* 2024:10.1007/s10803-024-06487-z. DOI: 10.1007/s10803-024-06487-z. PMID: 39102070.

361. Ashley-Martin J, Marro L, Owen J, Borghese MM, Arbuckle T, Bouchard MF, Lanphear B, Walker M, Foster W, Fisher M. Gestational urinary concentrations of glyphosate and aminomethylphosphonic acid in relation to preterm birth: the MIREC study. *J Expo Sci Environ Epidemiol* 2024. DOI: 10.1038/s41370-024-00702-w. PMID: 39294416.

362. Hall AM, Ashley-Martin J, Lei Liang C, Papandonatos GD, Arbuckle TE, Borghese MM, Buckley JP, Cecil KM, Chen A, Dodds L, Fisher M, Lanphear BP, FK Rawn D, Yolton K, Braun JM. Personal care product use and per- and polyfluoroalkyl substances in



Appellate Case: 26-3374 Page: 156 Date Filed: 11/19/2026 Entry ID: 5708039

pregnant and lactating people in the Maternal-Infant Research on Environmental Chemicals study. *Environ Int* 2024;193:109094. DOI: 10.1016/j.envint.2024.109094. PMID: 39476594.

363. Arzu JL, Kelsey KT, Papandonatos GD, Cecil KM, Chen A, Langevin SM, Lanphear BP, Yolton K, Buckley JP, Braun JM. Associations of epigenetic age acceleration at birth and age 12 years with adolescent cardiometabolic risk: The HOME Study. *Clin Epigenetics* 2024;16:163. doi:10.1186/s13148-024-01779-8. PMID: 39563442.

364. Hopperton KE, O'Neill E, Chakrabarti S, Stanton M, Parnel S, Arbuckle TE, Ashley-Martin J, Bertinato J, Bouchard MF, Borghese MM, Brooks S, Cockell K, Dabeka R, Joung MJ, Lanphear BP, Lapointe P, MacFarlane AJ, MacPherson S, Krzeczkowski J, Rawn DFK, von Dadelszen P, Weiler HA, Xiao CW, Fisher M. Concentrations and predictors of select nutrients in Canadian human milk samples from the Maternal-Infant Research on Environmental Chemicals pregnancy cohort. *Am J Clin Nutr* 2024;120(6):1419-1431. DOI: 10.1016/j.ajcnut.2024.09.029. PMID: 39362363.

365. Vuong A, Percy Z, Yang W, Godbole AM, Ospina M, Calafat AM, Cecil KM, Lanphear BP, Braun JM, Yolton KM, Chen A. Gestational organophospate esters (OPEs) and executive function in adolescence: The HOME Study. *Environ Res* 2024;263:120239. PMID: 39461697.

366. Saha T, Gbemavo MCJ, Booij L, Arbuckle TE, Ashley-Martin J, Fisher M, Muckle G, Lanphear B, Asztalos E, Séguin J, Bouchard MF. Prenatal exposure to PFAS and the association with neurobehavioral and social development during childhood. *Int J Hyg Environ Health* 2025;263:114469. DOI: 10.1016/j.ijheh.2024.114469. PMID: 39326240.

367. Patti MA, Kelsey KT, MacFarlane AJ, Papandonatos GD, Lanphear BP, Braun JM. Profiles and predictors of child neurodevelopment and anthropometry: The maternal-infant research on environmental chemicals study. *J Multimorb Comorb* 2025;15:26335565241312840. DOI: 10.1177/26335565241312840. PMID: 39803166.

368. Fisher M, Smith G, Potter BK, Arbuckle TE, Little J, Weiler H, Morisset AS, Lanphear B, Braun JM, Kumarathasan P, Walker M, Borghese MM, Ashley-Martin J, Shutt R, Dodds L, Bruin JE, Palaniyandi J, Helewa M, Taback S, Massarelli I, Palmert MR, Krzeczkowski J, Fraser WD. The Association between Pregnancy Complications and Long-Term Maternal Cardiometabolic Health in the MIREC Cohort Study. *J Clin Endocrinol Metab* 2025:dgaf041. DOI: 10.1210/clinem/dgaf041. PMID: 39844354.

369. Mendy A, Percy Z, Braun JM, Lanphear B, La Guardia MJ, C Hale R, Yolton K, Chen A. Prenatal and postnatal exposure to organophosphate esters and replacement flame retardant mixtures and childhood respiratory outcomes. *Environ Res* 2025;266:120514. (10.1016/j.envres.2024.120514). DOI: 10.1016/j.envres.2024.120514. PMID: 39638021.



Appellate Case: 26-3374 Page: 157 Date Filed: 11/19/2026 Entry ID: 5708039

370. Puvvula J, Hwang WT, McCandless L, Xie C, Braun JM, Vuong AM, Oulhote Y, Schisterman EF, Shinohara RT, Booij L, Bouchard MF, Linn K, Borghese MM, Seguin JR, Zidek A, Till C, Fraser W, Yolton K, Cecil KM, Ashley-Martin J, Arbuckle TE, Lanphear BP, Chen A. Gestational exposure to environmental chemical mixtures and cognitive abilities in children: A pooled analysis of two North American birth cohorts. *Environ Int* 2025;196:109298. DOI: 10.1016/j.envint.2025.109298. PMID: 39893913.

371. Berghuis SA, Hall M, Krzeczkowski JE, Goodman CV, Chevrier J, Ayotte P, Lanphear B, Till C. Urinary Iodine Concentration and Thyroid Hormone Metabolism in Pregnant Women and Neurodevelopment in Their Children: A Longitudinal Canadian Birth Cohort. *Nutrients* 2025;17(5):830. DOI: 10.3390/nu17050830. PMID: 40077700.

372. Fossa AJ, Hall AM, Papandonatos GD, Arbuckle TE, Ashley-Martin J, Borghese MM, Bruin J, Chen A, Fisher M, Krzeczkowski JE, Lanphear BP, MacFarlane AJ, Manz KE, Morrison KM, Oulhote Y, Palaniyandi J, Palmert MR, Pennell KD, Vuong AM, Walker DI, Weiler HA, Braun JM. Prenatal PFAS exposures and cardiometabolic health in middle childhood in the MIREC cohort. *Environ Res* 2025;274:121330. DOI: 10.1016/j.envres.2025.121330. PMID: 40057105.

373. Cecil KM, Xu Y, Chen A, Braun JM, Sjodin A, Lanphear BP, Vuong AM, Yolton K. Gestational PBDE concentrations and executive function in adolescents with self- and caregiver-report: The HOME study. *Environ Res* 2025;273:121256. DOI: 10.1016/j.envres.2025.121256. PMID: 40023390.

374. Fortin S, Jutras B, Bouchard MF, Booij L, Muckle G, Lanphear B, Saint-Amour D. Associations of prenatal exposure to lead and mercury with auditory function in infants. *Int J Pediatr Otorhinolaryngol* 2025;194:112393. PMID: 40398083

375. Hall M, Ashley-Martin J, Till C, Hu J, Lanphear B, Curl C, Arbuckle TE, Boivin M, Booij L, Muckle G, Fisher M, Asztalos E, Bouchard MF, MacFarland AJ, Hyland C. Associations of prenatal glyphosate exposure with child neurodevelopment in a Canadian pregnancy cohort study. *Environ Int* 2025;199:109480. PMID: 403444873

376. Laue HE, Willis AD, Wang F, MacDougall MC, Xu Y, Karagas MR, Madan JC, Fleisch AF, Lanphear BP, Cecil KM, Yolton K, Chen A, Buckley JP, Braun JM. Early-life and concurrent predictors of the healthy adolescent microbiome in a cohort study. *Genome Med* 2025;17:50. doi: 10.1186/s13073-025-01481-1.

377. Till C, Grandjean P, Martinez-Mier EA, Hu H, Lanphear B. Health risks and benefits of fluoride exposure during pregnancy and infancy. *Annu Rev Public Health* 2025;46:253-274. PMID: 40215136.

378. Friedman A, Welch BM, Keil AP, Bloom MS, Braun JM, Buckley JP, Dabelea D, Factor-Litvak P, Meeker JD, Michels KB, Padmanabhan V, Starling AP, Weinberg CR, Aalborg J, Alshawabkeh AN, Barrett ES, Binder AM, Bradman A, Bush NR, Calafat AM, Cantonwine

DE, Christenbury KE, Cordero JF, Engel SM, Eskenazi B, Harley KG, Hauser R, Herbstman JB, Holland N, James-Todd T, Jukic AMZ, Lanphear BP, McElrath TF, Messerlian C, Newman RB, Nguyen RHN, O'Brien KM, Rauh VA, Redmon JB, Rich DQ, Rosen EM, Sathyanarayana S, Schmidt RJ, Sparks AE, Swan SH, Wang C, Watkins DJ, Weinberger B, Wenzel AG, Wilcox AJ, Yolton K, Zhang Y, Zota AR, Ferguson KK. Periods of susceptibility for associations between phthalate exposure and preterm birth: results from a pooled analysis of 16 US cohorts. *Environ Int* 2025;198:109392. PMID: 40132438.

379. Green R, Till C, El-Sabbagh J, DaCosta A, Phipps E, Goodman CV, Flora DB, Lanphear B. Global randomized controlled trial of knowledge translation of children's environmental health. *Front Public Health* 2025 Mar 20;13:1502006. doi: 10.3389/fpubh.2025.1502006. PMID: 40182521.

380. Laue HE, Fleury ES, Jackson-Browne MS, Calafat AM, Chen A, Yolton K, Cecil KM, Newman NC, Buckley J, Lanphear BP, Braun JM. Associations of gestational and childhood urinary triclosan concentrations with atopic and allergic symptoms in Health Outcomes and Measures of the Environment (HOME) Study participants ages 1-12 years. *Environ Health Perspect* 2025 Jun 9. doi: 10.1289/EHP16710. PMID: 40489732.

381. Alampi JD, Lanphear BP, MacFarlane AJ, Braun JM, Oulhote Y, Ashley-Martin J, Arbuckle TE, Chen A, Muckle G, McCandless LC. Association between gestational environmental chemical mixtures and folate exposures with autistic behaviors in a Canadian birth cohort. *Environ Epidemiol* 2025 Jun 11;9(4):e402. doi: 10.1097/EE9.0000000000000402. PMID: 40520483.

382. Amin MR, Lanphear BP, Hornung RW, Watson GE, Billings RJ, Kopycka-Kedzierawski DT, Dock M, Brown L, Dietrich KN. Childhood Lead Exposure and the Risk of Dental Caries in Permanent Teeth: The Cincinnati Lead Study. *JDR Clin Trans Res* 2025;23:23800844251339089. doi: 10.1177/23800844251339089. PMID: 40548756.

383. Lee H, Hall AM, Calafat AM, Chen A, Fazili Z, Lanphear BP, Pfeiffer CM, Yolton K, Braun JM. Associations of prenatal per- and polyfluoroalkyl substances with whole blood folate levels in pregnant women in the Health Outcomes and Measures of the Environment (HOME) Study. *Environ Epidemiol* 2025 Jun 30;9(4):e406. doi: 10.1097/EE9.0000000000000406. PMID: 40599716.

384. Boissiere-O'Neill T, Lazarevic N, Sly PD, Ponsonby AL, Chen A, Azad MB, Braun JM, Brook JR, Burgner D, Lanphear BP, Moraes TJ, Saffery R, Subbarao P, Turvey SE, Yolton K. Phthalates and bisphenols early-life exposure, and childhood allergic conditions: a pooled analysis of cohort studies. *J Expo Sci Environ Epidemiol* 2025 Nov;35(6):965-980. doi: 10.1038/s41370-025-00790-2. PMID: 40610791.

385. Mendy A, Percy Z, Braun JM, Lanphear B, La Guardia MJ, Hale RC, Langevin S, Kelsey K, Chen A, Yolton K. Epigenome-wide association study of gestational exposure to



Appellate Case: 26-3374 Page: 159 Date Filed: 11/19/2026 Entry ID: 5708039

organophosphate esters and replacement brominated flame retardants with newborn DNA methylation. *Sci Total Environ* 2025 Sep 15;995:180079. doi: 10.1016/j.scitotenv.2025.180079. PMID: 40680372.

386. Kinally C, Fuller R, Larsen B, Hu H, Lanphear B. A review of lead exposure source attributional studies. *Sci Total Environ* 2025 Aug 15;990:179838. doi: 10.1016/j.scitotenv.2025.179838. PMID: 40532468.

387. Goodman CV, Till C, Berghuis S, Braun JM, Muckle G, Chen A, Oulhote Y, Lanphear B, Ashley-Martin J, Arbuckle TE. Prenatal exposure to phthalates and preschool children's intellectual scores: Effect modification by child sex. *Environ Int* 2025 Aug;202:109701. doi: 10.1016/j.envint.2025.109701. PMID: 40749541.

388. Fleury ES, Papandonatos GD, Manz KE, Pennell K, Hall AM, Chen A, Buckley JP, Yolton K, Cecil KM, Lanphear BP, Eaton CB, Walker DI, Braun JM. Evaluating neonatal cord serum metabolome in association with adolescent cardiometabolic risk factors. *Pediatr Res* 2025 Aug 16. doi: 10.1038/s41390-025-04322-4. PMID: 40819183.

389. Williams K, Puvvula J, Holmes JH, Yang W, Veasey S, Liu J, Yolton K, Cecil KM, Xu Y, Braun JM, Lanphear BP, Sears C, Vuong AM, Sjödin A, Chen A. Associations between gestational polybrominated diphenyl ether (PBDE) serum concentrations and child sleep outcomes from ages 2-8 years. *Environ Res* 2025 Dec 1;286(Pt 1):122756. doi: 10.1016/j.envres.2025.122756. PMID: 40912623.

390. Martinez-Mier EA, Castiblanco-Rubio GA, Tamayo-Cabeza G, Aguiar A, Bashash M, Bastain T, Brunst K, Breton C, Cantoral A, Figueroa JL, Goodman C, Hu H, Ibarluzea-Maurolagoitia J, Lanphear B, Malin A, Martinez M, Peterson KE, Roberts EFS, Schantz S, Subiza-Perez M, Tamayo-Ortiz M, Tellez-Rojo MM, Till C, Watkins DJ, Lippert F. International fluoride symposium: effects of fluoride on human health and its mechanisms of action - a meeting report. *BMC Proc* 2025 Sep 29;19(Suppl 26):28. doi: 10.1186/s12919-025-00345-1. PMID: 41016920.

391. Alampi JD, Lanphear BP, McCandless LC. Performance of quantile regression methods with discrete outcomes: A simulation study with applications to environmental epidemiology. *Environ Epidemiol* 2025 Oct 28;9(6):e432. doi: 10.1097/EE9.0000000000000432. PMID: 41169517.

392. Carty A, Green R, Goodman CV, McLaughlin JR, Hu H, Lanphear B, Martinez-Mier EA, MacFarlane AJ, Muckle G, Brook JR, Till C. Prenatal fluoride exposure and autistic behaviors in preschool-aged children: the Maternal-Infant Research on Environmental Chemicals (MIREC) cohort study. *Environ Health* 2025 Nov 11;24(1):87. doi: 10.1186/s12940-025-01237-9. PMID: 41220017.

393. Marquess KM, Kuiper JR, Etzel TM, Lanphear BP, Hoofnagle AN, Calafat AM, Botelho JC, Ospina M, Sjodin A, Quirós-Alcalá L, Cecil KM, Chen A, Xu Y, Yolton K, Kalkwarf HJ, Braun



Appellate Case: 26-3374 Page: 160 Date Filed: 11/19/2026 Entry ID: 5708039

JM, Buckley JP. Associations of endocrine disrupting chemical biomarkers and their mixture with vitamin D biomarker concentrations in childhood: The HOME Study. *Environ Res* 2026 Jan 1;288(Pt 2):123316. doi: 10.1016/j.envres.2025.123316. PMID: 41224132.

394. Vester A, Xu Y, Newman NC, MacDougall MC, Papandonatos GD, Parsons PJ, Palmer CD, Braun JM, Lanphear BP, Chen A, Cecil KM, Yolton K. Cumulative childhood lead exposure estimation and school-age IQ in a prospective birth cohort. *Environ Health* 2025 Nov 27. doi: 10.1186/s12940-025-01244-w. Epub ahead of print. PMID: 41310752.

395. Wu X, Braun JM, Papandonatos GD, Tong J, Gan H, Tao S, Geng M, Liang C, Chen A, Yolton K, Lanphear BP, Yan S, Huang K, Tao F. Does the timing of sample collection confound the association between prenatal serum PFAS concentrations and birthweight: results from two prospective cohort studies. Environ Int. 2026 Jan;207:109990. doi: 10.1016/j.envint.2025.109990. Epub 2025 Dec 6. PMID:41380244.

396. Berninger C, Xu Y, Ryan P, Cecil KM, Lanphear BP, Vester A, Yolton K. Gestational and early childhood air pollution exposure and neurodevelopmental outcomes in early childhood. Neurotoxicol Teratol. 2026 Jan-Feb;113:107576. doi:10.1016/j.ntt.2025.107576. Epub 2025 Dec 14. PMID: 41401907.

397. Marquess KM, Kuiper JR, Lanphear BP, Calafat AM, Sjodin A, Ospina M, Quirós-Alcalá L, Cecil KM, Wasserman H, Xu Y, Yolton K, Kalkwarf HJ, Braun JM, Chen A, Buckley JP. Maternal serum polybrominated diphenyl ether concentrations during pregnancy and adolescent bone mineral density at age 12 years. Int J Hyg Environ Health. 2026 Mar;272:114742. doi: 10.1016/j.ijheh.2026.114742. Epub 2026 Jan 13. PMID: 41534447.

398. Dudley J, Yolton K, Edmondson AD, Xu Y, Chen A, Strawn JR, Braun JM, SjodinA, Lanphear BP, Cecil KM. Gestational PBDE concentrations and functional connectivity in adolescents: The HOME Study. Int J Hyg Environ Health. 2026 Mar;272:114745. doi: 10.1016/j.ijheh.2026.114745. Epub 2026 Jan 15. PMID:41544538.

399. Hoover C, Papandonatos G, Cecil KM, Chen A, Lanphear BP, Strawn JR, YoltonK, Braun JM. Blood Lead Concentrations and Depressive and Anxiety Symptoms in Childhood. JAMA Netw Open. 2026 Jan 2;9(1):e2556019. doi:10.1001/jamanetworkopen.2025.56019. PMID: 41604148.

400. Liu SH, Chen Y, Feuerstahler L, Koelmel JP, Godri Pollitt KJ, Xu Y, Lanphear B, Yolton K, Chen A, Pennell KD, Braun JM, Manz KE. Quantifying PFAS-Omics Burden Scores for Nontargeted Analysis Using Multidimensional Item Response Theory: An Exploratory Analysis of Novel and Legacy PFAS in Cord Blood. Environ Sci Technol. 2026 Mar 3;60(8):6322-6340. doi: 10.1021/acs.est.5c06490. Epub 2026 Feb 18. PMID: 41705714.

401. Buckley JP, Marquess KM, Braun JM, Calafat AM, Cecil KM, Chen A, Lanphear



Appellate Case: 26-3374 Page: 161 Date Filed: 11/19/2026 Entry ID: 5708039

BP, Wasserman H, Xu Y, Yolton K, Kuiper JR. Per- and polyfluoroalkyl substances and adolescent bone mineral density: assessing periods of susceptibility. J Endocr Soc. 2026 Mar 17;10(4):bvag039. doi: 10.1210/jendso/bvag039. PMID: 41852457.

402. Haraburda J, Dudley J, Yolton K, Xu Y, Braun JM, Chen A, Lanphear BP, Cecil KM. Serum PFAS concentrations and neuromorphometry in adolescents: The HOME Study. Environ Res. 2026 Jun 15;299:124338. doi: 10.1016/j.envres.2026.124338. Epub 2026 Mar 20. PMID: 41865967.
403. Fitts W, Puvvula J, Braun JM, Lanphear BP, Calafat AM, Xu Y, Cecil KM, Yolton K, Chen A. The association of gestational phthalate exposure with social skills and problem behaviors in adolescents. Sci Total Environ. 2026 May 1;1028:181736. doi: 10.1016/j.scitotenv.2026.181736. Epub 2026 Mar 28. PMID: 41905091.
404. Arzu JL, Fleury ES, Cecil KM, Chen A, Lanphear BP, Yolton K, Buckley JP, Braun JM, Laue HE. Associations of the gut microbiome and cardiometabolic risk in adolescence: the HOME study. BMC Med Genomics. 2026 Apr 2;19(1):82. doi: 10.1186/s12920-026-02359-w. PMID: 41928235; PMCID: PMC13188297.
405. Gerili Z, Braun JM, Yolton K, Lanphear B, Romano ME, Tolstrup J, Timmermann. Pregnancy exposure to environmental phenols and breastfeeding duration in the HOME Study. Int J Hyg Environ Health. 2026 May;274:114794. doi: 10.1016/j.ijheh.2026.114794. Epub 2026 Apr 4. PMID: 41936220.
406. Ren Z, Chen A, Puvvula J, Xu Y, Bouche E, Calafat AM, Edmondson AD, Linn KA, Shinohara RT, Ospina M, Percy Z, Vuong AM, Braun JM, Lanphear BP, Yolton K, Cao Q, Cecil KM. Identifying associations and key early life exposure windows for organophosphate esters and adolescent brain morphometry in the HOME study. Environ Res. 2026 Jul 1;301:124509. doi: 10.1016/j.envres.2026.124509. Epub 2026 Apr 13. PMID: 41985860.
407. Puvvula J, Braun JM, Yolton K, Cecil KM, Calafat AM, Ospina M, Fitts W, Williams KM, Yang W, Vuong AM, Percy Z, Lanphear B, Chen A. Association between gestational and childhood exposures to organophosphate esters and social skill, problem behavior among adolescents. Environ Res. 2026 Jul 1;301:124553. doi: 10.1016/j.envres.2026.124553. Epub 2026 Apr 20. PMID: 42019669.
408. Hoover C, Xu Y, Lanphear B, Yolton K, Newman N, Braun JM. Firearms, storage practices, and child blood lead levels and household dust lead loadings: findings from the HOME study. J Expo Sci Environ Epidemiol. 2026 May 30. doi: 10.1038/s41370-026-00928-w. Epub ahead of print. PMID: 42225966.
409. Fisher M, Owen J, Marro L, Potter B, Weiler HA, England-Mason G, Borghese MM, Walker M, Dodds L, Helewa M, Arbuckle TE, Lanphear B, von Dadelszen P, Simpson A, Little J, Ashley-Martin J. Per- and polyfluoroalkyl substances, vitamin D, and risk of preterm birth in a Canadian cohort. Environ Res. 2026 Sep

1;305(Pt 2):124999. doi: 10.1016/j.envres.2026.124999. Epub 2026 Jun 13. PMID: 42288278.
410. Puvvula J, Hwang WT, McCandless L, Xie C, Braun JM, Vuong AM, Schisterman EF, Shinohara RT, Oulhote Y, Booij L, Séguin JR, Bouchard MF, Till C, Zidek A, Borghese MM, Fisher M, Fraser WD, Muckle G, Yolton K, Cecil KM, Ashley-Martin J, Arbuckle TE, Lanphear B, Chen A. Joint associations between gestational environmental chemical mixtures and child behavioral outcomes. Environ Int. 2026 Aug;214:110383. doi: 10.1016/j.envint.2026.110383. Epub 2026 Jun 25. PMID: 42365676.
411. Taylor CM, Mottram L, Ingram J, Entwistle J, Kordas K, Lanphear B, Golding J, Morton J. Lead and mercury exposure in pregnant women in the UK: a cross-sectional observational study (the PEAR Study). BMJ Open. 2026 Jun 29;16(6):e114169. doi: 10.1136/bmjopen-2025-114169. PMID: 42373180.
412. Ulziikhuu B, Gombojav E, Banzrai C, Batsukh S, Enkhtuya E, Boldbaatar B, Bellinger DC, Lanphear BP, McCandless LC, Yu X, Allen RW. Prenatal exposure to indoor PM<sub>2.5</sub> and children's cognitive performance at 4 years of age: an observational analysis from the UGAAR randomized controlled trial. Environ Pollut. 2026 Oct 15;407:128753. doi: 10.1016/j.envpol.2026.128753. Epub 2026 Jul10. PMID: 42431301.
413. Smith TJ, Saddiki H, Braun JM, MacFarlane AJ, Lavigne E, Johnson M, Siega-Riz AM, Balasubramanian R, Fisher M, Zoeller RT, Ashley-Martin J, Arbuckle TE, Lanphear BP, Oulhote Y. Air Pollution Mixture and Folate Status Indicators among Pregnant Women in Canada: Maternal-Infant Research on Environmental Chemicals (MIREC) Study, 2008 to 2011. Curr Dev Nutr. 2025 Dec 10;10(7):107617. doi: 10.1016/j.cdnut.2025.107617. PMID: 42437198.
414. Khan D, Hall M, Ayoub K, Hornung R, Flora D, Lanphear B, Till C. Prenatal fluoride exposure and child IQ: Is tea a key source of fluoride? Environ Pollut. 2026 Nov 1;408:128829. doi: 10.1016/j.envpol.2026.128829. Epub 2026 Jul 27. PMID: 42508594.
415. Tamayo-Cabeza G, Zenni M, Castiblanco-Rubio GA, Lippert F, Flora DB, Peacock JL, Till C, Goodman CV, Lanphear BP, Korrick SA, Karagas MR, Martinez-Mier EA. Impact of sample mass on the reliability of toenail fluoride for exposure assessment. Toxicol Environ Health Sci. 2026;18(3):431-438. doi: 10.1007/s13530-026-00321-y. Epub 2026 Apr 27. PMID: 42601994.
416. Phiri YVA, Chen A, Ashley-Martin J, Arbuckle TE, Braun JM, Moonie S, Oulhote Y, Fraser W, Borghese MM, Krzeczkowski J, Velez MP, Lanphear B, Morrison KM, Fisher M, Palmert MR, Bouchard MF, Vuong AM. Gestational exposure to organophosphate esters (OPEs) and adiposity during middle childhood in the MIREC Cohort. Environ Res. 2026 Oct 2;309(Pt 2):125835. doi: 10.1016/j.envres.2026.125835. Epub ahead of print. PMID: 42826875.

417. Tamayo-Cabeza G, Martínez-Mier EA, Castiblanco-Rubio GA, Lippert F, Peacock JL, Till C, Goodman CV, Flora DB, Lanphear BP, Korrick SA, Karagas MR. Relationships between Toenail, Urinary, and Drinking-water Fluoride Concentrations in a Pregnancy Cohort using Private Water Systems in the United States. Biol Trace Elem Res. 2026 Sep;204(9):7201-7211. doi: 10.1007/s12011-026-05182-7. Epub 2026 Jun 17. PMID: 42303861.
418. Laue HE, Fleisch AF, Calafat AM, Lanphear BP, Cecil KM, Yolton K, Buckley JP, Karagas MR, Madan JC, Willis AD, Braun JM. Associations of Urinary Triclosan Concentrations Across Gestation and Childhood with the Adolescent Gut Microbiome. Environ Health Perspect. 2026 Jul 14;134(6):672-687. doi: 10.1021/EHP.6c00017. PMID: 42852388.

**Editorials, Commentaries, and Reviews**

1. Lanphear BP, Gergen PJ. Measuring asthma trends in US children (invited commentary). Am J Epidemiol 2003;158:105-107.
2. Lanphear BP. Origins and evolution of children's environmental health. Essays on the future of environmental health research: A tribute to Dr. Kenneth Olden. Environ Health Perspect 2005;24-32.
3. Lanphear BP, Vorhees CV, Bellinger DC. Protecting children from environmental toxins. PLoS Med. 2005;2(3):e61.
4. Lanphear BP. Lead Poisoning Prevention – Too Little, Too Late. JAMA 2005;293:2274-2276.
5. Wigle DT, Lanphear BP. Human health risks from low-level environmental exposures: No apparent safety thresholds. PLoS Med 2005;2(12)e350.
6. Lanphear BP, Paulson J, Beirne S. Trials and tribulations of protecting children from environmental hazards. Environ Health Perspect 2006;114:1609-1612.
7. Swanson, JM, Kinsbourne M, Nigg J, Lanphear B, Stefanatos GA, Volkow G, Taylor E, Casey BJ, Castellanos FX, Wadhwa PD. Etiologic subtypes of attention-deficit/hyperactivity disorder: brain imaging, molecular genetic and environmental factors and the dopamine hypothesis. Neuropsychol Rev 2007;17:39–59.
8. Lanphear, BP. The conquest of lead poisoning: A Pyrrhic victory. Environ Health Perspect 2007;115:A484-A485.
9. Lanphear BP, Hornung RW, Khoury J, Dietrich KN, Cory-Slechta DA, Canfield RL. The conundrum of unmeasured confounding. Sci Total Environ 2008;396:196-200.
10. Taylor MP, Schniering CA, Lanphear BP, Jones AL. Lessons learned on lead poisoning prevention: One-hundred years on from Turner's declaration. J Paediatr Child Health 2011;47:849-856.



Appellate Case: 26-3374 Page: 164 Date Filed: 11/19/2026 Entry ID: 5708039

11. Bellinger DC, Goldman LR, Lanphear BP, Eskenazi B, Jacobs DE, Miller M. The launch of the International Society for Children's Health and the Environment (ISCHE). Environ Health Perspectives 2011;119:a420-a421.
12. Rauch S, Lanphear BP. Prevention of Disabilities: Elevating the Role of Environment. Future of Children. 2012;22:193-217.
13. Taylor MP, Winder C, Lanphear BP. Eliminating childhood lead toxicity in Australia: A call to lower the intervention level. Med J Aust 2012;197:493.
14. Lanphear BP. ADHD: A preventable epidemic? Archives of Pediatrics and Adolescent Medicine 2012;166:1182-1184. doi: 10.001/archpediatrics.2012.1900
15. Bellinger DC, Burger J, Cade TJ, Cory-Slechta DA, Finkelstein M, Hu H, Kosnett M, Landrigan PJ, Lanphear B, Pokras MA, Redig PT, Rideout BA, Silbergeld E, Wright R, Smith DR. Health risks from lead-based ammunition in the environment. Environ Health Perspect. 2013 Jun;121(6):A178-9. doi: 10.1289/ehp.1306945.
16. Hornung R, Lanphear BP. The supralinear dose-response for environmental toxicants: a statistical artifact? Clinical Toxicology 2014;52:88-90.
17. Taylor MP, Winder C, Lanphear BP. Australia's leading public health body delays action on the revision of the public health goal for blood lead exposures. Environ Int. 2014 Sep;70:113-7. doi: 10.1016/j.envint.2014.04.023.
18. Allen RW, Barn P, Lanphear B. Randomized controlled trials in environmental health research: unethical or underutilized? PLoS Med 2015;12:e1001775. doi:10.1371/journal.pmed.1001775.
19. Lanphear BP. The impact of toxins on the developing brain. Ann Rev Public Health 2015;36:211-230.
20. Bakan J, Lanphear BP, Sargent JD. Medical journals and free speech. Pediatrics 2015;135:403-405.
21. Calafat AM, Longnecker MP, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Rudel RA, Engel SM, Teitelbaum SL, Whyatt RM, Wolff MS. Optimal exposure biomarkers for nonpersistent chemicals in environmental epidemiology. Environ Health Perspect 2015;123:A-166-A168.
22. Myers JP, Antoniou MN, Blumberg B, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vandenberg LN, Vom Saal FS, Welshons WV, Benbrook CM. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Environ Health 2016;15(1):19. doi: 10.1186/s12940-016-0117-0.
23. Crighton E, Abelsohn A, Blake J, Enders J, Kilroy K, Lanphear B, Marshall L, Phipps E, Smith G. Beyond alcohol and tobacco smoke: Are we doing enough to reduce fetal toxicant exposure? J Obstet Gynaecol Can 2016;38:56-59.
24. Bennett D, Bellinger DC, Birnbaum LS, Bradman A, Chen A, Cory-Slechta DA, Engel SM, Fallin MD, Halladay A, Hauser R, Hertz-Picciotto I, Kwiatkowski CF, Lanphear BP, Marquez E, Marty M, McPartland J, Newschaffer CJ, Payne-Sturges D, Patisaul HB,



Appellate Case: 26-3374 Page: 165 Date Filed: 11/19/2026 Entry ID: 5708039

Perera FP, Ritz B, Sass J, Schantz SL, Webster TF, Whyatt RM, Woodruff TJ, Zoeller RT, Anderko L, Campbell C, Conry JA, DeNicola N, Gould RM, Hirtz D, Huffling K, Landrigan PJ, Lavin A, Miller M, Mitchell MA, Rubin L, Schettler T, Tran HL, Acosta A, Brody C, Miller E, Miller P, Swanson M, Witherspoon NO. 2016. Project TENDR: Targeting Environmental Neuro-Developmental Risks. The TENDR Consensus Statement. Environ Health Perspect 2016;124:A118–A122; http://dx.doi.org/10.1289/EHP358.

25. Hirtz D, Campbell C, Lanphear B. Targeting environmental neurodevelopmental risks to protect children. Pediatrics 2017 139;pii:e20162245.
26. Vandenberg LN, Blumberg B, Antoniou MN, Benbrook CM, Carroll L, Colborn T, Everett LG, Hansen M, Landrigan PJ, Lanphear BP, Mesnage R, Vom Saal FS, Welshons WV, Myers JP. Is it time to reassess current safety standards for glyphosate-based herbicides? J Epidemiol Community Health 2017;71:613-618.
27. Bellinger DC, Chen A, Lanphear BP. Establishing and achieving national goals for preventing lead toxicity and exposure in children. JAMA Pediatrics 2017;171:616-618.
28. Lanphear BP. Still treating lead poisoning after all these years. Pediatrics 2017;140(2):e20171400.
29. Lanphear BP. Low-level toxicity of chemicals: No acceptable levels? PLoS Biology 2017;15:e2003066. https://doi.org/10.1371/journal.pbio.2003066
30. Hanna-Attisha M, Lanphear BP, Landrigan P. Lead poisoning in the 21st Century: The silent epidemic continues. Am J Public Health 2018;108:1430.
31. Hertz-Picciotto I, Sass JB, Engel S, Bennett DH, Bradman A, Eskenazi B, Lanphear BP, Whyatt R. Organophosphate pesticide exposure during pregnancy and child neurodevelopment: Recommendations for essential policy reforms. PLoS Med 2018;15:e1002671.
32. Basu N, Lanphear BP. The challenge of pollution and health in Canada. Can J Public Health 2019;110:159-164.
33. Taylor MP, Lanphear BP. Blood lead levels in children have fallen, but vigilance is still needed. Med J Aust 2020;212:161-162.
34. Luby SP, Forsyth JE, Fatmi Z, Rahman M, Sultana J, Plambeck EL, Miller NG, Bendavid E, Winch PJ, Hu H, Lanphear B, Landrigan PJ. Removing lead from the global economy. Lancet Planetary Health 2024:e966-e972. doi:10.1016/S2542-5196(24)00244-4. PMID: 39515356
35. Lanphear BP, Navas-Acien A, Bellinger DC. Lead poisoning. New England J Med 2024;391:1621-1631.
36. Lanphear BP, Den Besten P, Till C. (2025). Time to Reassess Systemic Fluoride Exposure, Again. .JAMA Pediatr 2025;179(3):234-236.

**Chapters and Reviews**



Appellate Case: 26-3374 Page: 166 Date Filed: 11/19/2026 Entry ID: 5708039

1. Lanphear BP. Hepatitis B immunoprophylaxis: Development of a cost-effective program in the hospital setting. Infect Control Hospital Epidemiol 1990;11:47-50.
2. Lanphear BP. Trends and patterns in the transmission of bloodborne pathogens to health care workers. Epidemiologic Reviews 1994;16:437-450.
3. Kapil V, Lanphear BP. Tuberculosis - surveillance, prevention, and control. Occupational Environmental Medicine Report 1994;8:35-38.
4. Myers G, Davidson P, Weitzman M, Lanphear B. Contribution of heavy metals to developmental disabilities in children. Mental Retard Dev Dis 1997;3:239-245.
5. Lanphear BP. Transmission and control of blood-borne viral hepatitis in health care workers, in Occupational Medicine: State of the Art Reviews. McDiarmid MA, Kessler E, (eds), Hanley & Belfus, Inc. Philadelphia, PA, 1997;12:717-730.
6. Lanphear BP. Indoor Pollutants and Toxins, in *Ambulatory Pediatrics*, Green, Haggerty and Weitzman (eds.) 5th edition, 1999, W.B. Saunders Company, Philadelphia, PA.
7. Lanphear BP, Dietrich KN, Berger O. Prevention of lead toxicity in US children. Ambulatory Pediatrics 2003;3:27-36.
8. Sandel M, Phelan KJ, Wright R, Hynes HP, Lanphear BP. The effects of housing interventions on child health. Pediatr Ann 2004;33:474-481.
9. Breysse P, Farr N, Galke W, Morley R, Lanphear BP, Bergofsky L. The relationship between housing and health: children at risk. Environ Health Persp 2004;112:1583-1588.
10. Lanphear BP, Wright RO, Dietrich KN. Environmental toxins. Pediatrics in Review 2005;26:191-197.
11. Lanphear BP, Bearer CF. Biomarkers in paediatric research and clinical practice. Arch Dis Child. 2005;90:594-600.
12. Lanphear BP. Lead. In Children's Health and the Environment. Philip Landrigan and Ruth Etzel (eds). Oxford University Press. 2013.
13. Foreman J, Silverstein J, Committee on Nutrition; Council on Environmental Health; American Academy of Pediatrics. Organic foods: health and environmental advantages and disadvantages. Pediatrics 2012;130:e1406-1415.doi:10.152/peds.2012-2579.
14. Iodine deficiency, pollutant chemicals, and the thyroid: new information on an old problem. Council on Environmental Health, Rogan WJ, Paulson JA, Baum C, Brock-Utne AC, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Osterhoudt KC, Sandel MT, Spanier A, Trasande L. Pediatrics. 2014;133:1163-6. doi: 10.1542/peds.2014-0900.
15. Rosenthal FS, Lanphear BP, Gottesfeld P, Krzyzanowski M and others. ISEE Call for action for global control of lead exposure to eliminate lead poisoning. Epidemiology 2015;26:774-777.
16. Ahdoot S, Paulson JA, Baum C, Bole A, Brumberg HL, Campbell CC, Lanphear BP, Lowry JA, Pacheco SE, Spanier AJ, Trasande L. Global climate change and children's health. Pediatrics 2015;136:5:992-997.



Appellate Case: 26-3374 Page: 167 Date Filed: 11/19/2026 Entry ID: 5708039

17. Ahdoot S, Pacheco SE for The Council on Environmental Health. Global climate change and children's health – Technical Report. Pediatrics 2015;136:5:992-997.
18. Paulson JA, Zaoutis TE, for the Council on Environmental Health and the Committee on Infectious Disease. Nontherapeutic use of antimicrobial agents in animal agriculture: implications for pediatrics. Pediatrics 2015;136:6:e1670-e1677.
19. Lanphear BP for the American Academy of Pediatrics Council on Environmental Health. Prevention of Lead Toxicity. Pediatrics 2016;138(1):e20161493.
20. England LJ, Aagaard K, Bloch M, Conway K, Cosgrove K, Grana R, Gould TJ, Hatsukami D, Jensen F, Kandel D, Lanphear B, Leslie F, Pauly JR, Neiderhiser J, Rubinstein M, Slotkin TA, Spindel E, Stroud L, Wakschlag L. Developmental toxicity of nicotine: A transdisciplinary synthesis and implications for emerging tobacco products. Neurosci Biobehav Res 2017;72:176-189.
21. Matsui EC, Abramson SL, Sandel MT and AAP Council on Environmental Health. Pediatrics 2016;138:pii: e20162589.

**Blogs and Op-Ed**

1. Trasande L, Lanphear BP. Preventing a Thousand Flints: Getting Reform of Chemical Regulation Right. Health Affairs Blog. May 23, 2016. http://healthaffairs.org/blog/2016/05/23/preventing-a-thousand-flints-getting-reform-of-chemical-regulation-right/
2. Lanphear BP, Till C and Birnbaum LS. It is time to protect kids' developing brains from fluoride. Environmental Health News, October 7th, 2020.

**Letters**

1. Menkhaus NA, Lanphear BP, Linnemann CC. Airborne transmission of varicella-zoster virus in hospitals. Lancet 1990;2:1315. May 23, 2016.
2. Lanphear BP. The resurgence of measles and herd immunity. JAMA 1992;268:789.
3. Lanphear BP, Linnemann CC, Cannon C. A high false positive rate of tuberculosis associated with Aplisol. J Infect Dis 1994;169:703-704.
4. Lanphear BP. Potential consequences of using Aplisol tuberculin tests in prior epidemic investigations. Infection Control Hospital Epidemiology 1995;16:255.
5. Canfield R, Henderson C, Lanphear BP. Intellectual impairment and blood lead levels. N Engl J Med. 2003;349:500-502.
6. Juskow T, Canfield RC, Henderson C, Lanphear BP. Comments on "Recent development in low level lead exposure and children's intellectual abilities". Environ Health Perspect 2005;113:A16.
7. Lanphear BP, Hornung R, Khoury J, Yolton K, Dietrich KN. Lead and IQ in Children. Environ Health Persp 2006;114:A86-A87.

8. Hornung R, Lanphear B, Dietrich K. Response to: "What is the meaning of non-linear dose-response relationships between blood lead concentration and IQ?" Neurotoxicology. 2006;27:635.
9. Braun J, Lanphear BP. Comments on “Lead neurotoxicity in children: is prenatal exposure more important than postnatal exposure?” Acta Paediatr. 2007;96:473; author reply 474-475.
10. Braun J, Kahn RS, Froehlich T, Auinger P, Lanphear BP. Comments on “Exposures to environmental toxicants and attention deficit hyperactivity disorder in U.S. children“. Environ Health Perspect 2007;115:A399.
11. Geraghty SR, Morrow AL, Lanphear B. The heart of the matter on breastmilk and environmental chemicals: essential points for healthcare providers and new parents. Breastfeed Med. 2009;4:125-126.
12. Joshi TK, Bailar JC 3rd, Craner J, Davis D, Ehrlich R, Franco G, Frank AL, Huff J, LaDou J, Lanphear B, London L, Melnick RL, O'Neill R, Osaro E, Rosenman KD, Sass J, Smith AH, Soskolne CL, Stephens C, Stuckey R, Takaro TK, Teiteibaum D, Watterson A, Yassi A. Physician expelled from Indian Association of Occupational Health after critique. Int J Occup Environ Health. 2009 Oct-Dec;15(4):419-420.
13. Calafat AM, Koch HM, Swan SH, Hauser R, Goldman LR, Lanphear BP, Longnecker MP, Rudel RA, Teitelbaum SL, Whyatt RM, Wolff MS. Misuse of blood serum to assess exposure to bisphenol A and phthalates. Breast Cancer Res. 2013;15:403.
14. Soskone CL, Al-Delaimy WK, Burns K, Finch MR, Gaudino JA, Jr, Lanphear B, Oremus M, Phillips L, Ruff K, Weiss SH, Wing S. Competing interests in epidemiology. BMJ 2015;350.PMID: 25569167.
15. Taylor MP, Forbes MK, Opeskin B, Parr N, Lanphear BP. Further analysis of the relationship between atmospheric lead emissions and aggressive crime: an ecological study. Environ Health 2018;17:doi: 10.1186/s12940-018-0354-5.
16. Lanphear BP, Hornung RW, Auinger P, Allen R. Environmental exposure to lead: old myths never die. Lancet Public Health 2018;e363 doi: 10.1016/S2468-2667(18)30128-2.
17. Pagalan L, Brauer M, Lanphear B. Maternal exposure to air pollution during pregnancy and autism spectrum disorder in offspring. JAMA Pediatrics 2019;173:698.
18. Till C, Green R, Lanphear B. Association between maternal fluoride exposure and child IQ-Reply. JAMA Pediatrics 2020;174:216-217.
19. Lanphear BP, Navas-Acien A, Bellinger DC. Lead Poisoning. Reply. N Engl J Med 2025;392;624. doi: 10.1056/NEJMc2415108.
20. Lanphear BP. Lead Exposure and the Coronary Heart Disease Epidemic-Reply. JAMA. 2026 Aug 18;336(7):613-614. doi: 10.1001/jama.2026.9344. PMID: 42461639.

**Presentations**



Appellate Case: 26-3374 Page: 169 Date Filed: 11/19/2026 Entry ID: 5708039

1. “Biologic Hazards to Health Care Personnel in the Workplace”. University of Cincinnati, Cincinnati, Ohio, September 26, 1990.
2. “Common Misconceptions about Tuberculosis”. American Lung Association, St. Elizabeth’s Hospital, Belleville, IL, March 19, 1991.
3. “Prevention and Control of Infectious Disease in Health Care Workers”. Miami Valley Hospital, Dayton, OH, September 5, 1991.
4. “Transmission of Hepatitis B Virus Infection in Health Care Workers”. Ohio University, Athens, Ohio, March 21, 1992.
5. “Universal Immunization Against Hepatitis B Virus”. Grand Rounds, Dayton Children’s Hospital, May 1992, Dayton, Ohio.
6. "Correlation of Blood Lead Levels and Dust Lead Levels Using Three Dust Collection Methods. Environmental Protection Agency, Research Triangle, N.C., January 20,1994.
7. "Relation of Lead-Contaminated House Dust and Blood Lead Levels in Urban Children" Environmental Protection Agency, Washington, D.C., February 1994.
8. "Lead-Contaminated House Dust and Blood Lead Concentrations in Children", Society for Pediatric Research, Seattle, Washington May 5, 1994.
9. "EPA Health-Based Standards for Soil and Dust". Alliance to End Childhood Lead Poisoning, Washington, D.C., May 17, 1994.
10. "Epidemiology of Tuberculosis in Health Care Settings". University of Cincinnati, Cincinnati, OH, August 19, 1994.
11. "A Side-by-Side Comparison of Sampling Methods for Lead-Contaminated House Dust". American Public Health Association, Washington, D.C., November 1, 1994.
12. “Trends in Childhood Exposure to Lead: Implications for Prevention”. University of Rochester, Pediatric Grand Rounds, February 15, 1995.
13. “Childhood Exposure to Lead”. Visiting Professor, Nazareth College, Rochester, New York, March 24, 1995.
14. “Transmission and Control of Infections in Health Care Workers”. (Moderator & Speaker) American College of Occupational Environmental Medicine, Las Vegas, Nevada, May 4, 1995.
15. “Lead Exposure Prevention Research at the University of Rochester”. New England Lead Conference, Kennebunkport, Maine, August 3, 1995.
16. “Prevention of Childhood Lead Exposure”. 1st Annual Midwest Conference on Childhood Lead Poisoning Prevention, Kansas City, MO, September 10-11, 1995.
17. “Childhood Lead Exposure: Implications for Occupational Health”. National Institute for Occupational Safety and Health, Cincinnati, OH, May 10, 1996.
18. “Community Characteristics and Children’s Blood Lead Concentrations”. American Public Health Association, New York City, NY, November 19, 1996.
19. “Evolution of a Disease: The Science of Childhood Lead Exposure Prevention.” American Public Health Association, New York City, NY, November 18, 1996.



Appellate Case: 26-3374 Page: 170 Date Filed: 11/19/2026 Entry ID: 5708039

20. “Childhood Lead Exposure: A Local and National Perspective.” Occupational Medicine Grand Rounds, University of Rochester, January 2, 1997.
21. “Prevention of Childhood Lead Exposure: The U.S. Experience”. (Keynote) University of the West Indies and Pan American Health Organization, Kingston, Jamaica, January 23, 1997
22. “Lead-Contaminated House Dust and Children’s Blood Lead Levels”. (Keynote Presentation) Look Out for Lead Conference, Madison, WI, May 22, 1997.
23. “Primary Prevention of Childhood Lead Exposure: A Randomized Trial of Dust Control”. American Public Health Association, Indianapolis, November 13, 1997.
24. “Evolution of a Disease: Prevention of Childhood Lead Exposure.” Pediatric Grand Rounds, Medical University of South Carolina, Charleston, SC, March 20, 1998.
25. “The Science of Childhood Lead Exposure Prevention.” Tulane/Xavier Center for Bioenvironmental Research, New Orleans, May 4-5th, 1998.
26. “Lead Hazard Control Research” Conference on Linking Health, Housing & Environment, Centers for Disease Control, Department of Housing and Urban Development, National Institutes of Health, Phoenix, Arizona, June 21-24, 1998.
27. “A Randomized Trial of Dust Control to Prevent Childhood Lead Exposure.” Presenter and Co-chairman, Section on Heavy Metals, 1st International Conference on Children’s Environmental Health, Amsterdam, The Netherlands, August 11-13th, 1998.
28. “Prevention of Childhood Lead Exposure: A Critique of the EPA’s Proposed Residential Lead Standard”. Office of Children’s Health Protection, U.S. Environmental Protection Agency, Washington, D.C., November 5, 1998.
29. “Science and Policy of Lead Poisoning Prevention in the United States”. Nicholas School of the Environment, Duke University, Durham, North Carolina, February 22, 1999.
30. “Behaviors in Early Childhood and Exposure to Environmental Toxins”. (invited) Pediatric Environmental Health Conference, San Francisco, CA May 4, 1999.
31. “Patterns of Lead Exposure in Early Childhood”. International Conference on Lead Exposure, Reproductive Toxicity and Carcinogenicity, Gargnano, Italy, May 7, 1999.
32. “Adverse Effects of Blood Lead Concentrations $<10$ μg/dL” (Invited), 17th International Conference Neurotoxicology Conference, Little Rock, Arkansas, October 17-20, 1999.
33. “Emerging Research and Implications for Prevention of Childhood Lead Exposure” (Invited), 2nd Annual Syracuse Lead Conference, Syracuse, New York October 27th, 1999.
34. “Prevention of Lead Poisoning in Children” Sierra Club, Omaha, NE, November 16th, 1999.
35. “Children’s Environmental Health: A Focus on Residential Hazards” Department of Pediatrics, University of Nebraska Hospital, November 17th, 1999.
36. “Effectiveness of Lead Hazard Controls”, New England Lead Conference, New Hampshire, Tufts University School of Medicine, April 25, 2000.



Appellate Case: 26-3374 Page: 171 Date Filed: 11/19/2026 Entry ID: 5708039

37. “Subclinical Lead Toxicity in U.S. Children and Adolescents”, Pediatric Academic Societies, Boston, MA, May 15, 2000.
38. “Contribution of Residential Exposures to Asthma in U.S. Children and Adolescents”, Pediatric Academic Societies, Boston, MA, May 16, 2000.
39. “The Effect of Soil Abatement on Blood Lead Concentration in Children living near a former Smelter and Milling Operation” (invited). Coeur d’Alene, Idaho, May 24, 2000.
40. “The Paradox of Lead Poisoning Prevention” (invited). National Institute of Justice, Washington, D.C., July 18th, 2000.
41. “Evolution of a Disease: Prevention of Childhood Lead Exposure.” Pediatric Grand Rounds, Children’s Hospital Medical Center, Cincinnati, Ohio, August 22, 2000.
42. “Children’s Environmental Health: A Focus on Residential Hazards” Pediatric Grand Rounds, Department of Pediatrics, University of Rochester School of Medicine, Rochester, NY, September 20th, 2000.
43. “Prevention of Lead Poisoning in Childhood” 7th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, NY, September 29, 2000.
44. “Excavating the Enigmas of Childhood Lead Exposure”. Department of Environmental and Occupational Medicine, Harvard University School of Public Health, Boston, MA, October 16th, 2000.
45. “Contribution of Residential Exposures to Asthma”. Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 11th, 2000.
46. “Setting Research Priorities for the Decade”. (Moderator & Speaker) Eliminating Childhood Lead Poisoning: Our Challenge for the Decade, Centers for Disease Control and the U.S. Department of Housing & Urban Development, December 13th, 2000.
47. “Evolution of a Disease: Prevention of Childhood Lead Exposure.” (Keynote Presentation) Look Out for Lead Conference, Madison, WI, April 12, 2001.
48. “Environmental Lead Exposure and Children’s Intelligence at Blood Lead Concentrations below 10 μg/dl.” APA Presidential Plenary Session, Pediatric Academic Society Meeting, Baltimore, MD, April 30, 2001.
49. “Elimination of Childhood Lead Exposure: Obstacles & Opportunities” (Plenary). National Housing Conference and Exposition, New Orleans, LA, May 16th, 2001.
50. “Prevention of Childhood Lead Exposure: A Public Health Perspective” (Keynote Presentation). Philadelphia Health Department, Philadelphia, PA, May 23rd, 2001.
51. “Evolution of a Disease: Prevention of Childhood Lead Exposure.” (Keynote Presentation), Charles Drew University, Los Angeles, California, October 22nd, 2001.
52. “Primary Prevention of Childhood Lead Exposure” (Keynote Presentation), Midwest Regional Lead Conference, Pittsburgh PA, October 29th, 2001.
53. “Prevention of Childhood Lead Exposure: Shifting to Primary Prevention” (Keynote Presentation), Indiana Department of Health, Lead-Safe Conference, November 7th, 2001.



Appellate Case: 26-3374 Page: 172 Date Filed: 11/19/2026 Entry ID: 5708039

54. “A Strategy for Primary Prevention of Childhood Lead Exposure” A testimony to Housing and Transportation Subcommittee, U.S. Senate, Washington, D.C., November 13, 2001.
55. “Ethical issues of Environmental Research involving Children” (moderator and speaker). Panelists were Jeffrey Kahn, Ph.D., and Leonard Glantz, J.D., Raleigh-Durham, North Carolina, NIEHS Conference of Children’s Environmental Health Centers, January 23, 2001.
56. “Evolution of a Disease: Science and Prevention of Childhood Lead Exposure.” Grand Rounds, Omaha Children’s Hospital, Omaha, Nebraska, March 1, 2002.
57. “Racial Disparities in Children due to Environmental Hazards” Ohio Commission on Minority Health, Columbus, Ohio March 27, 2002.
58. “Prevention of Childhood Lead Exposure in a Former Mining Community” Tar Creek, Oklahoma, April 4, 2002.
59. “Evolution of a Disease: Science and Prevention of Childhood Lead Exposure.” Grand Rounds, Hasbro Children’s Hospital, Brown University, Providence Rhode Island, May 17, 2002.
60. “Evolution of a Disease: Science and Prevention of Childhood Lead Exposure.” Grand Rounds, Dayton Children’s Hospital, Wright University, Dayton, Ohio May 22, 2002.
61. “Evolution of a Disease: Science and Prevention of Childhood Lead Exposure.” International Lead Congress, Washington, DC, June 3rd, 2002.
62. “Residential Hazards: A Neglected Health Problem” Agency for Toxic Substances Disease Registry, Centers for Disease Control and Prevention, Atlanta, Georgia, August 19th, 2002.
63. “Control of Residential Exposures to Environmental Neurotoxins” National Center for Healthy Homes (Moderator and Speaker), Annapolis, VA, November 7th, 2003.
64. “The Promises and Potential Pitfalls of Primary Lead Poisoning Prevention” Purchase College, 9th Annual Childhood New York State Lead Poisoning Prevention Conference, Purchase College, New York, October 4th, 2002.
65. “Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure.” Pediatric Grand Rounds, Syracuse, NY, October 9th, 2002.
66. “Evolution of a Disease: the Science and Prevention of Childhood Lead Exposure.” University of Texas at El Paso, El Paso, Texas January 29th, 2003.
67. “Childhood Lead Poisoning” Introduction to Children’s Environmental Health, Seattle, Washington, Pediatric Academic Society, May 3rd, 2003.
68. “The Legacy of Lead: Childhood Lead Poisoning in the 21st Century”. Chicago Lead Summit, Chicago, Illinois, May 28th, 2003.
69. “The Legacy of Lead: Childhood Lead Poisoning in the 21st Century”. Case Western Reserve University, Cleveland, Ohio, June 3rd, 2003.
70. “Housing and Children’s Health”, Sprawl: The impact on vulnerable populations, University of Cincinnati College of Medicine, Cincinnati, Ohio, July 8th, 2003.



Appellate Case: 26-3374 Page: 173 Date Filed: 11/19/2026 Entry ID: 5708039

71. “Trials and Tribulations of Protecting Children from Environmental Toxins”. Duke University, Nicholas School of the Environment, Durham, NC, November 6th, 2003.
72. “Adverse Effects of Fetal and Childhood Exposures to Prevalent Toxins” Midwest Critical Regional Neonatology Conference, Covington, KY, November 14th, 2003.
73. “Control of Residential Hazards in Children” American Public Health Association, San Francisco, CA, November 18th, 2003.
74. “Low-Level Exposure to Environmental Lead Exposure and Children’s Intellectual Function: An International Pooled Analysis”. 21st International Neurotoxicology Conference, Honolulu, Hawaii, February 11th, 2004.
75. “Trials and Tribulations of Protecting Children from Environmental Hazards” Workshop on Ethical Issues on Children’s Environmental Health, Children’s Environmental Health Network, Washington, D.C. March 5, 2004.
76. “Low-Level Exposure to Environmental Lead Exposure and Children’s Intellectual Function: An International Pooled Analysis”, Pediatric Academic Societies Annual Meeting. Pediatric Research 2004;55:163A.
77. “The Impact of the Environment on Children’s Health” Bob Smith Endowed Lecture, Department of Pediatrics, First Gulf Coast Children’s Environmental Health Symposium, Baylor University, Houston, Texas.
78. “The Search for Environmental Causes of Learning Disabilities, Learning Disabilities Initiative, Baltimore, MD, May 18th, 2004.
79. “Residential Hazards in Children: A Neglected Public Health Problem”, Pediatric Grand Rounds, Boston Medical Center, Department of Pediatrics, Boston University Medical Center, Boston, MA, May 20th, 2004.
80. “Residential Hazards in Children” “Healthier Homes, Stronger Families: Public Policy Approaches to Healthy Housing”, National Center for Healthy Housing, Washington, D.C., June 2nd, 2004.
81. “Fetal and Early Childhood Exposures to Prevalent Toxins” Pediatric Grand Rounds, Ste. Justine Children’s Hospital, University of Montréal, Montreal, Canada, June 16th, 2004.
82. “Childhood Exposure to Lead-Contaminated Soil: A Problem of the Past or a Problem from the Past?” National Academy of Science Committee on Superfund Site Assessment and Remediation in Coeur d’Alene River Basin”, June 17th, 2004, Coeur d’Alene, Idaho.
83. “The Legacy of Lead” (Keynote Speaker). Chicago Lead Summit, Region V EPA Headquarters, September 15th, 2004.
84. “A Tale of Two Toxins: Children’s Exposure to Tobacco and Lead” (with Michael Weitzman), The American Academy of Pediatrics, San Francisco, CA, October 10th, 2004.
85. “A Legacy of Childhood Lead Poisoning” University of Washington, Seattle, Washington, October 30, 2004.
86. “Protecting Children from Environmental Toxins”, Pediatric Grand Rounds, Seattle Children’s Hospital, Seattle Washington, March 10th, 2005.

87. “The Science and Politics of Childhood Lead Poisoning”, Northwest Pediatric Environmental Health Conference, University of Washington, Seattle, Washington, March 11th, 2005.
88. “The Effects of Low-level Exposure to Environmental Toxins during Fetal Development and Early Childhood”, Children’s’ Hospital of Fudan University, Shanghai International Pediatric Forum, Shanghai, China, June 16th to 18th, 2005.
89. “The Role of Biomarkers in Revealing Genetic and Environmental Influences of Disease and Disability” Psychiatry Grand Rounds, University of Cincinnati, February 8th, 2006.
90. “Trials and Tribulations of Protecting Children from Environmental Hazards: Ethical Issues”, Johns Hopkins University of Medicine, March 17th, 2006.
91. “Key Elements of a Primary Prevention Strategy for Lead Poisoning”, Albany Law School, Union University, Albany, New York, March 16th, 2006.
92. “Low-Level Lead Toxicity: The Ongoing Search for a Threshold””, Case Western Reserve University, City Club of Cleveland, Cleveland, OH March 4th, 2006.
93. Integrating Genetic and Environmental Influences in Pediatric Research” (Moderator and Speaker), Pediatric Academic Societies, San Francisco, CA, April 30th 2006.
94. “Ethical Issues in Housing Health Hazard Research Involving Children” (Topic Symposia) Pediatric Academic Societies, San Francisco, CA, May 2nd 2006.
95. “Low-Level Lead Toxicity: The Ongoing Search for a Threshold””, International Workshop on Neurotoxic metals: from Research to Prevention, University of Brescia, Italy, June 17th, 2006.
96. “Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms”, International Society for Environmental Epidemiology, Paris France, September 6th, 2006.
97. “Protecting Children from Environmental Toxins”, Region VIII Children’s Environmental Health Summit, Vail, Colorado September 20th, 2006.
98. “Integrating Genetic and Environmental Biomarkers in Pediatric Epidemiology”, Visiting Professor, Simon Fraser University and University of British Columbia, Vancouver, British Columbia, October 19th-20th, 2006.
99. “The Legacy of Lead”, Indiana Lead Conference, Indianapolis, Indiana, October 24, 2006.
100. “Ethical dilemmas in Children’s Environmental Health”, Seminar Series in Ethics of Toxicology, University of Champagne-Urbana, Champagne, Illinois, November 19th, 2006.
101. “Low-Level Lead Toxicity: Implications for Prevention””, WHO Informal Workshop on Lead, University of Munich, Germany, November 30th, 2006.
102. “Low-Level Lead Toxicity: The Ongoing Search for a Threshold””, National Environmental Public Health Conference, National Centers for Disease Control, Atlanta, Georgia, December 4th, 2006.



Appellate Case: 26-3374 Page: 175 Date Filed: 11/19/2026 Entry ID: 5708039

103. “The Epidemiologic Conquest of Childhood Lead Toxicity: A Pyrrhic Victory”. NIEHS Workshop on Children’s Environmental Health Research: Past, Present and Future. January 22nd, 2007.
104. “Linking Low-level Exposures to Environmental Toxicants with ADHD”. Duke Integrated Toxicology and Environmental Health Program Symposium on Developmental Neurobehavioral Disabilities and Toxic Exposures, March 23, 2007, Durham, North Carolina.
105. “Using Biomarkers to Link Environmental Influences with Disease and Disability”, The Channing Laboratory, Harvard University, Boston, Massachusetts, April 4th, 2007.
106. “The Lingering Legacy of Lead Toxicity”. Grand Rounds, Department of Pediatrics, St. Louis Children’s Hospital, St. Louis University, St. Louis, Missouri, April 11th, 2007.
107. “Protecting Children from Environmental Toxicants”, United States Council of Catholic Bishops, Washington, D.C., April 30th, 2007.
108. “Efficacy of HEPA-CPZ Air Cleaners on Unscheduled Asthma Visits and Asthma Symptoms”, Pediatric Academic Societies, APA Presidential Platform Plenary Session, Toronto, Canada, May 7th, 2007.
109. “The Lingering Legacy of Lead Toxicity” Grand Rounds, Department of Pediatrics, Omaha Children’s Hospital, University of Nebraska, Omaha, Nebraska, April 11th, 2007.
110. “Linking Low-level Neurotoxicant Exposures of the Developing Brain to Learning and Behavioral Problems.” International Conference on Developmental Programming and Effects of Environmental Toxicants in Human Health and Disease, Faroe Islands, May 20th, 2007.
111. “Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson”, National Policy Consultation Series on Children’s Health and Environment, Moncton, New Brunswick, Canada, May 31, 2007.
112. “Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?” Occupational and Environmental Health Seminar Series, Health Canada, Ottawa, Canada, June 6th, 2007.
113. “Linking Low-Level Lead Exposure with Child and Adolescent Psychopathology”, 13th Annual International Society for Research in Child and Adolescent Psychopathology, London, England, June 19th, 2007.
114. “The Legacy of Lead Toxicity”. Pediatric Grand Rounds, New York Presbyterian Hospital-Weill Cornell Medical Center, September 18th, 2007.
115. “Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson”. Pediatric Grand Rounds, Children’s Hospital at Dartmouth, Dartmouth Medical School, September 19th, 2007.
116. “The Legacy of Lead Toxicity: Effects of Childhood Lead Exposure in Children, Adolescents and Adults”. Mid-America Conference, Philadelphia, Pennsylvania, October 4th, 2007.



Appellate Case: 26-3374 Page: 176 Date Filed: 11/19/2026 Entry ID: 5708039

117. “Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?” International Society for Exposure Analysis (invited plenary session), Raleigh-Durham, North Carolina, October 17th, 2007.
118. The Global Elimination of Lead Toxicity: A Focus on Housing.” National Institute of Public Health, Rennes, France, October 22nd, 2007.
119. Linkage of Environmental Lead Exposure with Psychopathology in Children and Adolescents” Ramazzini Collegium, Carpi, Italy, October 25th, 2007.
120. “Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology”, Symposium on Environmental Toxicity and the Brain, University of Toronto, Toronto, Canada, December 7th, 2007.
121. “Linking Exposures to Environmental Toxicants with Child and Adolescent Psychopathology.” Pediatric Grand Rounds, Rochester General Hospital and Strong Memorial Hospital, Rochester, New York, April 1&2, 2008.
122. “Rochester’s Role in the Ongoing Elimination of Childhood Lead Toxicity.” Beaven Lecture, Rochester Academy of Medicine, Rochester, New York, April 1, 2008.
123. “The Lingering Legacy of Lead Toxicity: Lansing Legacy.” Michigan’s Conference for Lead Safe & Healthy Homes, East Lansing, MI, April 22, 2008.
124. First Annual Controversies in Pediatric Environmental Health, “Should the Centers for Disease Control Lower the Blood Lead Level of Concern”. A debate by Bruce Lanphear and George G. Rhoads (James Sargent, Moderator). Pediatric Academic Societies Meeting, Honolulu, Hawaii, May 2nd, 2008.
125. “Linking Exposure to Environmental Toxicants with Psychopathology in Children and Youth”. Visiting Professor, Alberta Child and Youth Network, Calgary Children’s Hospital, Calgary, Alberta. May 13th-15th, 2008.
126. Lead Toxicity and the Teenage Brain”, Youth Exploring Science Program, St. Louis Science Center, St. Louis, Missouri, June 30th, 2008.
127. “The Legacy of Childhood Lead Toxicity”. Health Canada, Ottawa, Canada, October 6th, 2008.
128. “Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson”. The 2008 Rachel Carson Legacy Conference: Green Chemistry – Solutions for a Healthy Economy, Duquesne University, Pittsburgh, Pennsylvania, September 20th, 2008.
129. “Trials and Tribulations of Protecting Children from Environmental Hazards”, Ethics in Toxicology Seminar Series, University of Champagne-Urbana, Champagne, Illinois, September 22nd, 2008.
130. “Industry’s Influence on the Prevention of Childhood Lead Poisoning.” In: Symposia on Insulating Environmental Health Research from Conflicting Interests. International Society for Environmental Epidemiology Annual Meeting, Pasadena, California, October 14th, 2008.

131. “The Lingering Legacy of Lead Toxicity: Implications for Research and Policy on Other Environmental Toxicants”. (Keynote Presentation) BC Environmental and Occupational Health Research Network, Vancouver, BC, November 7th, 2008.
132. “Effects of Environmental Toxicants on Children’s Development”. DB-PREP Course, American Academy of Pediatrics, Atlanta, Georgia, December 5th, 2008.
133. “Linking Low-level Environmental Toxicants with New Morbidities of Childhood". BC Children's Grand Rounds, British Columbia, Vancouver, February 6th, 2009.
134. "Using Biomarkers to Link Exposures with Disease and Disability in Children". Workshop on Physical and Chemical Exposures in Canadian Cohort Studies, Canadian Institute of Health Research and Health Canada, February 8th-9th, 2009.
135. "How Dangerous Is Lead In Drinking Water?" An interview on "Around The Water Cooler" with Werner Troesken and Bruce Lanphear. February 18th, 2009.
136. “Linking Environmental Toxicants with ADHD in Children” (invited), Learning Disabilities Association Annual Meeting, February 25th, Salt Lake City, Utah.
137. “The Lingering Legacy of Lead Toxicity”, Norfolk Children’s Hospital, April 30th, 2009, Norfolk Virginia.
138. Second Annual Controversies in Pediatric Environmental Health Debate, “Should Pediatricians Advise Parents to Feed their Children Organic Foods?” A debate by Joel Forman and Janet Silverstein (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Baltimore, MD, May 4th, 2009.
139. “A Pattern of Pathology: The Population Impact of Environmental Toxicants on Health”. Workshop on Endocrine Disruptors, Endocrine Society, Washington, DC, June 9th, 2009.
140. “The Quandary of Environmental Contaminants in Human Milk”, 25th Anniversary of US Surgeon General’s Report on Breastfeeding, Washington, DC, June 13th, 2009.
141. “Linking Exposures to Environmental Toxicants with Learning Problems and Psychopathology in Children.” Northwest Conference on Children’s Health and Environment, Tukwila, Washington, October 1st, 2009.
142. “The Second Coming of the Sanitarians”, Pediatric Grand Rounds, University of California at Davis Children’s Hospital, Sacramento, California, October 9th, 2009.
143. “The Second Coming of the Sanitarians”, National Institute of Public Health, Rennes, France, November 4th, 2009.
144. “Linking Exposure to Environmental Toxicants with ADHD in Children.” Symposium on ADHD. Riyadh, Saudi Arabia, November 7th, 2009.
145. “The Interplay of Genetic and Environmental Influences in Common Conditions of Children.” Macquarie University, Department of Geology, Sydney, Australia, November 18th, 2009.
146. “The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure.” Pacific Basin Consortium Symposium on Environment and Health, Perth, Australia, November 13th, 2009.



Appellate Case: 26-3374 Page: 178 Date Filed: 11/19/2026 Entry ID: 5708039

147. “The Second Coming of the Sanitarians”, SFU President’s Lecture, Simon Fraser University, Burnaby, BC, March 4th, 2010.
148. Third Annual Controversies in Pediatric Environmental Health Debate, “Should the American Academy of Pediatrics Sponsor a Ratings Board to Provide Evidence-based Ratings for Media?” A debate by James Sargent and Donald Shifrin (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Vancouver, BC, May 2nd, 2010.
149. “Efficacy of Reducing Lead Hazards in Housing on Lead-Contaminated House Dust, Blood Lead Concentration and Intellectual Abilities in Children.” Pediatric Academic Societies Meeting, Vancouver, BC May 1st, 2010.
150. “Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson.” Pediatric Grand Rounds, Cornell Weill Medical College, New York, New York. May 25th, 2010.
151. “Excavating the Enigmas of Childhood Lead Toxicity”, Guest Lecturer, “Introduction to Toxicology, Harvard School of Public Health, Boston, Massachusetts, October 27th, 2010.
152. “The Conquest of Lead Poisoning: A Pyrrhic Victory”, Lead Action Collaborative, New England Carpenters Center, Boston, Massachusetts, October 28th, 2010.
153. “Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson.” Academy of Breastfeeding Medicine, San Francisco, California, October 29th, 2010.
154. “Bisphenol A and Behavior Problems in Children”. Eastern Perinatal Conference, Kingston, Ontario, November 10th, 2010.
155. “Low-Level Toxicity of Environmental Toxicants: Much Ado about Nothing?” UBC Statistics Department Seminar, November 18th, 2010.
156. “Protecting Children from Environmental Toxicants.” Children’s Hospital of Quebec, University of Laval, Quebec City, Quebec, December 17th, 2010.
157. “Low-level Toxicity: Implications for Research and Policy”, Joint Talks by C. Arden Pope and Bruce Lanphear, SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 7th, 2011.
158. “Crime of the Century: Lead Toxicity in the 20th Century”, Panel Presentation and Discussion, UC Davis, Sacramento, California April 7th, 2011.
159. Fourth Annual Controversies in Pediatric Environmental Health Debate, “Should Parent Slather their Children with Sunscreen?” A debate with Russell Chesney, MD and Sophie Balk, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, Denver, Colorado, May 1st, 2011.
160. The Conquest of Lead Toxicity: A Pyrrhic Victory”, Canadian Water Network, Ecole Polytechnique de Montreal, Montreal, Canada, June 9th, 2011.
161. The Contribution of Environmental Influences on Chronic Disease, Canadian Partnership for Health and Environment, Toronto, Canada, June 16th, 2011.



Appellate Case: 26-3374 Page: 179 Date Filed: 11/19/2026 Entry ID: 5708039

162. "The Second Coming of the Sanitarians", Environmental and Occupational Health Seminar, University of Washington School of Public Health, Seattle, WA, May 12th, 2011.
163. "Crime of the Century: The Failure to Prevent the Lead Pandemic". Sterling Prize in Controversy, Wosk Centre, Simon Fraser University, Vancouver, BC, October 19th, 2011.
164. "Measuring Exposure: The Benefits and Limits of Biomarkers". Canadian Institute for Human Development, Child and Youth Research, Montreal, Canada, December 6th, 2011.
165. "Rachel Carson: Clarity of Vision". SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA, January 6th, 2012.
166. "The Truth About Toxins: What Parents and Health Professionals Should Know". Environmental Influences on Neurodevelopment: Translating the Emerging Science into Public Health Policy". UCLA School of Public Health, Los Angeles, California, January 12th, 2012.
167. "Protecting Children from Environmental Toxicants: The Neglected Legacy of Rachel Carson". Mattel Children's Hospital, Los Angeles, California, January 13th, 2012.
168. "Why Should We Share Data?", Data Sharing Strategies for Environmental Health Workshop, National Institute of Environmental Health Sciences, Research Triangle Park, North Carolina, February 6th and 7th, 2012.
169. "The Science and Prevention of Lead Toxicity" (Keynote Presentation), Forum on Lead Toxicity: A Little is Still Too Much", Macquarie University, Sydney, Australia, June 5th, 2012
170. "Canada Environmental Health Atlas Knowledge Translation Workshop", Canadian Public Health Association, Edmonton, Alberta, June 13th, 2012.
171. "First Annual Controversies in Pediatric Environmental Health Debate: Should organophosphate pesticides be reduced or banned?" A debate with Brenda Eskenazi and Bruce Lanphear (Rob McConnell, Moderator). International Society for Environmental Epidemiology, Columbia, SC, August 28th, 2012.
172. "Supralinear Dose-Response Relationship of Environmental Toxicants: Research and Policy Implications." Moderator and Speaker, with Arden Pope, Roel Vermeulen and Bruce Lanphear. International Society for Environmental Epidemiology, Columbia, SC, August 29th, 2012.
173. Tanya Froehlich and Bruce Lanphear, "ADHD and Environmental Toxicants: Time for Prevention?", Society for Development and Behavioral Pediatrics, Phoenix, AZ, September 9th, 2012.
174. "The Epidemic of Childhood Disabilities: A Failure to Regulate". Workshop on Children's Rights and Corporate Responsibility, Green College, University of British Columbia, Vancouver, BC, October 19th, 2012.
175. "Low-level Toxicity: Much Ado About Nothing?", Department of Preventive Medicine Seminar, University of Southern California, Los Angeles, California, October 23rd, 2012.



Appellate Case: 26-3374 Page: 180 Date Filed: 11/19/2026 Entry ID: 5708039

176. “Reflections on Silent Spring”. (Invited Keynote). International Society for Exposure Sciences, Seattle, Washington, October 28th, 2012.
177. “Randomized Controlled Trials in Children’s Environmental Health: Underutilized or Unethical?” The University of Washington Northwest Pediatric Environmental Health Specialty Unit and Center for Child Environmental Health, Seattle, Washington, February 26th, 2013.
178. “Crime of the Century: Our Failure to Prevent the Lead Pandemic”. Dali Lana School of Public Health and of School Environment, University of Toronto, Toronto, Ontario, March 26th, 2013.
179. “The Ongoing Search for a Threshold”. International Conference of Toxicology, Seoul, Korea, July 1, 2013.
180. “Blood Lead Concentrations and Cardiovascular Mortality in the United States: The NHANES Mortality Follow-up Cohort Study”. International Society for Environmental Epidemiology, Basel, Switzerland, August 2, 2013.
181. “The Conquest of Lead Poisoning: A Pyrrhic Victory”. Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.
182. “Striking at the Root: Changing the Narrative on the Causes of Disease”. Corporations and Global Health Governance. Simon Fraser University, Burnaby, British Columbia. September 17th, 2013.
183. “Crime of the Century: The Failure to Prevent the Lead Pandemic”. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 26, 2013.
184. “Low-level Toxicity: Policy Implications for the 21st Century”. Symposium on Policy Implications of Environmental Exposures in the 21st Century. Pacific Basin Consortium, East-West Center, Honolulu, Hawaii. September 27, 2013.
185. “Excavating the Enigmas of Childhood Lead Toxicity”. Network for Soil Contamination Research (INSCR), Delhi University, New Delhi, India. October 22nd, 2013.
186. “The Lingering Legacy of Lead Toxicity: A Call for the Global Elimination of Lead Exposure”, World Health Organization, New Delhi, India. October 24th, 2013. “The Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health.” National Institute of Environmental Health Sciences, Raleigh-Durham, NC, November 10th, 2013.
187. “Protecting Children from Environmental Toxins”. Japan Dioxin and Endocrine Disruptors Preventive Action, Tokyo, Japan, November 24th, 2013.
188. “ADHD: A Preventable Epidemic?” Alberta Children’s Hospital, Calgary, Alberta, December 16th, 2013.
189. “Little Things Matter: The Impact of Toxins on the Developing Brain”. Early Years Conference, Vancouver, British Columbia, January 30th, 2014.
190. “Little Things Matter: The Impact of Toxins on the Developing Brain”. Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.

191. “Low-level Toxicity of Environmental Toxins: Much Ado About Nothing?”. Dalhousie University, Halifax, Nova Scotia, March 6th, 2014.
192. “The Canadian Environmental Health Atlas: A Portal to Discover the Promises of Environmental Health.” School of Occupational and Environmental Health, University of British Columbia, March 28th, 2014.
193. “Little Things Matter: The Impact of Toxins on the Developing Brain”. British Columbia Healthy Child Alliance, Vancouver, British Columbia, April 2nd, 2014.
194. “Sixth Annual Controversies in Pediatric Environmental Health Debate, E-Cigarettes: A weapon in the war against tobacco or a threat to tobacco control. (Moderator). Featuring Greg Connelly and James Sargent. Pediatric Academic Societies, Vancouver, May 4th, 2014.
195. “Striking at the Root Causes of Chronic Disease in Children” (Moderator). James Sargent, Joel Bakan and David Kessler, May 5th, 2014.
196. “Little Things Matter: The Impact of Toxins on the Developing Brain” (Keynote). OHKA Healthy Homes Alliance, Omaha, Nebraska, May 15th, 2014.
197. “Excavating environmental risk factors for autism: Suspects and strategies”. A workshop on examining a multi-systems approach to autism and the environment: challenges and opportunities for research”. Toronto, Ontario, June 23rd-24th, 2014.
198. “Lead Poisoning: Tackling a Global Problem” (Co-Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.
199. “Interventions to Reduce Exposures to Environmental Hazards in Pregnant Women and Children”, (Moderator and Speaker). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.
200. 3rd Annual ISCHE-Sponsored Debate: Should there be any restrictions on universities or academicians receiving payment from industry or other sources? (Moderator). International Society for Environmental Epidemiology, Seattle, Washington, August 25th, 2014.
201. “Crime of the Century: Our Failure to Prevent the Lead Pandemic”, Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana, September 5th, 2014.
202. “Environment Matters”, Children’s Environmental Health Panel. Society for Environmental Journalists, New Orleans, Louisiana, September 6th, 2014.
203. “Insidious Influence of Industry on Science: How Corporations Undermine Science”, 5th Annual C. Everett Koop Distinguished Lecture, “Corporate Threats to Children’s Health”, with Joel Bakan and James Sargent, Dartmouth University, New Hampshire, October 6th, 2014.
204. “Crime of the Century: Our Failure to Prevent the Lead Pandemic”, John Rosen Memorial Lecture, Montefiore Medical Center, New York, New York, October 8th, 2014.



Appellate Case: 26-3374 Page: 182 Date Filed: 11/19/2026 Entry ID: 5708039

205. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). Prenatal Environmental Health Education (PEHE) Conference, University of Ottawa. Ottawa, Ontario, November 21st, 2014.
206. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote). ISEE Asian Regional Meeting, Shanghai, China, November 30th, 2014.
207. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", John Rosen Memorial Lecture, ISEE Asian Regional Meeting, Shanghai, China, November 31st, 2014.
208. "Data Visualization", with Joe Braun and Allan Just, Pediatric Environmental Health Scholars Retreat, Reston, VA, December 6th, 2014.
209. "Victories in Public Health: Progress or Adaptation?" SFU, UBC and UW Annual Occupational and Environmental Health Conference, Semiahmoo, WA January 8th, 2015.
210. "Food in the Industrial Era: Is Backward the Way Forward?" Children's Environmental Health Network, Austin, Texas, February 4th, 2015.
211. "Excavating the enigmas of childhood lead toxicity". Broken Hill City Council and Lead Reference Group, Broken Hill, New South Wales, Australia, March 3rd, 2015.
212. "Prevention Paradox: Why a Little Lead is Too Much". Unequal Exposure Symposium, Climate Change Research Center, University of New South Wales, March 5th, 2015, Sydney, Australia.
213. "Crime of the Century: Our Failure to Prevent the Lead Pandemic". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 23rd, 2015.
214. "The Staggering Cost of Lead Toxicity and the Unbelievable Benefit of Preventing It". 10th Annual Break the Cycle Conference, Emory University, Atlanta, Georgia. April 24th, 2015.
215. Seventh Annual Controversies in Pediatric Environmental Health Debate, "GMOs: A Hazard or Harvest of Health?" A debate with Joel Forman, MD and Daniel Goldstein, MD, (Bruce Lanphear, Moderator and Organizer). Pediatric Academic Societies Meeting, San Diego, California, April 27th, 2015.
216. "Impact of Dwellings on Child Health", Canadian Green Building Council Conference, Vancouver Convention Center, Vancouver, BC, April 28. 2015.
217. "Impact of Tobacco on the Developing Brain", Developmental Effects of Nicotine and Implications for Emerging Tobacco Products, Rockville, Maryland, May 5thth, 2015.
218. "Impact of Toxins on the Developing Brain" India Tour (Bengaluru, Trivandrum, Kolkata, and Chandigarh) Sponsored by PAN-India, September 4th-11th, 2015.
219. "Impact of Dwellings on Child Health", Green School Summit, Calgary, Alberta, September 25th. 2015.
220. "Prevention Paradox: Why a Little Lead is Too Much", A debate with George Rhoads, Montefiore Medical Center, Tarrytown, October 2nd, 2015.



Appellate Case: 26-3374 Page: 183 Date Filed: 11/19/2026 Entry ID: 5708039

221. "Crime of the Century: Our Failure to Prevent the Lead Pandemic" (Keynote Presentation), University of Cincinnati Department of Environmental Health 50th Anniversary Gala, Cincinnati, Ohio, October 9th, 2015.
222. "Impact of Toxins on the Developing Brain" (Keynote Presentation) Children's Environmental Health Centers Annual Meeting, Washington, DC, October 31, 2015.
223. "The Impact of Toxins on the Developing Brain: Our Failure to Prevent Brain-based Disorders in Children", National Core for Neuroethics, UBC November 12th, 2015.
224. "Impact of Dwellings on Child Health", Canada Green Building Council, Toronto, ON Green, December 1st, 2015.
225. "The Tortuous Road to Prevention: Are We There Yet", Air Quality and Impacts on Health: Beyond the Heart and the Lungs, The Lung Association of BC, February 28th, 2016.
226. "Lead's Long Shadow: What the Story of Flint, Michigan Means for All of Us", with Bruce Lanphear, Mona Hanna-Attisha and Marc Edwards. Collaborative on Health and the Environment Webinar, March 8th, 2016.
227. "Little Things Matter: The Impact of Toxins on the Developing Brain", Collaborative on Health and Environmental Alaska Working Group Webinar, March 9th, 2016.
228. "Victories in Public Health: Progress or Adaptation?", Symposium Against Indifference, Ashland University, Ashland, Ohio, April 5th, 2016.
229. "Little Things Matter: The Impact of Toxins on the Developing Brain" (Keynote), Children's Environmental Health: New Findings from California Research, Sacramento, California, April 7th, 2016.
230. "Crime of the Century: Our Failure to Prevent the Lead Pandemic", Distinguished Visiting Professor in Health Law, Loyola University, Chicago, Illinois April 21st, 2016.
231. "The Population Impact of Toxins on Intellectual Abilities: Implications for Policy and Prevention", in Symposia on Environmental Toxins and the Brain: Growing Evidence of Risk, Pediatric Academic Societies, Baltimore, MD, May 2nd, 2016.
232. "Data Visualization and Video Production for Public Consumption", in Symposia on Innovative Tools to Enhance Knowledge Translation of Environmental Health: Data Visualization, Videos and Message Mapping, (co-Moderated by Mark Miller and Bruce Lanphear), Pediatric Academic Societies, Baltimore, MD, April 30th, 2016.
233. "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Michigan State University, Flint, MI, May 7th, 2016.
234. "Crime of the Century: Our Failure to Prevent the Lead Epidemic", Johns Hopkins University School of Public Health, Baltimore, MD, May 7th, 2016.
235. "Little Things Matter: The Impact of Toxins on the Developing Brain", Baltimore, MD, International Medical Federation Autism Research (IMFAR), May 8th, 2016.
236. "Public Health Matters: Videos on Toxic Chemicals, Air Pollutants and the Prevention Paradox", Mongolian National University of Medical Sciences, June 23, 2016.



Appellate Case: 26-3374 Page: 184 Date Filed: 11/19/2026 Entry ID: 5708039

237. "Little Things Matter: The Impact of Toxins on the Developing Brain", USC Annenberg Center for Health Journalism, July 18th, 2016.
238. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", International Pediatric Association (Invited Presentation), Vancouver, British Columbia, August 24th, 2016.
239. "Preventing Lead Toxicity", California Environmental Protection Agency, Occupational Environmental Health Hazard Assessment, September 23rd, 2016.
240. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease," World Issues Forum, Fairhaven College, University of Western Washington, (with Bob Lanphear), November 2, 2016.
241. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Pediatric Grand Rounds, Maimonides Hospital, November 15th, 2016.
242. "Little Things Matter: The Impact of Toxic Chemicals on the Child Health" (Keynote), Hudson Valley Perinatal Conference, November 16th, 2016.
243. "Little Things Matter: The Impact of Toxins on the Developing Brain", IPEN, San Francisco, CA, November 18th, 2016.
244. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", SFU, UBC and UW Annual Occupational and Environmental Health Conference Semiahmoo, WA, January 5th, 2017.
245. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", University of New Brunswick, January 25th, 2017.
246. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", New Brunswick Children's Environmental Health Collaborative, January 26th, 2017.
247. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Rockefeller Center, Bellagio, Italy, February 22nd, 2017.
248. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", The Science in Society Speaker Series, Okanagan College, Vernon, BC, April 6th, 2017.
249. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (invited plenary), Vancouver, British Columbia, Canadian Pediatric Society, June 3rd, 2017.
250. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Macquarie University, Sydney, Australia, September 29th, 2017.
251. "Unleashing the Power of Prevention: Creating Video to Re-Imagine our Approach to Disease", Brown University, Providence, Rhode Island, October 13th, 2017.
252. Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Health? University of Alaska, Alaska Tribal Health Consortium, Anchorage, Alaska, November 2nd, 2017.
253. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain" (Keynote), All Alaska Pediatric Conference, Anchorage, Alaska, November 3rd, 2017.
254. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", CINBIOSE 30th Anniversary, University of Quebec at Montreal, Montreal, November 9th, -10th, 2017.



Appellate Case: 26-3374 Page: 185 Date Filed: 11/19/2026 Entry ID: 5708039

255. “The Legacy of Lead Poisoning: Moving towards Prevention”. East Chicago Community Meeting, Illinois, November 26th, 2017.
256. “Cause or Cure”, NIEHS Environmental Health Seminar, University of Southern California, Los Angeles, California, December 1st, 2017.
257. “Little Things Matter: The Impact of Lead on Brain Development” (Keynote Presentation), Workshop on Lead-Free Schools, Pew Trust, Washington, DC, December 6th-7th, 2017.
258. “Low-level Toxicity of Chemicals: No Acceptable Threshold?” Risk Modeling, Mitigation and Modeling in Health Sciences, Centre de Recherches Mathematiques, Montreal, QC, December 11th, 2017.
259. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Department of Psychology and Neuroscience, York University, Toronto, ON, December 13th, 2017.
260. “The impact of Pollutants on Human Health: No Safe Levels?”, Center for Energy and Environmental Contaminants, Macquarie University, Sydney, Australia, February 13th, 2018.
261. “Cause or Cure: Does the Relentless Pursuit of a Cure Endanger our Children’s Health?”, Department of Pediatrics, University of Wisconsin at Madison School of Medicine, Madison, Wisconsin, March 1st, 2018.
262. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Wisconsin Environmental Health Network, Madison, Wisconsin, March 2nd, 2018.
263. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Biennial Atlantic Symposium on Learning Disabilities Association, Fredericton, NB.
264. “Crime of the Century: The Failure to Prevent the Lead Pandemic” (Keynote). 11th UK and Ireland Environmental and Occupational Epidemiology, John Snow Lecture Hall, London School of Hygiene and Tropical Medicine, April 23rd, 2018.
265. “The Impact of Pollutants on Human Health: No Safe Levels?” From Toxicology to Planetary Health, London School of Hygiene and Tropical Medicine, April 27th, 2018.
266. Topic Symposium: “Toxic Chemicals and the Rise of Chronic Disease in Childhood: A Preventable Epidemic?” (chair and speaker), Pediatric Academic Societies, May 7th, 2018.
267. “Prevention Paradox; Why a Little Lead is Too Much”, Ontario Water Advisory, Toronto, CA, May 7th, 2018.
268. “How the Secrets of Body Care and Cleaning Products Impact your Health”, Panel with Bruce Lanphear, Muhannad Malas and Janie McConnell, Centre for Free Expression, Ryerson University, Toronto, ON, May 7th, 2018.
269. “Prevention Paradox; Why a Little Lead is Too Much” (Keynote), Pittsburgh, PA, Get the Lead Out Conference, May 9th, 2018.
270. “Low-level Lead Exposure and Mortality”, Global Health Forum, Miami, Fl, May 23rd, 2018.


Appellate Case: 26-3374 Page: 186 Date Filed: 11/19/2026 Entry ID: 5708039

271. “Unleashing the Power of Prevention: Targeting Toxic Chemicals and Pollutants”, Canadian Public Health Association, Montreal, QC, May 28th, 2018.
272. “The Impact of Pollutants on Human Health: No Safe Levels?” Chemicals Management Plan Stakeholder Advisory Council, Health Canada, May 30th, 2018.
273. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Pediatric Grand Rounds, University of California – Davis, Sacramento, CA, June 8th, 2018.
274. “Why a Little Lead is Too Much”, Health Canada, Ottawa, ON, August 29th, 2018.
275. “Unleashing the Power of Prevention: Mobilizing Science to Prevent Disease”, ISEE-ISES Workshop, Ottawa, ON, August 30th, 2018.
276. “The Lingering Legacy of Lead: Why a Little Lead is Too Much”, LA Lead Summit: A Strategy for Prevention, University of Southern California, September 14th, Los Angeles, CA.
277. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Children’s Hospital of Orange County, Orange County, CA, September 19th, 2018.
278. “The Lingering Legacy of Lead: Why a Little Lead is Too Much”, Hurley Medical Center, Flint, Michigan, October 3rd, 2018.
279. “Lead and The Mysterious Decline in Coronary Heart Disease”, National Institute of Occupational Safety and Health, Cincinnati, OH, October 11, 2018.
280. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Grand Rounds, Oregon State Health University, Portland, OR, October 23, 2018.
281. “The Impact of Pollutants on Human Health: No Safe Levels?” Oregon Environmental Council, Portland, OR, October 23, 2018.
282. “Little Things Matter: The Impact of Toxic Chemicals and Organic Food on Children’s Health”, HIPP Scientific Symposium on Organic Food, Kranzberg, Germany, October 30, 2018.
283. “The Mysterious Decline in Coronary Heart Disease”, Harvard University Lead Summit, Cambridge, MA, November 15th, 2018.
284. “The Impact of Pollutants on Human Health: No Safe Levels?” Department of Epidemiology, UMass, Amherst, MA, November 16th, 2018.
285. “Little Things Matter: The Impact of Toxic Chemicals on Human Health”, School of Public Health, Oregon State University, Corvallis, Oregon, April 12th, 2019.
286. Why A Little Lead is Too Much: An Intimate History”, “The Impact of Pollutants on Human Health: No Safe Levels?”, Graduate Course in Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.
287. “The Impact of Pollutants on Human Health: No Safe Levels?”, Department of Environmental Health, School of Public Health, University of California, Berkeley, April 17th, 2019.
288. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Northwest Toxic Communities Coalition, University of Washington, Seattle, WA, April 27th, 2019.



Appellate Case: 26-3374 Page: 187 Date Filed: 11/19/2026 Entry ID: 5708039

289. "Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain", Betty DeVos Children's Hospital Grand Rounds, Grand Rapids, Michigan, June 3rd, 2109.
290. "Toxic Chemicals and the Mysterious Decline in Coronary Heart Disease", Symposium on Legacy of Lead (co-Moderator with Aaron Rueben) International Society for Environmental Epidemiology, Utrecht, The Netherlands, August 26th, 2019.
291. "The Lingering Legacy of Lead: Why a Little Lead is Too Much", Wisconsin Lead Poisoning Prevention Conference, Wausau, Wisconsin, September 12th, 2019.
292. "Lingering Legacy of Lead Poisoning: An Intimate History", Zielber School of Public Health, Milwaukee, Wisconsin, November 19th, 2019.
293. "The Impact of Toxic Chemicals: No Safe Levels?" University of Colorado School of Public Health, Denver, Colorado], January 18th, 2020
294. "The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much", Colorado Department of Public Health and Environment, Denver, Colorado, January 19th, 2020.
295. "Little Things Matter: The Impact of Toxic Chemicals", Keynote Presentation and discussion of Toxic Beauty. K-DOCS Vancouver International Film Festival, February 21st, 2020, Vancouver, British Columbia.
296. "The Impact of Toxic Chemicals on the Developing Brain". Nationwide Children's Hospital Pediatric Residents, August 28th, 2020.
297. "Why a Little Lead is Too Much: The Ongoing Search for a Threshold", Catalyst Seminar Series, Nicholas Institute for Environment, Duke University Webinar, November 19th, 2020.
298. "Disruptive Epidemiology: Unleashing the Power of Prevention", 20th Whittenberger Lecture, Department of Environmental Health, Chan School of Public Health, Harvard University, Boston, MA, December 9th, 2020.
299. Little Things Matter: The Impact of Organic Food on Child Health. INCHES 2021
300. "The Lingering Legacy of Lead Poisoning: Why a Little Lead is Too Much". First Annual Needleman Lecture, Dept of Environmental and Occupational Medicine, University of California, San Francisco, January 14, 2021.
301. Panelist, The Interplay between Environmental Exposures and Mental Health Outcomes. National Academies Sciences, Engineering and Medicine, February 2nd-3rd, 2021.
302. "The Impact of Toxic Chemicals on Human Health: No Safe Levels?" Center for Health, Environment and Justice Webinar Series, April 20, 2021.
303. "Toxic Hearts: The Mysterious Decline in Coronary Heart Disease (virtual), Montefiore Annual Conference on Lead Poisoning Prevention, November 5th, 2021.
304. Toxic Hearts: The Mysterious Decline in Coronary Heart Disease", UMASS Amherst, November 18th, 2021.
305. "The Impact of Toxic Chemicals on the Developing Brain", Advance for Change Webinar, April 14th, 2022.



Appellate Case: 26-3374 Page: 188 Date Filed: 11/19/2026 Entry ID: 5708039

306. “Biomarkers and Mental Health” (virtual), Workshop on Mental and Societal Health Indicators, Munster, Germany, April 5th, 2022.
307. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much” (virtual), Sacramento County Lead Poisoning Prevention Program, May 17, 2022.
308. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much”, Reid-Hillview Community Forum, Santa Clara County, California, August, 17th, 2022.
309. “The Impact of Toxic Chemicals on the Developing Brain”, Integrative Pediatrics, Palos Verdes, California, September 8th-10th, 2022.
310. “25th Anniversary of the Cincinnati Children’s Primary Care Research Fellowship”, Cincinnati Children’s Hospital Medical Center, Cincinnati, Ohio, October 14th, 2022.
311. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much”, Congressional Staff Briefing (virtual), U.S. Congress, October 27, 2022.
312. “THRESHOLD: Do Environmental Regulations Protect Human Health?”, Grand Rounds, Department of Environmental Health and Engineering, Johns Hopkins University, Baltimore, Maryland, November 11th, 2022.
313. The Impact of Toxic Chemicals: No Safe Levels”, Canadian Society of Clinical Chemists (virtual), November 19th, 2022.
314. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much”, US EPA Region X Webinar, January 10th, 2023.
315. “The Lingering Legacy of Lead Toxicity: Leaded Aviation Fuel” (virtual conference), Boston University, Boston, Massachusetts, December 15th, 2022.
316. “Global Burden of Cardiovascular Disease”, Center for Global Development, London, England, January 23rd, 2023.
317. “Why We Live Longer”, Benjamin Meaker Lecture, University of Bristol, Bristol, England, February 16th, 2023.
318. “The Mysterious Decline in Coronary Heart Disease”, Benjamin Meaker Lecture, University of Bristol, Bristol, England, February 23rd, 2023.
319. “Little Things Matter: The Impact of Toxic Chemicals on the Developing Brain”, Benjamin Meaker Lecture, University of Bristol, Bristol, England, February 28th, 2023.
320. “The Impact of Toxic Chemicals: No Safe Levels?”, Dept of Chemistry, University of Bristol, Bristol, England, March 22nd, 2023.
321. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much”, March 25th, King’s College, London, England
322. “The Mysterious Decline in Coronary Heart Disease”, Litchfield Lecture, Oxford University, Oxford, England, May 4th, 2023.
323. “Toxic Chemicals and your Health: Are Regulations Protecting Canadians?”, Centre for Free Expression, Toronto Metropolitan University, Oct 11th, 2023.
324. “The Lingering Legacy of Lead Toxicity: Why a Little Lead is Too Much” (Keynote Presentation) Bloomberg Philanthropies, October 25th-26th, 2023, New York City, New York.

325. Testimony, Impact of Fluoride on the Developing Brain (virtual), Dallas City, Council, November 7th, 2023.
326. "NonToxic Living with Kim Konte, Wake up and Read the Label, January 2nd, 2024.
327. "Air Pollution and Children's Health", Panelist with Chris Carlsten, Canadian Partnership for Children's Health and the Environmental Webinar, April 15, 2024
328. "Toxic Hearts: How the Auto Industry Fueled the Heart Disease Epidemic", Surrey Health Authority July 4, 2024
329. "Toxic Hearts: How the Auto Industry Fueled the Heart Disease Epidemic", International Conference on Neural Tube Defects, University of British Columbia, Vancouver, August 11th, 2024
330. "Making the Invisible Visible: The Hazards of Plastic Chemicals", Little Things Matter INC-4 Plastic Campaign, International Plastic Treaty, Ottawa (April 23-28th)
331. "The Lingering Legacy of Lead Poisoning", Learning Collaborative on Childhood Lead Poisoning, College of Public Health, University of Iowa, August 21, 2024
332. "Toxic Hearts: How the Auto Industry Fueled the Heart Disease Epidemic", Department of Preventive Medicine, Mount Sinai School of Medicine, New York, New York. September 19, 2024.
333. "Toxic Hearts: How the Auto Industry Fueled the Heart Disease Epidemic", National Institute for Environmental Health Sciences, Raleigh, North Carolina, Nov 18, 2024
334. "The End of Fluoridation?" Population Health Institute, University of Wisconsin, Madison, February 19, 2025
335. "The End of Fluoridation?" International Academy of Oral Medical Toxicology, Salt Lake City, UT, March 6, 2025
336. "The End of Fluoridation?" American College Medical Toxicology, Vancouver, April 6, 2025
337. "The Lingering Legacy of Lead Poisoning", International Pediatric Society, Mexico City, May 9-11th, 2025
338. Conversational Partner of Murderland with Pulitzer Prize-winning author Caroline Fraser, Seattle Town Hall June 12th, 2025
339. Panelist, "Plastic People: The Hidden Crisis of Microplastics", Simon Fraser's DOXA Documentary Film Festival, Friday, March 10, 2024
340. "The Lingering Legacy of Lead Toxicity: The Hazards of Leaded Aviation Fuel", Town Hall, Boulder CO, August 27, 2025
341. "Examining the Pros and Cons of Water Fluoridation". (Podcast) People's Pharmacy Podcast: May 16th, 2025
342. "Lead, Lies, and Lasting Harm: The Chemical Roots of Chronic Disease", (Podcast) People's Pharmacy, June 9th, 2025
343. "Collateral Damage: The Hidden Toll of Toxic Chemicals". ECHO Meeting, Marine Biological Laboratories, Falmouth, Cape Cod, MA, May 30, 2025



Appellate Case: 26-3374 Page: 190 Date Filed: 11/19/2026 Entry ID: 5708039

344. “The Dose Makes the Poison is Outdated”, Podcast with Ken Cook of Environmental Working Group, July 29, 2025
345. “Chronic Lead Exposure, A Risk Factor for Heart Disease”, Ground Truths podcast with Eric Topol. August 17, 2025.
346. “The End of Fluoridation?” Enamel X1 Conference, Paris, France, October 13-17, 2025.
347. “Lead Poisoning”, Science History Podcast with Frank von Hippel, September 11, 2025
348. “The Enduring Legacy of Lead Poisoning: Why a Little Lead is Too Much”, Ramazzini Collegium, Carpi, Italy, October 25, 2025
349. “The End of Fluoridation? A New Look at An Old Experiment”, Ramazzini Collegium, Carpi, Italy, October 26, 2025
350. “The Lingering Legacy of Lead Poisoning”, Finger Lakes Regional Children’s Environmental Health Seminar, University of Rochester School of Medicine and Dentistry, Rochester, NY
351. “Exposing the Hidden Toll of Toxic Chemicals: The Case of Lead Poisoning”, Dornsife School of Public Health, Drexel University, Philadelphia, PA, Nov 5, 2025
352. “Exposing the Hidden Toll of Toxic Chemicals” with Joan Casey, and Yoshi Van Horne. International Society for Environmental Epidemiology, January 28, 2026.
353. “The Impact of Toxic Chemicals on the Developing Brain”, Early Childhood Education Program, Langara College, Vancouver, British Columbia, February 25, 2026.
354. “The End of Fluoridation? A New Look at an Old Public Health Experiment”, Wisconsin Environmental Health Network, University of Madison, Wisconsin, March 4, 2026.
355. “Collateral Damage: The Cost of Living in a Toxic World”, Wisconsin Environmental Health Network, University of Madison, Wisconsin, March 5, 2026.
356. “The Illusion of Safety: Small Risks, Big Consequences”, Seattle Glyphosate Symposium, University of Washington School of Public Health, Seattle, Washington, March 25, 2026.
357. “The End of Fluoridation? A New Look at an Old Public Health Experiment”, King County Public Health Department, Seattle, WA, March 27, 2026.
358. “The Impact of Toxic Chemicals and Organic Food on Health”, HiPP Medical Conference, Kuala Lumpur, Malaysia, April 18, 2026.
359. “Exposing the Hidden Toll of Toxic Chemicals: The Case of Lead Poisoning”, Dornsife School of Public Health, Drexel University, UiTM, Penang, Malaysia, April 18, 2026
360. “Collateral Damage: The Cost of Living in a Toxic World”, Department of Environmental Health, Columbia University, New York, New York, April 27, 2026.
361. “The Invisible Burden of Lead Poisoning”, Lead and Health Workshop, Queen Mary University, London, England. June 11, 2026.
362. “The End of Fluoridation? A New Look at an Old Public Health Experiment”, Massachusetts Health Commission, July 28, 2026.
363. “Collateral Damage: The Cost of Living in a Toxic World”, National Institute of Environmental Health Children’s Environmental Health Translation Center Annual Meeting, September 9, Corvallis, Oregon.

364. "Collateral Damage: The Cost of Living in a Toxic World", A4M The Future of Pediatric Medicine Summit, Nashville, Tennessee, September 17, 2026.

365. "The Long Shadow of Lead: Exposing the Hidden Toll of Lead Poisoning" (Keynote), Childhood Lead Poisoning Prevention Program Annual Meeting, Centers for Disease Control and Prevention, Atlanta, Georgia, September 22, 2026.

366. "The Long Shadow of Lead: Exposing the Hidden Toll of Lead Poisoning", Plenary Speaker, The International Society for Exposure Science, Vancouver, British Columbia, October 8, 2026.

367. "The Lingering Legacy of Lead Poisoning: Why a Little Lead is Too Much" (virtual), Hawaii Children's Action Network, Honolulu, Hawaii.

**Grants**

Active or Recently Completed Grant Awards

RO1ES038937 (Chen and Schisterman)
NIH/NIEHS 9/10/2026-6/30/2031
$ 728,131
Environmental Chemical Mixtures and Adverse Pregnancy and Birth Outcomes from Combined North American Cohorts

The study will combine data from three large North American cohorts to examine how low-level exposures to individual chemicals and chemical mixtures, including concentrations below detection limits, affect pregnancy and birth outcomes.

RO1ES03036 NIEHS (Till and Lanphear) 9/15/2019-5/31/2026
NIEHS/NIH $ 380,000
Fluoride in Tooth Dentin and Neurodevelopmental outcomes in a Canadian cohort.

The purpose of this study is to examine the effects of prenatal and early childhood exposure to fluoride on neurodevelopmental and thyroid outcomes in the MIREC Study using dentin fluoride concentrations.

R01ES031621 (Yolton) 04/01/2021 - 06/30/2026
NIEHS/NIH $ 859,668

Longitudinal impact of air pollution on mental health and neuroimaging outcomes during adolescence in the Cincinnati Combined Childhood Cohorts (C4)

The purpose of this study to examine the association of $PM_{2.5}$ and traffic-related air pollution

contributes to the development of depression and anxiety in adolescence.

R01ES031247 (Sowell) 07/01/2020 - 06/30/2025
NIEHS/NIH $ 250,000

Prenatal and Early Postnatal Lead Exposure on Childhood and Adolescent Brain, Cognitive and Behavioral Development

The purpose of this study is to examine the impact of prenatal and postnatal lead exposure using tooth lead concentrations on cognition, behaviors, and brain development in the ABCD cohort.

R01ES033054 Chen (PI) 07/01/2021 – 04/30/2026
NIEHS/NIH $389,000
Role: Consultant
Impact of Pre- and Postnatal Chemical Mixture Exposures on Child Neurobehavior and Neuroimaging

The purpose of this study is to examine the impact of chemical mixtures on neurobehavioral problems and brain development in children.

R01 ES032552 (Oulhote) 01/01/2022 – 10/31/2026
NIEHS/ONES $391,381
Role: Consultant

The interplay of early life exposure to environmental pollutants and folate system in the etiology of autistic behaviors

R01 ES034187A (Braun) 07/08/2022–06/30/2024
NIEHS/NIH $175,000
Role: Consultant
Title: Residential Dust Control Intervention to Reduce Childhood Exposure to Chemical Mixtures

Past Grant Awards

1. Principal Investigator, "Dust-Lead and Blood Lead Levels among Urban Children". The National Center for Lead-Safe Housing, $561,619, 06/15/93 to 08/31/94. Department of Housing and Urban Development Contract MDLPT0001-93.
2. Principal Investigator, "Determinants of Lead Exposure among Children in Monroe County, NY", NIEHS Pilot Grant, University of Rochester School of Medicine and Dentistry, Department of Environmental Medicine. $7,600, 06/15/93 to 12/31/95.
3. Principal Investigator, "Effectiveness of Dust Control in Reducing Children's Blood Lead Levels" U.S. Dept of Housing & Urban Development, $128,394, 04/01/94 to 05/30/95.
4. Principal Investigator, "Primary Prevention of Exposure to Lead". Centers for Disease Control and Prevention, $832,228, 09/30/94 to 10/01/98.
5. Principal Investigator, "Lead-Contaminated House Dust and Children's Blood Lead Levels". National Center for Lead-Safe Housing, $43,260, 10/01/96 to 03/30/96.
6. Co-investigator (Christy, PI), "Tuberculosis Screening in Children". New York Department of Health, $15,000, 01/01/95 to 12/31/96.
7. Co-investigator (Weitzman, PI), "Fellowship Training in General Pediatrics" (Grant # D28PE50008). Bureau of Health Professions, HRSA, U.S. Public Health Service, $1,752,816, 06/01/96 to 05/30/97.
8. Principal Investigator, "Neurobehavioral Effects of Low-Level Childhood Lead Exposure". University of Rochester School of Medicine & Dentistry, $8,560, 06/01/96 to 05/30/97.
9. Principal Investigator, "Neurobehavioral Effects of low-level Lead Exposure in Children". NIEHS Pilot Grant, University of Rochester Department of Environmental Medicine, $20,035, 09/01/97 to 08/30/97.
10. Co-investigator (Howard, PI), "Effect on Breastfeeding of Pacifiers and Bottle Feeding". Bureau of Maternal and Child Health, $420,333, 10/01/96 to 09/30/00.
11. Co-investigator (Canfield, PI) "Lead and Children's Cognitive Functioning", Research Grants Program, Cornell University. $17,000, 10/01/96 to 09/31/97.

12. Principal Investigator, "Neurobehavioral Effects of Low-Level Lead Exposure in Children" (RO1-ES 08338). National Institute of Environmental Health Sciences, 12/01/96 to 11/31/01, $1,946,848.

13. Co-investigator, (Aligne, PI). "Reduction in Passive Smoking among Children with Asthma: A Randomized Trial of HEPA Air Filtration." 10/01/96 to 09/31/97, $6,000. KIDD Grant, Rochester General Hospital

14. Co-investigator, (DeWitt, PI). "Faculty Development in General Pediatrics". Bureau of Health Professions, Health, Department of Health and Human Services 07/01/97 to 06/30/00, $338,000.

15. Principal Investigator, "A Side-by-Side Comparison of Allergen Sampling Methods", U.S. Department of Housing and Urban Development, 01/02/98 to 12/31/98, $163,065.

16. Principal Investigator, "National Research Service Award - Fellowship Training in General Pediatrics and Adolescent Medicine" (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/03. $634,408.

17. Co-investigator, (Steiner, PI) "Survey of Directors and Graduates of NRSA Fellowship Training Programs", Health Resources and Services Administration, Department of Health and Human Services. 06/01/98 to 06/30/99.

18. Principal Investigator, "Effect of Soil Remediation on Children's Blood Lead Levels in Midvale, Utah". U.S. Environmental Protection Agency, 08/01/98 to 07/30/99. $62,550.

19. Co-investigator, (Phelan, PI) Trends and Patterns in Playground Injuries among U.S. Children." Ambulatory Pediatric Association, 05/05/99 to 05/04/00. $9,000

20. Principal Investigator, "Risk Assessment for Residential Lead Hazards". U.S. Department of Housing and Urban Development, 09/01/99 to 08/30/00. $102,435.

21. Principal Investigator, "Residential Exposures associated with Asthma in U.S. Children and Adolescents" U.S. Department of Housing and Urban Development, 07/16/99 to 03/15/00. $30,400.



Appellate Case: 26-3374 Page: 195 Date Filed: 11/19/2026 Entry ID: 5708039

22. Principal Investigator, “Effectiveness of Lead Hazard Control Interventions – A Systematic Review" National Center for Lead-Safe Housing, 10/01/99 to 06/01/00. $22,500

23. Principal Investigator, “Racial Disparity in Blood Lead Levels due to Genetic Variation in Calcium Absorption”. NIEHS Pilot Grant, Center for Environmental Genetics, University of Cincinnati, 04/01/00 to 03/31/01. $28,130

24. Principal Investigator, “International Pooled Analysis of Prospective, Lead-Exposed Cohorts”. National Institute of Environmental Health Sciences, National Institutes of Health, 08/15/00 to 09/14/01, $16,000.

25. Principal Investigator, “A Randomized Trial to Reduce ETS in Children with Asthma” (RO1-HL/ES65731). National Heart, Lung and Blood Institute, National Institutes of Health, 09/29/00 to 09/28/04, $1,546,848.

26. Co-investigator, (Geraghty, PI) “Breastfeeding Practices of Mothers of Multiples”. Ambulatory Pediatric Association, 05/01/01 to 04/30/02. $5,000

27. Principal Investigator (Subcontract), “A Longitudinal Study of Lead Exposure and Dental Caries”. National Institute of Dental and Craniofacial Research, National Institutes of Health, 08/01/01 to 07/30/04. $300,000

28. Co-investigator (Phelan, PI), “Fatal and Non-Fatal Residential Injuries in U.S. Children and Adolescents” U.S. Department of Housing and Urban Development, 03/01/01 to 11/31/01. $40,700.

29. Principal Investigator, “Prevalent Neurotoxicants in Children” (PO1-ES11261). National Institute for Environmental Health Sciences and U.S. Environmental Protection Agency, 09/01/01 to 09/31/06, $5,000,000.

30. Principal Investigator, “International Pooled Analysis of Lead-Exposed Cohorts”. Centers for Disease Control (RO1/CCR 521049). Centers for Disease Control, 09/15/01 to 09/14/02, $28,473.



Appellate Case: 26-3374 Page: 196 Date Filed: 11/19/2026 Entry ID: 5708039

31. Principal Investigator, supplement to "Prevalent Neurotoxicants in Children" (PO1-ES11261). NIEHS, 09/01/02 to 09/31/07, $1,800,000.

32. Co-Investigator, "ADHD Phenotype Network: Animal Model to Clinical Trial". National Institute of Neurologic Diseases, 09/15/02 to 06/30/05

33. Principal Investigator, "Linkage of ADHD and Lead Exposure", Springfield, Ohio Department of Health, 02/01/03 to 06/01/04, $25,000.

34. Co-investigator (Yolton, PI) "Explorations of ETS Exposure on Child Behavior and Sleep" NIEHS, 04/01/04 to 03/30/06, $300,000.

35. Co-investigator (Haynes, PI) "MRI as a Biomarker of Manganese Exposure". NIEHS, 09/01/04 to 08/30/06, $300,000.

36. Co-investigator (National Center for Healthy Housing, PI) "Development of a Standardized Housing Assessment for Asthma", U.S. Department of Housing and Urban Development, 11/01/05 to10/31/07, $50,000.

37. Co-Investigator (Hershey, PI) "Epithelial Genes in Allergic Inflammation" National Institutes of Allergy and Infectious Diseases", 07/01/06 to 06/30/07, $4,787.541.

38. Co-Investigator and Mentor (Wilson, PI), "Racial Difference in DNA Adducts in Tobacco-Exposed Children". Dean's Scholar Award, University of Cincinnati, 02/22/06 to 01/21/09, $150,000.

39. Principal Investigator, "National Research Service Award - Fellowship Training in Primary Care Research," (1T32PE10027), Health Resources and Services Administration, DHHS. 07/01/98 to 06/30/08. $1,600,000.

40. Co-Investigator and Mentor (Kahn, PI). "Childhood Asthma in an Era of Genomics: Will the Generalist's Role be Recast?" Robert Wood Johnson Generalist Physician Faculty Scholars Program" 06/01/04 to 05/30/08, $300,000.

41. Co-Investigator and Mentor (Spanier, PI), "Exhaled Nitric Oxide to Manage Childhood Asthma". National Heart, Lung and Blood Institute, 07/01/06 to 06/31/08, $200,000



Appellate Case: 26-3374 Page: 197 Date Filed: 11/19/2026 Entry ID: 5708039

42. Co-investigator (Sub-Contract PI), BYPL Vanguard Center (Specker, Principal Investigator), "National Children's Study", National Institute for Child Health and Development, 11/01/05 to 10/31/10, $500,000.

43. Associate Director and Co-Investigator, (Ho, PI). "Center for Environmental Genetics," NIEHS, 04/01/08 to 3/31/13, $1,000,000 (10% effort).

44. Co-Investigator (Yolton, PI). "Tobacco Smoke and Early Human Behavior". Clinical Innovator Award, Flight Attendant Medical Research Institute", 07/01/07 to 06/30/10, $300,000.

45. Co-Investigator (Spanier, PI). "Low Level Prenatal Tobacco Exposure and Infant Wheeze." Young Clinical Scientist Award, Flight Attendant Medical Research Institute, 07/01/07 to 06/30/12, $300,000.

46. Co-Investigator and Mentor (Spanier, PI). K23, "Prenatal Low Level Tobacco & Phthalate Exposure and Childhood Respiratory Health". National Institute for Environmental Health Sciences, 12/1/07 to 11/30/12, $623,679.

47. Co-investigator (Yolton, PI). "Neurobehavioral effects of insecticide exposure in pregnancy and early childhood." NIEHS, 09/01/09 to 08/31/12.

48. Principal Investigator (Bruce Lanphear, PI), "A Community-Based Trial to Prevent Lead Poisoning and Injuries," National Institute for Environmental Health Sciences, 04/01/07 to 03/30/13, $2,000,000.

49. Co-Investigator (Kim N. Dietrich, PI). "Early Lead Exposure, ADHD & Persistent Criminality: Role of Genes & Environment," National Institute for Environmental Health Sciences, 04/01/07 to 3/31/2013, $1,250,000.

50. Co-Investigator and Sub-Contract PI (Brenda Eskenazi, PI). This supplemental award was to conduct a pooled analysis of prenatal organophophate pesticide exposures with birth outcomes and neurodevelopment in children using 4 US birth cohorts. NIEHS, 09/01/2009 to 08/31/2013, $96,000.



Appellate Case: 26-3374 Page: 198 Date Filed: 11/19/2026 Entry ID: 5708039

51. Mentor and Supervisor (Glenys Webster, PI). Michael Smith Foundation for Health Research Postdoctoral Training Award, 03/01/12 to 02/28/15, $134,500.
52. Co-Principal Investigator (Tye Arbuckle, PI). Maternal-Infant Research on Environmental Chemicals: Effects on Child Development (MIREC-CD). 06/26/11 to /5/25/14, Health Canada Chemical Management Program, $283,000.
53. Co-Investigator (Patti Dods and Amanda Wheeler, co-PIs). Phthalate Exposure and the development of asthma in the CHILD Study. 06/01/11 to 05/30/14, Health Canada Chemical Management Program, $204,000.
54. Consultant (Stephanie Engel, PI). A pooled investigation of prenatal phthalate exposure and childhood obesity. 11/01/2012 – 10/31/15, NIEHS. $275,000.
55. Co-Investigator (Ryan Allen, PI). A randomized air filter intervention study of air pollution and fetal growth in a highly polluted community. 06/08/2012 – 05/30/15, CIHR $348,000.
56. Co-Investigator (William Fraser and Tye Arbuckle, co-PIs). MIREC-CD Biomonitoring Study in Vancouver. 09/01/2013 – 08/30/2014. Health Canada, $120,138.
57. Principal Investigator. Knowledge translation tools for capacity building for an online Canadian Environmental Health Atlas. 03/01/12 – 02/28/13, Canadian Institutes of Health Research, $98,974.
58. Principal Investigator (with Lawrence McCandless). Prenatal exposure to environmental contaminants and fetal growth: How to account for multiplicity when testing multiple statistical hypotheses. 07/01/2015-06/30/2016. Canadian Institutes of Health Research (CIHR), $12,000.
59. Principal Investigator, Canadian Environmental Health Atlas Knowledge Translation to produce videos and interactive tools. 06/01/2015-07/30/2016. Canadian Internet Registration Authority, $50,000.



Appellate Case: 26-3374 Page: 199 Date Filed: 11/19/2026 Entry ID: 5708039

60. Co-Investigator (Kieran Phelan, PI). "Injury Prevention in a Home Visitation Population". NICHD, 09/28/10 to 07/31/16, $2,000,000.

61. Co-applicant (Timothy F. Oberlander, PI). Developmental origins of autism: A population level linked data study of prenatal antidepressant medication exposure. 09/01/2013 – 09/31/2016, Canadian Institutes of Health Research (CIHR), $285,768.

62. Principal Investigator (Multiple PI Award with Aimin Chen and Kimberly Yolton). "Longitudinal study of exposures to PBDEs and PFCs and child behavior". NIEHS, 04/30/11 – 05/01/17, $2,150,000.

63. Principal Applicants (McCandless and Lanphear). Biostatistical methods for estimating the cumulative impact of environmental contaminant exposures on preterm birth. Canadian Institute for Human Development, Child and Youth Health. 12/06/16-12/05/18, $200,000.

64. Co-investigator (Ryan Allen, PI). Randomized Interventions to Evaluate the Effects of Air Pollution Exposure on Children's Health and Development. 03/01/2015 – 03/31/2019, Canadian Institutes of Health Research (CIHR), $720,535.

65. Co-investigator (Joseph Braun, PI). Endocrine Disrupting Chemicals, Thyroid Hormones and Child Neurobehavior. 06/01/2015-03/31/2019. National Institutes of Health, $471,241 (5% effort). The purpose of this study is test if early life exposures to phthalates, triclosan, or bisphenol A adversely impacts children's cognition and behavior.

66. Principal Investigator (Multiple PI Award with Christine Till). "Impact of early life fluoride exposure on cognitive and behavioral outcomes in children". NIEHS, 09/30/16 – 05/01/19, $296,683.

67. Co-Applicant (Linda Booij, Maryse Bouchard PI). In utero exposure to Bisphenol-A and the developing brain in humans: A longitudinal study of epigenetic mechanisms. 03/01-2016 – 03/31/2019. Canadian Institutes of Health Research.

68. Consultant (Joseph Braun, PI). Early Life Perfluoroalkyl Substance Exposure and Obesity: Mechanisms and Phenotyping. 02/01/2016-01/31/2021. National Institutes of Health.
69. Consultant (Yolton, Cecil, Ryan). Internalizing Behaviors and Neuroimaging Outcomes: Impact of PBDE and PFC Exposures. NIEHS, 9/30/2016 - 8/31/2021
70. Consultant (Chen) Developmental neurotoxicity of organophosphate and novel brominated flame retardants in children. NIEHS, 9/30/2017 - 6/30/2022.
71. Mentor (Curl) Measurement of Agricultural and Dietary Glyphosate Exposure among Pregnant Women. NIEHS, 9/1/2018- 8/30/2022.
72. Co-Applicant (Allen, PI). An Interventional Trial of Air Pollution and Cardiometabolic and Respiratory Health in Children. CIHR, 7/1/2019 – 6/30/2024.
73. Consultant (Buckley, PI) Early life phthalate and perfluoralkyl substance exposures and childhood bone health. NIEHS, 12/1/2018 - 11/30/2023.

**Expert Witness in Legal Cases (2013-2024). Dr. Lanphear receives no personal payments for his service as an expert witness.**

1. People of the state of California vs. Atlantic Richfield Co., et al. Case No. 1-00-CV-788657.
2. Glenn Burton, Jr., vs. American Cyanamid Co., et al., Case No. 07-CV-0303. Ravon Owens vs. American Cyanamid Co, et al., Case No. 10-CV-0441 and Cesar Sifuentes vs. American Cyanamid Co., et al., Case No. 10-CV-0075.
3. Newark Education Workers Caucus et al. vs. City of Newark, et al. Civ. No. 18-CV-11025.
4. Concerned Pastors for Social Action, et al. vs. Nick A. Khouri, et al. Case No. 16-10277.
5. Pennsylvania Public Utility Commission et al., vs. Pittsburgh Water and Sewer Authority – Water Pennsylvania Public Utility Commission, et al., Docket R-2018-3002645, et al and Docket No. R-2018-3002647, et al.

6. Food & Water Watch, et al. vs. U.S. Environmental Protection Agency, United States District Court for the Northern District of California at San Francisco.
7. Elnora Carthan, et al, vs. Governor Rick Snyder, et al. Civil Action No. 5:16-cv-10444-JEL-MKM
8. Kabwe and others vs Anglo American South Africa Limited. Case No: 2020/32777. High Court of South Africa, Gauteng Local Division, Johannesburg, South Africa.

**Ethics Training for Research**

CITI (Collaborative Institutional Training Initiative) (Reference# 7159023). Academic and Regional Health Centers Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 7160515), Canada GCP Curriculum Course, completed on December 16th, 2011.

CITI (Collaborative Institutional Training Initiative) (Reference# 8316270), Human Subjects Core Curriculum, completed on August 17th, 2012.

CITI (Collaborative Institutional Training Initiative) (Reference# 13561457), Academic and Regional Health Centers Core Curriculum, completed on September 1st, 2014.

CITI (Collaborative Institutional Training Initiative) (Reference# 16954900), Human Subjects Research Core Curriculum, completed on October 31st, 2015.

CITI Program Responsible Conduct of Research completed on November 4th, 2020 (Record ID# 29754848).

# Exhibit F

DECLARATION OF WALLACE TAYLOR

Wallace Taylor, being first duly sworn on oath, states as follows:

I am the Legal Chair of the Iowa Chapter of the Sierra Club. The Iowa Chapter was formed in 1972 and has approximately 7,000 members in Iowa. We have have over 30 members who live in the Burlington/Middletown area of Iowa where the U.S. Army plans to detonate lead azide explosives at the Army munitions plant in Middletown.

Our members are concerned about potential lead contamination of nearby lakes, ponds, streams, and groundwater. They are also concerned about:

- The effects of lead-containing dust settling on agricultural land, crops, and livestock grazing areas.
- Whether nearby residential areas and public playgrounds will be tested.
- Whether independent soil, water, and sediment testing will take place.
- Whether residents will have access to long-term environmental monitoring results.

The Iowa Chapter supports the Sierra Club joining in legal action to stop the proposed detonation of the explosives at the munitions plant in Middletown.

I certify under penalty of perjury and pursuant to the laws of the State of Iowa that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 19th day of November, 2026.

Wallace L Taylor

WALLACE TAYLOR