**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-3374

Iowa Environmental Council and Sierra Club

Petitioners

v.

United States Environmental Protection Agency, et al.

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(EPA-RCRA-IA7213820445)

---

**ORDER**

An administrative stay of the emergency permit issued by the Environmental Protection Agency is granted until the emergency motion for stay is ruled upon by this court.

November 19, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler