NOT SCHEUDULED FOR ORAL ARGUMENT

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| IOWA ENVIRONMENTAL COUNCIL, et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>*Respondents*. | Case No. 26-3374 |

**RESPONDENTS' NOTICE OF INTENT TO FILE OPPOSITION IN RESPONSE TO PETITIONERS' EMERGENCY MOTION TO STAY PENDING DISPOSITION OF PETITION FOR REVIEW**

Respondents United States Environmental Protection Agency ("EPA") et al. notify the Court of their intent to file a response on or before November 22, 2026, to Petitioners' emergency motion to stay an emergency permit that EPA issued to the Department of the Army ("Army") on November 13, 2026 ("Emergency Permit"). The Emergency Permit authorized the Army to conduct a controlled detonation of unstable and dangerous explosives – lead azide waste – upon EPA's finding that the waste and other attendant circumstances pose an imminent and substantial endangerment to human health and the environment under the Resource Conservation and Recovery Act (RCRA). *See* Emergency Hazardous Waste

Management Facility Permit for Storage and Treatment of Lead Azide, EPA RCRA ID No. IA7213820445 (Entry ID 5708024 at 6-31). On November 19, 2026, Petitioners filed a petition review and an emergency motion to stay the Emergency Permit. That same day, this Court administratively stayed the Emergency Permit until the Court rules on Petitioners' emergency motion.

The Army had initially scheduled to detonate this lead azide waste at the Iowa Army Ammunition Plant on November 20, 2026, in accordance with the terms of the Emergency Permit. The Army thereafter delayed the planned detonation to Monday, November 23, 2026. https://www.army.mil/article/296926. In a press release announcing the postponement, the Army stated that "[t]his will delay the detonation until the latest possible moment prior to a forecasted temperature drop, which would risk further destabilization of the material." Moreover, notwithstanding EPA's issuance of the Emergency Permit, in qualifying emergency situations, EPA's RCRA regulations authorize the Army (which is not a party to this petition for review) to implement waste treatment activity without an EPA permit where it determines that there is "an immediate threat to human health, public safety, property, or the environment . . . ." 40 C.F.R. § 270.1(c)(3)(i)(D).

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*Of Counsel:*
LAUREL CELESTE
Office of the General Counsel
U.S. Environmental Protection Agency
Washington, D.C.

JARED PESSETTO
Office of Regional Counsel
U.S. Environmental Protection Agency
Lenexa, Kansas

*/s/ David Mitchell*

DAVID D. MITCHELL
Environmental Defense Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9737
david.mitchell@usdoj.gov

*Counsel for EPA*

Dated: November 20, 2026

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I electronically filed Respondents' Notice of Intent to File an Opposition in Response to Petitioners' Emergency Motion to Stay Pending Disposition of Petition for Review via the Court's CM/ECF system, which will provide notice to all registered counsel.

*/s/ David Mitchell*
David D. Mitchell