**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-3374

Iowa Environmental Council and Sierra Club

Petitioners

v.

United States Environmental Protection Agency, et al.

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(EPA-RCRA-IA7213820445)

---

**ORDER**

Respondents' response to the emergency motion for stay pending disposition of the petition for review is due by noon, Central Standard Time, on November 22, 2026.

November 21, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

____________________________________
/s/ Susan E. Bindler