**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| IOWA ENVIRONMENTAL COUNCIL and SIERRA CLUB,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in his official capacity as Administrator, U.S. Environmental Protection Agency; and JIM MACY in his official capacity as Regional Administrator, Region 7, U.S. Environmental Protection Agency,<br><br>*Respondents*. | ) | Case No. 26-3374<br><br>MOTION TO SUPPLEMENT EMERGENCY MOTION FOR STAY PENDING DISPOSITION OF PETITION FOR REVIEW |

**MOTION TO SUPPLEMENT EMERGENCY MOTION FOR STAY PENDING DISPOSITION OF PETITION FOR REVIEW**

Petitioners Iowa Environmental Council and Sierra Club, by and through undersigned counsel, respectfully move this Court for leave to file additional declarations in support of their Emergency Motion for Stay Pending Disposition of Petition for Review. Specifically, Petitioners seek leave to file the following affidavit and declarations, attached as Exhibit A:

1. Affidavit of Mark J. Thomas, PhD
2. Declaration of Dr. Ranajit Sahu, PhD
3. Declaration of Geoff Fruin, City Manager of the City of Iowa City

The declarations include factual attestations that support arguments made in the Motion for Stay, including: the inadequacy of public notice and information; challenges by subject matter experts to the accuracy of scientific claims relied upon by the Army and the Environmental Protection Agency, including whether a delay to allow judicial review would materially increase the hazard posed by the stored lead azide; and the lack of data to show that the permit conditions are adequate to protect human health and the environment from releases of hazardous waste constituents.

The declarations were unavailable when Petitioners filed the Emergency Motion, partly because of its emergency nature and partly because some respond to events that occurred after that filing. Undersigned counsel submits them as soon as practicable and before Respondents' opposition to Petitioners' Stay Motion has been filed. The declarations are material to the underlying matter, and Respondents will not be prejudiced because they corroborate facts and arguments already before the Court.

For the foregoing reasons, Petitioners respectfully request that the Court accept for filing the declarations attached as Exhibit A, and that they be considered as supplemental support for Petitioners' emergency motion.

Dated: November 22, 2026

Respectfully submitted,

/s/ *Thomas Cmar*
Thomas Cmar
Earthjustice
6608 Wooster Pike
Cincinnati, OH 45227
(312) 257-9338
tcmar@earthjustice.org

Thien Chau
Khushi Desai
Rachel Rintelmann
1250 I Street NW, Fourth Floor
Washington, DC 20005
tchau@earthjustice.org
kdesai@earthjustice.org
rrintelmann@earthjustice.org
(202) 667-4500

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27 and 32(g)(1), the undersigned counsel for Petitioners certifies that this response complies with (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 268 words, and (2) the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6), because it has been prepared using Microsoft Office Word for Office 365 and is set in Times New Roman font in size equivalent to 14 points or larger.

*/s Thomas Cmar*
Thomas Cmar

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*

## CERTIFICATE OF SERVICE

I certify that on November 22, 2026, this Motion to Supplement Emergency Motion to Stay Pending Disposition of Petition for Review was served on all parties via this Court's CM/ECF system.

*/s Thomas Cmar*
Thomas Cmar

*Counsel for Petitioners Iowa Environmental Council and Sierra Club*