**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGTH CIRCUIT**

IOWA ENVIRONMENTAL COUNCIL, et al.,

*Petitioners,*

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents.*

Case No. 26-3374

**DECLARATION OF COL AARON C. TELLER IN SUPPORT OF RESPONDENTS' OPPOSITION MOTION**

I, COL Aaron C. Teller, declares as follows:

1. The facts set forth in this declaration are based on my personal knowledge and, if called to testify as a witness, I could and would competently testify thereto under oath.

2. I am the current Commander of the 71st Ordnance Group (EOD) at Fort Carson, Colorado Springs, CO, leading the Army's EOD forces.

3. I am qualified as an Explosives or Munitions Emergency Response Specialist as that term is defined in 40 C.F.R. 260.10.

4. The Iowa Army Ammunition Plant (IAAAP) mission is to load, assemble, and pack medium and large caliber munitions for the United States Military.

5. Lead azide is a primary explosive used in detonators to set off a larger charge in munitions.

6. Lead azide is extremely sensitive to temperature, shock, and friction.

7. The IAAAP has two Earth Covered Magazines (ECMs) that are currently storing 68 55-gallon plastic drums of wetted lead azide explosive material, with a total weight of 9,773.5 pounds.

8. I have determined that the lead azide, a sensitive primary explosive, in the ECMs pose an immediate threat to human health, public safety, property, or the environment. I am trained in chemical or conventional munitions or explosives handling, transportation, render-safe procedures, and destruction techniques.

9. Lead azide is stored in a mixture of water and ethanol to sustain stability, but over time, the lead azide degraded, causing the formation of needle-shaped crystals that highly increased its sensitivity. Seasonal temperature changes contribute to the increased recrystallization process.

10. On April 28, 2026, US Army EOD conducted an inspection of the lead azide ECMs and found crystallization in 58 of the 68 barrels.

11. The IAAAP operating contractor, American Ordnance (AO), historically does monthly visual inspections of the ECMs. Each September, AO also opens the barrel lids to check the levels and concentrations of the 1:1 water/ethanol solution in each barrel and add additional fluid to each barrel as needed.

12. The barrel lids are no longer safe to remove because of unknown crystal growth inside the barrels with concentrated crystallization found around the internal rim and underside of the lids.

13. Due to the presence of crystals and because the barrel lids thus not being safe to remove, the water/ethanol solution in the barrels was not measured or refilled in September 2026. As a result, AO has not refilled or measured this solution since September 2025, which has led to the decrease of the solution through evaporation. The decreased ethanol concentration increases the freezing point of the barrels causing the solution to be more susceptible to freezing

which can increase sensitivity of the crystals and cause an uncontrolled detonation. Even a small amount of friction can break the crystal formation, causing an explosive chain reaction.

14. The likelihood of an uncontrolled detonation increases as temperatures fluctuate especially if the liquid solution in the barrels freezes.

15. If the crystals unintentionally detonate, it would cause an uncontrolled explosion within the ECMs.

16. An uncontrolled detonation has a number of associated risks and limits the mitigation measures that the Army intends to use as part of a controlled detonation that would mitigate impacts to human health and the environment.

17. Further, an uncontrolled detonation can result in an incomplete destruction of the lead azide during the explosion, causing both the potential for secondary explosive events and an extremely unsafe condition for personnel conducting post-blast cleanup activities. Incomplete destruction of the lead azide during an uncontrolled explosion may also cause unpredictable dispersal of the explosive material, leading to an ongoing explosives safety issue in the impacted area.

18. The Army has prepared for a controlled detonation of the lead azide due to the growing risk of an uncontrolled detonation and has taken significant precautions to limit the effects on human health and the environment.

19. Before a controlled detonation is conducted, the public is notified, limiting the potential harm to human health.

20. The controlled detonation will consist of a combination of bulk C4 explosives, shaped charges, and diesel fuel, which will increase the effectiveness of the destruction of the

lead azide explosive by directing blast effects downward and also enhance consumption of the lead azide.

21. To limit the effects of the detonation, protective works utilizing large sand-filled barriers and earth berms were constructed around each ECM.

22. Mitigation efforts also include a water barrier to reduce the dispersion of lead particles into the environment. This water will be used to wet the area of the controlled detonation to limit the spread of lead in the air to better protect human health and the environment.

23. Mitigation efforts also include evacuations of communities near the detonation site.

24. Moreover, protective structures have been placed around the ECMs to reduce the escape of blast debris.

25. The controlled detonation can be done when the weather conditions are best to limit the spread of lead as a result of the detonation.

26. After the issuance of the EPA Emergency Hazardous Waste Treatment Permit, EOD began preparing for the treatment of the lead azide through a controlled detonation.

27. In preparation for the controlled detonation, the heavy metal blast doors were removed from the magazines and replaced with temporary wooden plywood doors insulated with foam. The metal doors cannot be replaced on the ECMs and, therefore, the temperature in the ECMs is more susceptible to the outside weather conditions.

28. Temperatures in Middletown, Iowa, are currently dipping below 30 degrees. The risk of these freezing temperatures under these circumstances greatly increases the risk of an unintended detonation.

29. In fact, the temperature swings in Middletown from as low as 24 degrees to as high as 70 degrees over the past week has dramatically increased the risk of further crystallization and increases the likelihood of spontaneous explosion that threatens public safety.

30. For the foregoing reasons, it is my assessment as an Explosives or Munitions Emergency Response Specialist that these circumstances present an immediate threat to human health, public safety, property, or the environment, as provided in 40 C.F.R. 270.1(c)(3)(i)(D).

31. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge, information, and belief.

Executed at Middletown, Iowa, on this 21st day of November, 2026.

Colonel Aaron C. Teller
Commander
U.S. Army