# EXHIBIT 3

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
INSTALLATIONS, ENERGY AND ENVIRONMENT
[redacted]

August 12, 2026

[redacted]
U.S. Environmental Protection Agency Region 7
[redacted]

Dear [redacted]:

Thank you for your letter to the Iowa Army Ammunition Plant (IAAAP) related to the emergency permit application dated July 17, 2026.

The Army carefully considered potential alternatives for the treatment of lead azide in storage at IAAAP. This analysis of alternatives included both on-site, in-situ treatment options and controlled, intentional detonation.

Lead azide is a highly sensitive primary explosive. When dry or in deteriorated condition, lead azide is extremely unstable and sensitive to shock, heat, and friction. When exposed to shock, heat, or friction, lead azide can spontaneously explode, and the explosion can propagate uncontrollably.

Explosives safety experts from the Army, the Department of War Explosives Safety Office, and the Bureau of Alcohol, Tobacco, Firearms and Explosives evaluated the condition of the lead azide in storage at IAAAP and concluded that disturbing (e.g., moving, manipulating, or opening) the storage containers or attempting to introduce products to neutralize the lead azide in-situ would create an unacceptable risk of unintentional detonation. In consideration of the associated acute explosives safety risks to personnel, facilities, and the surrounding community, on-site treatment was removed from consideration and the Army selected controlled, intentional detonation for treatment of the lead azide. This approach is also consistent with the "Cardinal Rule of Explosives Safety", which requires that we expose the minimum number of people to the minimum amount of explosives for the minimum amount of time.

The Army is exploring mitigation measures to minimize impacts, both on Army property and to the surrounding community. We have already begun to install earthen berms and other physical barriers adjacent to the storage locations to reduce blast effects and fragmentation distance to minimize the potential for off-installation impacts. We are also evaluating the use of suppression foam or water to reduce the footprint that is impacted by contamination following the detonation. All of these efforts are components of the meticulous planning that is underway to ensure the safety of IAAAP personnel and the local community.

In consideration of your request for more time to review submittals related to our emergency permit application, the Army has adjusted its schedule to allow additional time, and we will ensure that our submissions are provided on a rolling basis to the extent feasible; however, an expedited review is critical. The risk of spontaneous detonation of degrading lead azide increases as it continues to remain in storage, and our explosives safety experts are particularly concerned with the increased risk associated with the accelerated crystal formation that is anticipated once temperatures dip below freezing. The Army remains committed to planning and implementing the selected course of action as expediently as possible, and we look forward to your continued partnership.

My point of contact for this action is Mr. Bryan M. Frey, Director for Operational Environmental Management, [redacted].

Sincerely,

AMY L. BORMAN
Deputy Assistant Secretary of the Army
(Environment, Safety and Occupational Health)