**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 23, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 26-3374 Iowa Environmental Council, et al v. EPA, et al

Dear Sir or Madam:

An opinion was filed today in the above case.

Counsel who represents the petitioners are Thien Tam Chau, of Washington, D.C., Thomas Cmar, of Cincinnati, OH, Khushi Desai, of Washington, D.C., Rachel Rintelmann, of Washington, D.C.

Counsel who represents the respondents are Todd Blanche, Attorney General, of Washington, D.C., Sean M. Donahue, GOV, of Washington, D.C., Leslie Anne Humphrey, GOV, of Washington, D.C., David Domagala Mitchell, of Washington, D.C.

This appeal is submitted on a petition for review of an emergency permit issued by the Environmental Protection Agency dated November 13, 2026.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

AMT

Enclosure(s)

cc: Lois Law
MO Lawyers Weekly

District Court/Agency Case Number(s): EPA-RCRA-IA7213820445