**NOT SCHEDULED FOR ORAL ARGUMENT**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | |
|---|---|
| IOWA ENVIRONMENTAL COUNCIL, et al.,<br>*Petitioners*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br>*Respondents*. | Case No. 26-3374 |

**THE GOVERNMENT'S NOTICE ON BEHALF OF THE DEPARTMENT OF THE ARMY OF CHANGE TO CONTROLLED DETONATION DATE**

On Saturday, November 21, 2026, the Government notified the Court that the Army intended to perform a controlled detonation by Tuesday, November 24, 2026, to treat unstable lead azide at the Iowa Army Ammunition Plant to protect the public from the risks of an uncontrolled explosion. Notice, Dkt. No. 5708596. The Government now notifies the Court that the Army has moved the intended date to Wednesday, November 25, 2026.[1] As set forth below, Wednesday is expected to have favorable conditions for a controlled detonation that will reduce the risk to the public and allow the Army to implement additional safety measures.

[1] *See* https://x.com/SecArmy/status/2125060405605154940?s=20

The Army has moved the controlled detonation to Wednesday instead of Tuesday because of more favorable weather, which is more protective of the public. *See* Declaration of Maj. Gen. Eric P. Shirley ¶ 9. Notably, the wind direction is reasonably expected to be East to West/Southwest, and away from high population areas and larger water bodies. *Id.* The weather after Wednesday is predicted to be less favorable, and thus less protective of the public for a controlled detonation. *Id.* ¶ 11.

The additional day also is favorable because the Army is applying additional blast barriers around the bunkers to help reduce lead dispersion caused by the detonation. *Id.* ¶ 8. Additionally, the Army will apply thousands of gallons of water during the detonation to help absorb the explosion and reduce lead dust. *Id.* And the Army has secured from the Department of Energy highly advanced ballistic gels and foams designed to reduce particulate matter from high explosive detonations and will apply them before the controlled detonation. *Id.* ¶ 7.

These additional protections and the protections under EPA's Emergency Permit detailed in the Government's stay opposition brief are designed to limit the risk to the public from the controlled detonation. Thus, Wednesday is currently expected to be the most favorable day to conduct the controlled detonation. *See id.* ¶ 10.

Respectfully submitted,

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

Dated: November 23, 2026

*/s/ David Mitchell*

DAVID D. MITCHELL
Environmental Defense Section
Energy and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-9737
david.mitchell@usdoj.gov

*Counsel for the Government*

**CERTIFICATE OF SERVICE**

I certify that on November 23, 2026, I electronically filed the foregoing notice via the Court's CM/ECF system, which will provide notice to all registered counsel.

*/s/ David Mitchell*
David D. Mitchell